| Fill in this information to identify the case |
| --- |
| United States Bankruptcy Court for the: |
| District of Delaware |
| Case number (*If known*): _____     Chapter _____ 11 |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **TK Holdings Inc.** |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 13 – 3573416 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 2500    Takata Drive | |
| Number    Street | Number    Street |
| | P.O. Box |
| Auburn Hills    MI    48326 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Oakland | |
| County | Number    Street |
| | City    State    ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | www.takata.com/en/ |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above: <u>Automotive Safety System Supplier</u>

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3363

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes    District _____ When _____ Case number _____
                                         MM/ DD/ YYYY
               District _____ When _____ Case number _____
                                           MM / DD/ YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes    Debtor  <u>See attached Schedule 1</u>    Relationship  <u>See attached Schedule 1</u>
               District  <u>See attached Schedule 1</u>    When  <u>06/25/2017</u>
               Case number, if known  _____    MM / DD/ YYYY

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?[1]**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number        Street
_____
City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact Name _____
Phone _____

---

**Statistical and administrative information (on a consolidated basis)**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5,001-10,000    ☒ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☒ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

[1] In the ordinary course of its business and manufacturing operations, the Debtor stores, transports, and utilizes certain chemicals and other materials, including without limitation, ammonium nitrate, which may be combustible in certain circumstances. To the best of the Debtor's knowledge and belief, these items pose no threat of imminent and identifiable harm to the public health and safety.

**16. Estimated liabilities**

| | |
|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☒ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/25/2017_____
              MM / DD / YYYY

✗  /s/ Ken Bowling                                    Ken Bowling
   Signature of authorized representative of debtor   Printed name

   Secretary
   Title

**18. Signature of attorney**

✗  /s/ Mark D. Collins                    Date    _____06/25/2017_____
   Signature of attorney for debtor                MM / DD / YYYY

   Mark D. Collins                                  Ronit J. Berkovich
   Printed Name

   Richards, Layton & Finger, P.A.                  Weil, Gotshal & Manges LLP
   Firm Name

   One Rodney Square, 920 North King Street         767 Fifth Avenue
   Number          Street

   Wilmington, DE  19801                            New York, NY 10153
   City/State/Zip

   (302) 651-7700                                   (212) 310-8000
   Contact phone

   collins@rlf.com                                  ronit.berkovich@weil.com
   Contact email address

   2981              DE
   Bar Number        State

## Schedule 1

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of TK Holdings Inc.

| COMPANY | CASE NUMBER |
|---|---|
| Takata Americas | 17-_____( ) |
| TK Finance, LLC | 17-_____( ) |
| TK China, LLC | 17-_____( ) |
| TK Holdings Inc. | 17-_____( ) |
| Takata Protection Systems Inc. | 17-_____( ) |
| Interiors in Flight Inc. | 17-_____( ) |
| TK Mexico Inc. | 17-_____( ) |
| TK Mexico LLC | 17-_____( ) |
| TK Holdings de Mexico, S. de R.L. de C.V. | 17-_____( ) |
| Industrias Irvin de Mexico, S.A. de C.V. | 17-_____( ) |
| Takata de Mexico, S.A. de C.V. | 17-_____( ) |
| Strosshe-Mex, S. de R.L. de C.V. | 17-_____( ) |

# UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
# OF
# TK HOLDINGS INC.

June 25, 2017

Effective as of this 25th day of June, 2017, the undersigned, constituting all of the members of the board of directors (the "***Board***") of TK Holdings Inc., a Delaware corporation (the "***Company***"), do hereby approve, authorize, consent to and adopt the following recitals and resolutions and the actions therein authorized (this "***Consent***") to have the same force and effect as if adopted at a meeting of the Board, duly called and held as of the date hereof:

## I.    Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its shareholders, creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"); and be it further

**RESOLVED**, that any officer of the Company (each, an "***Authorized Officer***"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (the "***Chapter 11 Filings***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") (with such changes therein and additions thereto as any such Authorized Officer may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Officer with any changes thereto to be conclusive evidence that any such Authorized Officer deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Officer, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "***Chapter 11 Case***") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Officer deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

## II.      Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, any Authorized Officer, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Company, which such Authorized Officer deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as counsel for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 North King Street, Wilmington, Delaware 19807, is hereby retained as local counsel for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Lazard Frères & Co. LLC, located at 30 Rockefeller Plaza, New York, New York 10112, is hereby retained as investment banker for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of PricewaterhouseCoopers LLP, located at 300 Madison Avenue, New York, New York 10017, is hereby retained as financial advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Ernst & Young LLP, located at 5 Times Square, New York, New York 10036, is hereby retained as tax advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Prime Clerk LLC, located at 830 Third Avenue, 9th Floor, New York, New York 10022, is hereby retained as claims, noticing and solicitation agent and administrative advisor for the Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that any Authorized Officer, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Officer deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing, and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

## III.        Accommodation Agreement

        **RESOLVED**, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file or record, and perform, (i) that certain accommodation agreement (the "***Accommodation Agreement***"), substantially in the form presented to the Board, by and among the parties described therein, (ii) all provisions for adequate protection to be made by the Company and certain of its U.S. and Mexican direct and indirect subsidiaries, as set forth in the Accommodation Agreement, and (iii) such other documents, agreements, instruments and certificates as may be required by the Accommodation Agreement; and be it further

## IV.        General Authorization and Ratification

        **RESOLVED**, that any Authorized Officer, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Officer, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Officer deemed the same to meet such standard; and be it further

        **RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer, any director, or any member of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

        **RESOLVED**, that this Consent may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original, and all of which shall together constitute one and the same instrument.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Company, hereby consent to the foregoing recitals and resolutions, effective as of the date first written above.

**BOARD OF DIRECTORS:**

_____
Yoichiro Nomura

_____
Satoshi Seita

_____
Hiroshi Shimizu

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Company, hereby consent to the foregoing recitals and resolutions, effective as of the date first written above.

**BOARD OF DIRECTORS:**

_____

Yoichiro Nomura

_____

Satoshi Seita

_____

Hiroshi Shimizu

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Company, hereby consent to the foregoing recitals and resolutions, effective as of the date first written above.

**BOARD OF DIRECTORS:**

_____
Yoichiro Nomura

_____
Satoshi Seita

_____
Hiroshi Shimizu

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name  TK Holdings Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (if known): _____

☐      Check if this is an
        amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders                                                   12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Honda 24000 Honda Parkway Marysville, OH 43040 | Name: Tom Lake Telephone: Email: tom_lake@ham.honda.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 2 | Toyota 6565 Headquarters Drive Plano, TX 75024 | Name: Cortney Romans Telephone: Email: cortney.romans@toyota.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 3 | FCA 800 Chrysler Drive, Auburn Hills MI 48321-8004 USA | Name: Sigmund Huber Telephone: Email: sig.huber@fcagroup.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 4 | Mazda 3-1 Shinchi, Fuchu-cho, Aki-gun Hiroshima, Japan 730-8670 | Name: Mr. Tetsuto Nakamura, General Manager, Purchasing Division Telephone: Email: nakamura.tet@mazda.co.jp | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 5 | Nissan 39001 Sunrise Farmington Hills, MI 48331 | Name: Don Parshall Telephone: Email: don.parshall@nissan-usa.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 6 | BMW Knorrstrasse 147 München, Germany 80788 | Name: Sven Hofmann Telephone: Email: sven.sh.hofmann@bmw.de | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 7 | Ford Town Center Offices, 18900 Michigan Ave Dearborn MI 48126, USA | Name: Dennis Barrish Telephone: Email: dbarrish@ford.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |

| Debtor | TK Holdings Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 8 | GM/Saab<br>30001 Van Dyke Road, Mail Code: 480-210-855<br>Warren, MI 48090-9020 | Name: Mark Fisher<br>Telephone:<br>Email: mark.w.fischer@gm.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 9 | Mitsubishi<br>1, Nakashinkiri, Hashime-cho, Okazaki, Aichi Pref., Japan | Name: Takashi Ito<br>Telephone:<br>Email: takashi.ito@mitsubishi-motors.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 10 | Subaru<br>2235 Marlton Pike W<br>Cherry Hill, NJ 08002, USA | Name: Terri Woodard Claybrook, Director-Associate General Counsel<br>Telephone:<br>Email: tclaybrook@subaru.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 11 | Daimler/Mercedes Benz/Daimler Trucks<br>HPC: G036, Schickardstr. 30, D-71034<br>Böblingen, Germany | Name: Goetz Rachner<br>Telephone:<br>Email: goetz.rachner@daimler.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 12 | Volkswagen/Audi<br>Brieffach 1618, D-38436<br>Wolfsburg, Germany | Name: Dirk Taeger<br>Telephone:<br>Email: dirk.taeger@volkswagen.de | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 13 | Tesla<br>3500 Deer Creek Road<br>Palo Alto, CA 94304, USA | Name:<br>Telephone:<br>Email: | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 14 | Forest River<br>55470 Country Road 1<br>Elkhart, IN 4614 | Name:<br>Telephone:<br>Email: | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 15 | Fisker<br>5515 East La Palma<br>Anaheim, CA 92807 USA | Name:<br>Telephone:<br>Email: | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 16 | Ferrari<br>250 Sylvan Ave<br>Englewood Cliffs, NJ 07632, USA | Name:<br>Telephone:<br>Email: | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 17 | Jaguar Land Rover<br>First Floor Building 552-G/8/3<br>Banbury Road<br>Gaydon, UK CV35 0RR | Name: Antony Cunningham<br>Telephone:<br>Email: ACunning@jaguarlandrover.com | Warranty, Recall & Indemnification | C, U, D | Undetermined | Undetermined | Undetermined |
| 18 | US Economic Loss MDL Class Action, Plaintiffs Steering Committee<br>Podhurst Orseck, P.A., 25 W. Flagler St., Ste. 800<br>Miami, FL 33130 | Name: Peter Prieto of Podhurst Orseck, P.A. as Chair Lead Counsel<br>Telephone: 305-358-2800<br>Fax: 305-358-2382<br>Email: | Litigation - Economic Loss | C, U, D | | | Undetermined |
| 19 | Canada Economic Loss Class Action Plaintiffs<br>1561 Ouellette Avenue<br>Windsor, Ontario, N8X 1K5 | Name: Sutts, Strosberg LLP<br>Telephone: 519-258-9333<br>Fax: 866-316-5311<br>Email: | Litigation - Economic Loss | C, U, D | | | Undetermined |

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims

WEIL:\96156015\8\76903.0003

| Debtor | TK Holdings Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | |
|---|---|---|---|---|---|---|
| 20 | State of Hawaii, by its Office of Consumer Protection Cronin, Fried, Sekiya, Kekina & Fairbanks 600 Davies Pacific Center 841 Bishop Street Honolulu, Hawaii 96813 | Name: L. Richard Fried, Jr. Patrick F. McTernan Telephone: 808-524-1433 Email: | Litigation | C, U, D | | Undetermined |
| 21 | U.S. Virgin Islands, by its Attorney General on behalf of the Department of Licensing and Consumer Affairs Motley Rice LLC 401 9th St. NW, Suite 1001 Washington, DC 20004 | Name: Linda Singer Telephone: 202-386-9626 ext. 5626 Fax: 202-386-9622 Email: | Litigation | C, U, D | | Undetermined |
| 22 | State of New Mexico, by its Attorney General Dicello, Levitt & Casey Ten North Dearborn Street, 11th Floor Chicago, Illinois 60602 | Name: Adam J. Levitt Telephone: 312-214-7900 Email: | Litigation | C, U, D | | Undetermined |
| 23 | National Highway Traffic Safety Administration 1200 New Jersey Avenue, SE, West Building Washington, DC 20590 | Name: Telephone: Email: | Fines & Penalties | | | $180,000,000.00 |
| 24 | Daicel Safety Systems 720 Old Liberty Church Road Beaver Dam, KY 42320 | Name: Stacey Veteto Telephone: 270-274-2600 Email: | Trade | | | $11,371,896.48 |
| 25 | XPO Logistics Worldwide 560 Mission Street, Suite 2950 San Francisco, CA 94105-2992 | Name: Eric Rudkin Telephone: 503-450-5806 Email: | Trade | U | | $5,000,000.00 |
| 26 | Special Devices, Inc. 3431 N. Reseda Circle Mesa, AZ, 44060, US | Name: Abel Tejada Telephone: 480-832-0774 Email: | Trade | | | $3,973,346.78 |
| 27 | ARC Automotive 1357 Veterans Way Morgantown, KY 42261 | Name: Bob Knight Telephone: 734-340-4980 Email: | Trade | | | $2,058,845.29 |
| 28 | O&S California, Inc. 9731 Siempre Viva Road, Suite E San Diego, CA 92154 | Name: Bianca Gonzalez Telephone: 619-661-1800 Fax: 619 661-1900 Email: | Trade | | | $1,761,915.09 |
| 29 | Pegasus Auto Parts Arco Vial 3.8 Numero 3810, Santa Catarina Nuevo Leon, CP 66100, Mexico | Name: Masamichi Mima Telephone: 555-136-3377 Email: | Trade | | | $1,489,561.60 |
| 30 | Kayaku Safety Systems De Ave. Ruben J. Villarreal S/N Ex. Hacienda San Isidro, Salinas Victoria Nuevo Leon, Mexico 65503 | Name: Alex Orozco Telephone: 8158-0000 X475 Email: | Trade | | | $1,392,726.64 |
| 31 | Praxair Mexico S De R Biologo Masimino Mtz 3804; San Salvador Xochimanca PME960701GGo Mexico D.F.  MX  02870 | Name: Carlos Cazares Telephone: 866-635-3162 Email: | Trade | | | $1,132,128.85 |

| Debtor | TK Holdings Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim <br><br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 32 | Robles, Delia represented by Contreras, Jose 19182 Lyle Ave Corona, CA 92881 | Name: Delia Robles Telephone: 951-283-9337 Email: | Litigation - Personal Injury | C, U, D | | | Undetermined |
| 33 | Krasulja, Janiece 450 Seventh Avenue - 44th Floor New York, NY 10123 | Name: Marc J. Rothenberg / The Rothenberg Law Firm Telephone: Email: 212-563-0100 | Litigation - Personal Injury | C, U, D | | | Undetermined |
| 34 | Contreras, Jose; Martinez, Jessica and Daisy 1055 West 7th Street, 33rd Floor Penthouse Los Angeles, CA 90017 | Name: Child & Marton LLP Telephone: 213-627-3113 Fax: 213-623-9237 (fax) Email: | Litigation - Personal Injury | C, U, D | | | Undetermined |
| 35 | Shinsho K'mac 26200 Town Center Dr #160 Novi, MI, 38655, US | Name: Yuki Yoshida Telephone: 248-305-9174 Fax: 248-305-9365 Email: | Trade | | | | $995,458.03 |
| 36 | AFX Industries LLC 1411 Third Street, Suite G Port Huron, MI 48060 | Name: Telephone: 810-966-4650 Fax: 810-987-8149 Email: mlowrie@afixindustries.com | Trade | | | | $857,251.77 |
| 37 | 3D Plastic, Inc. P.O. Box 72488 Cleveland, OH 44192-0002 | Name: Linda Boles Telephone: 903-291-9333 Fax: 903-844-9338 Email: | Trade | | | | $833,151.93 |
| 38 | J&S America 1820 E. University Drive, Auburn, AL 36830 | Name: C/O Machen, McChesney & Chastain Telephone: 334-501-8900 Fax: 334-501-8905 Email: | Trade | | | | $790,789.68 |
| 39 | Matsuju Mexicana Sa De CV Circuito San Roque Sur 323 C.P.36275 Parque Industrial Santa Fe Ampliacion Silao Guanajuato Mexico | Name: Shoji Kanbara Telephone: 472-748-9092 Email: | Trade | | | | $783,108.87 |
| 40 | Extra Publicidad Y Servicios, S.A De C.V. Brasil 607 A Col. Guadalupe 25750-Monclova Monclova Coahuila De Zaragoza Mexico | Name: Gerardo Aguilar Telephone: 866-631-2269 Email: | Trade | | | | $773,227.30 |
| 41 | Hy-GRO Chemicals Unit 203,204 2nd Floor; Sardar Patel Road, Secunderabaad, A.P. India | Name: Vivek Bishnoi Telephone: 00 91 4 27720233 Fax: 00 91 4 27848394 Email: | Trade | | | | $755,176.02 |
| 42 | Hayakawa Electronics 10 Industrial Drive Oxford, MS, L7l 4x6, US | Name: Allison Bailey Telephone: 662-234-1410 Fax: 662-234-1429 Email: | Trade | | | | $704,557.30 |
| 43 | Kalkaska Screw Products 775 Rabourn Road Kalkaska, MI, 48026, US | Name: Paul Stewart Telephone: 231-258-2560 Fax: 231-258-5215 Email: | Trade | | | | $670,452.50 |
| 44 | Indiana Automotive 1300 West Anderson Boulevard Greenfield, IN, 48375, US | Name: Cleo Walker Telephone: 317-467-0100 X231 Fax: 317-467-0400 Email: | Trade | | | | $644,814.81 |

| Debtor | TK Holdings Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|
| 45 | STT USA Inc 28175 Haggerty Road Suite 159 Novi, MI 48377 | Name: Atsuharu Uchida Telephone: 248-994-5733 Email: | Trade | | $619,752.00 |
| 46 | Gemini Plastics Inc. 4385 Garfield St Ubly, MI, 60673-7149, US | Name: Telephone: 989-658-8557 Fax: 989-658-8041 Email: | Trade | | $613,483.61 |
| 47 | Global Tek (WUXI) CO LTD No 17-15 Change Jiang S RD; Wuxi Nat'l Hi-Tech Ind De; Wuxi Jiangsu, China  214028 | Name: Daisie Chen Telephone: 801-391-7511 Email: | Trade | | $501,554.69 |
| 48 | Gentherm Inc 21680 Haggarty Road Northville, MI 48167 | Name: Elias Chidiac Telephone: 248-504-0500 Fax: 248-348-9734 Email: info@gentherm.com | Trade | | $482,928.89 |
| 49 | Higuchi Manufacturing America LLC. 14901 Southton Road San Antonio, TX 78112 | Name: Makoto Suzuki Telephone: 210-633-2877 Fax: 210-633-9228 Email: | Trade | | $474,346.25 |
| 50 | Mitsubishi Chemical 2001 Hood Road Greer, SC, 45403, US | Name: Traci Mefford Telephone: 864-879-5269 or 864-879-5613 Email: | Trade | | $469,684.75 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name   <u>TK Holdings Inc.</u>

United States Bankruptcy Court for the:   <u>District of Delaware</u>

Case number (If known): _____

---

<u>Official Form 202</u>

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other documents that require a declaration:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>06/25/2017</u>          ×   <u>/s/ Ken Bowling</u>_____
          MM/DD/YYYY              Signature of individual signing on behalf of debtor

                                       <u>Ken Bowling</u>_____
                                       Printed name

                                       <u>Secretary</u>_____
                                        Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                 :

In re                              :         **Chapter 11**
                                   :

**TK HOLDINGS INC.,** *et al.,*        :         **Case No. 17– _____ (      )**
                                   :
                                   :

          **Debtors.**[1]             :         **Joint Administration Requested**
                                   :

---------------------------------------------------------- x

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT**
**TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1 AND LOCAL RULE 1007-1(a)**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure

and Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States

Bankruptcy Court for the District of Delaware, TK Holdings Inc. ("***TKH***") and its affiliated debtors in

the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***"),

respectfully represent:

1.       The Debtors are each, directly or indirectly, wholly-owned subsidiaries of Takata Corporation

("***TKJP***"), a corporation organized under the laws of Japan and publicly traded on the Tokyo

Stock Exchange under the trading name "7312T."  To the best of the Debtors' knowledge and

belief, based on third party information and publicly filed disclosures, no person or entity,

directly owns 10% or more of TKJP's common stock other than TKJ Co., Ltd., which owns fifty-

two and one-tenth percent (52.1%).  One hundred percent (100%) of the ownership interests of

TKJ Co., Ltd. is directly owned by Takata Sogyo Corporation.  Attached hereto as **Exhibit A** is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

an organizational chart reflecting all of the ownership interests of the Debtors and their non-debtor affiliates.

2.      As set forth on **Exhibit A**, nineteen and two-tenths percent (19.2%) of the ownership interests of Takata Americas is directly owned by TKJP, sixty-eight and three-tenths percent (68.3%) is directly owned by Takata International Finance B.V. ("*TIF*"), a Besloten Vennootschap organized under the laws of the Netherlands, and the remaining twelve and one-half percent (12.5%) is directly owned by European Automotive Systems Limited ("*EASL*"), a limited liability company organized under the laws of the United Kingdom.  Each of TIF and EASL is, directly or indirectly, wholly-owned by TKJP.

3.      One hundred percent (100%) of the ownership interests of TK Finance, LLC ("*TK Finance*") is directly owned by Takata Americas.

4.      One hundred percent (100%) of the ownership interests of TK China, LLC is directly owned by TK Finance and indirectly owned by Takata Americas.

5.      Ninety-nine and six-tenths percent (99.6%) of the ownership interests of TKH is directly owned by Takata Americas and the remaining four-tenths percent (0.4%) is directly owned by TKJP.

6.      One hundred percent (100%) of the ownership interests of Takata Protection Systems Inc. ("*TPS*") is directly owned by TKH and indirectly owned by Takata Americas.

7.      One hundred percent (100%) of the ownership interests of Interiors in Flight Inc. is directly owned by TPS and indirectly owned by TKH and Takata Americas.

8.      One hundred percent (100%) of the ownership interests of TK Mexico Inc. ("*TKMI*") is directly owned by TKH and indirectly owned by Takata Americas.

9.      One hundred percent (100%) of the ownership interests of TK Mexico LLC ("*TKML*") is directly owned by TKMI and indirectly owned by TKH and Takata Americas.

10.     Greater than ninety-nine and nine-tenths percent (99.9%) of the ownership interests of TK Holdings de Mexico, S. de R.L. de C.V. ("*TK Holdings de Mexico*") is directly owned by TKMI

and the remaining less than one-tenth percent (0.1%) is directly owned by TKML.  TK Holdings de Mexico is indirectly owned by TKH and Takata Americas.

11.    Greater than ninety-nine and nine-tenths percent (99.9%) of the ownership interests of Industrias Irvin de Mexico, S.A. de C.V. ("**Industrias Irvin**") is directly owned by TK Holdings de Mexico and the remaining less than one-tenth percent (0.1%) is directly owned by TKML.  Industrias Irvin is indirectly owned by TKMI, TKH, and Takata Americas.

12.    Greater than ninety-nine and nine-tenths percent (99.9%) of the ownership interests of Takata de Mexico, S.A. de C.V. ("**TK DM**") is directly owned by TK Holdings de Mexico and the remaining less than one-tenth percent (0.1%) is directly owned by TKML.  TK DM is indirectly owned by TKMI, TKH, and Takata Americas.

13.    Greater than ninety-nine and nine-tenths percent (99.9%) of the ownership interests of Strosshe-Mex, S. de R.L. de C.V. ("**SMX**") is directly owned by TK Holdings de Mexico and the remaining less than one-tenth percent (0.1%) is directly owned by TKML.  SMX is indirectly owned by TKMI, TKH, and Takata Americas.

## **Exhibit A**

## **Corporate Organizational Chart**

WEIL:\96156015\8\76903.0003



JAPAN
EUROPE
AMERICAS
ASIA
Takata Corporation (Japan) Incorporated: Nov 19, 1956 1002 [TKJP]
Capital ¥41,862,008,251
APIC ¥42,579,261,893
Total ¥84,441,270,144
Takata International Finance B.V. (Netherlands) EUR 435,989,470
TAKATA Reinsurance Inc.(U.S.A.) Incorporated: Aug 30, 2010 1089 [TKRI] USD 34,208,555
Takata Kyushu K.K. (Japan) Incorporated: May 20, 1991 1003 [TK9] JPY 70,000,000
Takata Service K.K. (Japan) Incorporated: Dec 5, 1979 1004 [TKS] JPY 40,000,000
TAKATA Europe GmbH (Germany) Incorporated: Apr 23, 1991 1052 [TKEUR] EUR 390,064,651
Takata Rus LLC (Russia) Incorporated: Jul 28, 2010 1088 [TKRU] RUB 1,331,808,663
TAKATA PlasTec GmbH (Germany) EUR 25,000
TAKATA Maroc S.A.R.L. (Morocco) EUR 1,185,074
Takata Istanbul Automotive Safety Systems Production and Trading Ltd. (Turkey) TRY 280,000
Takata Safety Systems Hungary Kft. (Hungary) EUR 45,803,883
TAKATA Ignition Systems GmbH (Germany) EUR 25,000
European Automotive Systems Limited (U.K.) GBP 24,489,149
TAKATA Sachsen GmbH (Germany) EUR 25,565,010
TAKATA Orşova S.R.L. (Romania) RON 82,372
TAKATA Sibiu S.R.L. (Romania) EUR 9,000,500
TAKATA Deta S.R.L. (Romania) RON 82,372
TAKATA AG (Germany) Acquired: Jun 8, 2000 4500 [TKAG] EUR 206,442,587
TAKATA Jibou S.R.L. (Romania) RON 84,438
Dalphi Metal Espana S.A. Madrid, Spain
TAKATA Parts s.r.o. (Czech Rep.) EUR 1,485,590
TAKATA Parts Polska Sp. z o.o. (Poland) EUR 31,824,476
TAKATA Spólka z o.o (Poland) EUR 5,990,413
TAKATA Romania S.R.L. (Romania) EUR 32,824,527
TAKATA GmbH Inflator Systems (Germany) EUR 25,600
TAKATA South Africa (Pty.) Ltd. (South Africa) ZAR 83,554,579
Dalphi Metal Seguridad S.A. Madrid, Spain
Dalphi Metal International S.A. Madrid, Spain
Dalphi Metal Portugal S.A. Vila Nova d.C., Portugal
TAKATA AMERICAS (U.S.A.) Incorporated: Mar 28, 2003 1014 [TKAM] USD 456,331,510
Takata Uruguay S.A. (Uruguay) Incorporated: Feb 14, 2011 1091 [TKU] USD 9,968,020
TK HOLDINGS INC. (U.S.A.) Incorporated: Nov 13, 1989 1019 [TKH] 602,202,796 USD
TAKATA BRASIL LTDA (Brazil) Acquired: Mar 28, 2003 1056 [TKBR] BRL 189,659,094
TK Finance LLC (U.S.A.) Incorporated: May 9, 2003 1015 [TKF] USD 10,802,566
Syntec Seating Solution LLC (U.S.A.) North Carolina Acquired: Jun 15, 2012 1084 [SSS] USD 7,850,000
TK China LLC (U.S.A.) Incorporated: May 9, 2003 1016 [TKC] USD 18,602,566
Highland Industries,Inc. (U.S.A.) Incorporated: Mar 8, 1988 1026 [HII] USD 40,000,000
ALS Inc. (Japan) Acquired: Jun 13, 2000 1037 [ALS] JPY 25,000,000
TK Mexico Inc. (America) Incorporated: Aug 6, 2004 1075 [TKMI] USD 73,500,100
Takata Protection Systems, Inc. (U.S.A.) Acquired: Mar 6, 2012 1095 [TPSI] USD 9,110,270
TK Mexico LLC (America) Incorporated: Aug 6, 2004 1076 [TKML] USD 236,261
TK HOLDINGS DE MEXICO S.DE R.L. DE C.V. (Mexico) Incorporated: Aug 2, 2004 1077 [TKHM] MXN 949,231,060
Interiors In Flight, Inc (U.S.A.) Acquired: Jul 24, 2013 1102 [IIF] USD 2,600,000
EQUIPO AUTOMOTORIZ AMERICANA S.A. DE C.V. (Mexico) MXN 46,051,650
INDUSTRIAS IRVIN DE Mexico, S.A. DE C.V. (Mexico) Incorporated: Jan 23, 1989 1022 [IIM] MXN 10,492,500
FALCOMEX SA DE CV (Mexico) Incorporated: Jan 23, 1989 1024 [FALC] MXN 33,734,640
TAKATA DE MEXICO S.A. DE C.V. (Mexico) Incorporated: Jun 3,1994 1040 [TDM] MXN 99,934,900
STROSSHE-MEX S.DE R.L. DE C.V. (Mexico) Incorporated: Jul, 2004 1074 [SMX] MXN 3,000
Takata (Changxing) Safety Systems Co., Ltd. (China) Incorporated: Dec 1, 2005 1078 [TCX] 202,242,527 CNY
Takata Automotive Electronics Shanghai (China) Incorporated: May 22, 2008 1082 [TAES] CNY 34,850,799
Takata (Tianjin) Automotive Component Co. ,Ltd. (China) 1094 [TTAC] CNY 124,390,400
Takata (Jingzhou) Automotive Component Co.,Ltd. (China) 1099 [TJAC] CNY 100,000,000
Takata (Shanghai) Automotive Component Co., Ltd. (China) 1066 [TSAC] CNY 165,539,250
Takata (Shanghai) Vehicle Safety Systems Technical Center Co.,Ltd. (China) 1093 [TSTC] CYN 15,000,000
RTA Holdings, Inc. (Philippines) Incorporated: Oct 29, 1997 1045 [RTAH] PHP 25,000,000
RTA Properties, Inc. (Philippines) Incorporated: Nov 18, 1997 1046 [RTAP] PHP 40,000,000
Takata (Philippines) Corporation (Philippines) Incorporated: Apr 11, 1997 1044 [TPC] USD 35,941,384
TAKATA ASIA Pte Ltd (Singapore) Incorporated: Apr 16, 1992 1041 [TKA] SGD 18,485,229
Takata CPI Singapore Pte., Ltd (Singapore) Incorporated: Mar 2, 1999 1043 [TKCPI] USD 8,000,059
Takata-TOA CO., Ltd. (Thailand) Incorporated: Jun 5, 1995 1047 [TTC] THB 200,000,000
Takata Korea Co., Ltd. (S.Korea) Incorporated: Dec 1, 2001 1049 [TKK] KRW 49,828,256,960
Takata Automotive Safety Systems (M) Sdn.Bhd. (Malaysia) Incorporated: Aug 9,2001 1050 [TSM] MYR 500,000
Takata India Private Limited (India) Incorporated: Jul 20, 2007 1081 [TKI] INR 2,744,000,000
PT.TAKATA AUTOMOTIVE SAFETY SYSTEMS INDONESIA (Indonesia) Incorporated: Nov 1, 2010 1090 [TASSI] IDR 53,538,000,000
TIF: Advanced Material Engineering Pte. Ltd.: 4,080,030 USD 3,920,029 USD
ANAND AUTOMOTIVE SYSTEMS LIMITED: 505,000,000 INR 18,333,300 INR
※3 TKJP: 9,533 JPY
※3 TKJP: 6,104,382 JPY

**Fill in this information to identify the case and this filing:**

Debtor Name   <u>TK Holdings Inc.</u>

United States Bankruptcy Court for the:   <u>District of Delaware</u>

Case number (If known): _____

---

<u>Official Form 202</u>

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other documents that require a declaration:  <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  <u>06/25/2017</u>          ×     <u>/s/ Ken Bowling</u>
              MM/DD/YYYY                    Signature of individual signing on behalf of debtor

                                           <u>Ken Bowling</u>
                                           Printed name

                                           <u>Secretary</u>
                                           Position or relationship to debtor

---

## LIST OF EQUITY SECURITY HOLDERS

(TK Holdings Inc.)

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Takata Americas<br><br>2500 Takata Drive<br>Auburn Hills, Michigan 48326 | Common Stock | 99.6% |
| Takata Corporation<br><br>Tokyo Front Terrace<br>2-3-14 Higashishinagawa, Shinagawa-ku,<br>Tokyo 140-0002, Japan | Common Stock | 0.4% |

**Fill in this information to identify the case and this filing:**

Debtor Name  <u>TK Holdings Inc.</u>

United States Bankruptcy Court for the:  <u>District of Delaware</u>

Case number (If known):  _____

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule _____

☐  Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑  Other documents that require a declaration:  <u>List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  <u>06/25/2017</u>              ×   <u>/s/ Ken Bowling_____</u>
                    MM/DD/YYYY                       Signature of individual signing on behalf of debtor

                                                     <u>Ken Bowling_____</u>
                                                     Printed name

                                                     <u>Secretary_____</u>
                                                     Position or relationship to debtor