UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
: 
In re                                              :    Chapter 11
:
TK HOLDINGS INC., *et al.*,                        :    Case No. 17-11375 (BLS)
:
Debtors.[1]                                        :    Jointly Administered
:
:    **Objection Deadline:  July 19, 2017 at 4:00 p.m. (ET)**
:    **Hearing Date: July 26, 2017 at 11:00 a.m. (ET)**
:
:    **Re: Docket No. 26**
------------------------------------------------------x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that, on June 26, 2017, TK Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***"), filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors* Nunc Pro Tunc *to Petition Date* [Docket No. 26] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  **A copy of the Application is being served contemporaneously herewith**.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

RLF1 17761290v.1

undersigned proposed counsel for the Debtors on or before **July 19, 2017 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections to the Application are received, the Application and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon, Chief Judge at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **July 26, 2017 at 11:00 a.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 28, 2017
      Wilmington, Delaware

                            */s/ Brett M. Haywood*
                            RICHARDS, LAYTON & FINGER, P.A.
                            Mark D. Collins (No. 2981)
                            Michael J. Merchant (No. 3854)
                            Amanda R. Steele (No. 5530)
                            Brett M. Haywood (No. 6166)
                            One Rodney Square
                            920 N. King Street
                            Wilmington, Delaware 19801
                            Telephone: (302) 651-7700
                            Facsimile: (302) 651-7701

                            -and-

                            WEIL, GOTSHAL & MANGES LLP
                            Marcia L. Goldstein
                            Ronit J. Berkovich
                            Matthew P. Goren
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            *Proposed Attorneys for the Debtors*
                            *and Debtors in Possession*