**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------x
:
In re                                       :     Chapter 11
:
**TK HOLDINGS INC.,** *et al.,*             :     Case No. 17-11375 (BLS)
:
Debtors.[1]                                 :     Jointly Administered
:
:     Re: Docket Nos. 18, 107, 289, 303 and 355
---------------------------------------------------------x

**NOTICE OF FILING OF SECOND LIMITED WAIVER**
**WITH RESPECT TO ACCOMMODATION AGREEMENT**

PLEASE TAKE NOTICE that on June 26, 2017, TK Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 503, and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004, and 9014 for Entry of an Interim and Final Order (I) Authorizing Debtors to Enter Into Accommodation Agreement and Access Agreement with Certain Customers, (II) Granting Adequate Protection in Connection Therewith, (III) Modifying the Automatic Stay to Implement and Effectuate the Terms Thereof, and (IV) Scheduling a Final Hearing* [Docket No. 18] (the "***Motion***").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

PLEASE TAKE FURTHER NOTICE that attached as Exhibit A to the Motion was a form of Accommodation Agreement among the Debtors, certain of their affiliates, and the Consenting OEMs.

PLEASE TAKE FURTHER NOTICE that, on June 27, 2017, the Court entered the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 503, 506 and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 Granting Motion for Entry of an Interim and Final Order (I) Authorizing Debtors to Enter into Accommodation Agreement and Access Agreement with Certain Customers, (II) Granting Adequate Protection in Connection Therewith, (III) Modifying the Automatic Stay to Implement and Effectuate the Terms Thereof, and (IV) Scheduling a Final Hearing* [Docket No. 107].

PLEASE TAKE FURTHER NOTICE that, on July 20, 2017, the Debtors filed the *Notice of Filing of Modified Accommodation Agreement* [Docket No. 289], which, attached thereto as Exhibit 1, was a copy of a modified and executed version of the Accommodation Agreement.

PLEASE TAKE FURTHER NOTICE that on July 25, 2017, the Debtors filed an executed version of the Limited Waiver with respect to Accommodation Agreement, a copy of which was attached thereto as Exhibit 1 [Docket No. 303] (the "**First Limited Waiver**").

PLEASE TAKE FURTHER NOTICE that on August 1, 2017, the Debtors filed the *Notice of Filing of First Amendment to Accommodation Agreement* [Docket No. 355].

PLEASE TAKE FURTHER NOTICE that, the Debtors hereby file an executed version of the Second Limited Waiver with respect to Accommodation Agreement, a copy of which is attached hereto as **Exhibit 1**.

Dated: August 17, 2017
       Wilmington, Delaware

    */s/ Brett M. Haywood*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    Michael J. Merchant (No. 3854)
    Amanda R. Steele (No. 5530)
    Brett M. Haywood (No. 6166)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Marcia L. Goldstein
    Ronit J. Berkovich
    Matthew P. Goren
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for the Debtors and Debtors in Possession*