**Para acceder a una versión de este aviso en español, por favor visite http://tkrestructuring.com.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------x
: 
In re                                  : Chapter 11
:
TK HOLDINGS INC., *et al.*,            : Case No. 17-11375 (BLS)
:
         Debtors.[1]  : Jointly Administered
: Hearing Date: January 3, 2018 at 10:00 a.m. (ET)
: Objection Deadline: December 27, 2017 at 4:00 p.m. (ET)
---------------------------------------------------x

**NOTICE OF HEARING TO**
**CONSIDER APPROVAL OF THE PROPOSED**
**DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF**
**REORGANIZATION OF TK HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF:**

| | |
|---|---|
| Takata Americas | Case No. 17-11372 |
| TK Finance, LLC | Case No. 17-11373 |
| TK China, LLC | Case No. 17-11374 |
| TK Holdings Inc. | Case No. 17-11375 |
| Takata Protection Systems Inc. | Case No. 17-11376 |
| Interiors in Flight Inc. | Case No. 17-11377 |
| TK Mexico Inc. | Case No. 17-11378 |
| TK Mexico LLC | Case No. 17-11379 |
| TK Holdings de Mexico, S. de R.L. de C.V. | Case No. 17-11380 |
| Industrias Irvin de Mexico, S.A. de C.V. | Case No. 17-11381 |
| Takata de Mexico, S.A. de C.V. | Case No. 17-11382 |
| Strosshe-Mex S. de R.L. de C.V. | Case No. 17-11383 |

**PLEASE TAKE NOTICE THAT** TK Holdings Inc. ("***TKH***") and certain of its affiliates, as debtors and debtors in possession (collectively, the "***Debtors***") in the above-captioned chapter 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

cases (the "**Chapter 11 Cases**"), filed the *Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and its Affiliated Debtors* on November 3, 2017 [Docket No. 1108] (as may be further amended, modified or supplemented, the "**Plan**") and the proposed *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and its Affiliated Debtors* on November 15, 2017 [Docket No. 1164] (together with all schedules and exhibits thereto, and as may be modified, amended or supplemented from time to time, the "**Proposed Disclosure Statement**"), pursuant to section 1125 of title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE NOTICE THAT:**

1. A hearing (the "*Disclosure Statement Hearing*") will be held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), 824 North Market Street, 6th Floor, Wilmington, Delaware 19801, on **January 3, 2018 at 10:00 a.m.**,[2] to consider entry of an order determining, among other things, that the Proposed Disclosure Statement contains "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Proposed Disclosure Statement.

2. Any party in interest wishing to obtain a copy of the Proposed Disclosure Statement and the Plan should contact Prime Clerk LLC in writing at TK Holdings Inc. Ballot Processing, c/o Prime Clerk LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or by telephone at (844) 822-9229 (Toll-Free) or (347) 338-6502 (if calling from outside the U.S. or Canada). Interested parties may also review the Proposed Disclosure Statement and the Plan free of charge at http://TKRestructuring.com. In addition, the Proposed Disclosure Statement and Plan are on file with the Bankruptcy Court and may be reviewed by accessing the Bankruptcy Court's website: www.deb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov. Copies of the Disclosure Statement and Plan may also be examined by interested parties during normal business hours at the office of the Clerk of the Bankruptcy Court.

3. Objections and responses, if any, to approval of the Disclosure Statement, must: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*"); (c) set forth the name of the objecting party and the nature and amount of Claims or Interests held or asserted by the objecting party against the Debtors' Estates or property; and (d) provide the basis for the objection and the specific grounds thereof.

4. The deadline to object or respond to the Proposed Disclosure Statement is **December 27, 2017 at 4:00 p.m.** (the "*Disclosure Statement Objection Deadline*").

5. Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their

---

[2] Unless otherwise stated, all times referenced in this notice are to prevailing Eastern Time.

2

...

objections and responses in writing with the United States Bankruptcy Court Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 to the attention of the chambers of the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge.

6. Any objections or responses must be served so that they are **actually received** by the following parties (collectively, the "*Notice Parties*") no later than the Disclosure Statement Objection Deadline:

| | |
|---|---|
| *Debtors*<br>TK Holdings Inc.<br>2500 Takata Drive<br>Auburn Hills, Michigan 48326<br>Attn: Scott E. Caudill<br>        Keith Teel, Esq. | *Office of the U.S. Trustee*<br>Office of the U.S. Trustee for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware  19899<br>Attn: David Buchbinder, Esq.<br>        Jane Leamy, Esq. |
| *Counsel to the Debtors*<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attn: Marcia L. Goldstein, Esq.<br>        Ronit J. Berkovich, Esq.<br>        Matthew P. Goren, Esq. | *Counsel to the Creditors' Committee*<br>Milbank, Tweed, Hadley & McCloy LLP<br>28 Liberty Street<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq.<br>        Abhilash M. Raval, Esq.<br>        Tyson Lomazow, Esq.<br>        Mary Reidy Doheny, Esq. |
| *Co-Counsel to the Debtors*<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Attn: Mark D. Collins, Esq.<br>        Michael J. Merchant, Esq. | *Counsel to the Tort Claimants' Committee*<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899<br>Attn: Laura Davis Jones, Esq.<br>        James I. Stang, Esq. |
| *Counsel to the Plan Sponsor*<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720<br>Attn: Ron E. Meisler, Esq.<br>        Felicia Gerber Perlman, Esq. | *Counsel to the Future Claimants' Representative*<br>Frankel Wyron LLP<br>2101 L Street, NW Suite 800<br>Washington, DC 20037<br>Attn: Richard H. Wyron, Esq. |
| *Counsel to the Consenting OEMs*<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>Attn: Derek C. Abbott, Esq. | |

7. **IF AN OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT IS NOT FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE NOTICE PARTIES STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE PROPOSED DISCLOSURE STATEMENT OR THE ADEQUACY THEREOF AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

8. Upon approval of the Proposed Disclosure Statement by the Bankruptcy Court (as approved, the "***Disclosure Statement***"), any party in interest that is entitled to vote on the Plan, will receive a paper or an electronic copy of the Disclosure Statement, the Plan and various documents related thereto, except as otherwise ordered by the Bankruptcy Court.

9. The Disclosure Statement Hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

Dated:   November 16, 2017
         Wilmington, Delaware

| | |
|---|---|
| Marcia L. Goldstein (admitted *pro hac vice*) | Mark D. Collins (No. 2981) |
| Ronit J. Berkovich (admitted *pro hac vice*) | Michael J. Merchant (No. 3854) |
| Matthew P. Goren (admitted *pro hac vice*) | Amanda R. Steele (No. 5530) |
| | Brett M. Haywood (No. 6166) |
| | |
| WEIL, GOTSHAL & MANGES LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 767 Fifth Avenue | One Rodney Square |
| New York, New York 10153 | 920 North King Street |
| | Wilmington, Delaware 19801 |
| | |
| *Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |