**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TK HOLDINGS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-11375 (BLS) <br><br> (Jointly Administered) <br><br> **Re: D.I. 1954** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF LIBERTY MUTUAL INSURANCE COMPANY TO NOTICE OF FILING OF PROPOSED CURE COSTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the *Limited Objection of Liberty Mutual Insurance Company to Notice of Filing of Proposed Cure Costs for Executory Contracts and Unexpired Leases* [D.I. 1954], as filed with the United States Bankruptcy Court for the District of Delaware on February 6, 2018.  The matter has been resolved.

Dated: February 12, 2018

**MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:  (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  ckunz@morrisjames.com

-and-

E. Lee Morris
Texas Bar No. 00788079
John D. Cornwell
Texas Bar No. 24050450
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  lmorris@munsch.com

Counsel for Liberty Mutual Insurance Company

10016564/1