**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 17-11375 (BLS)<br>) Jointly Administered<br>)<br>) **Re: Docket Nos. 1703 and 1639**<br>) |

**RESPONSE TO DEBTORS' NOTICE OF FILING OF PROPOSED CURE COSTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

TAKATA Aktiengesellschaft ("TKAG"), TAKATA Sachsen GmbH ("TKSAC"), TAKATA Parts Polska Sp. z.o.o ("TKPP"), Takata Safety Systems Hungary Kft. ("TKHU"), Takata Romania SRL ("TKRO") and Takata South Africa Pty Ltd. ("TKSA" and collectively the "Takata Non-Debtor Entities"), each a creditor and counterparty to certain contracts (the "Contracts") with TK Holdings, Inc. ("TKH" or the "Debtor") and with its affiliated filing entities (together with TKH, the "Debtors"), by and through its undersigned counsel, hereby file this response to the Debtors' Notice of Filing of Proposed Cure Costs for Executory Contracts and Unexpired Leases (the "Cure Notice") [D.I. 1703], and respectfully state as follows:

1.  On June 25, 2017 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, (11 U.S.C. §§ 101, et seq., the "Bankruptcy Code").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

2.      On January 12, 2018, the Debtors filed the Cure Notice. In the Cure Notice, the Debtors state that they propose to assume and assign, as part of their sale, certain contracts between the Debtors and TKAG, TKSAC, TKPP, TKHU, TKRO and TKSA. Cure Notice, Ex. A., p. 1.

3.      Specifically, the Debtors propose to assume and assign, as part of their sale: (a) a Data Transfer Agreement, dated April 20, 2017, between TKAG and Takata de Mexico, S.A. de C.V., Interiors in Flight and Takata Protection System. *Id*., at p. 145; (b) a Data Transfer Agreement, dated December 15, 2016, between TKAG and TKH. *Id*; (c) a European Commission—Data Transfer Agreement, dated December 8, 2016, between TKAG and TKH. *Id*; (d) a Services Agreement, dated May 31, 2016, between TKAG and TKH. *Id*; (e) certain purchase order(s) entered into at various dates between TKSAC and TKH (the "TKSAC Contract"). *Id*., at p. 138; (f) certain purchase order(s) entered into at various dates between TKPP and TKH (the "TKPP Contract"). *Id*., at p. 139; (g) certain purchase order(s) entered into at various dates between TKHU and TKH (the "TKHU Contract"). *Id*; (h) a Services Agreement, dated October 11, 2016, between TKRO and TKH (the "TKRO Contract"). *Id*; (i) certain purchase order(s) entered into at various dates between TKSA and TKH (the "TKSA Contract"). *Id*., at p. 140.

4.      In the Cure Notice, the Debtors assert that the proposed cure amount for each of the Contracts is $0. *Id*., at pp. 138, 139, 140, 145. The Takata Non-Debtor Entities submit that the Debtors' proposed cure amounts are incorrect. Based upon a review of their books and records, the Takata Non-Debtor Entities assert that they are owed amounts in respect of the Contracts and have provided the Debtors with a schedule of the amounts owing. The Takata Non-Debtor Entities will continue to work with the Debtors in an effort to consensually resolve this matter without judicial intervention.

5. The Takata Non-Debtor Entities reserve their rights to supplement this response with additional claims and information and will continue to work with the Debtors to determine the correct cure amounts for each of the contracts. If a consensual resolution cannot be achieved, the Takata Non-Debtor Entities will work with the Debtors on setting as expeditious a process as possible for this Court to resolve the matter.

| | |
|---|---|
| Dated: February 14, 2018<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ D. Ryan Slaugh*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>-and-<br><br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>Scott D. Talmadge, Esq.<br>601 Lexington Avenue, Floor 31<br>New York, NY  10022<br>Telephone:   ( 212) 277-4000<br>Facsimile:   ( 212) 277-4001<br><br>*Counsel to TAKATA Aktiengesellschaft, TAKATA Sachsen GmbH, TAKATA Parts Polska Sp. Z.o.o, Takata Safety Systems Hungary Kft., Takata Romania SRL and Takata South Africa Pty Ltd* |