IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **TK HOLDINGS INC.,** *et al.*, | Case No. 17-11375 (BLS) |
| **Debtors.**[1] | Jointly Administered |
| | Docket Ref. No. 1703 |

**LIMITED OBJECTION OF AT&T TO NOTICE OF FILING OF PROPOSED CURE COSTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

AT&T Services, Inc., on behalf of itself and its subsidiaries and affiliates (collectively, "**AT&T**"), by and through its undersigned counsel, hereby files this limited objection (the "**Limited Objection**") with respect to the *Notice of Filing of Proposed Cure Costs for Executory Contracts and Unexpired Leases* (the "**Cure Notice**") [Docket. No. 1703] filed by TK Holdings Inc. and certain of its affiliated debtors (collectively, the "**Debtors**"). AT&T respectfully represents as follows:

**BACKGROUND**

1. On June 25, 2017, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. On January 5, 2018, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and its Affiliated Debtors* [Docket No. 1629] and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PHIL1 6822304v.1

*Disclosure Statement for the Third Amended Joint Plan of Reorganization of TK Holdings Inc. and its Affiliated Debtors* [Docket No. 1630].

3. On January 5, 2018, the Court entered the *Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of a Hearing Thereon, (II) Establishing Solicitation and Voting Procedures, and (III) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Plan* [Docket No. 1639].

4. On January 12, 2018, the Debtors filed the Cure Notice. Attached to the Cure Notice as Exhibit A is the Debtors' proposed Schedule of Cure Amounts (the "***Cure Amount Schedule***"), which lists proposed cure amounts in connection with the Debtors' potential assumption and/or assumption and assignment of executory contracts and unexpired leases.[2]

## LIMITED OBJECTION

5. The Debtors identify "AT&T" on the Cure Amount Schedule as having (i) a cure claim in the amount of $73,501 on account of a referenced executory contract and (ii) cure claims in the aggregate amount of $0 on account of two other referenced executory contracts ((i) and (ii) together, the "***AT&T Cure Amounts***"). AT&T hereby objects to the Debtors' asserted AT&T Cure Amounts and believes that additional cure amounts may be owed to AT&T under executory contracts not identified on the Cure Amount Schedule. AT&T and the Debtors are in the process of engaging in good faith communications to address the proper AT&T Cure Amounts and related executory contracts. Although AT&T believes that an agreement as to the AT&T Cure Amounts and related executory contracts will be reached, out of an abundance of caution, AT&T files this Limited Objection.

---

[2] By agreement with the Debtors, AT&T's time to object to the Cure Notice and related Cure Amount Schedule was extended to February 14, 2018 at 5:00 p.m. (prevailing Eastern Time).

## **RESERVATION OF RIGHTS**

6.      AT&T expressly reserves all rights to (i) amend or supplement this Limited Objection, (ii) raise further and other objections to the Cure Notice, Cure Amount Schedule, and/or AT&T Cure Amounts on any grounds whatsoever, and (iii) introduce evidence, in each case prior to, or at any hearings relating to the Cure Notice.

*[Remaining Page Intentionally Left Blank]*

**CONCLUSION**

WHEREFORE, AT&T respectfully objects to the assumption and/or assumption and assignment of any of its executory contracts with the Debtors pending resolution of the correct AT&T Cure Amounts and requests that the Court grant such other and further relief to AT&T as may be proper.

Dated: February 14, 2018
       Wilmington, Delaware

                             **KLEHR HARRISON HARVEY BRANZBURG LLP**

                             */s/ Richard M. Beck*
                             Richard M. Beck (DE Bar No. 3370)
                             Sally E. Veghte (DE Bar No. 4762)
                             919 Market Street, Suite 1000
                             Wilmington, DE 19801
                             Telephone: (302) 552-5501
                             Facsimile: (302) 426-1189
                             Email:  rbeck@klehr.com
                                       sveghte@klehr.com

                                     -and-

                             GIBSON, DUNN & CRUTCHER LLP
                             David M. Feldman (*Pro Hac Vice* pending)
                             Jason Zachary Goldstein (*Pro Hac Vice* pending)
                             200 Park Ave
                             New York, NY 10166-0193
                             Telephone: (212) 351-4000
                             Facsimile: (212) 351-4035
                             Email:  dfeldman@gibsondunn.com
                                        jgoldstein@gibsondunn.com

                             *Counsel for AT&T Services, Inc.*