UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
                                                      :

In re                                      :         Chapter 11

**TK HOLDINGS INC.,** *et al.,*        :         Case No. 17-11375 (BLS)

Debtors.[1]                       :         Jointly Administered

------------------------------------------------------x   Re: Docket Nos. 1629, 1639 & 2056

## NOTICE OF FILING OF BLACKLINE OF FOURTH AMENDED PLAN

PLEASE TAKE NOTICE that, on January 5, 2018, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105, 502, 1125, 1126, and 1128, Fed. R. Bankr. P. 2002-1, 3003, 3016, 3017, 3018, 3020, and 9006, and Local Rules 2002-1, 3017-1, and 9006-1 for Entry of an Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of a Hearing Thereon, (II) Establishing Solicitation and Voting Procedures, and (III) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Plan* [Docket No. 1639] (the "**Solicitation Procedures Order**").  The Solicitation Procedures Order approved solicitation of the *Third Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and Its Affiliated Debtors* [Docket No. 1629] filed by the Debtors on January 5, 2018 (the "**Third Amended Plan**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors are filing the *Fourth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and Its Affiliated Debtors* [Docket No. 2056] (the "**Fourth Amended Plan**").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a blackline of the Fourth Amended Plan against the Third Amended Plan.

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Fourth Amended Plan, the Debtors will file a further blackline copy of such revised document on the docket in the above-captioned cases.

Dated: February 14, 2018
      Wilmington, Delaware

*/s/ Michael J. Merchant*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Ronit J. Berkovich
Matthew P. Goren
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*