# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TK HOLDINGS INC., *et al.*,[1] | Case No. 17-11375 (BLS) |
| Debtors. | Joint Administration |

## NOTICE OF FILING OF
## RESOLUTION COUNSEL COMPENSATION DISCLOSURE

PLEASE TAKE NOTICE that, as described in the Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and Its Affiliated Debtors [Docket No. 1630], attached hereto is the *Resolution Counsel Compensation Disclosure.*

Dated: February 14, 2018

**COLE SCHOTZ P.C.**

By: */s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
npernick@coleschotz.com
kstickles@coleschotz.com
– and –

**SIDLEY AUSTIN LLP**
Jessica C. Knowles Boelter
787 Seventh Avenue
New York, NY 10019
Telephone: 212 839-7369
jboelter@sidley.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Michael C. Andolina
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7030
mandolina@sidley.com

– and –

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Robert A. Bell, Jr.
52 East Gay Street
Columbus, OH 43215
Telephone: 614-464-6400
rabell@vorys.com

*Counsel to Honda North America, Inc. and American Honda Motor Co., Inc.*