IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br>(Jointly Administered)<br>**Rel. Dkt. No. 1629, 1920**<br>**Hearing Date: February 16, 2018 at 10:00 a.m.** |

### SUPPLEMENTAL OBJECTION OF CONFIDENTIAL WHISTLEBLOWERS A AND B TO CONFIRMATION OF THE THIRD AMENDED JOINT <u>CHAPTER 11 PLAN OF REORGANIZATION</u>

Confidential Whistleblower A and Confidential Whistleblower B (the "Whistleblowers"), who have pending claims under the Motor Vehicle Safety Whistleblower Act, 49 U.S.C. § 30172 (the "Act"), filed an objection to confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") on February 6, 2018 (the "Objection").

In the Objection, the Whistleblowers advised this Court that the United States District Court for the Eastern District of Michigan (the "District Court"), which is overseeing the criminal action against Takata and administering the restitution funds Takata has been ordered to pay, *sua sponte* entered an Order Requiring Responsive Pleading (the "District Court Order"), on February 2, 2018, ordering that "***the objections of the Whistleblowers should be heard by this***

*court…*" (Ex. 2 to the Objection) (emphasis added).  The Whistleblowers further informed this Court that the District Court ordered the government to file a response to the Whistleblowers' objections by February 16, 2018, and permitted the Whistleblowers to file a reply by February 28, 2018.

The Whistleblowers file this supplemental objection to advise this Court of the revised briefing schedule in the District Court.  On February 13, 2018, John Neal, Assistant United States Attorney for the Eastern District of Michigan, requested an extension of two weeks to file the Government's pleading in response to the District Court Order.  The Whistleblowers did not object to the Government's request.  On February 14, 2018, the District Court granted the Government's request and the Government's pleading is now due *by March 2, 2018*, and the Whistleblowers' reply brief is due *by March 16, 2018*. (Ex. A)

WHEREFORE, the Whistleblowers request that confirmation of the Plan be denied.

February 15, 2018                                    SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

and

CONSTANTINE | CANNON
Wayne T. Lamprey
Ari Yampolsky
Hallie Noecker
150 California Street, Suite 1600
San Francisco, California  94111
Telephone: 415/766-3522
E-mail: wlamprey@constantinecannon.com

*Attorneys for the Whistleblowers*