IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TK HOLDINGS, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 17-11375 (BLS) <br><br> Jointly Administered <br><br> Re: D.I. 2068 |

## ORDER GRANTING LEAVE AND PERMISSION TO FILE A REPLY IN SUPPORT OF CONFIRMATION OF THE DEBTORS' FOURTH AMENDED PLAN OF REORGANIZATION

Upon consideration of the motion (the "Motion")[2] of the Consenting OEMs for the entry of an order granting the Consenting OEMs leave and permission to file the OEM Reply; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] Capitalized terms not defined herein are defined in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Consenting OEMs are granted leave to file and serve the OEM Reply after the Reply Deadline, and the Court will consider the Reply.

Dated: __Feb. 15__, 2018
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE