## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TK HOLDINGS INC., et al., | Case No. 17-11375 (BLS) |
| Debtor[1]. | Jointly Administered |
| | Related to Docket Nos. 1703 |

## NOTICE OF FILING

Please take notice that, on February 15, 2018, Lectra USA Inc., and Lectra Systemes SA de CV, by and through its undersigned counsel, filed the attached AMENDED OBJECTION TO LECTRA USA INC AND LECTRA SYSTEMES SA de CV TO PROPOSED CURE COST SUM CLAIM FOR EXECUTORY CONTRACTS with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China (1312); TK Holdings, Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flights Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and, Strosshe-Mex S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtor's corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

2983340.1

Dated: February 15, 2018

LECTRA USA INC., and LECTRA SYSTEMES SA de CV

By: _____

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
Simon Aron, Esq.
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
Tel:  (310) 478-4100
Fax: (310) 479-1422

*Counsel for Lectra USA Inc., and Lectra Systemes de CV*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TK HOLDINGS INC., et al., | Case No. 17-11375 (BLS) |
| Debtor[1]. | Jointly Administered |
| | Related to Docket Nos. 1703 |

## AMENDED OBJECTION OF LECTRA USA INC., AND LECTRA SYSTEMES SA de CV TO PROPOSED CURE COST FOR ASSUMPTION OF EXECUTORY CONTRACTS

**COMES NOW,** Lectra USA Inc., and Lectra Systemes SA de CV, by and through their undersigned counsel, and submit this amended objection to the propose cure costs set forth in Debtors' NOTICE OF PROPOSED CURE COSTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES [Dkt. 1703] and state that the attached Exhibits "A" and "B" set forth the amended correct cure costs, no portion of which has been paid. This Amended Objection supersedes the previously filed OBJECTION OF LECTRA USA INC., AND LECTRA SYSTEMES SA DE CV TO PROPOSED CURE COST FOR ASSUMPTION OF EXECUTORY CONTRACTS [Dkt. 1944].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China (1312); TK Holdings, Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flights Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and, Strosshe-Mex S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtor's corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

WHEREFORE, , Lectra USA Inc., and Lectra Systemes SA de CV pray that the proposed cure costs be revised and/or amended to reflect the amounts set forth in Exhibits "A" and "B" attached hereto.


Dated: February 15, 2018                    LECTRA USA INC., and LECTRA SYSTEMS SA de CV

                                            By:    _____
                                                   WOLF, RIFKIN, SHAPIRO,
                                                   SCHULMAN & RABKIN, LLP
                                                   Simon Aron, Esq.
                                                   11400 W. Olympic Blvd.
                                                   9th Floor
                                                   Los Angeles, California 90064
                                                   Tel:  (310) 478-4100
                                                   Fax: (310) 479-1422

                                            *Counsel for Lectra USA Inc., and Lectra Systems de CV*

# EXHIBIT A

## LECTRA USA INC

| Account Code | Description | Transaction Date | Transaction Reference | Due Date | Transaction Amount |
|---|---|---|---|---|---|
| US7994 | Tk Holdings, Inc. | 12/12/2016 | OM_3069173 | 1/11/2017 | 565.39 |
| US7994 | Tk Holdings, Inc. | 12/15/2016 | OM_3069280 | 1/14/2017 | 1,246.95 |
| US7994 | Tk Holdings, Inc. | 1/10/2017 | OM_3069819 | 2/9/2017 | 1,619.26 |
| US7994 | Tk Holdings, Inc. | 1/16/2017 | OM_3069956 | 2/15/2017 | 3,894.86 |
| US7994 | Tk Holdings, Inc. | 1/16/2017 | OM_3069957 | 2/15/2017 | 1,271.95 |
| US7994 | Tk Holdings, Inc. | 1/17/2017 | OM_3070000 | 2/16/2017 | 98.50 |
| US7994 | Tk Holdings, Inc. | 6/9/2017 | OM_3073867 | 7/9/2017 | 1,894.19 |
| US7994 | Tk Holdings, Inc. | 7/12/2017 | OM_3074636 | 8/11/2017 | 13.16 |
| US7994 | Tk Holdings, Inc. | 10/20/2017 | OM_3077145 | 11/19/2017 | 268.74 |
| US7994 | Tk Holdings, Inc. | 10/31/2017 | OM_3077395 | 11/30/2017 | 1,116.21 |
| | | | | | 11,989.21 |

# EXHIBIT B

LECTRA SYSTEMES SA de CV

| Description | Transaction Date | Transaction Reference | PO | Actual due date | PLANT MONCLOVA | TAKATA ACUÑA | TORREON | Grand Total |
|---|---|---|---|---|---|---|---|---|
| C&P | 12/27/2012 | E5983 | (blank) | 1/26/2013 | | | 82.63 | 82.63 |
| C&P | 12/16/2013 | E10022 | (blank) | 1/15/2014 | 660.02 | | | 660.02 |
| C&P | 2/17/2014 | OM_110670 | TASK 854226-3168174 | 3/19/2014 | 50.55 | | | 50.55 |
| C&P | 3/30/2015 | OM_115894 | 1644802-4071976 | 4/29/2015 | 2,790.96 | | | 2,790.96 |
| C&P | 7/3/2015 | OM_117239 | 628481 | 8/2/2015 | 2,803.14 | | | 2,803.14 |
| C&P | 8/28/2015 | OM_118024 | 630257 | 9/27/2015 | 73.37 | | | 73.37 |
| C&P | 10/20/2015 | OM_118776 | 29353 | 11/19/2015 | 2,974.53 | | | 2,974.53 |
| C&P | 1/25/2016 | OM_120007 | 1793860-4242248 | 2/24/2016 | 2,417.15 | | | 2,417.15 |
| C&P | 1/6/2017 | OM_124400 | 642804 | 2/5/2017 | 1,165.05 | | | 1,165.05 |
| C&P | 1/6/2017 | OM_124402 | 642527 | 2/5/2017 | 622.95 | | | 622.95 |
| C&P | 1/6/2017 | OM_124403 | 643572 | 2/5/2017 | 145.64 | | | 145.64 |
| C&P | 1/6/2017 | OM_124408 | 643571 | 2/5/2017 | 366.44 | | | 366.44 |
| C&P | 2/20/2017 | OM_124911 | 645304 | 3/22/2017 | 1,792.39 | | | 1,792.39 |
| C&P | 5/3/2017 | OM_125847 | 647454 | 6/2/2017 | 10,862.72 | | | 10,862.72 |
| C&P | 5/3/2017 | OM_125851 | 647453 | 6/2/2017 | 9,318.95 | | | 9,318.95 |
| C&P | 5/26/2017 | OM_126141 | 843261 | 6/25/2017 | | | 17,906.63 | 17,906.63 |
| C&P | 12/14/2017 | OM_128856 | 844036 | 12/14/2017 | | | 2,407.58 | 2,407.58 |
| C&P | 12/14/2017 | OM_128857 | 844656 | 12/14/2017 | | | 236.64 | 236.64 |
| C&P | 12/14/2017 | OM_128858 | 844595 | 12/14/2017 | | | 2,470.22 | 2,470.22 |
| C&P | 7/17/2017 | OM_126819 | 643780 | 8/16/2017 | 2,416.86 | | | 2,416.86 |
| C&P | 8/7/2017 | OM_127108 | 2214810-4871470 | 9/6/2017 | | 2,532.86 | | 2,532.86 |
| Overage | 2/8/2017 | MAN_124763 | 1 | 2/8/2017 | | 17,353.60 | | 17,353.60 |
| Maintenance | 7/4/2017 | OKS_126625 | (blank) | 7/4/2017 | | 40,662.37 | | 40,662.37 |
| Maintenance | 11/30/2017 | OKS_128263 | 650700 | 11/30/2017 | 45,477.27 | | | 45,477.27 |
| Maintenance | 12/3/2017 | OKS_128680 | No PO | 12/3/2017 | | 39,599.52 | | 39,599.52 |
| | 12/1/2017 | | | | 50,493.45 | | | 50,493.45 |
| | 11/1/2017 | | | | | | 39,482.94 | 39,482.94 |
| | 12/1/2017 | | | | | | 46,396.24 | 46,396.24 |
| | 2/1/2018 | | | 2/6/2018 | | 28,493.86 | | 28,493.86 |
| | 2/1/2018 | | | 2/6/2018 | | 40,311.85 | | 40,311.85 |
| Grand Total | | | | | 134,431.44 | 168,954.06 | 108,982.88 | 412,368.38 |

## CERTIFICATE OF SERVICE

I, John Narcise, certify that on February 15, 2018, I caused the foregoing NOTICE OF FILING and AMENDED OBJECTION OF LECTRA USA INC., AND LECTRA SYSTEMES SA de CV TO PROPOSED CURE COST FOR ASSUMPTION OF EXECUTORY CONTRACTS to be filed via CM/ECF, which will send notification via US Mail to the parties below.

| *Debtors* | *Office of the U.S. Trustee* |
|---|---|
| TK Holdings Inc. | Office of the U.S. Trustee for the District of |
| 2500 Takata Drive | Delaware |
| Auburn Hills, Michigan 48326 | 844 King Street, Suite 2207, Lockbox 35 |
| Attn:  Keith Teel, Esq. | Wilmington, Delaware 19899 |
| (Keith.Teel@Takata.com) | Attn:  David Buchbinder, Esq. |
|  | (David.l.Buchbinder@usdoj.gov) |
|  | Jane Leamy, Esq. |
|  | (Jane.M.Leamy@usdoj.gov) |
| *Counsel to the Debtors* | *Counsel to the Creditors' Committee* |
| Weil, Gotshal & Manges LLP | Milbank, Tweed, Hadley & McCloy LLP |
| 767 Fifth Avenue | 28 Liberty Street |
| New York, New York 10153 | New York, New York 10005 |
| Attn:  Marcia L. Goldstein, Esq. | Attn:  Dennis F. Dunne, Esq. |
| (Marcia.Goldstein@weil.com) | (DDunne@milbank.com) |
| Ronit J. Berkovich, Esq. | Abhilash M. Raval, Esq. |
| (Ronit.Berkovich@weil.com) | (ARaval@milbank.com) |
| Matthew P. Goren, Esq. | Tyson Lomazow, Esq. |
| (Matthew.Goren@weil.com) | (TLomazow@milbank.com) |
|  | Mary Reidy Doheny, Esq. |
|  | (MDoheny@milbank.com) |
| *Co-Counsel to the Debtors* | *Counsel to the Tort Claimants' Committee* |
| Richards, Layton & Finger, P.A. | Pachulski Stang Ziehl & Jones LLP |
| 920 N. King Street | 919 North Market Street, 17th Floor |
| Wilmington, Delaware 19801 | P.O. Box 8705 |
| Attn:  Mark D. Collins, Esq. | Wilmington, Delaware 19899 |
| (Collins@RLF.com) | Attn:  Laura Davis Jones, Esq. |
| Michael J. Merchant, Esq. | (LJones@pszjlaw.com) |
| (Merchant@RLF.com) | James I. Stang, Esq. |
|  | (JStang@pszjlaw.com) |

| | |
|---|---|
| ***Counsel to the Plan Sponsor***<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606-1720<br>Attn:  Ron E. Meisler, Esq.<br>(Ron.Meisler@skadden.com)<br>Felicia Gerber Perlman, Esq.<br>(Felicia.Perlman@skadden.com) | ***Counsel to the Future Claimants'***<br>***Representative***<br>Frankel Wyron LLP<br>2101 L Street, NW Suite 800<br>Washington, DC 20037<br>Attn:  Richard H. Wyron, Esq.<br>(RWyron@frankelwyron.com)<br><br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>Attn:  Karen B. Owens, Esq.<br>(kowens@ashbygeddes.com)<br>William P. Bowden, Esq.<br>(wbowden@ashbygeddes.com) |
| ***Counsel to the Consenting OEMs***<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>Attn:  Derek C. Abbott, Esq.<br>(DAbbott@mnat.com) | |

John Narcise