## Exhibit B

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## CAB FARES/LOCAL TRANSPORTATION

|  | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37137383 | 11/4/2017 | CAB FARES/LOCAL TRANSPORTATION<br>CONCORD:104767/878735/821 - 11/04/17 10:00PM<br>From:1 CHASE PLAZA<br>To:657 10 AVE | 25.28 | Wordprocessing, Printing |
| 37144174 | 11/4/2017 | CAB FARES/LOCAL TRANSPORTATION CET - group,<br>Inc.: 26307/390104/ - 11/04/17  9:3 From: To: | 32.24 | Wordprocessing, Printing |
| 37142907 | 11/14/2017 | CAB FARES/LOCAL TRANSPORTATION<br>CONCORD:105176/711140/019 - 11/14/17  8:31PM<br>From:1 CHASE PLAZA<br>To:531 E. 78 ST | 26.34 | Mathieu, Sandra |
| 37145260 | 11/14/2017 | CAB FARES/LOCAL TRANSPORTATION<br>CONCORD:105388/912483/959 - 11/14/17 12:24AM<br>From:1 CHASE PLAZA<br>To:525 W. 28 ST | 22.11 | Wang, Alex |
| 37073386 | 12/4/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>JULIE WOLF | 15.00 | Wolf, Julie M. |
| 37105193 | 12/4/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>WASHINGTON PETTY CASH | 35.00 | Duplicating, D. C. |
| 37105195 | 12/4/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>WASHINGTON PETTY CASH | 35.00 | Duplicating, D. C. |
| 37101321 | 12/5/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>ANDREW LEBLANC | 22.95 | Leblanc, Andrew M. |
| 37055827 | 12/6/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>CASHIER- MTH&M TRANS REIM FOR S.SILVERMAN<br>REF#207152 11/20/17 | 20.00 | Silverman, Stephen D. |
| 37055831 | 12/6/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>CASHIER- MTH&M TRANS REIM FOR S.SILVERMAN<br>REF#207156 11/30/17 | 20.00 | Silverman, Stephen D. |
| 37059613 | 12/7/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>CASHIER- MTH&M TRANS REIM FOR A.WANG 12/04/17 | 20.00 | Wang, Alex |
| 37069260 | 12/8/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR:<br>CASHIER- MTH&M TRANS REIM FOR L.MANDEL ON<br>12/08/1 | 5.50 | Mandel, Lena |

# MILBANK, TWEED, HADLEY & McCLOY  LLP

Ending December 31, 2017

## CAB FARES/LOCAL TRANSPORTATION

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37071955 | 12/11/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: CASHIER- MTH&M TRANS REIM FOR M.KOCH REF#210738 ON 11/29/17 | 20.00 | Koch, Matthew |
| 37084206 | 12/15/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 9/7/17 - PARKING | 24.00 | Doheny, Mary R. |
| 37084210 | 12/15/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 9/25/17 - TAXI REIMBURSEMENT | 98.23 | Doheny, Mary R. |
| 37086693 | 12/18/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: CASHIER- MTH&M TRANS REIM FOR S.SILVERMAN REF#210627 12/07/17 | 20.00 | Silverman, Stephen D. |
| 37086694 | 12/18/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: CASHIER- MTH&M TRANS REIM FOR S.SILVERMAN REF#210628 12/08/17 | 20.00 | Silverman, Stephen D. |
| 37086696 | 12/18/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: CASHIER- MTH&M TRANS REIM FOR S.SILVERMAN REF#210630 12/13/17 | 20.00 | Silverman, Stephen D. |
| 37086698 | 12/18/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: CASHIER- MTH&M TRANS REIM FOR S.SILVERMAN REF#210631 12/14/17 | 20.00 | Silverman, Stephen D. |
| 37093748 | 12/20/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: Robert D.Nussbaum 12/15/17  -  CAB ON DECEMBER 15, 2017 FROM WEIL'S OFFICE TO MILBANK | 39.75 | Nussbaum, Robert D. |
| 37099804 | 12/21/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 10/25/17 - TAXI REIMBURSEMENT | 47.15 | Doheny, Mary R. |
| 37107213 | 12/28/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 11/9/17 - TAXI REIMBURSEMENT | 55.29 | Doheny, Mary R. |
| 37107214 | 12/28/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 11/13/17 - PARKING | 21.00 | Doheny, Mary R. |
| 37107215 | 12/28/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 11/14/17 - TAXI REIMBURSEMENT | 49.95 | Doheny, Mary R. |
| 37107216 | 12/28/2017 | CAB FARES/LOCAL TRANSPORTATION - - VENDOR: MARY R DOHENY 11/16/17 - TAXI REIMBURSEMENT | 61.27 | Doheny, Mary R. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## CABS OUT OF TOWN

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37071555 | 12/4/2017 | CAB FARES/LOCAL TRANSPORTATION Business trip to Wilmington, DE to meet with cli | 17.58 | Silverman, Stephen D. |
| 37086232 | 12/4/2017 | CAB FARES/LOCAL TRANSPORTATION Takata court hearing. | 19.00 | Doheny, Mary R. |
| 37086234 | 12/7/2017 | CAB FARES/LOCAL TRANSPORTATION Takata meeting at Weil's office | 60.67 | Doheny, Mary R. |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

### COLOR COPIES

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37094662 | 12/20/2017 | COLOR COPIES | 116.20 | Eskin, Emily Rose |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## LEXIS

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37131341 | 12/1/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131342 | 12/1/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37071472 | 12/4/2017 | LEXIS | 85.00 | Thomas, Charmaine |
| 37131343 | 12/4/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131344 | 12/4/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37071471 | 12/5/2017 | LEXIS | 520.00 | Adeyosoye, Adeola O. |
| 37131345 | 12/5/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131346 | 12/5/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37131347 | 12/6/2017 | LEXIS | 51.40 | Stacey, Nigel T. |
| 37131348 | 12/6/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37071470 | 12/7/2017 | LEXIS | 79.00 | Zucco, Brian |
| 37131349 | 12/7/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131350 | 12/7/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37131351 | 12/8/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131352 | 12/8/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37131353 | 12/11/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131354 | 12/11/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37099267 | 12/12/2017 | LEXIS | 85.00 | Alexis, Gesley-Ann |
| 37131355 | 12/12/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131356 | 12/12/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37099268 | 12/13/2017 | LEXIS | 93.00 | Alexis, Gesley-Ann |
| 37131357 | 12/13/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131358 | 12/13/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37099269 | 12/14/2017 | LEXIS | 818.00 | Alexis, Gesley-Ann |
| 37131359 | 12/14/2017 | LEXIS | 43.74 | Stacey, Nigel T. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## LEXIS

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37131360 | 12/14/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37099270 | 12/15/2017 | LEXIS | 619.00 | Jones, Caroline A. |
| 37131361 | 12/15/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131362 | 12/15/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37104140 | 12/18/2017 | LEXIS | 1057.00 | Alexis, Gesley-Ann |
| 37104143 | 12/18/2017 | LEXIS | 79.00 | Jones, Caroline A. |
| 37104144 | 12/18/2017 | LEXIS | 10.00 | Thomas, Charmaine |
| 37131363 | 12/18/2017 | LEXIS | 51.40 | Stacey, Nigel T. |
| 37131364 | 12/18/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37104141 | 12/19/2017 | LEXIS | 324.00 | Alexis, Gesley-Ann |
| 37131365 | 12/19/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131366 | 12/19/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37104142 | 12/20/2017 | LEXIS | 411.00 | Alexis, Gesley-Ann |
| 37104145 | 12/20/2017 | LEXIS | 563.00 | Adeyosoye, Adeola O. |
| 37131367 | 12/20/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131368 | 12/20/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37131369 | 12/21/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131370 | 12/21/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37104146 | 12/22/2017 | LEXIS | 174.00 | Adeyosoye, Adeola O. |
| 37131371 | 12/22/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131372 | 12/22/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37104147 | 12/23/2017 | LEXIS | 81.00 | Adeyosoye, Adeola O. |
| 37114151 | 12/26/2017 | LEXIS | 8.00 | Adeyosoye, Adeola O. |
| 37114152 | 12/26/2017 | LEXIS | 16.00 | Zucco, Brian |
| 37131373 | 12/26/2017 | LEXIS | 43.74 | Stacey, Nigel T. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

**LEXIS**

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37131374 | 12/26/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37114153 | 12/27/2017 | LEXIS | 374.00 | Adeyosoye, Adeola O. |
| 37131375 | 12/27/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131376 | 12/27/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37131377 | 12/28/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131378 | 12/28/2017 | LEXIS | 43.74 | Kagen, Sarah E. |
| 37131379 | 12/29/2017 | LEXIS | 43.74 | Stacey, Nigel T. |
| 37131380 | 12/29/2017 | LEXIS | 43.74 | Kagen, Sarah E. |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

### LODGING

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37071554 | 12/4/2017 | LODGING Business trip to Wilmington, DE to meet with clients and attend court hearing<br>Hotel Stay- one night | 271.55 | Silverman, Stephen D. |
| 37086231 | 12/4/2017 | LODGING<br>Takata court hearing.<br>Hotel Stay – one night | 240.90 | Doheny, Mary R. |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

### MEAL, OVERTIME

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37129830 | 11/30/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal | 20.00 | Silverman, Stephen D. |
| 37049452 | 12/4/2017 | MEAL, OVERTIME - - VENDOR: MATTHEW KOCH<br>11/28/17  -   OVERTIME MEAL ON 11/28/17  ONE<br>HALF OF TOTAL BILL $60.00 EQUALS $30.00 | 20.00 | Stewart, Robert D. |
| 37105192 | 12/4/2017 | MEAL, OVERTIME - - VENDOR: WASHINGTON PETTY<br>CASH | 20.00 | Duplicating, D. C. |
| 37105194 | 12/4/2017 | MEAL, OVERTIME - - VENDOR: WASHINGTON PETTY<br>CASH | 20.00 | Duplicating, D. C. |
| 37131860 | 12/6/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal | 20.00 | Silverman, Stephen D. |
| 37060033 | 12/7/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR S.SILVERMAN ON 11/21/17 | 20.00 | Silverman, Stephen D. |
| 37131859 | 12/7/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal<br>overtime meal | 20.00 | Nussbaum, Robert D. |
| 37068577 | 12/8/2017 | MEAL, OVERTIME - - VENDOR: MATTHEW KOCH<br>12/04/17  -  OVERTIME MEAL | 20.00 | Stewart, Robert D. |
| 37147795 | 12/11/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal | 20.00 | Reisman, Angela M. |
| 37147796 | 12/13/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal | 20.00 | Reisman, Angela M. |
| 37082600 | 12/14/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR S.SILVERMAN ON 12/07/17 | 20.00 | Silverman, Stephen D. |
| 37082601 | 12/14/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR S.SILVERMAN ON 11/28/17 | 20.00 | Silverman, Stephen D. |
| 37082602 | 12/14/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR S.SILVERMAN ON 12/05/17 | 20.00 | Silverman, Stephen D. |
| 37152302 | 12/18/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal | 20.00 | Eskin, Emily Rose |
| 37092554 | 12/20/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR M.KOCH ON 11/29/17 | 20.00 | Koch, Matthew |
| 37092555 | 12/20/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR M.KOCH ON 11/29/17 | 20.00 | Koch, Matthew |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

**MEAL, OVERTIME**

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37099774 | 12/21/2017 | MEAL, OVERTIME - - VENDOR: KATHERINE ROOKARD<br>12/3/17 - OT MEAL - SUNDAY | 20.00 | Rookard, Katherine S. |
| 37099775 | 12/21/2017 | MEAL, OVERTIME - - VENDOR: KATHERINE ROOKARD<br>12/1/17 - OT MEAL | 20.00 | Rookard, Katherine S. |
| 37152299 | 12/21/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal<br>overtime meal. | 20.00 | Nussbaum, Robert D. |
| 37152300 | 12/21/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal<br>Overtime meal | 20.00 | Koch, Matthew |
| 37152301 | 12/21/2017 | MEAL, OVERTIME<br>Seamless Web - OT Meal | 20.00 | Wang, Alex |
| 37106038 | 12/27/2017 | MEAL, OVERTIME - - VENDOR: CASHIER- MTH&M O/T<br>MEAL REIM FOR S.SILVERMAN ON 12/21/17 | 20.00 | Silverman, Stephen D. |
| 37106781 | 12/27/2017 | MEAL, OVERTIME - - VENDOR: Robert D.Nussbaum<br>12/20/17 - OT MEALS | 20.00 | Nussbaum, Robert D. |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

### MEALS - TRAVEL

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37071552 | 12/4/2017 | MEALS & ENTERTAINMENT Business trip to Wilmington, DE to meet with clients and attend hearing<br>Dinner     19.50<br>Lunch      5.70 | 25.20 | Silverman, Stephen D. |
| 37086229 | 12/4/2017 | MEALS & ENTERTAINMENT Takata court hearing. | 14.82 | Doheny, Mary R. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## PHOTOCOPIES

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37067749 | 12/5/2017 | PHOTOCOPIES | 0.10 | Strong, Vera L. |
| 37100358 | 12/21/2017 | PHOTOCOPIES | 0.70 | Bevilacqua, Theresa |
| 37117249 | 12/30/2017 | PHOTOCOPIES | 21.00 | Nussbaum, Robert D. |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

### PRINTING

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37048642 | 12/1/2017 | PRINTING | 9.00 | Rookard, Katherine S. |
| 37048644 | 12/1/2017 | PRINTING | 7.60 | Rookard, Katherine S. |
| 37048645 | 12/1/2017 | PRINTING | 0.60 | Wang, Alex |
| 37048643 | 12/3/2017 | PRINTING | 0.10 | Rookard, Katherine S. |
| 37050853 | 12/4/2017 | PRINTING | 16.40 | Zucco, Brian |
| 37050854 | 12/4/2017 | PRINTING | 0.30 | Nussbaum, Robert D. |
| 37050855 | 12/4/2017 | PRINTING | 0.90 | Silverman, Stephen D. |
| 37050856 | 12/4/2017 | PRINTING | 3.10 | Koch, Matthew |
| 37067748 | 12/4/2017 | PRINTING | 1.70 | Wolf, Julie M. |
| 37067750 | 12/4/2017 | PRINTING | 159.00 | Duplicating, D. C. |
| 37053571 | 12/5/2017 | PRINTING | 1.20 | Nussbaum, Robert D. |
| 37053572 | 12/5/2017 | PRINTING | 5.00 | Wang, Alex |
| 37067751 | 12/5/2017 | PRINTING | 0.10 | Duplicating, D. C. |
| 37058004 | 12/6/2017 | PRINTING | 3.10 | Wang, Alex |
| 37058005 | 12/6/2017 | PRINTING | 2.80 | Silverman, Stephen D. |
| 37066498 | 12/7/2017 | PRINTING | 7.50 | Bevilacqua, Theresa |
| 37066499 | 12/7/2017 | PRINTING | 0.40 | Miller, Alexander E. |
| 37066500 | 12/7/2017 | PRINTING | 2.70 | Silverman, Stephen D. |
| 37070260 | 12/8/2017 | PRINTING | 3.10 | Bevilacqua, Theresa |
| 37074728 | 12/11/2017 | PRINTING | 21.20 | Bevilacqua, Theresa |
| 37074729 | 12/11/2017 | PRINTING | 0.70 | Silverman, Stephen D. |
| 37078915 | 12/11/2017 | PRINTING | 2.70 | Liang, Shirley Xiao |
| 37077700 | 12/12/2017 | PRINTING | 0.10 | Zucco, Brian |
| 37077701 | 12/12/2017 | PRINTING | 0.30 | Nussbaum, Robert D. |
| 37081155 | 12/13/2017 | PRINTING | 2.80 | Nussbaum, Robert D. |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

### PRINTING

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37081156 | 12/13/2017 | PRINTING | 3.20 | Silverman, Stephen D. |
| 37089548 | 12/13/2017 | PRINTING | 3.30 | Sherry, Nora A. |
| 37089549 | 12/13/2017 | PRINTING | 44.30 | Duplicating, D. C. |
| 37089550 | 12/13/2017 | PRINTING | 0.70 | Wolf, Julie M. |
| 37089551 | 12/13/2017 | PRINTING | 0.20 | Liang, Shirley Xiao |
| 37088146 | 12/14/2017 | PRINTING | 12.50 | Zucco, Brian |
| 37088147 | 12/14/2017 | PRINTING | 8.00 | Nussbaum, Robert D. |
| 37088148 | 12/14/2017 | PRINTING | 0.90 | Silverman, Stephen D. |
| 37089216 | 12/15/2017 | PRINTING | 10.40 | Zucco, Brian |
| 37089217 | 12/15/2017 | PRINTING | 0.40 | Alexis, Gesley-Ann |
| 37089218 | 12/15/2017 | PRINTING | 0.50 | Koch, Matthew |
| 37089219 | 12/15/2017 | PRINTING | 0.20 | Nussbaum, Robert D. |
| 37089221 | 12/15/2017 | PRINTING | 0.30 | Silverman, Stephen D. |
| 37089215 | 12/18/2017 | PRINTING | 0.60 | Alexis, Gesley-Ann |
| 37089220 | 12/18/2017 | PRINTING | 2.40 | Nussbaum, Robert D. |
| 37089222 | 12/18/2017 | PRINTING | 1.10 | Silverman, Stephen D. |
| 37091579 | 12/19/2017 | PRINTING | 39.70 | Zucco, Brian |
| 37091580 | 12/19/2017 | PRINTING | 2.70 | Adeyosoye, Adeola O. |
| 37091581 | 12/19/2017 | PRINTING | 49.90 | Thomas, Charmaine |
| 37091582 | 12/19/2017 | PRINTING | 25.20 | Rookard, Katherine S. |
| 37091583 | 12/19/2017 | PRINTING | 2.70 | Nussbaum, Robert D. |
| 37105847 | 12/19/2017 | PRINTING | 4.40 | Morris, Susan K. |
| 37094663 | 12/20/2017 | PRINTING | 0.50 | Thomas, Charmaine |
| 37094664 | 12/20/2017 | PRINTING | 2.10 | Rookard, Katherine S. |
| 37094665 | 12/20/2017 | PRINTING | 3.70 | Nussbaum, Robert D. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

**PRINTING**

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37100359 | 12/21/2017 | PRINTING | 0.90 | Bevilacqua, Theresa |
| 37100360 | 12/21/2017 | PRINTING | 1.40 | Koch, Matthew |
| 37100361 | 12/21/2017 | PRINTING | 11.90 | Eskin, Emily Rose |
| 37100362 | 12/21/2017 | PRINTING | 14.00 | Nussbaum, Robert D. |
| 37100363 | 12/21/2017 | PRINTING | 2.40 | Silverman, Stephen D. |
| 37105848 | 12/21/2017 | PRINTING | 55.90 | Duplicating, D. C. |
| 37102441 | 12/22/2017 | PRINTING | 25.20 | Koch, Matthew |
| 37102442 | 12/22/2017 | PRINTING | 7.20 | Nussbaum, Robert D. |
| 37102443 | 12/22/2017 | PRINTING | 13.00 | Eskin, Emily Rose |
| 37105849 | 12/22/2017 | PRINTING | 2.80 | Liang, Shirley Xiao |
| 37105589 | 12/26/2017 | PRINTING | 7.40 | Bevilacqua, Theresa |
| 37105590 | 12/26/2017 | PRINTING | 13.00 | Eskin, Emily Rose |
| 37107591 | 12/27/2017 | PRINTING | 0.30 | Bevilacqua, Theresa |
| 37107592 | 12/27/2017 | PRINTING | 4.50 | Rookard, Katherine S. |
| 37107593 | 12/27/2017 | PRINTING | 0.50 | Silverman, Stephen D. |
| 37107594 | 12/27/2017 | PRINTING | 12.80 | Rookard, Katherine S. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## TELEPHONE

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37082498 | 12/4/2017 | TELEPHONE SOUNDPATH | 11.89 | Koch, Matthew |
| 37098109 | 12/4/2017 | TELEPHONE WILMINGTON DE SILVERMAN, STEPHEN   5495 | 2.45 | Silverman, Stephen D. |
| 37098114 | 12/4/2017 | TELEPHONE WILMINGTON DE ROOKARD, KATIE       5571 | 2.09 | Rookard, Katherine S. |
| 37082495 | 12/5/2017 | TELEPHONE SOUNDPATH | 1.98 | Doheny, Mary R. |
| 37098112 | 12/5/2017 | TELEPHONE NORTHBROOK IL KOCH, MATTHEW        5054 | 0.69 | Koch, Matthew |
| 37098113 | 12/5/2017 | TELEPHONE CHULAVISTA CA KOCH, MATTHEW        5054 | 0.72 | Koch, Matthew |
| 37082496 | 12/6/2017 | TELEPHONE SOUNDPATH | 18.77 | Koch, Matthew |
| 37098116 | 12/6/2017 | TELEPHONE WILMINGTON DE SILVERMAN, STEPHEN   5495 | 1.09 | Silverman, Stephen D. |
| 37098110 | 12/7/2017 | TELEPHONE WILMINGTON DE BEVILACQUA, THERES   8484 | 1.97 | Bevilacqua, Theresa |
| 37098111 | 12/7/2017 | TELEPHONE WILMINGTON DE BEVILACQUA, THERES   8484 | 0.44 | Bevilacqua, Theresa |
| 37098115 | 12/7/2017 | TELEPHONE TORONTO   ON SILVERMAN, STEPHEN   5495 | 3.67 | Silverman, Stephen D. |
| 37082497 | 12/9/2017 | TELEPHONE SOUNDPATH | 2.20 | Doheny, Mary R. |
| 37097057 | 12/11/2017 | TELEPHONE SOUNDPATH | 13.53 | Koch, Matthew |
| 37097059 | 12/12/2017 | TELEPHONE SOUNDPATH | 14.10 | Koch, Matthew |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## TELEPHONE

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37096402 | 12/13/2017 | TELEPHONE<br>UNITED KIN GDOM<br>DOHENY, MARY      5106 | 1.32 | Doheny, Mary R. |
| 37096404 | 12/13/2017 | TELEPHONE<br>WILMINGTON  DE<br>SILVERMAN, STEPHEN    5495 | 3.07 | Silverman, Stephen D. |
| 37097058 | 12/13/2017 | TELEPHONE<br>SOUNDPATH | 3.41 | Doheny, Mary R. |
| 37097060 | 12/14/2017 | TELEPHONE<br>SOUNDPATH | 5.58 | Doheny, Mary R. |
| 37097061 | 12/14/2017 | TELEPHONE<br>SOUNDPATH | 3.46 | Doheny, Mary R. |
| 37096403 | 12/15/2017 | TELEPHONE<br>WILMINGTON  DE<br>SILVERMAN, STEPHEN    5495 | 0.69 | Silverman, Stephen D. |
| 37102737 | 12/18/2017 | TELEPHONE<br>WILMINGTON  DE<br>WESTOVER, MELANIE    7560 | 0.44 | Yanez, Melanie Westover |
| 37111078 | 12/18/2017 | TELEPHONE<br>SOUNDPATH | 16.29 | Koch, Matthew |
| 37103967 | 12/19/2017 | TELEPHONE<br>WILMINGTON  DE<br>DOHENY, MARY      5106 | 2.09 | Doheny, Mary R. |
| 37111077 | 12/19/2017 | TELEPHONE<br>SOUNDPATH | 8.95 | Koch, Matthew |
| 37111079 | 12/19/2017 | TELEPHONE<br>SOUNDPATH | 12.24 | Koch, Matthew |
| 37111081 | 12/19/2017 | TELEPHONE<br>SOUNDPATH | 1.78 | Doheny, Mary R. |
| 37102738 | 12/20/2017 | TELEPHONE<br>WILMINGTON  DE<br>WESTOVER, MELANIE    7560 | 2.45 | Yanez, Melanie Westover |
| 37103968 | 12/20/2017 | TELEPHONE<br>PHILADELPH PA<br>DOHENY, MARY      5106 | 5.95 | Doheny, Mary R. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## TELEPHONE

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37103969 | 12/21/2017 | TELEPHONE<br>WILMINGTON DE<br>NUSSBAUM, ROBERT        5226 | 2.09 | Nussbaum, Robert D. |
| 37103970 | 12/21/2017 | TELEPHONE<br>PHILADELPH PA<br>WANG, ALEX        5299 | 0.87 | Wang, Alex |
| 37111080 | 12/21/2017 | TELEPHONE<br>SOUNDPATH | 15.31 | Koch, Matthew |
| 37117854 | 12/26/2017 | TELEPHONE<br>SOUNDPATH | 3.46 | Koch, Matthew |
| 37125716 | 12/27/2017 | TELEPHONE<br>WILMINGTON DE<br>SILVERMAN, STEPHEN    5495 | 1.75 | Silverman, Stephen D. |
| 37125717 | 12/27/2017 | TELEPHONE<br>CHARLOTTE NC<br>KOCH, MATTHEW        5054 | 3.14 | Koch, Matthew |
| 37125718 | 12/27/2017 | TELEPHONE<br>CANBYNEEDY OR<br>KOCH, MATTHEW        5054 | 1.09 | Koch, Matthew |
| 37125719 | 12/27/2017 | TELEPHONE<br>SHOSHONE   CA<br>KOCH, MATTHEW        5054 | 1.09 | Koch, Matthew |
| 37125720 | 12/27/2017 | TELEPHONE<br>NORTHBROOK IL<br>KOCH, MATTHEW        5054 | 0.35 | Koch, Matthew |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

**TRANSCRIPT/DEPOSITION FEES**

| | **Date** | **Description** | **Amount** | **Name** |
|---|---|---|---|---|
| 37093511 | 12/20/2017 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: RELIABLE WILMINGTON 11/13/17 - HEARING TRANSCRIPT-1ST COPY | 22.80 | Thomas, Charmaine |
| 37093546 | 12/20/2017 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: RELIABLE WILMINGTON 11/14/17 - HEARING TRANSCRIPT-1ST COPY | 57.60 | Thomas, Charmaine |
| 37093547 | 12/20/2017 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: RELIABLE WILMINGTON 11/20/17 - HEARING TRANSCRIPT-1ST COPY | 147.60 | Thomas, Charmaine |
| 37093548 | 12/20/2017 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: RELIABLE WILMINGTON 11/28/17 - HEARING TRANSCRIPT-1ST COPY | 50.40 | Thomas, Charmaine |

## MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

**TRANSPORTATION REIMBURSEMENT VOUCHER**

| | **Date** | **Description** | **Amount** | **Name** |
|---|---|---|---|---|
| 37069249 | 12/8/2017 | TRANSPORTATION REIMBURSEMENT VOUCHER - - VENDOR: Robert D.Nussbaum 12/6/17 - TRANSPORTATION REIMBURSEMENT EXPENSE | 20.00 | Nussbaum, Robert D. |
| 37069259 | 12/8/2017 | TRANSPORTATION REIMBURSEMENT VOUCHER - - VENDOR: Robert D.Nussbaum 12/7/17 - TRANSPORTATION REIMBURSEMENT EXPENSE VOUCHER | 20.00 | Nussbaum, Robert D. |
| 37101310 | 12/22/2017 | TRANSPORTATION REIMBURSEMENT VOUCHER - - VENDOR: KATHERINE ROOKARD 12/01/17  - TRANSPORTATION REIMBURSEMENT EXPENSE VOUHER | 20.00 | Rookard, Katherine S. |
| 37101311 | 12/22/2017 | TRANSPORTATION REIMBURSEMENT VOUCHER - - VENDOR: KATHERINE ROOKARD 12/03/17  - TRANSPORTATION REIMBURSEMENT EXPENSE VOUCHER | 20.00 | Rookard, Katherine S. |
| 37106782 | 12/27/2017 | TRANSPORTATION REIMBURSEMENT VOUCHER - - VENDOR: Robert D.Nussbaum 12/21/17 - TRANSPORTATION REIMBURSEMENT EXPENSE VOUCHER | 20.00 | Nussbaum, Robert D. |
| 37106840 | 12/27/2017 | TRANSPORTATION REIMBURSEMENT VOUCHER - - VENDOR: Robert D.Nussbaum 12/14/17  - TRANSPORTATION REIMBURSEMENT EXPENSE VOUCHER | 20.00 | Nussbaum, Robert D. |

# MILBANK, TWEED, HADLEY & McCLOY   LLP

Ending December 31, 2017

## TRAVEL (H)

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37071553 | 12/4/2017 | TRAVEL (H) Business trip to Wilmington, DE to meet with clients and attend court hearing Roundtrip Train – Business Class (NY/Wilmington) | 327.00 | Silverman, Stephen D. |
| 37086230 | 12/4/2017 | TRAVEL (H) Takata court hearing. Roundtrip Main Cabin Airfare (Syracuse to Phila.   569.60 Airfare from Phila. To Syracuse (missed above return flight)  388.20 | 957.80 | Doheny, Mary R. |
| 37073377 | 12/6/2017 | TRAVEL (H) - - VENDOR: ANDREW LEBLANC TRAVEL TO WILMINGTON, DE FOR TRIAL Economy Airfare (NY to DC)          251.00 Business Class Train (DC to Wilmington)   27.32 Various Meals                48.35 Taxi                    37.07 | 363.74 | Leblanc, Andrew M. |
| 37086233 | 12/7/2017 | TRAVEL (H) Takata meeting at Weil's office Round Trip Main Cabi Airfare (Syracuse/NY)     486.40 | 486.40 | Doheny, Mary R. |
| 37101237 | 12/7/2017 | TRAVEL (H) - - VENDOR: ANDREW LEBLANC TRAVEL TO NY FOR CLIENT MEETINGS Business Class Train (NY to DC)     251.00 Economy Airfare (DC to NY)        363.21 Taxis                   227.69 Meal                     9.52 | 851.42 | Leblanc, Andrew M. |

21

## MILBANK, TWEED, HADLEY & McCLOY LLP

Ending December 31, 2017

### WESTLAW

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37071915 | 12/4/2017 | WESTLAW | 107.79 | Mardeusz, Julia I. |
| 37071916 | 12/4/2017 | WESTLAW | 431.15 | Rookard, Katherine S. |
| 37071917 | 12/4/2017 | WESTLAW | 314.08 | Wolf, Julie M. |
| 37071918 | 12/4/2017 | WESTLAW | 107.79 | Rookard, Katherine S. |
| 37071919 | 12/5/2017 | WESTLAW | 215.57 | Nussbaum, Robert D. |
| 37071920 | 12/6/2017 | WESTLAW | 107.79 | Nussbaum, Robert D. |
| 37071921 | 12/8/2017 | WESTLAW | 215.58 | Nussbaum, Robert D. |
| 37071922 | 12/9/2017 | WESTLAW | 107.79 | Nussbaum, Robert D. |
| 37099191 | 12/10/2017 | WESTLAW | 323.36 | Nussbaum, Robert D. |
| 37099192 | 12/14/2017 | WESTLAW | 1691.89 | Nussbaum, Robert D. |
| 37104839 | 12/17/2017 | WESTLAW | 656.51 | Nussbaum, Robert D. |
| 37104840 | 12/18/2017 | WESTLAW | 3525.32 | Nussbaum, Robert D. |
| 37104841 | 12/19/2017 | WESTLAW | 646.71 | Nussbaum, Robert D. |
| 37104836 | 12/20/2017 | WESTLAW | 323.36 | Alexis, Gesley-Ann |
| 37104842 | 12/20/2017 | WESTLAW | 1293.43 | Nussbaum, Robert D. |
| 37104843 | 12/20/2017 | WESTLAW | 1589.54 | Mandel, Lena |
| 37104837 | 12/21/2017 | WESTLAW | 215.57 | Alexis, Gesley-Ann |
| 37104838 | 12/22/2017 | WESTLAW | 107.79 | Adeyosoye, Adeola O. |
| 37114354 | 12/26/2017 | WESTLAW | 107.79 | Rookard, Katherine S. |
| 37114355 | 12/27/2017 | WESTLAW | 107.79 | Rookard, Katherine S. |