UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------x
                         :
In re                      :          **Chapter 11**
                         :
**TK HOLDINGS INC.,** *et al.,*  :          **Case No. 17-11375 (BLS)**
                       :
        **Debtors.**[1]     :         **Jointly Administered**
                       :
                       :         Re: Docket No. 2432
-------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY
FEE STATEMENT OF COVINGTON & BURLING LLP, SPECIAL
LITIGATION, REGULATORY AND CORPORATE COUNSEL TO THE
DEBTORS, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2018
THROUGH JANUARY 31, 2018 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no

answer, objection or other responsive pleading with respect to the *Sixth Monthly Fee Statement*

*of Covington & Burling LLP, Special Litigation, Regulatory and Corporate Counsel to the*

*Debtors, for Payment of Compensation and Reimbursement of Expenses for the Period from*

*January 1, 2018 through January 31, 2018* [Docket No. 2432] (the "***Monthly Application***") of

Covington & Burling LLP (the "***Applicant***").  The Monthly Application was filed with the

United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") on March

16, 2018.  Pursuant to the *Notice of Fee Application*, filed contemporaneously with the Monthly

Application, objections to the Monthly Application were to be filed and served no later than

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

**April 5, 2018 at 4:00 p.m. (Eastern Daylight Time)**.  The undersigned further certifies that she has reviewed the Bankruptcy Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Application appears thereon.

The Monthly Application was filed and served in accordance with the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) Authorizing Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated July 26, 2017 [Docket No. 331] (the "***Interim Compensation Order***").  Pursuant to the Interim Compensation Order, the above-captioned debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Bankruptcy Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

RLF1 19105374v.1

Dated: April 6, 2018
      Wilmington, Delaware

/s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Ronit J. Berkovich
Matthew P. Goren
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

3

## EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No.. | Total Fees Requested | Total Expenses Requested | Objection Deadline: | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Covington & Burling, LLP (Special Litigation, Regulatory and Corporate Counsel Debtors) | Sixth Monthly Fee Application 1/1/18 - 1/31/18 3/16/18 [Docket No. 2432] | $596,599.25 | $5,985.43 | 4/5/18 | $477,279.40 | $5,985.43 | $119,319.85 |