## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x
:
In re                                  :          **Chapter 11**
:
**TK HOLDINGS INC.,** *et al.,*        :          **Case No. 17-11375 (BLS)**
:
Debtors.[1]                            :          **Jointly Administered**
:
:          **Objection Deadline: May 3, 2018 at 4:00 p.m. (ET)**
:
-------------------------------------------------------x

## <u>NOTICE OF FEE APPLICATION</u>

PLEASE TAKE NOTICE that Covington & Burling, LLP (the "***Applicant***") has today

filed the attached *SeventhMonthly Fee Statement of Covington & Burling LLP, Special Litigation,*

*Regulatory and Corporate Counsel to the Debtors, for Payment of Compensation and Reimbursement*

*of Expenses for the Period from February 1, 2018 through February 28, 2018* (the "***Application***") with

the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be

made in accordance with the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) Authorizing Debtors to*

*Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*,

dated July 26, 2017 [Docket No. 331] (the "***Interim Compensation Order***"), and must be filed with the

Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street,

Wilmington, Delaware 19801, and be served upon and received by:  (i) TK Holdings Inc., 2500 Takata

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Drive, Auburn Hills, Michigan 48326, Attn: Ken Bowling; (ii) counsel to the Debtors, Weil, Gotshal &

Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Ronit J. Berkovich Esq., and

Bryan R. Podzius, Esq.; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 N. King

Street, One Rodney Square, Wilmington, Delaware 19807, Attn: Michael J. Merchant, Esq. and

Amanda R. Steele, Esq.; (iv) counsel to the Consenting OEMs, Morris, Nichols, Arsht & Tunnell LLP,

1201 North Market Street, 16th Floor, Wilmington, Delaware 19899, Attn: Derek C. Abbott, Esq.; (v)

the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington,

Delaware 19801, Attn: David Buchbinder, Esq. and Jane Leamy, Esq.; (vi) counsel to the Official

Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New

York, New York 1005, Attn: Dennis F. Dunne, Esq.,  Abhilash M. Raval, Esq. and Tyson Lomazow,

Esq. and Milbank, Tweed, Hadley & McCloy LLP, 1850 K Street, NW, Suite 1100, Washington, DC

20006, Attn: Andrew M. Leblanc, Esq.; (vii) Delaware counsel to the Official Committee of Unsecured

Creditors, Whiteford, Taylor & Preston LLC, The Renaissance Centre, 405 King Street, Suite 500,

Wilmington, Delaware 19801, Attn: Christopher M. Samis, Esq., L. Katherine Good, Esq. and Kevin F.

Shaw, Esq.; and (viii) counsel to the Official Committee of Unsecured Tort Claimant Creditors,

Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington,

Delaware 19899 (Courier 19801), Attn: Laura Davis Jones, Esq. and James I. Stang, Esq. no later than

**4:00 p.m. (Eastern Time) on May 3, 2018** (the "***Objection Deadline***").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the

Application are timely filed, served and received in accordance with this notice and the Interim

Compensation Order, a hearing on the Application will be held at the convenience of the Bankruptcy

Court.  Only those objections made in writing and timely filed and received in accordance with the

2

Interim Compensation Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

RLF1 19144343v.1

Dated: April 13, 2018
       Wilmington, Delaware

/s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Ronit J. Berkovich
Matthew P. Goren
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*