## EXHIBIT B

Itemized Expenses

**Takata Corporation / TK Holdings, Inc.**                                                        Page 10
TKH - Personal Injury/Wrongful Death Cases
037414.00010
Invoice No.:60797095

## Disbursement Detail

| Date | Descripton | Amount |
|------|------------|-------:|
| **COST CODE: Color Printing** | | |
| 02/23/18 | Color Printing @ 1.00 | $0.80 |
| **TOTAL FOR COST CODE: Color Printing** | | **$0.80** |
| | | |
| **COST CODE: Computer Research** | | |
| 02/01/18 | Computer Research Pacer @ 1.00 | $3.90 |
| **TOTAL FOR COST CODE: Computer Research** | | **$3.90** |
| | | |
| **COST CODE: Long Distance Calls** | | |
| 02/09/18 | Long Distance Calls. Extension: 44727, Number: 1(407)619-9539 @ 1.00 | $0.90 |
| 02/09/18 | Long Distance Calls. Extension: 15907, Number: 1(913)735-2200 @ 1.00 | $1.08 |
| 02/16/18 | Long Distance Calls. Extension: 15907, Number: 1(781)710-7468 @ 1.00 | $3.42 |
| 02/16/18 | Long Distance Calls. Extension: 15907, Number: 1(212)558-7357 @ 1.00 | $0.18 |
| 02/20/18 | Long Distance Calls. Extension: 44727, Number: 1(334)269-2343 @ 1.00 | $1.26 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$6.84** |
| **Totals** | | **11.54** |

## Disbursement Summary

| Description | Amount |
|-------------|-------:|
| Color Printing | $0.80 |
| Computer Research | $3.90 |
| Long Distance Calls | $6.84 |
| **Totals** | **$11.54** |

**Takata Corporation / TK Holdings, Inc.**                                                  Page 7
TKH - Economic Loss Cases
037414.00011
Invoice No.:60797096

# Disbursement Detail

| Date | Descripton | Amount |
|------|-----------|-------:|
| **COST CODE: Duplicating** | | |
| 01/29/18 | Equitrac Fax/Copy for 11241 - Phone - 2018-02-28 @ 747.00 | $74.70 |
| 02/06/18 | Equitrac Fax/Copy for 11241 - Phone - 2018-02-28 @ 735.00 | $73.50 |
| 02/26/18 | Equitrac Fax/Copy for 11241 - Phone - 2018-02-28 @ 36.00 | $3.60 |
| **TOTAL FOR COST CODE: Duplicating** | | **$151.80** |
| **COST CODE: Computer Research** | | |
| 01/01/18 | Pacer @ 1.00 | $0.20 |
| 02/01/18 | Pacer @ 1.00 | $3.00 |
| **TOTAL FOR COST CODE: Computer Research** | | **$3.20** |
| **COST CODE: Overtime Meals** | | |
| 01/29/18 | GRUBHUB HOLDINGS INC. f/k/a SEAMLESS NORTH - SeamlessWeb for Rodenberg William D., Invoice: 2845014, OrderDate: 1/29/2018 18:49, OrderID: 1897714375 @ 1.00 | $20.00 |
| **TOTAL FOR COST CODE: Overtime Meals** | | **$20.00** |
| **COST CODE: Long Distance Calls** | | |
| 01/30/18 | Long Distance Calls. Extension: 15273, Number: 1(305)476-7400 @ 1.00 | $0.36 |
| 02/06/18 | Long Distance Calls. Extension: 15273, Number: 1(312)853-4716 @ 1.00 | $0.36 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$0.72** |
| **COST CODE: Color Copying** | | |
| 02/26/18 | Equitrac Fax/Copy for 11241 - Phone - 2018-02-28 @ 54.00 | $43.20 |
| **TOTAL FOR COST CODE: Color Copying** | | **$43.20** |
| **Totals** | | **218.92** |

# Disbursement Summary

| Description | Amount |
|-------------|-------:|
| Duplicating | $151.80 |
| Computer Research | $3.20 |
| Overtime Meals | $20.00 |
| Long Distance Calls | $0.72 |

**Takata Corporation / TK Holdings, Inc.**                                          Page 8
TKH - Economic Loss Cases
037414.00011
Invoice No.:60797096


Color Copying                                                                       $43.20

**Totals**                                                                          **$218.92**

**Takata Corporation / TK Holdings, Inc.**                                    Page 11
TKH - State Civil Enforcement Actions
037414.00012
Invoice No.:60797097

## Disbursement Detail

| Date | Descripton | Amount |
|------|-----------|-------:|
| **COST CODE: Duplicating** | | |
| 02/12/18 | Equitrac Fax/Copy for 11056 - Phone - 2018-02-28 @ 1,301.00 | $130.10 |
| **TOTAL FOR COST CODE: Duplicating** | | **$130.10** |
| **COST CODE: Long Distance Calls** | | |
| 02/01/18 | Long Distance Calls. Extension: 15273, Number: 1(615)622-3444 @ 1.00 | $6.12 |
| 02/02/18 | Long Distance Calls. Extension: 15702, Number: 1(617)340-4082 @ 1.00 | $10.26 |
| 02/07/18 | Long Distance Calls. Extension: 15528, Number: 1(312)214-7900 @ 1.00 | $1.26 |
| 02/08/18 | Long Distance Calls. Extension: 15528, Number: 1(509)361-7065 @ 1.00 | $1.26 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$18.90** |
| **Totals** | | **149.00** |

## Disbursement Summary

| Description | Amount |
|-------------|-------:|
| Duplicating | $130.10 |
| Long Distance Calls | $18.90 |
| **Totals** | **$149.00** |

**Takata Corporation / TK Holdings, Inc.**                                                      Page 10
TKH - DOJ Criminal Investigation
037414.00015
Invoice No.:60797100

## Disbursement Detail

| Date | Descripton | Amount |
|------|------------|-------:|
| **COST CODE: Color Printing** | | |
| 01/18/18 | Color Printing @ 7.00 | $5.60 |
| 02/12/18 | Color Printing @ 3.00 | $2.40 |
| 02/12/18 | Color Printing @ 3.00 | $2.40 |
| 02/12/18 | Color Printing @ 2.00 | $1.60 |
| 02/12/18 | Color Printing @ 2.00 | $1.60 |
| 02/13/18 | Color Printing @ 1.00 | $0.80 |
| 02/13/18 | Color Printing @ 1.00 | $0.80 |
| **TOTAL FOR COST CODE: Color Printing** | | **$15.20** |
| **COST CODE: Duplicating** | | |
| 12/01/17 | Duplicating @ 9.00 | $0.90 |
| 01/05/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-28 @ 39.00 | $3.90 |
| 02/08/18 | Duplicating @ 5.00 | $0.50 |
| 02/08/18 | Duplicating @ 2.00 | $0.20 |
| 02/12/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-16 @ 1.00 | $0.10 |
| 02/12/18 | Duplicating @ 3.00 | $0.30 |
| 02/12/18 | Duplicating @ 4.00 | $0.40 |
| 02/12/18 | Duplicating @ 4.00 | $0.40 |
| 02/12/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-28 @ 168.00 | $16.80 |
| 02/12/18 | Duplicating @ 4.00 | $0.40 |
| 02/13/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-28 @ 292.00 | $29.20 |
| 02/13/18 | Duplicating @ 1.00 | $0.10 |
| 02/13/18 | Duplicating @ 1.00 | $0.10 |
| **TOTAL FOR COST CODE: Duplicating** | | **$53.30** |
| **COST CODE: Monthly Disk Storage** | | |
| 01/31/18 | Monthly disk space usage for Ringtail database of discovery materials for the month of January 2018 @ 1.00 | $223.27 |
| 01/31/18 | Monthly disk space usage for Ringtail database of discovery materials for the month of January 2018 @ 1.00 | $1,810.07 |
| 01/31/18 | Monthly disk space usage for Ringtail database of discovery materials for the month of January 2018 @ 1.00 | $902.56 |
| 02/28/18 | Monthly disk space usage for Ringtail database of discovery materials for the month of February 2018 @ 1.00 | $1,864.97 |

**Takata Corporation / TK Holdings, Inc.**                                        Page 11
TKH - DOJ Criminal Investigation
037414.00015
Invoice No.:60797100

| | | |
|---|---|---|
| 02/28/18 | Monthly disk space usage for Ringtail database of discovery materials for the month of February 2018 @ 1.00 | $902.56 |
| 02/28/18 | Monthly disk space usage for Ringtail database of discovery materials for the month of February 2018 @ 1.00 | $223.27 |
| **TOTAL FOR COST CODE: Monthly Disk Storage** | | **$5,926.70** |

**COST CODE: Computer Research**

| | | |
|---|---|---|
| 01/01/18 | Pacer @ 1.00 | $0.40 |
| **TOTAL FOR COST CODE: Computer Research** | | **$0.40** |

**COST CODE: Overtime Meals**

| | | |
|---|---|---|
| 02/01/18 | GRUBHUB HOLDINGS INC. f/k/a SEAMLESS NORTH - SeamlessWeb for Nwadike Ugochukwu B., Invoice: 2845014, OrderDate: 2/1/2018 19:55, OrderID: 1899067797 @ 1.00 | $20.00 |
| 02/12/18 | GRUBHUB HOLDINGS INC. f/k/a SEAMLESS NORTH - SeamlessWeb for Martinez Guillermo J., Invoice: 2852517, OrderDate: 2/12/2018 17:33, OrderID: 1901849688 @ 1.00 | $20.00 |
| 02/28/18 | COVINGTON & BURLING - Payroll OT Meal/Transportation for Koppes, Michael W. @ 1.00 | $20.00 |
| **TOTAL FOR COST CODE: Overtime Meals** | | **$60.00** |

**COST CODE: Overtime Transportation**

| | | |
|---|---|---|
| 02/28/18 | COVINGTON & BURLING - Payroll OT Meal/Transportation for Koppes, Michael W. @ 1.00 | $24.61 |
| **TOTAL FOR COST CODE: Overtime Transportation** | | **$24.61** |

**COST CODE: Long Distance Calls**

| | | |
|---|---|---|
| 02/07/18 | Long Distance Calls. Extension: 15241, Number: 1(904)422-8464 @ 1.00 | $4.50 |
| 02/08/18 | Long Distance Calls. Extension: 15241, Number: 1(904)422-8464 @ 1.00 | $0.54 |
| 02/09/18 | Long Distance Calls. Extension: 15241, Number: 1(214)561-7700 @ 1.00 | $0.18 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$5.22** |

**COST CODE: Travel - Mileage**

| | | |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 01/07/18 Mileage to airport. 12.50 miles at 0.545 @ 1.00 | $6.81 |
| **TOTAL FOR COST CODE: Travel - Mileage** | | **$6.81** |

**COST CODE: Travel - Lodging**

| | | |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Accommodations at hotel in Monclova, MX. @ 1.00 | $69.90 |

**Takata Corporation / TK Holdings, Inc.**                                          Page 12
TKH - DOJ Criminal Investigation
037414.00015
Invoice No.:60797100

| Date | Description | Amount |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Accommodations at hotel in Monterrey MX. @ 1.00 | $120.39 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 [Lodging] Re Client Meetings in Mexico re Takata. @ 1.00 | $291.33 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 [Lodging] Re Client Meetings in Mexico re Takata. @ 1.00 | $93.28 |
| **TOTAL FOR COST CODE: Travel - Lodging** | | **$574.90** |

**COST CODE: Travel - Air/Rail**

| Date | Description | Amount |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Airfare to/from Mexico. @ 1.00 | $958.74 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Re Client Meetings in Mexico re Takata. @ 1.00 | $2,517.90 |
| **TOTAL FOR COST CODE: Travel - Air/Rail** | | **$3,476.64** |

**COST CODE: Travel - Cabs/Public Transportation**

| Date | Description | Amount |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 01/09/18 Car from DCA to home. @ 1.00 | $30.91 |
| 02/20/18 | SUNNY'S EXECUTIVE SEDAN SERVICE INC - SUNNY'S EXECUTIVE SEDAN SERVICE INC, date 2.15.18 inv # 226732 - D. Suleiman on 2.14.18 - BD @ 1.00 | $74.07 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 02/16/18 [Uber from Covington to home] Re Client Meetings in Mexico re Takata. @ 1.00 | $43.16 |
| **TOTAL FOR COST CODE: Travel - Cabs/Public Transportation** | | **$148.14** |

**COST CODE: Telephone Calls**

| Date | Description | Amount |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 01/09/18 Charges for Int'l roaming @ 1.00 | $10.00 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 02/14/18 [Inflight Wi-Fi Internet] Re Client Meetings in Mexico re Takata. @ 1.00 | $7.99 |
| **TOTAL FOR COST CODE: Telephone Calls** | | **$17.99** |

**COST CODE: Color Copying**

| Date | Description | Amount |
|---|---|---|
| 01/05/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-28 @ 225.00 | $180.00 |
| 01/23/18 | Equitrac Fax/Copy for 10020 - Phone - 2018-02-28 @ 82.00 | $65.60 |
| 02/12/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-16 @ 8.00 | $6.40 |
| 02/12/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-28 @ 11.00 | $8.80 |
| 02/13/18 | Equitrac Fax/Copy for 11157 - Phone - 2018-02-28 @ 26.00 | $20.80 |
| **TOTAL FOR COST CODE: Color Copying** | | **$281.60** |

**COST CODE: Travel Meals**

**Takata Corporation / TK Holdings, Inc.**                                    Page 13
TKH - DOJ Criminal Investigation
037414.00015
Invoice No.:60797100

| | | |
|---|---|---|
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Hotel - Breakfast on 01/08/18 at Other for Breakfast at hotel in Monclova, MX. Ashley M. Sprague @ 1.00 | $7.83 |
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Lunch on 01/07/18 at SSP America for Lunch during travel to Mexico. Ashley M. Sprague @ 1.00 | $22.66 |
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Breakfast on 01/07/18 at Starbucks for Breakfast at airport. Ashley M. Sprague @ 1.00 | $14.68 |
| 02/15/18 | ASHLEY SPRAGUE - for Ashley M. Sprague Travel to Monterrey 01/07/18 - 01/09/18 Breakfast on 01/09/18 at Starbucks for Breakfast at airport in Houston. Ashley M. Sprague @ 1.00 | $16.39 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Breakfast on 02/16/18 at Starbucks in Mexico for [Breakfast] Re Client Meetings in Mexico re Takata. Daniel Suleiman @ 1.00 | $6.48 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Dinner on 02/15/18 at Fibra Hotel Restaurant for [Dinner with Leah Saris] Re Client Meetings in Mexico re Takata. Daniel Suleiman, Leah E. Saris @ 1.00 | $114.09 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Breakfast on 02/14/18 at Starbucks for [Breakfast] Re Client Meetings in Mexico re Takata. Daniel Suleiman @ 1.00 | $7.53 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Hotel - Dinner on 02/14/18 at Other for [Food & Beverage] Re Client Meetings in Mexico re Takata. Daniel Suleiman @ 1.00 | $44.98 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Breakfast on 02/16/18 at Hugo's Cocina in Houston for [Breakfast] Re Client Meetings in Mexico re Takata. Daniel Suleiman @ 1.00 | $13.23 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Hotel - Breakfast on 02/15/18 at Other for [Food & Beverage] Re Client Meetings in Mexico re Takata. Daniel Suleiman @ 1.00 | $16.16 |
| 02/24/18 | DANIEL SULEIMAN - for Daniel Suleiman Travel to Monterrey 02/14/18 - 02/16/18 Breakfast on 02/14/18 at Q Market for [Breakfast] Re Client Meetings in Mexico re Takata. Daniel Suleiman @ 1.00 | $14.07 |

**TOTAL FOR COST CODE: Travel Meals**                                  **$278.10**

**Totals**                                                            **10,869.61**

## Disbursement Summary

| Description | Amount |
|---|---|
| Color Printing | $15.20 |
| Duplicating | $53.30 |
| Monthly Disk Storage | $5,926.70 |

**Takata Corporation / TK Holdings, Inc.**                                        Page 14
TKH - DOJ Criminal Investigation
037414.00015
Invoice No.:60797100

| | |
|---|---:|
| Computer Research | $0.40 |
| Overtime Meals | $60.00 |
| Overtime Transportation | $24.61 |
| Long Distance Calls | $5.22 |
| Travel - Mileage | $6.81 |
| Travel - Lodging | $574.90 |
| Travel - Air/Rail | $3,476.64 |
| Travel - Cabs/Public Transportation | $148.14 |
| Telephone Calls | $17.99 |
| Color Copying | $281.60 |
| Travel Meals | $278.10 |
| **Totals** | **$10,869.61** |

**Takata Corporation / TK Holdings, Inc.**                                                           Page 9
TKH - NHTSA Compliance and Enforcement
037414.00016
Invoice No.:60797101

# Disbursement Detail

| Date | Descripton | Amount |
|------|-----------|--------|
| **COST CODE: Westlaw Research** | | |
| 02/11/18 | Westlaw usage, 02/11/2018 @ 1.00 | $59.55 |
| 02/12/18 | Westlaw usage, 02/12/2018 @ 1.00 | $129.02 |
| **TOTAL FOR COST CODE: Westlaw Research** | | **$188.57** |
| | | |
| **COST CODE: Long Distance Calls** | | |
| 02/06/18 | Long Distance Calls. Extension: 15702, Number: 1(617)340-4082 @ 1.00 | $3.06 |
| 02/06/18 | Long Distance Calls. Extension: 15702, Number: 1(936)560-8459 @ 1.00 | $2.34 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$5.40** |
| **Totals** | | **193.97** |

# Disbursement Summary

| Description | Amount |
|-------------|--------|
| Westlaw Research | $188.57 |
| Long Distance Calls | $5.40 |
| **Totals** | **$193.97** |

**Takata Corporation / TK Holdings, Inc.**                                                      Page 8
TKH - EPA Inquiries
037414.00017
Invoice No.:60797102

# Disbursement Detail

| Date | Descripton | Amount |
|------|-----------|--------|
| **COST CODE: Messengers** | | |
| 02/26/18 | WASHINGTON EXPRESS SVCS INC - Messengers WASHINGTON EXPRESS SVCS INC Inv# 160826 Inv Date 01/31/18 Washington Express: 01/17/2018 - Thomas R. Brugato Ship from: 870 9th St NW Washington DC 20001 Ship To: Environmental Protection Agency Requested By: Mery Aroca @ 1.00 | $22.26 |
| **TOTAL FOR COST CODE: Messengers** | | **$22.26** |
| **Totals** | | **22.26** |

# Disbursement Summary

| Description | Amount |
|-------------|--------|
| Messengers | $22.26 |
| **Totals** | **$22.26** |

**Takata Corporation / TK Holdings, Inc.**
TKH - Global Transaction Diligence and Regulatory
037414.00018
Invoice No.:60797103

## Disbursement Detail

| Date | Descripton | Amount |
|------|-----------|--------|
| **COST CODE: Color Printing** | | |
| 12/11/17 | Color Printing @ 10.00 | $8.00 |
| 12/13/17 | Color Printing @ 148.00 | $118.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 12/19/17 | Color Printing @ 3.00 | $2.40 |
| 01/25/18 | Color Printing @ 60.00 | $48.00 |
| 01/25/18 | Color Printing @ 16.00 | $12.80 |
| 01/25/18 | Color Printing @ 48.00 | $38.40 |
| 02/06/18 | Color Printing @ 10.00 | $8.00 |
| 02/13/18 | Color Printing @ 11.00 | $8.80 |
| 02/13/18 | Color Printing @ 55.00 | $44.00 |
| 02/27/18 | Color Printing @ 4.00 | $3.20 |
| **TOTAL FOR COST CODE: Color Printing** | | **$306.40** |
| **COST CODE: Duplicating** | | |
| 12/07/17 | Equitrac Fax/Copy for 10681 - Phone - 2018-02-28 @ 57.00 | $5.70 |
| 12/19/17 | Duplicating @ 10.00 | $1.00 |
| 12/19/17 | Duplicating @ 70.00 | $7.00 |
| 12/21/17 | Equitrac Fax/Copy for 10652 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/05/18 | Duplicating @ 319.00 | $31.90 |
| 01/05/18 | Duplicating @ 246.00 | $24.60 |
| 01/05/18 | Duplicating @ 23.00 | $2.30 |
| 01/05/18 | Duplicating @ 149.00 | $14.90 |
| 01/05/18 | Duplicating @ 43.00 | $4.30 |
| 01/05/18 | Duplicating @ 26.00 | $2.60 |
| 01/05/18 | Duplicating @ 186.00 | $18.60 |
| 01/05/18 | Duplicating @ 8.00 | $0.80 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |

**Takata Corporation / TK Holdings, Inc.**                                   Page 23
TKH - Global Transaction Diligence and Regulatory
037414.00018
Invoice No.:60797103

| Date | Description | Amount |
|---|---|---|
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 01/18/18 | Equitrac Fax/Copy for 06984 - Phone - 2018-02-28 @ 1.00 | $0.10 |
| 02/21/18 | Duplicating @ 72.00 | $7.20 |
| 02/21/18 | Duplicating @ 36.00 | $3.60 |
| **TOTAL FOR COST CODE: Duplicating** | | **$125.50** |

**COST CODE: Westlaw Research**

| 01/02/18 | Westlaw usage, 01/02/2018 @ 1.00 | $16.81 |
|---|---|---|
| **TOTAL FOR COST CODE: Westlaw Research** | | **$16.81** |

**COST CODE: Computer Research**

| 02/01/18 | Pacer @ 1.00 | $3.00 |
|---|---|---|
| **TOTAL FOR COST CODE: Computer Research** | | **$3.00** |

**COST CODE: Long Distance Calls**

| 02/15/18 | Long Distance Calls. Extension: 15991, Number: 1(248)475-6638 @ 1.00 | $0.90 |
|---|---|---|
| 02/15/18 | Long Distance Calls. Extension: 15991, Number: 1(248)475-6638 @ 1.00 | $1.98 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$2.88** |
| **Totals** | | **454.59** |

## Disbursement Summary

| Description | Amount |
|---|---|
| Color Printing | $306.40 |
| Duplicating | $125.50 |
| Westlaw Research | $16.81 |
| Computer Research | $3.00 |
| Long Distance Calls | $2.88 |
| **Totals** | **$454.59** |

**Takata Corporation / TK Holdings, Inc.**                                                          Page 8
TKH - General Legal Advice
037414.00030
Invoice No.:60797106

## Disbursement Detail

| Date | Descripton | Amount |
|------|------------|--------|
| **COST CODE: Duplicating** | | |
| 01/23/18 | Duplicating @ 54.00 | $5.40 |
| **TOTAL FOR COST CODE: Duplicating** | | **$5.40** |
| | | |
| **COST CODE: Long Distance Calls** | | |
| 02/02/18 | Long Distance Calls. Extension: 15501, Number: 1(212)310-8214 @ 1.00 | $4.14 |
| 02/02/18 | Long Distance Calls. Extension: 15501, Number: 1(410)768-7000 @ 1.00 | $1.62 |
| 02/05/18 | Long Distance Calls. Extension: 15501, Number: 1(302)651-7545 @ 1.00 | $0.72 |
| 02/06/18 | Long Distance Calls. Extension: 15501, Number: 1(586)344-5199 @ 1.00 | $0.90 |
| 02/06/18 | Long Distance Calls. Extension: 15501, Number: 1(212)310-8214 @ 1.00 | $3.42 |
| 02/07/18 | Long Distance Calls. Extension: 15501, Number: 1(212)310-8218 @ 1.00 | $0.36 |
| 02/07/18 | Long Distance Calls. Extension: 15501, Number: 1(719)325-2765 @ 1.00 | $2.16 |
| 02/09/18 | Long Distance Calls. Extension: 15501, Number: 1(212)310-8534 @ 1.00 | $1.80 |
| 02/09/18 | Long Distance Calls. Extension: 15501, Number: 1(631)749-1116 @ 1.00 | $4.14 |
| 02/09/18 | Long Distance Calls. Extension: 15501, Number: 1(803)767-9212 @ 1.00 | $0.54 |
| 02/13/18 | Long Distance Calls. Extension: 15501, Number: 1(212)310-8214 @ 1.00 | $0.90 |
| 02/14/18 | Long Distance Calls. Extension: 15501, Number: 1(248)364-5111 @ 1.00 | $1.80 |
| 02/15/18 | Long Distance Calls. Extension: 15501, Number: 1(917)691-4706 @ 1.00 | $0.90 |
| **TOTAL FOR COST CODE: Long Distance Calls** | | **$23.40** |
| | | |
| **COST CODE: Travel - Lodging** | | |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 Meeting re: upcoming hearing and deposition @ 1.00 | $231.85 |
| 02/26/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 02/15/18 - 02/16/18 Attend hearing @ 1.00 | $328.90 |

**Takata Corporation / TK Holdings, Inc.**                                      Page 9
TKH - General Legal Advice
037414.00030
Invoice No.:60797106

| | | |
|---|---|---:|
| **TOTAL FOR COST CODE: Travel - Lodging** | | **$560.75** |
| **COST CODE: Travel - Air/Rail** | | |
| 02/07/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 01/29/18 - 01/29/18 Attend bankruptcy court hearing @ 1.00 | $286.00 |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 Meeting re: upcoming hearing and deposition @ 1.00 | $326.30 |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 Meeting re: upcoming hearing and deposition @ 1.00 | $231.00 |
| 02/26/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 02/15/18 - 02/16/18 Attend hearing @ 1.00 | $307.00 |
| **TOTAL FOR COST CODE: Travel - Air/Rail** | | **$1,150.30** |
| **COST CODE: Travel - Cabs/Public Transportation** | | |
| 02/07/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 01/29/18 - 01/29/18 01/29/18 Attend bankruptcy court hearing @ 1.00 | $20.00 |
| 02/07/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 01/29/18 - 01/29/18 01/29/18 Attend bankruptcy court hearing @ 1.00 | $12.00 |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 02/08/18 Meeting re: upcoming hearing and deposition @ 1.00 | $48.00 |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 02/08/18 Meeting re: upcoming hearing and deposition -- cab fare from DCA to Union Station where car was parked @ 1.00 | $23.30 |
| 02/26/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 02/15/18 - 02/16/18 02/16/18 Attend hearing @ 1.00 | $38.00 |
| 02/26/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 02/15/18 - 02/16/18 02/15/18 Attend hearing -- cab fare from train station to hotel @ 1.00 | $15.00 |
| **TOTAL FOR COST CODE: Travel - Cabs/Public Transportation** | | **$156.30** |
| **COST CODE: Travel Meals** | | |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 Hotel - Dinner on 02/07/18 at Intercontinental Hotels for Meeting re: upcoming hearing and deposition Keith Teel @ 1.00 | $52.75 |
| 02/22/18 | KEITH A. TEEL - for Keith Teel Travel to New York 02/07/18 - 02/08/18 Dinner on 02/08/18 at Five Guys for Meeting re: upcoming hearing and deposition Keith Teel @ 1.00 | $14.13 |
| 02/26/18 | KEITH A. TEEL - for Keith Teel Travel to Wilmington 02/15/18 - 02/16/18 Hotel - Dinner on 02/15/18 at Other for Attend hearing Keith Teel @ 1.00 | $48.80 |
| **TOTAL FOR COST CODE: Travel Meals** | | **$115.68** |
| **Totals** | | **2,011.83** |

## Disbursement Summary

**Takata Corporation / TK Holdings, Inc.**                                                    Page 10
TKH - General Legal Advice
037414.00030
Invoice No.:60797106

| Description | Amount |
|---|---|
| Duplicating | $5.40 |
| Long Distance Calls | $23.40 |
| Travel - Lodging | $560.75 |
| Travel - Air/Rail | $1,150.30 |
| Travel - Cabs/Public Transportation | $156.30 |
| Travel Meals | $115.68 |
| **Totals** | **$2,011.83** |