**TO THE OFFICE OF THE CLERK OF**
**THE UNITED STATES BANKRUPCY COURT**
**OF THE DISTRICT OF DELAWARE**
824 North Market Street, 3rd Foor
Wilmington, Delaware 19801

FILED
2018 AUG -9 PM 2:53
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

From: Christine J. Larene
P.O. Box 15
Carnation, WA. 98014
Tel: 425-333-0565
ch7@comcast.net
August 7th, 2018

Claim # 41037

Re: Takata Holdings Inc. et all
Chapter-11
Case No. 17-11375
Fifth Omnibus Objection to Claims

TO THE HONORABLE JUDGE BRENDAN L. SHANNON
UNITED STATES BANKRUPCY JUDGE

Thank you for the opportunity to present my case in the Takata airbag recall.

These are the facts:

I am the owner of 2011 Honda Insight which has been a subject of Takata airbag recall. (ex.# 1)

This car was purchased in good faith on: 04/07/ 2013 in Bellevue, Washington for $18, 392.59 (ex. #2) plus finance charges of: $ 2,319.44 (ex. #3) for a total of $20,712.03. Takata knew that their airbags were dangerous in the early 2000 .

This car has only 64,000 miles and I have taken care of it since I was planning to keep it for a long time. I am a senior citizen.

Ever since the recall for the driver's side of the airbags I have lost faith in the safety of the car and all of its airbags and I am affraid to carry passengers in the front seat. I read

that soon there will be another recall for airbags on the passenger's side. (ex. #4)

I will need to replace this car with one that is safe and will not injure or kill someone.

If I sold the car to a private party: with the low mileage and in exellent mechanical condition I would get a full value of **$ 8,886.00** (ex. #5), since dealers sells even older models for **$10,000.** For the purpose of comparison, there were no 2011 models available in 75 miles range. (ex. #6)

**But I can not do that, because I would be selling a car that has airbags that I do not believe are safe and basically I would be doing to someone what Takata has done to me.**

The only thing I can do is take it back to a Honda who should help in dealing with this problem, since they have put the bags into their cars. In a trade, for this car I can get **$3,525.00** (ex. #7) For a Honda an over 80% drop in value is unusual.

**I am claiming a financial loss of: $5,361.00 in car's lost resale value.** ($8,886.00 less $3,525.00 = $5,361.00)

with best regards,

Christine J. Larene

cc. PACHULSKI STANG ZIEHL & JONES LLP
Attn: Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE. 19899

Attached: Proof of Mailing



Contact 833-619-7579
1-920-238-6810

# TAKATA Takata Airbag Inflator Claim and Notification Center

Case Info Claims Submit a PPIC/Airbag Inflator Related Claim Submit E-Ballot Docket

| Claim # | Filed Date | Creditor Name | Claim Value |
|---|---|---|---|
| 41037 | 12/16/2017 | Larene, Christine | Unknown |

Page 1 of 1 20 View 1 - 1 of 1

Claim Number(s)(e.g. 1,3,5-7)
41037

Creditor name

Search Claim

Reset

Home Leadership Disclaimer Terms & Conditions

©2016 Prime Clerk. All rights reserved.

**PACHULSKI STANG ZIEHL & JONES LLP**
Attn: Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE. 19899

From: Christine J. Larene
P.O. Box 15
Carnation, WA. 98014
Tel: 425-333-0565
ch7@comcast.net
August 7th, 2018

Claim # 41037

Re: Takata Holdings Inc. et all
Chapter-11
Case No. 17-11375
Fifth Omnibus Objection to Claims

Dear Mr. Keane,

Thank you for the opportunity to present my case in the Takata airbag recall.

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( 425-3330565
CHRISTINE LARENE
P.O. BOX 15
CARNATION, WA. 98014

EM 066605339 US

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 98027 | 08/09 | $ 94.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee $ |
| 08/07 | | | |
| Time Accepted ☐ AM ☒ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee | Live Animal Transportation Fee $ |
| 5:15 | | | |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| | | 94.70 | |
| Weight ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials DH | $ | |

(Postmark: ISSAQUAH, WA 98027 AUG 7 2018 USPS)

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
PACHULSKI STANG, ZIEHL & JONES
ATT. PETER J. KEANE
919 N. MARKET STREET, 17th FLOOR
ZIP + 4® (U.S. ADDRESSES ONLY) WILMINGTON, DE. 19801

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 2-CUSTOMER COPY

I will need to replace this car with one that is safe and will not injure or kill someone.

If I sold the car to a private party: with the low mileage and in exellent mechanical condition I would get a full value of **$ 8,886.00** (ex. #5), since dealers sells even older models for **$10,000.** (for the purpose of comparison, there were no 2011 models available in 75 miles range) (ex. #6)

**But I can not do that, because I would be selling a car that has airbags that I do not believe are safe and basically I would be doing to someone what Takata has done to me.**

The only thing I can do is take it back to a Honda who should help in dealing with this problem, since they have put the bags into their cars. In a trade I can get **$3,525.00** (ex. #7) For a Honda an over 80% drop in value is unusual.

**I am claiming a financial loss of: $5,361.00 in car's lost resale value.** ($8,886.00 less $3,525.00 = $5,361.00)

with best regards,

Christine J. Larene

cc. TO THE OFFICE OF THE CLERK OF
THE UNITED STATES BANKRUPCY COURT
OF THE DISTRICT OF DELAWARE
TO HONORABLE JUDGE BRENDAN L. SHANNON
UNITED STATES BANKRUPCY JUDGE
824 North Market Street, 3rd Foor
Wilmington, Delaware 19801

Attached: Proof of Mailing

 Ex. #1


WASHINGTON STATE DEPARTMENT OF LICENSING

# Registration Certificate

| Model Year | Make | Model | Body Style | Vehicle identification number (VIN) | Scale Weight |
|---|---|---|---|---|---|
| 2011 | HOND | INSIGHT | Hatchback/Fastbk | JHMZE2H7XBS005119 | 2,688 |

| Plate/Tag no | Tab/Decal no | Primary vehicle use type | Issue date | Exp date |
|---|---|---|---|---|
| AEN8490 | Z629550 | Passenger Vehicle | 04/05/2018 | 04/03/2019 |

| Plate/Tag no | Tab/Decal No | Vehicle use type | Issue date | Exp date |
|---|---|---|---|---|
| | | | | |

| Gross Weight | Gr wt start date | Gross weight exp date | Fleet no | Equip no |
|---|---|---|---|---|
| | | | | |

Registered Owner

LARENE, CHRISTINE
C/O LARENE,CHRISTINE
PO BOX 15
CARNATION WA 98014-0015

Legal Owner

Same as Registered Owner

**Brands/Comments:** 21490/2011, ALUMINUM / SILVER, Display tab on back license plate only - front plate is still required

*Anyone who knowingly makes a false statement may be guilty of a felony under state law and upon conviction shall be punished by a fine, imprisonment, or both.*

*I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct and, as owner or authorized agent of the vehicle, it is free of any claim of lien, mortgage, conditional sale or other security interest of any person except the person or persons set forth as legal owners.*

X [signature]
Signature of registered owner

Date and place signed

X
Signature of registered owner

Date and place signed

L003324327



MICHAEL'S Toyota of Bellevue

3060 148th Ave SE • Bellevue WA 98007
425.455.9500 • fax: 425.451.2281 • www.michaelstoyota.com

# VEHICLE BUYERS ORDER



177756

Ex. #2

160250

Date 04/07/2013 Dealer Name TOYOTA OF BELLEVUE Salesperson HARVEY J ANGEL

| Purchaser | Co-Purchaser |
|---|---|
| Purchaser's Name: CHRISTINE LARENE | Co-Purchaser's Name |
| Address (City, State and Zip Code): 28304 NE TOLT HILL RD CARNATION WA 98014 | Address (City, State and Zip Code) |
| Residential Phone: (425)333-0565 | Residential Phone |
| Business Phone: (425)333-0565 | Business Phone |
| Mobile Phone | Mobile Phone |
| Email Address: CH7@COMCAST.NET Date of Birth | Email Address: N Date of Birth |

Title Brands/Comments (if applicable): ______REBUILT______JUNK______SALVAGE/REBUILT______DESTROYED

| New/Used/Demo | Year | Make | Mileage | Model | Stock # | Vin # |
|---|---|---|---|---|---|---|
| USED | 2011 | HONDA | 19762 | INSIGHT | 34559 | JHMZE2H7XBS005119 |

LICENSE NO. WA: AEN8490 TAB: EXP: 04/03/

ODOMETER READING 19762

The owner of a vehicle may be required to spend up to $150 for repairs if the vehicle does not meet the vehicle emission standards under chapter 70.120 RCW. Unless expressly warranted by the motor vehicle dealer, the dealer is not warranting that this vehicle will pass any emission tests required by federal or state law.

X ______________________
SIGNATURE (DO NOT INITIAL)

**"NOTICE TO BUYER REGARDING THE AIRBAGS ON THIS VEHICLE:**
**_____ an "on/off switch" has been installed on the airbag(s)**
**_____ the airbag(s) have been deactivated"**

## (A) USED VEHICLE TRADE-IN

| | | | |
|---|---|---|---|
| YEAR 1994 | MAKE SUBARU | MODEL LEGACY SEDAN | |
| MILEAGE 187095 | VIN# 4S3BC633XR9651511 | | |
| BALANCE OWED TO | CLEAR TITLE OR CASH | | |
| LIENHOLDER'S ADDRESS | | | |

## (B) SECOND VEHICLE TRADE-IN

| | | |
|---|---|---|
| YEAR | MAKE | MODEL |
| MILEAGE | VIN# | |
| BALANCE OWED TO | | |
| LIENHOLDER'S ADDRESS | | |

| | |
|---|---|
| (1) Gross trade-in allowance for (A) | $ 1500.00 |
| Less estimated bal. owed on (A) | $ N/A |
| (2) Gross trade-in allowance for (B) | $ N/A |
| Less estimated bal. owed on (B) | $ N/A |
| (3)* ESTIMATED NET ALLOWANCE ON Trade-In(S): | $ 1500.00 (carry over to line 7) |
| (4) Total Gross Trade-In Allowance (Line 1 above + Line 2 above) | $ 1500.00 (carry over to line 9) |

* Buyer acknowledges that the payoff and/or lien balance on the trade-in vehicle as described above is only an estimated figure, subject to verification and confirmation from the lienholder as to the exact dollar amount. In the event the payoff/lien balance exceeds the above-stated amount, such additional amount shall be added to the total cash price of the vehicle and shall be paid to the dealer on request or added to the amount being financed.

X ______________________
SIGNATURE (DO NOT INITIAL)

| | | |
|---|---|---|
| 1. | BASE PRICE OF VEHICLE | 16580.00 |
| 2. | Dealer Added Or Deleted Options: | N/A |
| 3. | BASE PRICE OF VEHICLE AND OPTIONS (LINE 1 +/- LINE 2) | 16580.00 |
| 4. | ESTIMATED Vehicle Excise Tax, License, Title, and Registration Fees (including $3 arbitration fee on new cars) ($2.50 Dealer Administrative Fee) | 184.75 |
| 5. | Bank Title Lien Release Fee | N/A |
| 6. | DOWN PAYMENT (A) CASH N/A (B) REBATE N/A | N/A |
| 7. | ESTIMATED Net Trade-In Allowance | 1500.00 |
| 8. | TOTAL CREDITS (6 + 7) | 1500.00 |
| 9. | Sales Tax [Calculated on the sum of Base Price of the Vehicle and Options (Line 3 above) - Total Gross Trade-In Allowance $ 1500.00] | 1477.84 |
| 10. | Dealer Documentary Service Fee THE DOCUMENTARY SERVICE FEE IS A NEGOTIABLE FEE. Documentary service fees are not required by the State of Washington. | 150.00 |
| 11. | Service Contract | N/A |
| 12. | Maintenance Contract | N/A |
| 13. | Sales Tax (For Service Contract and/or Maintenance Contract) | N/A |
| 14. | Insurance (Life, Disability, etc.) | N/A |
| 15. | Other Charges | N/A |
| 16. | TOTAL CASH PRICE OF VEHICLE (3 + 4 + 5 + 9 + 10 + 11 + 12 + 13 + 14 + 15) | 18392.59 |
| 17. | UNPAID BALANCE OF CASH PRICE DUE ON DELIVERY (16 - 8) | 16892.59 |
| 18. | UNPAID BALANCE (AMOUNT FINANCED) (16 - 8) | 16892.59 |

COPY

**ALASKA USA FEDERAL CREDIT UNION**
PO Box 196613 Anchorage, Alaska 99519-6613
www.alaskausa.org

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| ACCOUNT | 1755810 |
| STATEMENT PERIOD | |
| FROM | 12-08-13 |
| THROUGH | 01-07-14 |
| PAGE | 1 |

**CHRISTINE J LARENE**
**PO BOX 15**
**CARNATION WA 98014-0015**

Ex. #3 Cont. →

## ACCOUNT SUMMARY

| SHARE ACCOUNTS | | DIVIDENDS YEAR-TO-DATE | WITHHOLDING YEAR-TO-DATE | PREVIOUS BALANCE | NEW BALANCE |
|---|---|---|---|---|---|
| 10 | SHARE SAV | 0.00 | 0.00 | 0.00 | 0.00 |
| 70 | RELATIONSHIP CHEK | 0.00 | 0.00 | 6.38 | 4.11 |
| | TOTAL SHARE ACCOUNTS | | | | 4.11 |

| LOANS | | SCHEDULED PAYMENT AMOUNT | NEXT PAYMENT DUE DATE | NEW BALANCE |
|---|---|---|---|---|
| 01 | 2011 HONDA INSIGHT-4 CYL. | 252.27 | 01-28-14 | 15,699.14 |

## SHARE SAV - 10

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | BALANCE | EXPANDED TRANSACTION DESCRIPTION |
|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | 0.00 | |
| | | NEW BALANCE | | 0.00 | |
| | | DIVIDEND YEAR TO DATE | 0.00 | | |
| | | DIVIDEND IN 2013 | 0.00 | | |

## RELATIONSHIP CHEK - 70

BALANCES DURING THIS STATEMENT:

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12-08 | 6.38 | 12-24 | 256.38 | 12-28 | 4.11 |

CHECKS IN NUMERICAL ORDER: (0 TOTALING $ 0.00)

OTHER WITHDRAWALS/DEBITS: (1 TOTALING $ 252.27)

| Effective | Posted | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12-28 | 12-28 | WITHDRAWAL TRANSFER TO LOAN 01 | 252.27 |

DEPOSITS/OTHER CREDITS: (1 TOTALING $ 250.00)

| Effective | Posted | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12-24 | 12-24 | DEPOSIT CASH | 250.00 |

CHECKING SUMMARY:

| | |
|---|---|
| PREVIOUS BALANCE | 6.38 |
| PLUS 1 DEPOSITS/OTHER CREDITS TOTALING | 250.00 |
| LESS 0 CHECKS TOTALING | 0.00 |
| LESS 1 OTHER WITHDRAWALS/DEBITS TOTALING | 252.27 |
| NEW BALANCE | 4.11 |

## LOAN - 01 (2011 HONDA INSIGHT-4 CYL.) 4.500%

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | CHARGE | LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | 15892.52 |
| 12-28 | 12-28 | PAYMENT TRANSFER FROM SHARE 70 | 252.27 | 193.38 - | [illegible] | 0.00 | 15699.14 |
| | | NEW BALANCE | | | | | 15699.14 |

| | |
|---|---|
| INTEREST YEAR TO DATE | 0.00 |
| INTEREST IN 2013 | 552.44 |

COPY

**ALASKA USA FEDERAL CREDIT UNION**
PO Box 196613 Anchorage, Alaska 99519-6613
www.alaskausa.org

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| ACCOUNT | 1755810 |
| STATEMENT PERIOD | |
| FROM | 12-08-14 |
| THROUGH | 01-07-15 |
| PAGE | 2 |

**LOAN - 01 (2011 HONDA INSIGHT-4 CYL.) 4.750%**

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | 13532.03 |
| 12-24 | 12-24 | PAYMENT CASH | 260.00 | 216.62 - | 43.38 | 0.00 | 13315.41 |
| | | NEW BALANCE | | | | | 13315.41 |

| | |
|---|---|
| INTEREST YEAR TO DATE | 0.00 |
| INTEREST IN 2014 | 651.24 |

*END OF STATEMENT*

COPY

**ALASKA USA FEDERAL CREDIT UNION**
PO Box 196613 Anchorage, Alaska 99519-6613
www.alaskausa.org

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| ACCOUNT | 1755810 |
| STATEMENT PERIOD | |
| FROM | 12-08-15 |
| THROUGH | 01-07-16 |
| PAGE | 2 |

**LOAN - 01 (2011 HONDA INSIGHT-4 CYL.) 4.500%**

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | 11057.64 |
| 12-28 | 12-28 | PAYMENT TRANSFER FROM SHARE 70 | 252.27 | 211.37 - | 40.90 | 0.00 | 10846.27 |
| | | NEW BALANCE | | | | | 10846.27 |

| | |
|---|---|
| INTEREST YEAR TO DATE | 0.00 |
| INTEREST IN 2015 | 558.10 |

*END OF STATEMENT*

| | |
|---|---|
| PREVIOUS BALANCE | 30.38 |
| PLUS 1 DEPOSITS/OTHER CREDITS TOTALING | 225.00 |
| LESS 0 CHECKS TOTALING | 0.00 |
| LESS 1 OTHER WITHDRAWALS/DEBITS TOTALING | 252.27 |
| NEW BALANCE | 3.11 |

**LOAN - 01 (2011 HONDA INSIGHT-4 CYL.) 4.500%**

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | 8476.25 |
| 12-28 | 12-28 | PAYMENT TRANSFER FROM SHARE 70 | 252.27 | 220.92 - | 31.35 | 0.00 | 8255.33 |
| | | NEW BALANCE | | | | | 8255.33 |

| | |
|---|---|
| INTEREST YEAR TO DATE | ~~0.00~~ |
| INTEREST IN 2016 | 436.30 |

COPY

**ALASKA USA FEDERAL CREDIT UNION**
PO Box 196613 Anchorage, Alaska 99519-6613
www.alaskausa.org

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| ACCOUNT | 1755810 |
| STATEMENT PERIOD | |
| FROM | 06-08-17 |
| THROUGH | 07-07-17 |
| PAGE | 2 |

**RELATIONSHIP CHEK - 70 (CONTINUED)**

| Effective | Posted | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06-30 | 06-30 | WITHDRAWAL MAINTENANCE FEE | 5.00 |
| 07-05 | 07-05 | WITHDRAWAL AT ATM #002253866821 CARDTRONICS CCSB 15800 NE REDMOND WA REDMOND WA | 240.00 |

**DEPOSITS/OTHER CREDITS: (3 TOTALING $ 336.49)**

| Effective | Posted | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06-21 | 06-21 | DEPOSIT ACH PAYPAL TYPE: TRANSFER DATA: TRANSFER CO: PAYPAL | 50.52 |
| 07-05 | 07-05 | DEPOSIT ACH PAYPAL TYPE: TRANSFER DATA: TRANSFER CO: PAYPAL | 254.90 |
| 07-07 | 07-07 | DEPOSIT ACH PAYPAL TYPE: TRANSFER DATA: TRANSFER CO: PAYPAL | 31.07 |

**CHECKING SUMMARY:**

| | |
|---|---|
| PREVIOUS BALANCE | 52.55 |
| PLUS 3 DEPOSITS/OTHER CREDITS TOTALING | 336.49 |
| LESS 0 CHECKS TOTALING | 0.00 |
| LESS 6 OTHER WITHDRAWALS/DEBITS TOTALING | 337.07 |
| NEW BALANCE | 51.97 |

**LOAN - 01 (2011 HONDA INSIGHT-4 CYL.) 4.750%**

| Effective | Posted | TRANSACTION DESCRIPTION | AMOUNT | PRINCIPAL | FINANCE CHARGE | LATE FEE | BALANCE |
|---|---|---|---|---|---|---|---|
| | | PREVIOUS BALANCE | | | | | 55.21 |
| 06-09 | 06-09 | PAYMENT | 55.27 | 55.21 - | 0.06 | 0.00 | 0.00 |
| | | NEW BALANCE | | | | | 0.00 |

** THIS LOAN IS CLOSED

INTEREST YEAR TO DATE 121.36

*END OF STATEMENT*

Ex. #4

Menu >

(https://www.consumeraffairs.com/)

# Honda recalls nearly 700k vehicles with airbag inflator issue

## The airbag inflator could explode, causing injury or death



By James Limbach

01/18/2018 | ConsumerAffairs | Airbag Reports (https://www.consumeraffairs.com/airbags-studies-and-reports)



*Photo (c) Brad Thompson - Fotolia*

American Honda Motor Co. (http://www.honda.com) is recalling model year 2011-2013 Acura TSX, TSX Sportswagon, ZDX, Honda Accord, Accord Crosstour, Fit, Insight and Pilot vehicles; model year 2011 Honda Civic, Civic NGV, Civic Hybrid and CR-V vehicles; and model year 2013 Honda FCX Clarity and Fit EV vehicles ever registered in Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands or "Zone A."

Additionally, Honda is recalling model year 2010 Acura TSX, ZDX, Honda Accord, Accord Crosstour, Civic, Civic NGV, Civic Hybrid, CR-V, Fit, Insight, and Pilot vehicles ever registered in the states of Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia or "Zone B."

Finally, unless included in Zones A or B above, Honda is recalling model year 2009 Acura TSX, Honda Accord, Civic, Civic NGV, Civic Hybrid, CR-V, Fit, and Pilot vehicles ever registered in the states of Alaska, Colorado, Connecticut, Idaho, Iowa, Maine, Massachusetts, Michigan, Minnesota, Montana, New Hampshire, New York, North Dakota, Oregon, Rhode Island, South Dakota, Utah, Vermont, Washington, Wisconsin, and Wyoming or "Zone C."

In all, 691,726 vehicles are being recalled.

These vehicles are equipped with certain air bag inflators assembled as part of the front airbag modules, and used as original equipment or replacement equipment (such as after a vehicle crash necessitating replacement of the original airbags), that may explode due to propellant degradation occurring after long-term exposure to lower absolute humidity, temperature and temperature cycling.

Menu ›
(https://www.consumeraffairs.com/)

An inflator explosion may result in sharp metal fragments striking the driver or other occupants resulting in serious injury or death.

## What to do

Honda will notify owners, and dealers will replace the passenger frontal air bag inflator, free of charge.

The recall is expected to begin February 12, 2018.

Owners may contact Honda customer service at 1-888-234-2138. Honda's numbers for this recall are B0K and L0J.

Stay up to date with important consumer news:

Just enter your email here

Subscribe Now

**By James Limbach**
A Washington, D.C., reporter for more than 30 years, Jim Limbach covers the federal agencies for ConsumerAffairs. Previously, he was a reporter and news anchor for Associated Press Broadcast Services, where he covered business and consumer news as well as space shots and other major spot news events. Read Full Bio→ (https://www.consumeraffairs.com/about/staff/james-limbach/)

Email James Limbach (mailto:james.limbach@consumeraffairs.com) Phone: 866-773-0221

## From The Web

Ex. #35








Advertisement

# 2011 Honda Insight Pricing Report



**Style:** Hatchback 4D
**Mileage:** 64,000

## Sell To Private Party

Private Party Range
**$6,436 - $8,886**

Private Party Value
**$7,729**




Valid for ZIP Code 98014 through 08/09/2018

## Vehicle Highlights

Fuel Economy: Gas - City 40/Hwy 43/Comb 41 MPG

Max Seating: 5

Doors: 4

Engine: 4-Cyl, Hybrid, VTEC, 1.3L

Drivetrain: FWD

Transmission: Automatic, CVT

EPA Class: Compact Cars

Body Style: Hatchback

Country of Origin: Japan

Country of Assembly: Japan

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✔ Options that you added while configuring this car.

**Engine**

4-Cyl, Hybrid, VTEC, 1.3L

**Transmission**

Automatic, CVT

**Drivetrain**

FWD

**Braking and Traction**

Traction Control
Stability Control
ABS (4-Wheel)

**Comfort and Convenience**

Air Conditioning
Power Windows
Power Door Locks

**Steering**

Power Steering
Tilt & Telescoping Wheel

**Entertainment and Instrumentation**

AM/FM Stereo
CD/MP3 (Single Disc)

**Safety and Security**

Dual Air Bags
Side Air Bags
Head Curtain Air Bags

**Lighting**

Daytime Running Lights

**Wheels and Tires**

Steel Wheels

**Exterior Color**

✔ Gray

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

Tip:
It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

Used Cars for Sale / Used Cars Search / Honda / Insight / Hybrid / Carnation, WA

# Used Cars for Sale

Exh. #6

Refine Search

Showing 1 – 2 of 2 Used Car Listings

Sort By: Best Match

We weren't able to find any matching results, but we found these similar listings for you:



**2010 Honda Insight**
**EX**

76,247 miles
Bremerton, WA
Gray
JHMZE2H78AS035220
Discount Available ⓘ

## $10,000




**2010 Honda Insight**
**EX w/ Navi**

70,405 miles
Puyallup, WA
Silver
Gray
JHMZE2H7XAS020704
Discount Available ⓘ

## $9,889

« ‹ 1 › »

Ex. #7

# Your True Cash Estimate™ is $2,875 - $4,175.

7 Certified TrueCar Dealers have offered to buy your 2011 HONDA INSIGHT for $3,525.

Your True Cash Estimate

$2,875 - $4,175

Expires 8/9/18
Subject to dealer verification



2011 HONDA INSIGHT

Select a Dealer to Contact

We've shared your contact info with Klein Honda in Everett

NEAREST BRAND MATCH




Klein Honda in Everett ›

Contact additional dealers to ask a question or schedule an appraisal.




Evergreen Chevrolet ›



Ford of Kirkland ›