# Exhibit 1

## Misclassified Claims

| No. | Claimant | Asserted Amounts | | | | Reclassified Amounts |
|---|---|---|---|---|---|---|
| | | Claim Number | Asserted Debtor | Claim Classification | Modified Classification | Reason for Reclassification |
| 1 | Adkins Entertainment Services, LLC<br>540 Powder Springs Street, Ste B-9<br>Marietta, GA 30064 | 937 | TK Holdings Inc. | $0 (U)<br>$629 (P)<br>$0 (S)<br>$0 (A)<br>$629 (T) | $629 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$629 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 2 | Bauer, Danna L<br>108 County Road 4012<br>Dayton, TX 77535 | 859 | TK Holdings Inc. | $0 (U)<br>$2,500 (P)<br>$0 (S)<br>$0 (A)<br>$2,500 (T) | $2,500 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,500 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 3 | Branch, Bradley R.<br>5000 Yates Mill Pond Road<br>Raleigh, NC 27606 | 358 | TK Holdings Inc. | $0 (U)<br>$240 (P)<br>$0 (S)<br>$0 (A)<br>$240 (T) | $240 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$240 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 4 | Gardner, Dan N.<br>Box 92<br>Rosanky, TX 78953 | 3856 | TK Holdings Inc. | $525 (U)<br>$1,975 (P)<br>$0 (S)<br>$0 (A)<br>$2,500 (T) | $2,500 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,500 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 5 | McConico, David Leroy<br>12474 East Wesley Avenue<br>Aurora, CO 80014-1992 | 1092 | TK Holdings Inc. | $332,150 (U)<br>$167,850 (P)<br>$0 (S)<br>$0 (A)<br>$500,000 (T) | $500,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$500,000 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 6 | Messner, Thomas W<br>6329 Knob Hill Court<br>Grand Blanc, MI 48439 | 2385 | TK Holdings Inc. | $0 (U)<br>$100,738 (P)<br>$0 (S)<br>$0 (A)<br>$100,738 (T) | $100,738 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$100,738 (T) | Review of the Employee Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 7 | Modica, Stephen<br>63 Chamberlain Rd<br>Uxbridge, MA 01569 | 2285 | TK Holdings Inc. | $0 (U)<br>$920 (P)<br>$0 (S)<br>$0 (A)<br>$920 (T) | $920 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$920 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 8 | Nalco Company LLC<br>1601 W. Diehl Rd<br>Naperville, IL 60563 | 113 | TK Holdings Inc. | $906 (U)<br>$0 (P)<br>$0 (S)<br>$453 (A)<br>$1,358 (T) | $1,358 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,358 (T) | Review of the Trade Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 9 | O'Boyle, Michael<br>305 Mystic Meadows Ct.<br>Howell, MI 48843 | 3133 | TK Holdings Inc. | $0 (U)<br>$55,420 (P)<br>$0 (S)<br>$0 (A)<br>$55,420 (T) | $55,420 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$55,420 (T) | Review of the Employee Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 10 | Richardson, Myretta F.<br>702 Summit Ave<br>Albemarle, NC 28001 | 388 | TK Holdings Inc. | $0 (U)<br>$3,500 (P)<br>$3,500 (S)<br>$0 (A)<br>$7,000 (T) | $7,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$7,000 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| No. | Claimant | Asserted Amounts | | | Modified Classification | Reclassified Amounts |
|---|---|---|---|---|---|---|
| | | Claim Number | Asserted Debtor | Claim Classification | | Reason for Reclassification |
| 11 | Roman, Jason<br>1674 La Bonita Way<br>Concord, CA 94519 | 1646 | TK Holdings Inc. | $5,000 (U)<br>$0 (P)<br>$5,000 (S)<br>$0 (A)<br>$10,000 (T) | $10,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$10,000 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 12 | Schroth Safety Products LLC<br>c/o Brian Cooper<br>1371 SW 8th Street #3<br>Pompano Beach, FL 33069 | 3533 | TK Holdings Inc. | $8,252 (U)<br>$0 (P)<br>$0 (S)<br>$61,398 (A)<br>$69,650 (T) | $69,650 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$69,650 (T) | Review of the Trade Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 13 | Smith, John<br>5124 Sedgebrook Road<br>Kernersville, NC 27284 | 1388 | TK Holdings Inc. | $0 (U)<br>$46,889 (P)<br>$0 (S)<br>$0 (A)<br>$46,889 (T) | $46,889 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$46,889 (T) | Review of the Employee Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 14 | Thomas, Wesley<br>P.O. Box 531181<br>New Orleans, LA 70153 | 2895 | TK Holdings Inc. | $20,000 (U)<br>$0 (P)<br>$20,000 (S)<br>$0 (A)<br>$40,000 (T) | $40,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$40,000 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |
| 15 | Weaver, Deborah J<br>1318 Lincoln Ave<br>Cincinnati, OH 45206 | 3004 | TK Holdings Inc. | $0 (U)<br>$180 (P)<br>$0 (S)<br>$0 (A)<br>$180 (T) | $180 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$180 (T) | Review of the PPIC Claim and the Debtors' books and records reveals no basis for classification of the claim as anything other than a general unsecured claim. |