# Exhibit 2

## Partially Satisfied Claims

| | | Asserted Claims | | | Surviving Claims | |
|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | Asserted Debtor | Claim Amount | Reason for Modification |
| 1 | Advanced Time Management<br>Sarah Goodman<br>4475 Wilson Ave Sw Ste 8<br>Grandville, MI 49418-2368 | S-2530 | $1,134 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,134 (T) | TK Holdings Inc. | $519 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$519 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 2 | Allstate Fire Extinguisher<br>Mr. Barajas<br>2401 Grant Street<br>Laredo, TX 78840 | S-3088 | $2,199 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,199 (T) | TK Holdings Inc. | $1,798 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,798 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 3 | ATF Inc.<br>3550 W. Pratt Ave<br>Lincolnwood, IL 60712 | 2974 | $323 (U)<br>$0 (P)<br>$0 (S)<br>$10,455 (A)<br>$10,778 (T) | TK Holdings Inc. | $323 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$323 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 4 | Baskin Enterprises<br>Joe Baskin<br>18881 Savage Road<br>Belleville, MI 48111 | 917 | $45,314 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$45,314 (T) | TK Holdings Inc. | $32,169 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$32,169 (T) | A portion of the claim does not match books and records. |
| 5 | Blackware LLC<br>Wendy Ofori<br>1075 Ripple Ave #230<br>Indianapolis, IN 46220 | S-3243 | $5,990 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$5,990 (T) | TK Holdings Inc. | $1,785 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,785 (T) | A portion of the claim does not match books and records. |
| 6 | Butzel Long<br>150 West Jefferson St 900<br>Detroit, MI 48226-4430 | S-3303 | $19,852 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$19,852 (T) | TK Holdings Inc. | $247 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$247 (T) | Satisfied pursuant to the Employee Wage and Benefits Order [Docket No. 330]. |
| 7 | Cintas Corporation No 2<br>903 Brandt St<br>Dayton, OH 45404 | S-2644 | $1,043 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,043 (T) | TK Holdings Inc. | $679 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$679 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 8 | Crosscon Industries<br>Art Argeros<br>2889 Bond Street<br>Rochester Hills, MI 48309 | 1490 | $67,095 (U)<br>$0 (P)<br>$0 (S)<br>$70,278 (A)<br>$137,373 (T) | TK Holdings Inc. | $53,848 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$53,848 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 9 | Del Rio Welders<br>Charlie<br>310 Veterans Blvd<br>Del Rio, TX 78841 | S-2994 | $422 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$422 (T) | TK Holdings Inc. | $357 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$357 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 10 | DHL Express (USA), Inc.<br>1100 Airport Road<br>Wilmington, OH 45177 | S-2718 | $23,526 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$23,526 (T) | TK Holdings Inc. | $21,444 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$21,444 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 11 | Dixie Tool Crib Inc<br>613 Industrial Blvd<br>Austin, TX 78745 | 1157 | $0 (U)<br>$0 (P)<br>$0 (S)<br>$12,875 (A)<br>$12,875 (T) | TK Holdings Inc. | $8,082 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$8,082 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Page 1 of 5

| No. | Claimant | Asserted Claims | | Asserted Debtor | Surviving Claims | |
|---|---|---|---|---|---|---|
| | | Claim Number | Claim Amount | | Claim Amount | Reason for Modification |
| 12 | El Paso Industrial Supplies<br>119 N. Cotton<br>El Paso, TX 79901 | 444 | $1,597 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,597 (T) | TK Holdings Inc. | $1,435 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,435 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 13 | Element Materials Technology Warren Inc<br>32424 Collection Center Drive<br>Chicago, IL 60693 | 52 | $6,547 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$6,547 (T) | TK Holdings Inc. | $2,062 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,062 (T) | Satisfied pursuant to the Critical Vendors Order [Docket No. 445]. |
| 14 | Equipment Plus<br>P.O. Box 162447<br>Fort Worth, TX 76161-2447 | S-2751 | $2,996 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,996 (T) | TK Holdings Inc. | $516 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$516 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 15 | Global Industrial Equipmt<br>CS Rep<br>P.O. Box 100090<br>Buford, GA 30515 | S-3365 | $5,433 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$5,433 (T) | TK Holdings Inc. | $970 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$970 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 16 | Header Products - An ATF Company<br>ATF Inc.<br>3550 W. Pratt Ave<br>Lincolnwood, IL 60712 | 2990 | $11,522 (U)<br>$0 (P)<br>$0 (S)<br>$23,696 (A)<br>$35,218 (T) | TK Holdings Inc. | $11,522 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$11,522 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 17 | Hernandez Lawn Service<br>Cesar Hernandez<br>2954 Tahoe Drive<br>Eagle Pass, TX 78852 | S-2870 | $520 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$520 (T) | TK Holdings Inc. | $230 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$230 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 18 | Home Depot Credit Service<br>Dpt. 32-2503196382<br>P.O.Box 9055<br>Des Moines, IA 50368-9055 | S-3262 | $1,125 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,125 (T) | TK Holdings Inc. | $852 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$852 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 19 | Johnson Oil Company<br>P.O. Drawer 1959<br>Gonzales, TX 78629 | 1299 | $6,244 (U)<br>$0 (P)<br>$0 (S)<br>$12,542 (A)<br>$18,786 (T) | TK Holdings Inc. | $6,271 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$6,271 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 20 | Kennedy Wire Rope & Sling<br>PO Box 4016<br>Corpus Christi, TX 78469 | S-3633 | $1,523 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,523 (T) | TK Holdings Inc. | $861 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$861 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 21 | Kern Liebers Texas Inc<br>400 E. Nolana Loop<br>Pharr, TX 78577 | 50 | $3,405 (U)<br>$0 (P)<br>$0 (S)<br>$188,221 (A)<br>$191,626 (T) | TK Holdings Inc. | $3,405 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,405 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 22 | Lawrence Printing (82467) Act# 102742<br>PO Box 886<br>Greenwood, MS 38935-0886 | 171 | $2,201 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,201 (T) | TK Holdings Inc. | $1,431 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,431 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| | | Asserted Claims | | | Surviving Claims | |
|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | Asserted Debtor | Claim Amount | Reason for Modification |
| 23 | Logicalis Inc<br>Andrea Crosby<br>34505 W. 12 Mile Road<br>Farmington Hills, MI 48331 | S-3708 | $4,909 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$4,909 (T) | TK Holdings Inc. | $203 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$203 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 24 | Memo's Trucking Inc.<br>P.O. Box 421908<br>Del Rio, TX 78842-1908 | S-3786 | $32,417 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$32,417 (T) | TK Holdings Inc. | $3,300 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,300 (T) | A portion of the claim does not match books and records. |
| 25 | Mid-Coast Electric Co.<br>3354 Nacogdoches<br>San Antonio, TX 78217 | S-3814 | $473 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$473 (T) | TK Holdings Inc. | $263 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$263 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 26 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | 264 | $189 (U)<br>$0 (P)<br>$0 (S)<br>$4,390 (A)<br>$4,578 (T) | TK Holdings Inc. | $189 (U)<br>$0 (P)<br>$0 (S)<br>$1,970 (A)<br>$2,158 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 27 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | 268 | $13,449 (U)<br>$0 (P)<br>$0 (S)<br>$26,249 (A)<br>$39,698 (T) | TK Holdings Inc. | $69 (U)<br>$0 (P)<br>$0 (S)<br>$2,391 (A)<br>$2,459 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 28 | Office Plus<br>Carlos Del Moral<br>2090 Hillcrest Blvd<br>Eagle Pass, TX 78852 | S-3933 | $3,059 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,059 (T) | TK Holdings Inc. | $1,412 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,412 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 29 | Piedmont Printing & Graph<br>P.O. Box 38984<br>Greensboro, NC 27438-8984 | S-3993 | $215 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$215 (T) | TK Holdings Inc. | $196 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$196 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 30 | Quill Corporation<br>1000 Schelter Road<br>Lincolnshire, IL 60069-3621 | S-4051 | $3,263 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,263 (T) | TK Holdings Inc. | $2,768 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,768 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 31 | Rex Supply Company<br>8655 E Eight Mile Rd<br>Warren, MI 48089 | 161 | $9,018 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$9,018 (T) | TK Holdings Inc. | $3,243 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,243 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 32 | Rightpoint Consulting LLC<br>Attn: Accounting<br>29 N Wacker Drive<br>Chicago, IL 60606 | 2939 | $18,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$18,000 (T) | TK Holdings Inc. | $7,088 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$7,088 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 33 | Safety-Kleen/Clean Harbors<br>42 Longwater Drive<br>Norwell, MA 02061 | 59 | $32,895 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$32,895 (T) | TK Holdings Inc. | $3,080 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,080 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| | | Asserted Claims | | | Surviving Claims | |
|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | | Asserted Debtor | Claim Amount | Reason for Modification |
| 34 | Sam's Club Member Only<br>5055 Loop 410 NW<br>San Antonio, TX 78229 | S-4129 | $207 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$207 (T) | TK Holdings Inc. | $33 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$33 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 35 | Sepro Robotique<br>Rue Henry Bessemer, Zone Acti-Est<br>La Roche Sur Yon, 85000<br>France | 3637 | $2,117 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,117 (T) | TK Holdings Inc. | $1,696 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,696 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 36 | Service Express Inc<br>Rob Somers<br>4845 Corporate Exchange<br>Grand Rapids, MI 49512 | S-4158 | $8,080 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$8,080 (T) | TK Holdings Inc. | $466 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$466 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 37 | Shepherd Controls & Associates<br>230A South Jupiter Rd<br>Allen, TX 75002 | 662 | $7,692 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$7,692 (T) | TK Holdings Inc. | $7,161 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$7,161 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 38 | Southwestern Rack Company<br>1401 Royal Parkway, Ste A<br>Euless, TX 76040 | S-4214 | $462 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$462 (T) | TK Holdings Inc. | $372 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$372 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 39 | Staples<br>Ryan Cowell<br>P.O.Box 95708<br>Chicago, IL 60694-5708 | S-4233 | $1,968 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,968 (T) | TK Holdings Inc. | $1,145 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,145 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 40 | Staples Contract & Commer<br>Clair Dickinson<br>500 Staples Drive<br>Framington, MA 01702 | S-4235 | $455 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$455 (T) | TK Holdings Inc. | $37 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$37 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 41 | Strasburger & Price, LLP<br>Robert P. Franke<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | 129 | $124,594 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$124,594 (T) | TK Holdings Inc. | $81,348 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$81,348 (T) | Creditor received payment pursuant to the Administrative Expense Order [Docket No. 736]. |
| 42 | Superior Electrical Svc<br>Jose A Garza<br>3881 White Tail Drive<br>Eagle Pass, TX 78852 | S-4271 | $2,493 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,493 (T) | TK Holdings Inc. | $1,998 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,998 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 43 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | 2145 | $18,057 (U)<br>$0 (P)<br>$0 (S)<br>$10,543 (A)<br>$28,600 (T) | TK Holdings Inc. | $4,346 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$4,346 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 44 | United Refrigeration, Inc<br>Greg Peyton<br>2301 Meacham Blvd.<br>Fort Worth, TX 76106 | S-4411 | $1,557 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,557 (T) | TK Holdings Inc. | $849 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$849 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Page 4 of 5

| Asserted Claims | | | | Surviving Claims | |
|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | Asserted Debtor | Claim Amount | Reason for Modification |
| 45 | Universal Sewing Supply<br>1011 E.Park Industrial Dr<br>St. Louis, MO 63130 | S-4421 | $5,192 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$5,192 (T) | TK Holdings Inc. | $2,459 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,459 (T) | Creditor received payment pursuant to the Plan Confirmation Order [Docket No. 2120]. |
| 46 | Williams & Connolly LLP<br>Samuel Davidoff<br>725 Twelfth Street NW<br>Washington, DC 20005 | 3574 | $179,312 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$179,312 (T) | TK Holdings Inc. | $128,810 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$128,810 (T) | Creditor agreed to apply retainer of $50,501.35 to reduce value of claim. |