**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS INC., *et al.*, | Case No. 17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |
|  | **Related Docket Nos.: 3528-3531** |

## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, counsel for Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund, hereby certify that on the 21st day of December, 2018, I served or caused to be served the:

- Third Omnibus Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Docket No. 3528] (the "Third Omnibus Objection");

- Fourth Omnibus Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Docket No. 3529] (the "Fourth Omnibus Objection");

- Declaration of Harold R. Blomquist in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Docket No. 3530] (the "Blomquist Declaration"); and

- Declaration of David Michael Rains in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Docket No. 3531] (the "Rains Declaration")

upon the persons or entities listed on the service list attached hereto as **Exhibit 1** via U.S. first-class mail, postage fully pre-paid.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

I further certify that on the 21st day of December, 2018, I served or caused to be served (i) the Third Omnibus Objection, the Blomquist Declaration, and the Rains Declaration upon the persons or entities listed on the service list attached hereto as **Exhibit 2** via U.S. first-class mail, postage fully pre-paid; and (ii) the Fourth Omnibus Objection, the Blomquist Declaration, and the Rains Declaration upon the persons or entities listed on the service list attached hereto as **Exhibit 3** via U.S. first-class mail, postage fully pre-paid.

Dated: December 21, 2018
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
E-mail:     tarr@blankrome.com

-AND-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Howard S. Steel (admitted *pro hac vice*)
Jill L. Forster (admitted *pro hac vice*)
Uchechi A. Egeonuigwe (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
E-mail:     dmolton@brownrudnick.com
            hsteel@brownrudnick.com
            jforster@brownrudnick.com
            uegeonuigwe@brownrudnick.com

Kellie W. Fisher (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone:    (617) 856-8523
E-mail:     kfisher@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund*

# **EXHIBIT 1**

Service List

Allen Matkins Leck Gamble
  Mallory & Natsis LLP
Attn: Debra A. Riley, Esq.
600 West Broadway, 27th Floor
San Diego, CA 92101-0903

Ashby & Geddes, PA
Attn: William P. Bowden, Esq.,
Karen B. Skomorucha Owens, Esq.,
Katharina Earle, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

AT&T Services, Inc.
Attn: James W. Grudus
One AT&T Way
Room 3A115
Bedminster, NJ 07921

Baker & Hostetler LLP
Attn: Lars H. Fuller
1801 California Street
Suite 4400
Denver, CO 80202

Baker & McKenzie, LLP
Attn: Debra A. Dandeneau, Esq.,
Peter S. Goodman, Esq.
452 Fifth Avenue
New York, NY 10018

Baker Hostetler, LLP
Attn: Eric R. Goodman, Esq.
Key Tower, 127 Public Square
Suite 2000
Cleveland, OH 44114-1214

Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Jennifer R. Hoover &
Kevin M. Capuzzi
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Bialson, Bergen & Schwab,
a Professional Corporation
Attn: Lawrence M. Schwab, Esq.,
Kenneth T. Law, Esq.
633 Menlo Avenue
Suite 100
Menlo Park, CA 94025

BMW Manufacturing Co., LLC
Attn: Seann Tzouvelekas,
Associate General Counsel
1400 Highway 101 South
Greer, SC 29605

Bodman PLC
Attn: Robert J. Diehl, Jr.,
Marc M. Bakst
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226

Brooks Wilkins Sharkey & Turco, PLLC
Attn: Matthew E. Wilkins
401 S. Old Woodward Ave., Suite 400
Birmingham, MI 48009

Chiesa Shahinian & Giantomasi, PC
Attn: Michael R. Caruso, Esq.
One Boland Drive
West Orange, NJ 07052

Cole Schotz, P.C.
Attn: Norman L. Pernick,
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Comptroller of Public Accounts
of the State of Texas
Attn: Rachel R. Obaldo,
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

CONSTANTINE | CANNON
Attn: Wayne T. Lamprey,
Ari Yampolsky &
Hallie Noecker
150 California Street, Suite 1600
San Francisco, CA 94111

Cravath, Swaine & Moore LLP
Attn: Paul H. Zumbro,
Matthew M. Kelly &
John D. Buretta
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Davis, Polk and Wardwell, LLP
Attn: Timothy Graulich,
Elliott Moskowitz,
Darren S. Klein
450 Lexington Avenue
New York, NY 10017

Dean & Fulkerson
Attn: Kevin N. Summers, Esq.
801 W. Big Beaver Road
5th Floor
Troy, MI 48084

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801

Delaware Secretary of State
Attn: Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
Attn: Bankruptcy Department
820 Silver Lake Boulevard
Suite 100
Dover, DE 19904

Donald Phillips, Sr.
38 Chuckanutt Drive
Oakland, NJ 07436-3001

Donald R. Phillips, PE, Lisa J. Phillips
7390 Ricks Road
Arlington, TN 38002-9612

Erman Teicher Zucker & Freedman PC
Attn: Julie B. Teicher, Esquire
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Farnan LLP
Attn: Brian E. Farnan &
Michael J. Farnan
919 North Market Street, 12th Floor
Wilmington, DE 19801

Ferry Joseph, PA
Attn: Rick S. Miller
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Fox Rothschild LLP
Attn: Bruce J. Borrus
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154-1192

Fox Rothschild LLP
Attn: Joseph E. Shickich, Jr.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

Fox Rothschild LLP
Attn: L. John Bird
919 North Market Street, Suite 300
Wilmington, DE 19801

Fox Swibel Levin & Carroll LLP
Attn: Ryan Schultz, Partner
200 W. Madison Street
Suite 3000
Chicago, IL 60606

Frankel Wyron, LLP
Attn: Roger Frankel, Esq.,
Richard H. Wyron, Esq.
2101 L St., NW, Suite 800
Washington, DC 20037

Frost Brown Todd LLC
Attn: Patricia Kirkwood Burgess, Esq.
7310 Turfway Road, Suite 210
Florence, KY 41042

Frost Brown Todd LLC
Attn: Ronald E. Gold, Esq.
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Frost Brown Todd, LLC
Attn: Robert V. Sartin, Esq.
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1900
Nashville, TN 37201

Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell, Esq.
1201 North Orange Street, Suite 300
Wilmington, DE 19801

Gibson, Dunn & Crutcher LLP
Attn: David M. Feldman,
Jason Zachary Goldstein
200 Park Avenue
New York, NY 10166-0193

Greenberg Trauig, LLP
Attn: David D. Cleary
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016

Greenberg Trauig, LLP
Attn: Elli Leibenstein
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Greenberg Trauig, LLP
Attn: Nancy A. Mitchell,
Karen I. Bray &
Stephen L. Saxl
The MetLife Building
200 Park Avenue
New York, NY 10166

Haley & Olson, A Professional Corporation
Attn: Shad Robinson
100 Ritchie Road
Suite 200
Waco, TX 76712-8455

Hancock Estabrook, LLP
Attn: R. John Clark, Esq.,
Manuel A. Arroyo, Esq.
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202

Hodgson Russ, LLP
Attn: Garry M. Graber, Esq.
140 Pearl Street, Suite 100
Buffalo, NY 14202

Hogan♦McDaniel
Attn: Daniel K. Hogan,
Garvan F. McDaniel
1311 Delaware Avenue
Wilmington, DE 19806

Honigman Miller Schwartz and Cohn, LLP
Attn: Joseph R. Sgroi
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506

Honigman Miller Schwartz and Cohn, LLP
Attn: Tricia A. Sherick
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506

Internal Revenue Service
Attn: Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Irell & Manella LLP
Attn: Jeffrey M. Reisner, Esq.,
Michael H. Strub, Jr., Esq.,
Kerri A. Lyman, Esq.
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Jack Shrum, PA
Attn: "J" Jackson Shrum, Esq.
One Commerce Center
1201 N. Orange Street, Suite 502
Wilmington, DE 19801

Jones Day
Attn: Pedro A. Jimenez
600 Brickell Avenue, Suite 3300
Miami, FL 33131

Klehr Harrison Harvey Branzburg LLP
Attn: Richard M. Beck, Jr.
919 Market Street, Suite 1000
Wilmington, DE 19801

Klehr Harrison Harvey Branzburg LLP
Attn: Sally E. Veghte, Esq.
919 Market Street, Suite 1000
Wilmington, DE 19801

Kramer Levin Naftalis & Frankel, LLP
Attn: Adam Rogoff,
Anupama Yerramalli,
Philip Bentley,
David Braun
1177 Avenue of the Americas
New York, NY 10036

Leonard, Sciolla, Hutchinson, Leonard
  & Tinari, LLP
Attn: Christopher P. Fleming
Two Penn Center, Suite 1910
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102-1724

Landis Rath & Cobb, LLP
Attn: Adam G. Landis, Esq.,
Kimberly A. Brown, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19801

Law Offices of John Wallis Harris
Attn: John W. Harris
P.O. Box 90076
San Antonio, TX 78209

LeClairRyan, a Professional Corporation
Attn: David S. Catuogno, Esq.,
Caitlin C. Conklin, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, NJ 07102

Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
711 Navarro Street, Suite 300
San Antonio, TX 78205

Locke Lord LLP
Attn: Aaron C. Smith,
Matthew T. Furton,
Michael B. Kind
111 South Wacker Drive
Chicago, IL 60606

MacElree Harvey, Ltd.
Attn: Ashley B. Stitzer, Esquire
17 West Miner Street
West Chester, PA 19382

MacElree Harvey, Ltd.
Attn: Tiffany M. Shrenk, Esquire
5721 Kennett Pike
Centreville, DE 19807

Magnozzi & Kye, LLP
Attn: Amish R. Doshi, Esq.
23 Green Street, Suite 302
Huntington, NY 11743

Margolis Edelstein
Attn: James E. Huggett, Esquire
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Mayer Brown, LLP
Attn: Richard G. Ziegler, Esq.
71 South Wacker Drive
Chicago, IL 60606

Mccabe, Weisberg & Conway, PC
Attn: Janet Z. Charlton, Esquire,
Chase N. Miller, Esquire,
Kristi J. Doughty, Esquire
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803

McGuireWoods, LLP
Attn: John H. Thompson
201 K. Street NW, Suite 400
Washington, DC 20006-1040

McGuireWoods, LLP
Attn: Mark E. Freedlander, Esq.,
Frank J. Guadagnino, Esq.
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

Meyers Law Group, P.C.
Attn: Merle C. Meyers, Esq.,
Kathy Quon Bryant, Esq.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

Michigan Department of Environmental Quality
Attn: Megen E. Miller, Assistant Attorney General
Environment, Natural Resources and Agriculture
Division
P.O. Box 30755
Lansing, MI 48909

Milbank, Tweed, Hadley & McCloy
Attn: Andrew Leblanc, Esq.
1850 K. Street, NW, Suite 1100
Washington, DC 20006

Milbank, Tweed, Hadley & McCloy
Attn: Dennis F. Dunne, Esq.,
Abhilash M. Raval, Esq.,
Tyson Lomazow, Esq.
28 Liberty Street
New York, NY 10005

Missouri Department of Natural Resources
Attn: Mary A. Long,
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188

Mitsubishi Motors Corporation
Attn: Toshifumi Kimura, General Manager
Interior Parts and Aftersales Purchasing Department
1, Nakashinkiri, Hashime-cho
Okazaki, Aichi Pref., 444-8501 Japan

Monzack Mersky McLaughlin and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Morris James, LLP
Attn: Carl N. Kunz, III, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott,
Andrew Remming,
Daniel Butz
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Motley Rice LLC
Attn: Joseph F. Rice, Esq.,
Kevin R. Dean, Esq.,
John A. Baden, IV, Esq.,
John David O'Neill, Esq.
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

Nagashima Ohno & Tsunematsu
Attn: Nobuaki Kobayashi
JP Tower
2-7-2 Marunouchi, Chiyoda-ku
Tokyo, 100-7036 Japan

National Association of Attorneys General
Attn: Karen Cordry
1850 M St., NW, 12th Floor
Washington, DC 20036

National Highway Traffic Safety Administration
Attn: Kerry Kolodziej, Esq., Acting Assistant Attn:
Chief Counsel for Litigation & Enforcement &
Stephen Hench, Esq., Trial Attorney
Office of Chief Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

Norton Rose Fulbright US, LLP
Attn: David A. Rosenzweig
1301 Avenue of the Americas
New York, NY 10019

Norton Rose Fulbright US, LLP
Attn: Michael M. Parker
300 Convent Street
Suite 2100
San Antonio, TX 78205

Nossaman, LLP
Attn: Allan H. Ickowitz, Esq.
777 South Figueroa Street
34th Floor
Los Angeles, CA 90017

O'Melveny & Myers, LLP
Attn: Andrew D. Sorkin
1625 Eye Street, NW
Washington, DC 20006

O'Melveny & Myers, LLP
Attn: George A. Davis,
Gary Svirsky,
Daniel S. Shamah
7 Times Square
New York, NY 10036

Office of the Attorney General
Attn: Carol E. Momjian
21 S. 12th Street
3rd Floor
Philadelphia, PA 19107-3603

Office of the United States Trustee
Attn: David Buchbinder, Esq.
Jane M. Leamy, Esq.
844 King Street
Suite 2207
Wilmington, DE 19801

Orrick, Herrington & Sutcliffe, LLP
Attn: Debra Felder, Esq.
1152 15th Street, NW
Washington, DC 20005

Orrick, Herrington & Sutcliffe, LLP
Attn: Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142

Pachulski Stang Ziehl & Jones, LLP
Attn: Laura Davis Jones, James I. Stang,
David M. Bertenthal, Peter J. Keane
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Paul, Weiss, Rifkind, Wharton & Garrison, LLP
Attn: Kevin O'Neill
1285 Avenue of the Americas
New York, NY 10019

Podhurst Orseck PA, Chair Counsel
Attn: Peter Prieto, John Gravante, III,
Matthew P. Weinshall, Alissa Del Riego
One SE Third Avenue
Suite 2700
Miami, FL 33131

Polsinelli PC
Attn: Christopher A. Ward,
Justin K. Edelson
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Polsinelli PC
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Potter Anderson & Corroon LLP
Attn: Jeremy W. Ryan, D. Ryan Slaugh
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951

Prime Clerk, LLC
Attn: Herb Baer
830 3rd Avenue, 9th Floor
New York, NY 10022

PSA Automobiles SA
Attn: Mark Rollinger, General Counsel
7, rue Henri Sainte-Claire Deville
92500 Rueil-Malmaison,   France

PSA Automobiles SA
Attn: Pascal Dalon, Supplier Risk Manager
2-10 bd de l'Europe – YT 279
78093 Poissy Cedex 09,   France

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.,
Emily K. Devan, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Richards, Layton & Finger, PA
Attn: Mark D. Collins, Brett Michael Haywood,
Michael J. Merchant, Amanda R. Steele
One Rodney Square
920 North King Street
Wilmington, DE 19801

Schafer & Weiner PLLC
Attn: Kim K. Hillary
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

Securities & Exchange Commission
Attn: Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Securities & Exchange Commission –
Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103

Sidley Austin LLP
Attn: Michael C. Andolina,
Jessica C. Knowles Boelter
One South Dearborn
Chicago, IL 60603

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Christine A. Okike, Esq.,
Esther Adzhiashvili, Esq.
Four Times Square
New York, NY 10036-6522

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Jason M. Liberi, Esq.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Ron E. Meisler, Esq.,
Felicia Gerber Perlman, Esq.,
Christopher M. Dressel, Esq.
155 N. Wacker Drive
Chicago, IL 60606-1720

Smith, Katzenstein & Jenkins LLP
Attn: Kathleen M. Miller
1000 West Street,  Suite 1501
P.O. Box 410
Wilmington, DE 19899

State of Michigan Attorney General
Attn: Bankruptcy Department
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212

State of Michigan, Department of Treasury
Attn: Bill Schuette, Attorney General &
Katherine C. Kerwin, Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202

Stevens & Lee, PC
Attn: Joseph H. Huston, Jr.
919 N. Market Street, Suite 1300
Wilmington, DE 19801

Stutzman, Bromberg, Esserman & Plifka, PC
Attn: Sander L. Esserman,
Peter C. D'Apice
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Sullivan & Cromwell, LLP
Attn: Brian D. Glueckstein,
Andrew G. Dietderich, Alexa J. Kranzley
125 Broad Street
New York, NY 10004

Sullivan & Cromwell, LLP
Attn: Suhana Han,
Ann-Elizabeth Ostrager,
Henry Hutten
125 Broad Street
New York, NY 10004

Sullivan · Hazeltine · Allinson, LLC
Attn: Elihu E. Allinson III, Esq.
901 North Market Street
Suite 1300
Wilmington, DE 19801

Sullivan Papain Block McGrath & Cannavo, P.C.
Attn: Frank V. Floriani, Esq.
120 Broadway
New York, NY 10271

Texas Attorney General's Office
Attn: Hal F. Morris, Ashley Flynn Bartram
Assistant Attorneys General, Bankruptcy &
Collections Division
P. O. Box 12548- MC 008
Austin, TX 78711-2548

TK Holdings, Inc.
Attn: Ken Bowling
2500 Takata Drive
Auburn Hills, MI 48326

TN Dept of Commerce and Insurance –
Consumer Affairs
Attn: Laura McCloud, Senior Counsel
Office of the Attorney General,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Tybout, Redfearn & Pell
Attn: Seth J. Reidenberg
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092

U.S. Department of Justice
Attn: Jonathan E. Jacobson
Civil Division
1100 L Street NW, Rm 10040
Washington, DC 20005

U.S. Department of Justice
Attn: Lloyd H. Randolph, Assistant Director
Civil Division
1100 L Street, NW, Room 10034
Washington, DC 20005

U.S. Department of Justice
Attn: Ward W. Benson, Trial Attorney, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

US Attorney for Delaware
Attn: Charles Oberly c/o Ellen Slights
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

US Attorney for Michigan
Attn: United States Attorneys Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Vorys, Sater, Seymour & Pease, LLP
Attn: Robert A. Bell, Jr., Reginald W. Jackson
52 East Gay Street
Columbus, OH 43215

Weil, Gotshal & Manges, LLP
Attn: Marcia L. Goldstein,
Ronit J. Berkovich,
Matthew P. Goren
767 Fifth Avenue
New York, NY 10153

Wellensiek Rechtsanwälte PartG mbB
Attn: Till Hafner
Guiollettstrasse 54
D-60325 Frankfurt am Main,   Germany

White & Case, LLP
Attn: Thomas Lauria
1221 Avenue of the Americas
New York, NY 10020-1095

Whiteford, Taylor & Preston, LLC
Attn: Christopher M. Samis,
L. Katherine Good,
Kevin F. Shaw
The Renaissance Centre
405 King Street, Suite 500
Wilmington, DE 19801

Young Conaway Stargatt & Taylor, LLP
Attn: Robert S. Brady, Esq.,
Pauline K. Morgan, Esq.,
Ryan M. Bartley, Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

Eric B. Biehl, Esq.
Church, Harris, Johnson & Williams, P.C.
114 Third Street South
PO Box 1645
Great Falls, MT 59403-1645

# **EXHIBIT 2**

Service List

Abernathy, Joyce A
609 Shaw Ave
Paris, IL 61944

Abernathy, Robert L
222 S High St
Paris, IL 61944

Adusei, Michael A
99 Saint Marys Rd
Buffalo, NY 14211

Aguirre, Jose L
1361 Hidden Springs Pl
Chula Vista, CA 91915

Alexandre, Jean P
1916 Lake Fountain Drive 825
Orlando, FL 32839

Elwood, Matthew J
220 Porter Place
Jefferson, GA 30549

Engebreston, Michelle
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Fedida, Aviv A
4273 Las Virgenes Road Unit 6
Calabasas, CA 91302

Felber, Arthur
Felber, Darlene
454 Simon Drive
Hartford, WI 53027

Ferrante, Tom J
Ferrante, Theresa R
6904 N Quincy Ave
Kansas City, MO 64119

Alic, Selma
4713 Kimball Ave SE
Kentwood, MI 49508

Flaherty, Mark D
44 New York Ave
Metuchen, NJ 08840

Allen, Heath D
356 Main St
Vassalboro, ME 04989

Fondren, Brenda K
8320 S. Carpenter
Chicago, IL 60620

Alvarez, Roberta M
4873 Joe Peay Rd
Springhill, TN 37174

Fox, Heather
314 Edgemore Ave.
Cary, NC 27519

Alvarez, Roberta M
4873 Joe Peay Rd
Springhill, TN 37174

Fritz, Jean  E
501 White ST
PO Box 64
Shirley, IN 47384

Anderson, Jerri M
7418 Idledale Lane
Omaha, NE 68112

Garcia, Prendinellys
145 East 27th Street, 1A
New York, NY 10016

Anderson, Tammy
27111 Traminer Terrance
Laguna Niguel, CA 92677

Gilliam, Chante N
720 E. 103rd Street Apt. C
Brooklyn, NY 11236

Archer, Jeffery M
3965 Gables Place
Buford, GA 30519

Gomez, Alejandra M
Sanchez Gomez, Luis F
1410 Illinois Avenue
Bay Shore, NY 11706

Artel, James E
Church Harris Law Firm
PO Box 1645
Great Falls, MT 59403-1645

Gongora, Maria G
c/o David E. Kavanagh
844 Baronne Street
New Orleans, LA 70113

Atchison, Jan E
12105 Stretford Forest Ct
Bristow, VA 20136

Gonzales, Edwina J
8355 Station Village Ln. #4406
San Diego, CA 92108

Attar, Mehdi
Shishehgar, Nasrin
7322 Belpine PL
Rancho Cucamonga, CA 91730

Gonzales, Edwina J
8355 Station Village Lane
Unit 4406
San Diego, CA 92108

Ayala, Frances V
7801 Sugar Brook Ct
Orlando, Fl 32819

Gonzalez, Gregory
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Ayala, Frances V
7801 Sugar Brook Ct.
Orlando, Fl 32819

Gould, Nichole C
49 Lovewell Pond Road
Fryeburg, ME 04037

Bach, Pamela J
4650 147th Lane NW
Andover, MN 55304-2858

Grady, Renee E
4140 Kari Lane
Bonsall, CA 92003

Baker, Eddie
Napleton Lincoln Mercury
12350 S. Honore St.
Calumet Park, IL 60827

Greaves, Melanie A
94 Station Rd
Littleton, ME 04730

Baker, Thomas  E
1068 Sibbie Road
Abbeville, GA 31001

Habib, Sophie A
155 Church Street
Apt 26
Manville, RI 02838

Baniaga, Marivic C
16520 Larch Way Unit A-002
Lynnwood, WA 98037

Hakeem, Omari
390 Stovall St. SE. #1414
Atlanta, GA 30316

Barlow, Theresa M
Barlow, Thomas G
127 High Street
Dublin, PA 18917

Hall, Eric K
5309 Wallbrook dr
Fayetteville, NC 28306

Bastin, James N
12006 Eaton Court
Lyles, TN 37098

Ham, Sharon
Mitchell A. Toups, Ltd.
P. O. Box 350
Beaumont, TX 77704-0350

Bearden, Dawn M
13594 E. Rialto Ave
Sanger, CA 93657

Hamilton, Cheryl L
2551 Orange Ave.
Coronado, CA  92118

Berlanti, Richard F
5491 Marina Drive
Bokeelia, FL 33922

Hanks, Carolyn L
1000 Bagdad Road
Westlake, LA 70669

Bertini, Paula
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Hardin, Beverly S
23 Mather Ave
Broomall, PA 19008

Bigos, Heather J
310 Bent Tree Lane
Pendleton, SC 29670

Harris, Bridget N
657 N Latrobe
Chicago IL 60644

Bolek, Robert
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Haskins, Jennifer L
115 Cannondale Circle
Cowarts, AL 36321

Borroel, Ramiro R.
The Law Offices of Nigel Burns
800 West 1st Street, Suite #401-12
Los Angeles, CA 90012

Hayes, Joey
Mitchell A. Toups, Ltd.
P.O. Box 350
Beaumont, TX 77704-0350

Bowles, Patricia E
Bowles, Stirling W
15421 Verdun Circle
Irvine, CA 92604-3153

Helmreich, Crystal
Helmreich, Alan
81 Breton Ave
Sanford, ME 04073

Bowlin, Matthew
7872 Woodbury Rd
Laingsburg, MI 48848

Hernandez, Darlene M
Clark, James R
55 Woodland Road
Braintree, MA 02184

Britto, Adam C
2910 71st Ave NW
Gig Harbor, WA 98335

Hernandez, Diana
405 El Cajon Dr
San Jose, CA 95111

Brown, Bridgette L
41041 Trimboli Way
PO Box 1142
Fremont, CA 94538

Hetro, Noreen A
17 Lackawanna Avenue
Swoyersville, PA 18704

Buckner, Duane
Mitchell A. Toups Ltd
P.O. Box 350
Beaumont, TX 77704-0350

Hicks, Marcia D
105 Askew Lane
Aulander, NC 27805

Bue, Cormac
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Hissam, Joseph D
515 West 4th Street Apt 4
Kimball, NE 69145

Burke, William
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Hodges, Ralph L
152 Beaver St
Cornelia, GA 30531

Caenepeel, Miranda L
12041 Sagamore Dr
Yukon, OK 73099

Hoffman, Joseph Doyle
6309 NC Hwy 87 S
Fayetteville, NC 28306

Caillier, Sue
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Holmes, Mandisa
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Calhoune, Patrick F.
Joseph Titone, Esq.
621 SE 5th St.
Pompano Beach, FL 33060

Holst, Jennifer
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Cantrell, Tamara K
4 Greenville Street
Piedmont, SC 29673

Horton, Julie Y
2814 Vineyard Avenue
Los Angeles, CA 90016

Caramanian, Brian
Caramanian, Dec' Ana
Mitchell A. Toups, Ltd.
P.O. Box 350
Beamont, TX 77704-0350

Hoseth, Tamara
Weller Green Toups & Terrell
P.O. Box 350
Beaumont, TX 77704

Caramanian, Brian
Mitchell A. Toups, LTD
P.O. Box 350
Beaumont, TX 77704-0350

Howell, Helen M
877 Thorn St
Rahway, NJ 07065

Chaney, Lonnie J
1105 Auburn Ave
Dallas, TX 75223

Jasso, Angelita
Weller Green Toups & Terrell
P.O. Box 350
Beaumont, TX 77704

Chaplin, Tonya L
4054 Mullikin Road
Evans, GA 30809

Jenkins, Gregory
Jenkins, Gregory E
1832 Pleasanthill Rd
Magnolia, Al 36754

Chapman, Jessica D
5381 Muirwood Place
Powder Springs, GA 30127

Johanyak, Debra L
2318 Randolph Road
Mogadore, OH 44260

Chong, Lenard
Wong, Vivian
7992 HE 109 Lane
Parkland, FL 33076

Johnson, Clifford M
515 4th St Apt 5
P.O Box 15
Centuria, WI 54824

Chrisco, Danielle M
Chrisco, Jeremie D
1512 S. E. 16th Place
Oak Grove, MO 64075

Johnson, Renese I
8517 Milano Drive
1924
Orlando, FL 32810

Church, Lori A
217 Jessicas Way
Johnson City, TN 37615

Johnson, Rosetta M
1222 Monroe Avenue
Asbury Park, NJ 07712

Citro, Michael P
24 Phillips Choice Court
Abingdon, MD 21009

Kagelmann, Thomas
Wilson, Antonio
4904 Brentley Road
Temple Hills, MD 20748

Clarkston, Aleashia
612 E Alexander St
Lafayette, LA 70501

Kampuries, Andrew
2139 Prato Court
Los Banos, California 93635

Clemens, Kathy R
Clemens, Robert A
236 S Touchet Rd.
Dayton, WA 99328

Kennedy, Lisa L
530 Citadel Way
Reno, NV 89503

Corbin, Amanda
4123 Cambridge Drive
Irwin, PA 15642

King, Brittany N
20210 Cortina Valley Dr
Cypress, TX 77433

Cortes, Aubrie
Paul, Elizabeth
10408 Hanna Ave
Chatsworth, CA 91311

Korsakov, Timur
5572 Hobble Creek
Las Vegas, NV 89120

Crabtree, Anthony J
502A Little Solida Rd
South Point, OH 45680

Kreitz, Tammy R.
7208 7th Drive West
Everett, Washington 98203

Cumming, Kelli L
300 Ridge Drive
Lexington, NC 27295

Lafferty, Joseph T
25 Chestnut St.
Apt 4-I
Norwalk, CT 06854

Da, Pamela S
5300 NE 24 Terrace
312C
Fort Lauderdale, FL 33308

Laplante, Roger G
Weller Green Toups & Terrell
P.O. Box 350
Beaumont, TX 77704

Darby, Shea
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Lariosa, Brenda L
Lariosa, Joseph A
1982 Melrose Ave
Columbus, OH 43224

Davis, Phyllis A
2525 Bolton Boone Dr
# 308
Desoto, TX 75115

Law, Angela
obo GH, A Minor
Mitchell A Toups, Ltd.
P.O Box 350
Beaumont, TX 77704-0350

Davis, Phyllis A
2525 Bolton Boone Dr.
# 308
Desoto, TX 75125

Lawrence, Ann M
3631 S Chatterleigh Rd
West Valley, UT 84128

de Lepine, Leslie
1612 Roundhill Drive
Nashville, TN 37211

Lawrence, Rita
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Debouno Jr., James F
26 Glen Drive
Voorhees, NJ 08043-1404

Lawson, Justin E
406 10TH Street
Fieldale, VA 24089

DeSalvo, Phyllis A
Hall, Sandra K
2320 Woodbridge Way
Apt 1A
Lombard, IL 60148

Lazarto, Pamela C
Lazarto Jr., Ronald
4022 Stow Way
Naples, FL 34116

Dhanagar, Anita
Weller Green Toups & Terrell
P.O. Box 350
Beaumont, TX 77704

Lee, Claudia M
626 Riverside Drive
Unit 20N
New York, NY 10031

Dhanagar, Jaya
Weller Green Toups & Terrell
P.O. Box 350
Beaumont, TX 77704

Lee, Claudia Marie
626 Riverside Drive
Unit 20N
New York, NY 10031

Dinicola, Jessica
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Lee, Kristin
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Driggers, Jonathan R
2409 Mason Wallace Dr
Apt 404
Charlotte, NC 28212

Lee, Sarah A
1502 FM 1774
Anderson, TX 77830

DuVall, Aaron
135 Austin Road
Griffith, IN 46319

Lewander Mollie
Gunning & Lafazia, Inc.
33 College Hill Road, Ste 25B
Warwick, RI 02886

Duvanced, Carolina
118 W 930 N
Orem, UT 84057

Licitra, Elena
Licitra, John C
25845 Nimes Court
Mission Viejo, CA 92692

Earles, Raymond C
Earles, Karen C
P O Box 48433
Watauga, TX 76148

Litreal, Maryann R
1465 Duck Run Road
Lucasville, OH 45648

Einhorn, David
101 S Harding Hwy.
Apt B
Landisville, NJ 08326

Loach, Jaime M
31 Greylock Avenue
Shrewsbury, MA 01545

Long Sr., Donald Ray
8448 Raymond Av.
Los Angeles, CA 90044

Loor-Ordonez, Shirley D
714 21st Street
Union City, NJ 07087

Love, Denise J
5252 Balboa Arms Dr
San Diego, CA 92117

# **EXHIBIT 3**

Service List

Lucero, Brittany J
1098 S. Los Robles Ave
Pasadena, CA 91106

Sangster, Vicky L
2275 Orbit Ct #166
Melbourne, Fl 32904

Lucero, Brittany M
1098 S. Los Robles Ave
Pasadena, CA 91106

Schneider, Dennis R
Angelich, Mary Z
1601 Zunker Cover
Round Rock, TX 78665

Lucero, Michael J
1098 S. Los Robles Ave
Pasadena, CA 91106

Schreiber, Angela
Weller Green Toups & Terrell
P O Box 350
Beaumont, TX 77704

Maraist, Brad J
614 Dugas Street
Saint Martinville, LA 70582

Scott, Debbie L
2393 SW Big Bow Road
Indiahoma, OK 73552

May, Cedreona Naomie
3405 Rainbow Lane
Highland, CA 92346

Scott, Deborah M
1780 Pakmalee Drive
Murrells Inlet, SC 29576

McCowin, Dorain D
McCowin, Carol
9113 Sapphire Ridge Ave
Las Vegas, NV 89129

Shariff, Adnan
191 Elena Ct
Jupiter, FL 33478

Mckean, Bobbie P
59583 Company road
Amite, LA 70422

Shea, Pyong Y
4785 Martinal Road
Brownsville, TX 78526

McLean, Thurman
937 Park Ave
Williamsport, PA 17701

Shuja, Majid
Zafar, Waseem
8 Gervin Road
Lawrenceville, NJ 08648

McLean, Thurman N
937 Park Avenue
Williamsport, PA 17701

Simmonds, Marcia Lorriane
Christina A. McKinnon, P.A.
The Veneto Building
3600 Red Road, Ste. 402
Miramar, FL 33025

Medford, David C
Medford, Nancy G
The Floyd Firm
4255 Bryant Irvin Road
Suite 204
Fort Worth, TX 76109

Simms, Mychal R
3731 E Tyler Ave
Fresno, CA 93702

Meneses, Alfredo M
8685 Baymeadows Rd E. Apt 216
Jacksonville, FL 32256

Slade, Denyse T
788 Sheffield Lane
Lincoln, CA 95648

Mergen-Barret, Genevieve M
8176 Scenic Turn
Boca Raton, FL 33433

Smith, Anthony D
395 S Howard St SE
Atlanta, GA 30317

Miller Jr., Lazell
George, Demetral D
2765 Cable Ave
Beaumont, TX 77703

Smith, Roger E
7629 S Marshfield Ave
Chicago, IL 60620-4258

Miller, Michael P
Miller, Kristina M
4654 NW Fremont St.
Camas, WA 98607

Smith, Ryan C
Smith, Tashanda M
820 Union Blvd
Apt. 102
Englewood, OH 45322

Molen, Cathy A
719 West Vine Street
Taylorville, IL 62568

Speziale, Angie L
2218 Marigold Circle
Cheney, WA 99004

Moler, Sigal E
139 Westwind Mall
Marina Del Rey, CA 90292

Sternberg, John W
8384 Antwerp Cir
Port Charlotte, FL 33981

Moon, Mary
P.O. Box 345
Ocean Shores, WA 98569

Sternberg, Phyllis G
8384 Antwerp Cir
Port Charlotte, FL 33981

Moore Sr., Ashon G
3206 Anderson Dr
Fort Pierce, FL 34946

Stringer Sharon L
7620 Castleton Farms West Dr.
Indianapolis IN 46256

Moore, Bellamie
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Sullivan, Rochelle
3024 Eagleridge
San Antonio, TX 78228

Morgan, Danielle K
Morgan, Reginald C
Terrebonne Ford
301 Monitor Dr
Houma, LA 70363

Sullivan, Rochelle
3024 Eagleridge
San Antonio, TX 78228

Morgan, James A
83R  Kendall Pond Rd
Derry, NH 03038

Tarver, Sharunda N
24722 Haverford Rd
Spring, TX 77389

Mortimer, Sierra L
63 Northern Arapahoe Rd
Arapahoe, WY 82510

Tarver, Sharunda N
24722 Haverford Rd
Spring, TX 77389

Moser, Dalton
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Taylor, Victoria
Taylor, Jordan
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Motley, Dexie
Weller Green Toups & Terrell
P O Box 350
Beaumont, TX 77704

Tehoke Erik T
27635 Capel Road
Columbia Station, OH 44028

Murphy, M. Kelly
100 VanZandt Ave.
Newport, RI 02840

Terry Ortego, Wanda Ortego and Matt
McConnell, LLC
McConnell Law Offices
Matt D. McConnell
P.O. Box 52024
Lafayette, LA 70505

Nasr, Ismail
8 Burleigh Dr
Holbrook, NY 11741

Terry, Charles M
Terry, Andrea N
5590 Ashmoore Court
Flowery Branch, GA 30542

Nekoranec, Patrick M
5665 Burntwood Way
Westerville, OH 43081

Thomas, Kimberly
8335 Wilde Lake Road
Pensacola, FL 32526

Nesbitt, Anita K
247 Shetland Drive
New Castle, DE 19720

Thomas, Sandra
40 Aspen Cove
Apt 301
Birmingham, AL 35209

Nwachukwu, Chika
3506 West Adams Street
Floor 1
Chicago, IL 60624

Thompson, Clifton D
Thompson, Silvia A
3210 Latimer Court Cove
Horn Lake, MS 38637-6078

Odom, Katherine
Weller Green Toups & Terrell
P.O Box 350
Beaumont, TX 77704

Thompson, Timothy M
27206 Sycamore Meadow Dr.
Valencia, CA 91381

Ong, Khuoc
8060 53rd Way N
Pinellas Park, FL 33781

Tierney, Patricia A
23 Cedric Road
Centerville, MA 02632

Pantoja, Miguel
12135 163rd Street
Norwalk, CA 90650

To, Jessica
3524 Durfee Ave. Apt 5
El Monte, CA 91732

Parker, Allison R
819 Congress St Apt 2
Portland, ME 04102

Tourville-Thill, Miranda M
16540 Mankato St Ne
Ham Lake, MN 55304

Pedroza Esparza, Alba
Weller Green Toups & Terrell
P O Box 350
Beaumont, TX 77704

Townsend, Scott A
720 Pilot Woods Road
Covington, GA 30014

Peterson, Frank W
23985 Jackson St.
Plaquemine, LA 70764

Trent, Traci
Weller Green Toups & Terrell
PO Box 350
Beaumont, TX 77704

Piantek, Manny
c/o Anthony E. Kalikas
Law Offices of Anthony E. Kalikas
2725 Congress Street, Suite 1 A
San Diego, CA 92110

Uhrin, Marybeth
261 Scott Ln
Venetia, PA 15367

Piel, Deanna K
1509 W Lindberg
Springfield, MO 65807

Ulerio, Ledo
5538 Campus Dr
Virginia Beach, VA 23462

Pittman, Yajaira N
Pittman, Ushimbar N
5301 Trailwood Dr.
Pascougla, MS 39581

Uriza Luviano, Patrick L
3634 NE 121st Ave
Portland, OR 97220

Ponce, Janie P
Baeza, Eloy J
175 Skyline Drive
Martindale TX 78655

Vallancourt, Jules
Mitchell A. Toups, Ltd.
P.O. Box 350
Beaumont, TX 77704-0350

Prentice, Wanda F
Post Office Box 254
Montevallo, AL 35115

Van Emburg, David P
104 Winter Brook Lane
Simpsonville, SC 29681

Presley, Rebecca R
Presley, Jerry R
3847 Pocahontas Ln
Bullhead City, AZ 86442

Vivians, Alberta  S
Mitchell A. Toups, Ltd.
P.O. Box 350
Beaumont, TX 77704-0350

Puthenparampil, Francis C
Puthenparampil, Elsy F
4103 Mill Ln.
Missouri City, TX 77459

Weatherspoon, Keith D
Weatherspoon, Porsha L
62 Lee Road 2138
Phenix City, AL 36870

Quick, Catherine
Estep, Catherine
387 Anna Circle
Bullhead City, AZ 86442

Weatherspoon, Tierra N
21717 Inverness Forest Blvd
Apt 2008
Houston, TX 77073

Rardain, Katherine M
700 Washington Street NW
Apt 606
Gainesville, Georgia 30501

Wheeler, Farrah
Mitchell A. Toups, Ltd.
P.O. Box 350
Beaumont, TX 77704-0350

Reffett, Joseph W
1400 S Sunkist St
Spc106
Anaheim, CA 92806

Wilborn, Susan K
14124 Eby Street
Overland Park, KS 66221

Renter, La Vern L
228 N Willow Way
Cibolo, TX 78108

Wilder, Jessica L
422 South McKee St
Greeneville, TN 37745

Reyes, Leonardo
20 E Greenwood Ave
Salt Lake City, UT 84047

Wilkes, Joi D
10715 Village Crossing
Jonesboro, GA 30238

Ritchie, Patricia L
81 Green Valley Road
Stratford, CT 06614

Williams, Tynisha N
903 Chestnut Hill Ave
Baltimore, MD 21218

Ritter, LaToya N
724 Tapestry Park Loop #114
Chesapeake, VA 23320

Willis, Jamal
4750 E Cornell qve
Denver, CO 80222

Rodriguez, Kristy M
Rodriguez, Danny
111 Cabanel Drive
Maumelle, AR 72113

Wilson, Ronald E
3559 Highway M
Miller, MO 65707

Romero, Guillermo
1740 North Santa Fe Ave Spc#1
Compton, CA 90221

Wood, Daryl
Mitchell A toups, ltd.
P.O Box 350
Beaumont, TX 77704-0350

Romero, Guillermo
1740 North Santa Fe Ave
Compton, CA 90221

Wright, Gale L
3030 NE 10th St
Apt 206
Renton, WA 98056

Rosen, Ishai
4646 NW Chenille Pl
Corvallis, OR 97330

Yack, Rod S
P.O. Box 551
Caraterville, IL 62918

Runton, James
PO Box 1611
Rapid City, SD 57709

Young, Joseph
1318 Martinique Drive
Augusta, GA 30909

Salazar, Cindy L
2702 Allendale St
Victoria, TX 77901

Zamudio, Melissa R
1955 Hooper Dr.
San Jacinto, CA 92583

Salazar, Eva M
1365 6th Avenue
Monte Vista, CO 81144

Zazweta, Robert
Mitchell A. Toups, Ltd.
P.O. Box 350
Beaumont, TX 77704-0350

Sam, Matthew G
8710 Westmoreland Lake Drive
Cornelius, NC 28031

Zimmerline, Becky
Weller Green Toups & Terrell
P.O. Box 350
Beaumont, TX 77704

Sandberg, Jerry D
406 West Wea
Paola, KS 66071