FILED

2019 JAN 22 AM 8: 53

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Response to Objection Takata Airbag Tort Compensation Trust Fund

| | |
|---|---|
| Case No. 17-11375 (BLS) | Eva Salazar |
| TK Holdings, INC., et al., | Claimant No. P-0051933 |
| Notice of Omnibus Objection | Fatality / $1,000,000 |
| Fourth Onmibus Objection of Eric D. Green | |

I am opposing this objection on the fact that my mother in law was involved in a fatal accident while riding in a 2005 Pontiac G6 that was registered and owned by me, Eva Salazar. The car ran head on into a stopped vehicle. None of the Takata airbags deployed upon impact, resulting in the death of Theresa Archuleta. Please see Exhibit A, pictures 1 thru 3. These photos show no airbag deployment. Picture 4 shows the extent of damage to the front and side exterior of the vehicle. Pictures 5 thru 7, shows the impact in the interior of the vehicle. Pictuer 8, shows the Vehicle Identification Number. Exhibit B, The Valuation Report, prepared by Progressive Insurance, page 3, shows that the car had airbags. Exhibit C, Police Report, shows damage to both vehicles involved in the accident, the injuries, fatalities and information on the vehicles. Exhibit D, are all other documents that have been previously submitted.

*On behalf of Theresa Archuleta's children, we are asking for $1,000,000.00 for pain and suffering. As we believe had the Takata airbags deployed the accident would not have been fatal.*

Eva Salazar
1365 6Th Avenue
Monte Vista, CO 81144
719.480.2370
eva_mvco719@hotmail.com



PICTURE 2















MFD BY GM HOLDEN LTD

| | GVWR | GAWR FRT | GAWR RR |
| DATE | 2280 KG | 1020 KG | 1260 KG |
| | 5027 LB | 2249 LB | 2778 LB |

THIS VEHICLE CONFORMS TO ALL APPLICABLE U.S. FEDERAL MOTOR
VEHICLE SAFETY, BUMPER AND THEFT PREVENTION STANDARDS IN
EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE.

6G2ER57738L146597    TYPE: PASS CAR

# EXHIBIT B

 

# Vehicle Valuation Report

Prepared for: Progressive Group of Insurance Companies
(800) 321-9843

## Summary

### Claim Information

| | | | | |
|---|---|---|---|---|
| Claim Number: | 15-2831174-01 | | Version #: | 2 |
| Policy Number: | | | Coverage Type of Loss: | COLLISION |
| Owner: | **EVA SALAZAR** | | Loss Date: | **07/04/2015** |
| Address: | **1365 6TH AVE** | | Reported Date: | **07/05/2015** |
| | **MONTE VISTA, CO 81144** | | Valuation Report Date: | **09/02/2015 15:26:41** |
| Owner Home Phone: | **(719) 480-2370** | | Valuation Report ID: | **1005317442** |

### Vehicle Information

| | | | | |
|---|---|---|---|---|
| Loss Vehicle: | **2008 Pontiac G8  4 Door Sedan 3.6L 6 Cyl Gas A RWD** | | Location: | **CO 81144** |
| | | | Exterior Color: | **Magnetic Gray Metallic** |
| VIN: | **6G2ER57738L146597** | | License Plate: | |
| Mileage: | **89,841 miles** | | | |
| Title History: | **No** | | | |

### Valuation Summary

| | |
|---|---|
| **Base Value:** | **$14,083.01** |
| **Loss Vehicle Adjustments** | |
| Condition Adjustment: | -$178.54 |
| Prior Damage Adjustment: | $0.00 |
| After Market Parts Adjustment: | $50.00 |
| Refurbishment Adjustment: | $0.00 |
| Title History Adjustment: | $0.00 |
| **Market Value:** | **$13,954.47** |
| **Settlement Adjustments** | |
| Deductible: | -$1,000.00 |
| **Settlement Value:** | **$12,954.47** |

**Title History Comments:**

# Loss Vehicle Detail

Loss vehicle: **2008 Pontiac G8 4 Door Sedan 3.6L 6 Cyl Gas A RWD**

## Standard Equipment

### Exterior

| | |
|---|---|
| Accents, chrome window surround | Fog lamps, front |
| Glass, tinted | Grille, dual-port with Black inserts and Chrome surround |
| Headlamps, halogen, projector-beam with automatic exterior lamp control, flash-to-pass and daytime running | Hood scoops, dual |
| License plate bracket, front | Mirrors, outside power-adjustable, remote, body-color, manual-folding |
| Spoiler, rear low-profile | Tire, compact spare, includes steel wheel |
| Tires, P245/45R18-96V all-season, blackwall | Wheels, 18" (45.7 cm) silver-painted aluminum, split-spoke |
| Wipers, front intermittent, speed-sensitive | |

### Interior

| | |
|---|---|
| Air conditioning, single-zone manual | Antenna, roof-mounted, fixed mast, radio |
| Audio system feature, Blaupunkt 7-speaker system with front center speaker | Audio system, AM/FM stereo with CD player, 5.0" with multi-function display, seek-and-scan, speed-compensated volume, TheftLock, equalizer, available help menu and auxiliary input jack for iPod/MP3 player |
| Cargo net, trunk | Cruise control, electronic with set and resume speed |
| Cup holders, front and rear, molded in door trim, center console and rear seat pass-through | Defogger, rear-window electric |
| Door locks, power | Driver Information Center with trip odometer, oil life, tire pressure, voltmeter, average speed, distance and time to go, average fuel, fuel used, overspeed and underspeed warnings and available help menu |
| Floor mats, carpeted front | Floor mats, carpeted rear |
| Glovebox, front, lockable | Instrumentation, analog with speedometer, odometer, tachometer and fuel and temperature gauges |
| Key, common, vehicular unique | Lighting, interior front and rear courtesy, front and rear dome and cargo area (Not available when (CF5) power sunroof is ordered.) |
| Key, folding blade, side-milled | |
| Map pocket, front seatback (Requires interior color (46C) Onyx or (47C) Onyx/Red Premium Cloth.) | Mirror, inside rearview with compass and OnStar buttons |
| Power outlets, 2 auxiliary, 12-volt, 1 in center instrument panel and 1 in center console | Remote vehicle starter system, with lock control, included in key fob |
| Retained accessory power, power windows and audio system remain operational after ignition is switched off for 10 minutes or until a door is opened | Seat adjuster, driver 4-way power |
| Seat adjuster, passenger 4-way power | Seat, rear pass-through with dual cup holders (Includes rear center armrest when (PCQ) Premium Package is ordered.) |
| Seats, front bucket, Sport | Shift lever |
| Sill plates | Steering Column, Tilt and Telescopic |
| Steering wheel controls, mounted audio and Driver Information Center, illuminated | Steering wheel, 4-spoke |
| Theft-deterrent alarm system, immobilizer and PIN code audio system | Tire pressure monitoring system |
| Trunk release, power, located in glovebox | Visors, driver and front passenger illuminated vanity mirrors |
| Windows, power, driver and front passenger, includes Express-Down | |

EXHIBIT B, PAGE 3

## Mechanical

Battery, heavy-duty, trunk-mounted, maintenance-free with rundown protection

Drivetrain, rear-wheel drive

Exhaust, dual-outlet stainless-steel

Steering, power rack-and-pinion

Brakes, 4-wheel antilock, 4-wheel disc with Electronic Brake Assist and Electronic Brake Force Distribution

Exhaust outlets, dual polished stainless-steel tips

Rear axle, 2.92 ratio

Suspension, performance

## Safety

Air bags, dual-stage frontal and side-impact, driver and front passenger and head-curtain side-impact, front and rear outboard seating positions (Head curtain side air bags are designed to help reduce the risk of head and neck injuries to front and rear seat occupants on the near side of certain side-impact collisions. Always use safety belts and the correct child restraints for your child's age and size, even in vehicles equipped with air bags. Children are safer when properly secured in a rear seat. See the vehicle's Owner's Manual and child safety seat instructions for more safety

LATCH system (Lower Anchors and Top tethers for CHildren), for child safety seats

Safety belts, 3-point, all positions

Traction control, all-speed, powertrain and brake modulated

Door locks, rear child security

OnStar, 1-year of Safe and Sound plan. Includes Automatic Notification of Air Bag Deployment, Stolen Vehicle Location Assistance, Emergency Services, Roadside Assistance, Remote Door Unlock, OnStar Vehicle Diagnostics, Hands-Free Calling, AccidentAssist and Remote Horn & Lights (OnStar services require vehicle electrical system (including battery), wireless service and GPS satellite signals to be available and operating for features to function properly. OnStar acts as a link to existing emergency service providers. OnStar Vehicle Diagnostics available on most 2004 MY and newer GM vehicles. Diagnostic capability varies by model. Visit onstar.com for system limitations and details.)

StabiliTrak, vehicle stability enhancement system

## Packages

**COMFORT AND SOUND PACKAGE**

includes (CJ2) dual-zone automatic air conditioning, (UWP) AM/FM stereo with 6-disc in-dash CD changer and MP3 playback, 6.5" color LCD and Blaupunkt premium 11-speaker system

**PREMIUM PACKAGE**

includes leather seating surfaces, (KA1) driver and passenger heated seats, (AJ6) 6-way power driver seat adjuster, (AQ5) 6-way power front passenger seat adjuster, rear center armrest, (VY7) leather-wrapped shift lever, (NP5) leather-wrapped steering wheel and front seatback map pocket with netting

## Loss Vehicle Base Value

Loss vehicle:    **2008 Pontiac G8  4 Door Sedan 3.6L 6 Cyl Gas A RWD**

## Comparable Vehicle Information

Search Radius used for this valuation:          **300 miles from loss vehicle zip/postal code.**
     Typical Mileage for this vehicle:          **93,000 miles**

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A 2WD | 77,589 | 88101 | 265 miles | $14,900.00 Sold Price | $15,345.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6NORMAL GAS A 2WD | 77,498 | 80014 | 162 miles | $13,885.00 List Price | $13,374.74 |
| 3 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6NORMAL GAS A 2WD | 79,046 | 80216 | 168 miles | $13,399.00 List Price | $12,986.64 |
| 4 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6NORMAL GAS A 2WD | 77,302 | 87114 | 171 miles | $16,400.00 List Price | $15,784.80 |
| 5 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6NORMAL GAS A 2WD | 100,088 | 87123 | 173 miles | $14,595.00 List Price | $15,294.98 |
| 6 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6NORMAL GAS A 2WD | 103,804 | 80501 | 190 miles | $10,995.00 List Price | $11,711.19 |
| | | | | | Base Value: | $14,083.01 |

## Loss Vehicle Adjustments

Loss vehicle:     2008 Pontiac G8  4 Door Sedan 3.6L 6 Cyl Gas A RWD

### Condition Adjustments

| Condition Adjustment: -$178.54 | Overall Condition: 2.95-Good | | Typical Vehicle Condition: 3.00 |
|---|---|---|---|
| Category | Condition | | Comments |
| **Interior** | | | |
| DOORS/INTERIOR PANELS | 3 Good | | Multiple marks, moderate soiling, no major damages |
| GLASS | Typical | | Unable To Asses Due To Collision Damages |
| HEADLINER | 3 Good | | Significant Soiling, marks, Removable With Detail |
| DASH/CONSOLE | Typical | | Unable To Asses Due To Collision Damages |
| SEATS | 3 Good | | Significant Soiling, Stains, Removable with Detail |
| CARPET | 3 Good | | Significant Soiling, Stains, Removable with Detail |
| **Exterior** | | | |
| BODY | 3 Good | | Multiple Dents, Dings, Lt rear door damages. No Rust |
| TRIM | 3 Good | | Multiple scratches, marks to trim. No major trim damage |
| VINYL/CONVERTIBLE TOP | Typical | | |
| PAINT | 3 Good | | Multiple Stone Chips, scratches, scrapes. |
| **Mechanical** | | | |
| ENGINE | Typical | | Unable To Asses Due To Collision Damages |
| TRANSMISSION | Typical | | Unable To Asses Due To Collision Damages |
| **Tire** | 2 Fair | | Approx 30 Percent Tread life left overall |

Typical condition reflects a vehicle that is in ready-for-sale condition and reflects normal wear and tear for that vehicle type / age.

**Comments:**

### After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Purchase Date | Amount Paid | Adjustment Amount |
|---|---|---|---|---|---|
| INTERIOR | WINDOW TINT- SEDAN / 5 DOOR HB / WAGON | INSTANT QUOTE | | | $50.00 |

# Comparable Vehicles

Loss vehicle: **2008 Pontiac G8  4 Door Sedan 3.6L 6 Cyl Gas A RWD**

## Comparable Vehicles

| 1 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A2WD | | | | Sold Price: $14,900.00 |
|---|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 6G2ER577X8LXXXXXX | | | | |
| Stock No: | | Mileage | 89,841 | 77,589 | -$755.78 |
| Listing Date: | 06/24/2015 | Equipment | | | |
| ZIP/Postal Code: | 88101 | COMFORT AND SOUND PACKAGE | Yes | No | $440.19 |
| Distance from Loss Vehicle: | 265 miles | PREMIUM PACKAGE | Yes | No | $761.33 |
| Source: | FRANCHISE SALE - J.D. POWER AND ASSOCIATES | | | Total Adjustments: | $445.74 |
| | | | | Adjusted Price: | $15,345.74 |

| 2 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A2WD | | | | List Price: $13,885.00 |
|---|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 6G2ER57798L141842 | | | | |
| Stock No: | 2012P1 | Projected Sold Adjustment | | | -$894.00 |
| Listing Date: | 08/22/2015 | Mileage | 89,841 | 77,498 | -$663.34 |
| ZIP/Postal Code: | 80014 | Equipment | | | |
| Distance from Loss Vehicle: | 162 miles | COMFORT AND SOUND PACKAGE | Yes | No | $383.79 |
| Source: | DEALER WEB LISTING - CARS.COM | PREMIUM PACKAGE | Yes | No | $663.79 |
| | CHERRY CREEK DODGE RAM | | | Total Adjustments: | -$510.26 |
| | 2727 S HAVANA ST | | | Adjusted Price: | $13,374.74 |
| | DENVER CO 80014 | | | | |
| | 303-751-1104 | | | | |

### 3 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A2WD — List Price: $13,399.00

| | | | |
|---|---|---|---|
| VIN: | 6G2ER57728L144775 | | |
| Stock No: | 2408 | | |
| Listing Date: | 04/10/2015 | | |
| ZIP/Postal Code: | 80216 | | |
| Distance from Loss Vehicle: | 168 miles | | |
| Source: | DEALER WEB LISTING - TRUECAR.COM | | |
| | LEVI'S AUTO SALES - WASHINGTON ST. | | |
| | 4995 WASHINGTON STREET | | |
| | DENVER CO 80216 | | |
| | 720-328-0588 | | |

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$863.00 |
| Mileage | 89,841 | 79,046 | -$560.25 |
| Equipment | | | |
| COMFORT AND SOUND PACKAGE | Yes | No | $370.35 |
| PREMIUM PACKAGE | Yes | No | $640.54 |

Total Adjustments: -$412.36
Adjusted Price: $12,986.64

### 4 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A2WD — List Price: $16,400.00

| | | | |
|---|---|---|---|
| VIN: | 6G2ER57748L133180 | | |
| Stock No: | 5511641 | | |
| Listing Date: | 08/06/2015 | | |
| ZIP/Postal Code: | 87114 | | |
| Distance from Loss Vehicle: | 171 miles | | |
| Source: | DEALER WEB LISTING - CARS.COM | | |
| | RELIABLE NISSAN | | |
| | 9951 COORS BLVD NW | | |
| | ALBUQUERQUE NM 87114 | | |
| | 505-338-3888 | | |

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$1,056.00 |
| Mileage | 89,841 | 77,302 | -$796.53 |
| Equipment | | | |
| COMFORT AND SOUND PACKAGE | Yes | No | $453.31 |
| PREMIUM PACKAGE | Yes | No | $784.02 |

Total Adjustments: -$615.20
Adjusted Price: $15,784.80

| 5 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A2WD | | | | List Price: $14,595.00 |
|---|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 6G2ER577X8L134642 | Projected Sold Adjustment | | | -$976.00 |
| Stock No: | 1230021049 | Mileage | 89,841 | 100,088 | $577.75 |
| Listing Date: | 03/12/2015 | Equipment | | | |
| ZIP/Postal Code: | 87123 | COMFORT AND SOUND PACKAGE | Yes | No | $402.35 |
| Distance from Loss Vehicle: | 173 miles | PREMIUM PACKAGE | Yes | No | $695.88 |
| Source: | DEALER WEB LISTING - TRUECAR.COM | | | | |
| | WYOMING - DRIVE TIME | | | Total Adjustments: | $699.98 |
| | 700 WYOMING BLVD NE | | | Adjusted Price: | $15,294.98 |
| | ALBUQUERQUE NM 87123 | | | | |
| | 505-332-2580 | | | | |

| 6 | 2008 PONTIAC G8 BASE 4D SDN 6 3.6 NORMAL GAS A2WD | | | | List Price: $10,995.00 |
|---|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 6G2ER57778L129222 | Projected Sold Adjustment | | | -$708.00 |
| Stock No: | Z2570 | Mileage | 89,841 | 103,804 | $594.66 |
| Listing Date: | 08/01/2015 | Equipment | | | |
| ZIP/Postal Code: | 80501 | COMFORT AND SOUND PACKAGE | Yes | No | $303.91 |
| Distance from Loss Vehicle: | 190 miles | PREMIUM PACKAGE | Yes | No | $525.62 |
| Source: | DEALER WEB LISTING - CARS.COM | | | | |
| | FRONTLINE AUTO BROKERS | | | Total Adjustments: | $716.19 |
| | 701 S. MAIN STREET | | | Adjusted Price: | $11,711.19 |
| | LONGMONT CO 80501 | | | | |
| | 720-491-3599 | | | | |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2008 Pontiac G8 | 4 Door Sedan 3.6L 6 Cyl Gas  RWD | $26,910.00 |

## Valuation Notes

IV Sustained Heavy damages to front end. Evaluation was done on all visual and accessable components. Glass, Dash, Engine, Trans were all UNK due to Collision Damages.

## Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was built through a joint partnership between J.D. Power and Associates vehicle valuation division Power Information Network (P.I.N.) and Mitchell International, a leading provider of claims processing solutions to private passenger insurers.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles similar to the loss vehicle in the same market area. WorkCenter Total Loss finds these vehicles in AutoTrader.com, Cars.com, Vast.com and directly from dealerships.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.



# EXHIBIT C

# Colorado State Patrol Traffic Accident Report
### <Version 1.0.0.4864>

| Case No: 2D-15-1162 | Highway Code: STATE HWY | Highway ID: 45 | Highway Mile Point: 7.1 | Agency Code (Causal Factor): M12 - Inattentive to Driving |
|---|---|---|---|---|

| Incident Date: 7/4/2015 | City: | Agency: Colorado State Patrol | County: Pueblo | County ID: 2 |
|---|---|---|---|---|

| Incident Time: 8:18:00 AM | Officer Number: 6728 | Officer Name: Ortiz, Tim | Detail: 2A |
|---|---|---|---|

| Number Killed: 1 | Number Injured: 1 | Location Route, Street, Road | Miles: _____ | Feet: _____ | OF: |
|---|---|---|---|---|---|

| Form Date: 7/11/2015 | | Colorado 45 | ☑ AT: | 24th |
|---|---|---|---|---|

| Latitude: 38°17'32.23" | Longitude: 104°39'48.84" |
|---|---|

| Total Vehicles: 2 | District: 2D | ☑ Investigated At Scene | ☐ Public Property Employee | ☑ Photos Taken | ☐ Railroad Crossing Related | ☐ Construction Zone Related | ☑ Highway Interchange | ☐ Bridge Related |
|---|---|---|---|---|---|---|---|---|

| Accident Location: On Roadway | 1st - Collision with Vehicle in Transport Front to Rear | 2nd - | Most - Collision with Vehicle in Transport Front to Rear | Approach/Overtaking Turn Not Applicable |
|---|---|---|---|---|

| Road Description: At Intersection | Road Contour: Straight On-Level | Road Surface: Blacktop | Road Condition: Dry | Lighting Condition: Daylight | Adverse Weather Condition: None |
|---|---|---|---|---|---|

| EMERGENCY MEDICAL SERVICES: (Time Recorded in 24 Hr. Time) | Time Notified: | Arrived @ Scene: | Arrived @ Hospital: | Name of Responding Services: AMR |
|---|---|---|---|---|

| Trafficway Flow: Divided, Median W/O Barrier | Number of Travel Lanes: 3 | Traffic Control Device Functioning: Functioning Properly | Most Significant Traffic Control Devices: Traffic Signal |
|---|---|---|---|

| Traffic Unit: 1 | Traffic Unit Code: 01-Vehicle | Vehicle Vin: 6G2ER57738L146597 | Trailer Vin: |
|---|---|---|---|

| Last Name: Garza | First Name: Chantillie | MI: | Vehicle Owner Last Name: Salazar | First: Eva | MI: M |
|---|---|---|---|---|---|

| Street Address: 646 Monroe Street | Phone | Street Address: 1365 Sixth Avenue | City: Monte Vista | State: CO | Zip: 81144 |
|---|---|---|---|---|---|

| City: Monte Vista | State: CO | Zip: 81144 | Work Phone: | Towed Due to Damage ☑ By: Tom's Towing & Recovery Co: 300 N Vision Ln |
|---|---|---|---|---|

| Driver License Number: 960991005 | CDL: | State: CO | Gender: F | DOB: 8/19/1986 |
|---|---|---|---|---|

| Primary Violation: Careless Driving Caused Death |
|---|

| Violation Code: 42-4-1402(2)(c) | Citation Number: Direct File | Common Code: 138 - Careless/Death |
|---|---|---|

| Year: 2008 | Make: Pontiac | Model: G8 | Body Type: SD |
|---|---|---|---|

| License Plate Number: 523ZHQ | State / Country: CO | Color: GRY | Vehicle/Vehicle Combination Passenger Car/ Passenger Van | Original Direction South | Vehicle Movement (Pre-impact) Going Straight |
|---|---|---|---|---|---|

| Insurance Company: ☐ None ☐ No Proof Progressive | Exp. Date: 11/29/2015 | Driver - Most apparent human contributing factor (Officer Opinion) Distracted / Passenger | Pedestrian Action (Officer Opinion) | Vehicle Defect/Condition (Officer Opinion) No Vehicle Defects |
|---|---|---|---|---|

| Policy Number: 76421026 | Speed Limit 55 | Est. Vehicle Speed 55 | Driver Actions (Officer Opinion) Careless Driving | Accident Avoidance Maneuver 00-No Avoidance Maneuver | Fire/Hazardous Materials Involvement 00-No Fire/No Haz-Mat Cargo |
|---|---|---|---|---|---|

| Traffic Unit: 2 | Traffic Unit Code: 01-Vehicle | Vehicle Vin: 1GCHK23U34F174879 | Trailer Vin: |
|---|---|---|---|

| Last Name: Archuletta | First Name: Joel | MI: M | Vehicle Owner Last Name: Archuletta | First: Joel | MI: M |
|---|---|---|---|---|---|

| Street Address: 2001 Brown Ave | Phone | Street Address: 2001 Brown Ave | City: Pueblo | State: CO | Zip: 81004 |
|---|---|---|---|---|---|

| City: Pueblo | State: CO | Zip: 81004 | Work Phone: | Towed Due to Damage ☑ By: Tom's Towing & Recovery Co: 300 N Vision Ln |
|---|---|---|---|---|

| Driver License Number: 960730489 | CDL: | State: CO | Gender: M | DOB: 7/21/1980 |
|---|---|---|---|---|

| Primary Violation: |
|---|

| Violation Code: | Citation Number: | Common Code: |
|---|---|---|

| Year: 2004 | Make: Chevrolet | Model: Silverado | Body Type: PK |
|---|---|---|---|

| License Plate Number: 951RBB | State / Country: CO | Color: WHI | Vehicle/Vehicle Combination Pickup Truck / Utility Van | Original Direction South | Vehicle Movement (Pre-impact) Stopped in Traffic |
|---|---|---|---|---|---|

| Insurance Company: ☐ None ☐ No Proof Addigon Insurance | Exp. Date: 6/7/2016 | Driver - Most apparent human contributing factor (Officer Opinion) No Apparent Contributing Factor | Pedestrian Action (Officer Opinion) No | Vehicle Defect/Condition (Officer Opinion) No Vehicle Defects |
|---|---|---|---|---|

| Policy Number: 60434192 | Speed Limit 55 | Est. Vehicle Speed | Driver Actions (Officer Opinion) No Action | Accident Avoidance Maneuver 00-No Avoidance Maneuver | Fire/Hazardous Materials Involvement 00-No Fire/No Haz-Mat Cargo |
|---|---|---|---|---|---|

| Property Owner Last Name | First Name | MI | Street Address | City | State | Zip |
|---|---|---|---|---|---|---|

| T.U. # 1 | Passenger Position 01-Driver | Restrictions Not Restricted | Endorsements No Driving Endorsements | Wearing Helmet N/A (Cars/Trucks) |
|---|---|---|---|---|

| Safety Equipment Shoulder and Lap Belt | Safety Equipment Use Not Used | Air Bag Deployment Not Deployed | Air Bag Type None | Ejection | Injury Severity Evident - incapacitating |
|---|---|---|---|---|---|

| Suspected Alcohol No | Suspected Drugs No | Age 28 | Sex F | Name / Address Garza, Chantillie/ 646 Monroe Street, Monte Vista, CO 81144 |
|---|---|---|---|---|

| Alcohol Suspected: No | Tested For Alcohol: Not Tested | Other Drug/Impairment Suspected: No - Observed | Tested for Other Drugs: Not Tested |
|---|---|---|---|

| Ejection Path: Not Ejected/Not applicable | Dead at Scene: No | Taken to: Parkview Hospital | Expired: |
|---|---|---|---|

| T.U. #<br>1 | Passenger Position<br>03-Front Right Passenger | | Restrictions<br>Not Restricted | | Endorsements<br>No Driving Endorsements | | Wearing Helmet<br>N/A (Cars/Trucks) |
|---|---|---|---|---|---|---|---|
| Safety Equipment<br>Shoulder and Lap Belt | Safety Equipment Use<br>Not Used | | Air Bag Deployment<br>Not Deployed | | Air Bag Type<br>None | Ejection<br>No | Injury Severity<br>Fatal |
| Suspected Alcohol<br>No | Suspected Drugs<br>No | Age<br>59 | Sex<br>F | Name / Address<br>Archuleta, Theresa/ 646 Monroe Street, Monte Vista, CO 81144 | | | |
| Alcohol Suspected:<br>No - Observed | | Tested For Alcohol:<br>By Coroner | | Other Drug/Impairment Suspected:<br>No - Other | | Tested for Other Drugs:<br>By Coroner | |
| Ejection Path:<br>Not Ejected/Not applicable | | Dead at Scene:<br>Yes | | Taken to:<br>Pueblo County Coroner | | Expired:<br>7/4/2015 @ 8:18:00 AM | |

| T.U. #<br>2 | Passenger Position<br>01-Driver | | Restrictions<br>Not Restricted | | Endorsements<br>No Driving Endorsements | | Wearing Helmet<br>N/A (Cars/Trucks) |
|---|---|---|---|---|---|---|---|
| Safety Equipment<br>Shoulder and Lap Belt | Safety Equipment Use<br>Properly used | | Air Bag Deployment<br>Not Deployed | | Air Bag Type<br>None | Ejection<br>No | Injury Severity<br>Complaint of Injury |
| Suspected Alcohol<br>No | Suspected Drugs<br>No | Age<br>34 | Sex<br>M | Name / Address<br>Archuletta, Joel M / 2001 Brown Ave, Pueblo, CO 81004 | | | |
| Alcohol Suspected:<br>No - Observed | | Tested For Alcohol:<br>Not Tested | | Other Drug/Impairment Suspected:<br>No - Observed | | Tested for Other Drugs:<br>Not Tested | |
| Ejection Path:<br>Not Ejected/Not applicable | | Dead at Scene:<br>No | | Taken to: | | Expired: | |

| T.U. #<br>2 | Passenger Position<br>03-Front Right Passenger | | Restrictions<br>Not Restricted | | Endorsements<br>No Driving Endorsements | | Wearing Helmet<br>N/A (Cars/Trucks) |
|---|---|---|---|---|---|---|---|
| Safety Equipment<br>Shoulder and Lap Belt | Safety Equipment Use<br>Properly used | | Air Bag Deployment<br>Not Deployed | | Air Bag Type<br>None | Ejection<br>No | Injury Severity<br>Complaint of Injury |
| Suspected Alcohol<br>No | Suspected Drugs<br>No | Age<br>29 | Sex<br>M | Name / Address<br>Montez, Nathaniel/ 1510 Wabash, Pueblo, CO 81004 | | | |
| Alcohol Suspected:<br>No - Observed | | Tested For Alcohol:<br>Not Tested | | Other Drug/Impairment Suspected:<br>No - Observed | | Tested for Other Drugs:<br>Not Tested | |
| Ejection Path:<br>Not Ejected/Not applicable | | Dead at Scene:<br>No | | Taken to:<br>St. Mary Corwin | | Expired: | |

**Accident Narrative:**
Vehicle #1 was southbound on Colorado 45. Vehicle #2 was stopped at a traffic light southbound on Colorado 45 at the intersection with 24th Street. As the traffic light turned green, Vehicle #2 started to move forward when Vehicle #1 collided its front with the rear of Vehicle #2. Vehicle #1 continued south off the left side of the road. Vehicle #2 continued off the right side of the road.



Colorado 45
Blacktop Dry

24th
Blacktop Dry

17.3'

10.2'

136.7'

157.2

Officer Ortiz was the detective in charge of the accident involving the Pontiac G8 where as the airbags did not deploy.  His contact information is 719-640-5582.  The last time I knew the vehicle was located at Tom's Towing in Pueblo, CO.  Their contact information is 719-545-2103.



**For Customer Support refer to the appropriate platform below:**

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

PAGE COUNT: 4

CLIENT :   107040
DIVISION :   UTAHA101C
ADJUSTER :  BMK0005
CLAIM :   15-2831174

TRANSACTION # :   533951362
DATE :   07/17/2015

DATE OF LOSS :   07/04/2015    TIME OF LOSS :
STREET :   24TH
CITY :   PUEBLO
COUNTY :   PUEBLO
STATE :   CO

INVESTIGATING AGENCY :   CO HP
REPORT NUMBER :   2D151162
REPORT TYPE :   Auto Accident
PARTY 1 :   CHANTILLIE  GARZA
PARTY 2 :   THERESA  ARCHULETA
PARTY 3 :   JOEL  ARCHULETTA

CAR :     MAKE :   YEAR :
          TAG :

DRIVER LICENSE :
ADDITIONAL INFO :

POLICY #:
POLICY STATE:
LOSS KIND:

NOTE :

2

Policy #: 76421026   11/29/2017 - 05/29/2018   Emerald Membership                Your Profile    Log Out

## Claims

Your Claim Summary

Incident Details

Claims Representative

Repair Details

Determination of Fault

Payment Details

Coverage at Time of Loss

Report a Claim

Our Claims Service

Vehicle Repairs

Total Loss

Rental Vehicles

Roadside Assistance

# Incident Details

Claim #: 15-2831174

**Eva M Salazar**

Incident date & time    07/04/2015 at 08:10 a.m. ET

Reported to Progressive    07/05/2015 at 12:38 p.m. ET

Property    PONTIAC G8 - STOCK # 19700001

**We'll work to get you back on the road quickly.**
Learn how Progressive's Claims Service works.

**See the steps in resolving your claim.**
Your claims representative will work with you and explain the process.

### Email Your Claims Representative

Type your message here...

☐ Have my Claims Rep call me

**Submit**

## Common Questions

What is the average time it takes to settle a claim?

Does Progressive need a copy of the police report?

How is fault determined?

Print this page

Contact Us      Terms and Conditions      Privacy and Security Policy      About Progressive

Last login: 2/27/2018 at 3:30 PM ET

**Norton** SECURED
powered by Symantec

3

**PROGRESSIVE**

Your Policies    Payments    ID Cards, Documents    Policy Details    Claims    Discounts

Policy #: 76421026    11/29/2017 - 05/29/2018    Emerald Membership      Your Profile    Log Out

## Claims

Your Claim Summary

Incident Details

Claims Representative

Repair Details

Determination of Fault

Payment Details

Coverage at Time of Loss

Report a Claim

Our Claims Service

Vehicle Repairs

Total Loss

Rental Vehicles

Roadside Assistance

# Repair Details

Claim #: 15-2831174

### 08 PONTIAC G8 – STOCK # 19700001

| | |
|---|---|
| Inspection | 08/31/2015 |
| Repair Status | This vehicle has been deemed a total loss |

**We make dealing with a total loss easier.**
Learn why a vehicle may be declared a total loss.

**We haggled so you don't have to.**
Progressive's Car Shopping Service.

**Email Your Claims Representativ**

Type your message here...

☐ Have my Claims Rep call me

**Submit**

Common Questions

How can I get a rental car while my claim is open?

Who do I contact if I have more questions?

How can I view the photos that my claims representative took of my vehicle?

Print this page

Contact Us     Terms and Conditions     Privacy and Security Policy     About Progressive

Last login: 2/27/2018 at 3:30 PM ET

✔ **Norton**
SECURED
powered by Symantec

4

## COLORADO REGISTRATION/OWNERSHIP TAX RECEIPT

| TYPE | PLATE | TAB/VAL | | | | VIN | | EXPIRE |
|------|-------|---------|---|---|---|-----|---|--------|
| PER-FEE | 865006L | PMT# 1 | | | | 6G2ER57738L146597 | | 02062015 |

| TITLE | VIT | MAKE | BODY | CWT/PAS | T/C | FLEET# | FUEL | PREV EXP |
|-------|-----|------|------|---------|-----|--------|------|----------|
| | 2008 | PON | SD | 40 | | | | |

| PUR. DATE | PUR. PRICE | ORIGINAL TAXABLE VALUE | BUS. DATE | CO # | LIC CODE |
|-----------|-----------|------------------------|-----------|------|----------|
| 01/06/2015 | 0.00 | | 01/08/2015 | 23 U | 008U |

| EM FEE | TITLE FEE | PRIOR O.T. | OWN TAX | LIC FEE | ROAD FEE | BRIDGE FEE |
|--------|-----------|------------|---------|---------|----------|------------|
| | | | | 6.22 | 0.00 | 0.00 |

| RTD TAX | COUNTY TAX | CITY/DIST TAX | STATE TAX | SPECIAL FEE | OTHER FEE |
|---------|-----------|---------------|-----------|-------------|-----------|
| 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |

| UNT # | GVW | MILES | HI GVW | HD DATE |
|-------|-----|-------|--------|---------|

OWNER NAME/MAILING ADDRESS      *FEES IN BOLD INCLUDED IN LIC FEE

SALAZAR EVA MARTA

1365 SIXTH AVE
MONTE VISTA    CO   81144       WAITING FOR BANK/TTL

| VALIDATION | TOTAL |
|------------|-------|
| PAID RIO GRANDE   00 01/08/2015 133642 JEM | 6.22 |

## COLORADO REGISTRATION/OWNERSHIP TAX RECEIPT

| TYPE | PLATE | TAB/VAL | VIN | EXPIRE |
|------|-------|---------|-----|--------|
| PER-FEE | 865006L | PMT# 1 | 6G2ER57738L146597 | 02062015 |

5

**FOX21 NEWS** RIGHT NOW

Colorado Springs

58°



# One killed in Pueblo crash

**By:** Alison Mastrangelo

Updated: Jul 04, 2015 03:39 PM MDT



FOX21 has a crew on the way. We'll update this web page with any new information as it comes in./ FOX21 News

- **Woman killed in single-car crash on I-25**

PUEBLO, Colo.--- The Colorado State Patrol is investigating a two vehicle crash that resulted in a fatality on Colorado 45 at the intersection of 24th Street at approximately 8:15 Saturday morning.

A 2008 Pontiac was going southbound on Colorado 45 when a 2004 Chevrolet pickup headed the same direction stopped for a red light at

the intersection with 24th Street. As the light turned green, the
Pontiac crashed into the rear of the Chevrolet.

ugh the intersection and came to a
stop on the left shoulder. The Chevroon and came to rest on the right
shoulder.

**Continue Reading**



**Previous**
**Remaining charges dismissed
against...**

**Next**
**Western Colorado Springs
elementary...**




## Trending Stories

## Latest Local News



**Volunteers give back in honor of Martin
Luther King Jr. Day**

43 days ago

**Remaining charges dismissed against
former sheriff Maketa**

1 hour ago

