OFFICE OF THE CLERK OF THE UNITED STATE BANRUPTCY

FOR

THE DISTRICT OF DELEWARE

| | |
|---|---|
| WANDA PRENTICE ) | |
| Claimant ) | |
| ) | |
| ) | Case No: 17-11375-BLS |
| ) | Claim Number – P-0053832 |
| V. ) | |
| ) | |
| ) | |
| TK Holding Incorporation ) | |
| 3416 ) | |

Cone Now the Claimant, Wanda F. Prentice, and responds to the Objection.

### RESPOND TO OBJECTION

In response to the Objection of this claim. I have presented numerous of evident in this case. On May 6, 2016, I was struck on the rear which cause neck and back pain. The air bag not deployment. I have not been able to perform work and continually suffering with pain. My pain is severe with a rating of 10 -10. The pain has gotten worse. As you can see from the supporting document a statement from the hospital will clarified that the airbag did not deploy. I am asking the court of Delaware to please consider my claim.

### CERTIFICATION OF SERVICES

This is to certify that Wanda F. Prentice at Post Office Box 254, Montevallo AL, 35115, telephone number 205-623-8532 have on this day January 13, 2019 reposed to the Objection and mailed to the following court:

Office of the Clerk of the United State Bankruptcy for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Awaiting CT results. Patient aware.

Todd Robbins, RN
05/06/16 2100

## ED Provider Notes

| ED Provider Notes by Leslie Brown Pendergrass, CRNP | | 5/6/2016 5:12 PM |
|---|---|---|
| Author: Leslie Brown Pendergrass, CRNP | Service: Emergency Medicine | Author Type: Nurse Practitioner |
| Filed: 5/6/2016 9:09 PM | Note Time: 5/6/2016 5:12 PM | Status: Attested |
| Editor: Leslie Brown Pendergrass, CRNP (Nurse Practitioner) | | Cosigner: Steven J Spitzer, MD at 5/6/2016 10:48 PM |

**Attestation signed by Steven J Spitzer, MD at 5/6/2016 10:48 PM**

I have reviewed the chart and agree with the documentation as recorded by the MLP, including the assessment, treatment plan and disposition.

The patient was not seen by ED Attending (Attestation Only).

Steven Spitzer

### HISTORY OF PRESENT ILLNESS
Wanda F Prentice, a 55 y.o. female presents to the ED with a Chief Complaint of Motor Vehicle Crash; Back Pain; and Neck Pain
**HPI Comments:** Pt is a 55 yof who presents to ED with c/o back and right shoulder pain. She was the restrained driver in a rear impact, low speed MVC approximately 5 hours ago. There was no airbag deployment, and pt states there were only scratches to her back bumper following the MVC. She states she felt fine following the accident, so she has been shopping all day, and suddenly PTA she began having back and right shoulder pain. There was no head injury or LOC. Pt has hx of multiple right shoulder surgeries, and she states it is "flared up" now.

The history is provided by the patient. No language interpreter was used.

### REVIEW OF SYSTEMS
Review of Systems
Constitutional: Negative for fever and chills.
HENT: Negative.
Eyes: Negative. Negative for visual disturbance.
Respiratory: Negative for cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for nausea, vomiting and abdominal pain.
Endocrine: Negative.
Musculoskeletal: Positive for myalgias and back pain. Negative for joint swelling, arthralgias, gait problem, neck pain and neck stiffness.
Skin: Negative.
Neurological: Negative for dizziness, seizures, syncope, facial asymmetry, weakness, numbness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative for behavioral problems. The patient is not nervous/anxious.

### PAST MEDICAL HISTORY REVIEWED
**Past Medical History**
Diagnosis                                                                                       Date
- Arthritis

Past Surgical History
Procedure                                                        Laterality              Date
- Shoulder surgery

**History**
Substance Use Topics