## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TK Holdings Inc., *et. al*., | ) Case No. 17-11375 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding No. 18-50274 (BLS) |
| | ) |
| TK HOLDINGS INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James R. Ferguson, Esq. to represent Automotive Coalition for Traffic Safety, Inc. in this adversary proceeding.

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: sveghte@klehr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ James R. Ferguson*
James R. Ferguson, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: jferguson@mayerbrown.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: January 28th, 2019
Wilmington, Delaware

PHIL1 7426353v.1