**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TK HOLDINGS, INC., *et al.*,[1] | ) | Case No. 17-11375 (BLS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Ref. Docket No. 3565** |

**CERTIFICATION OF NO OBJECTION REGARDING JOSEPH J. FARNAN, JR.,**
**AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST'S OBJECTION**
**TO ADMINISTRATIVE EXPENSE CLAIM OF OLSON METAL PRODUCTS, LLC**
**(CLAIM NO. 4989)**

The undersigned hereby certifies that:

1.      On January 10, 2019, Joseph J. Farnan, Jr., in his capacity as trustee (the "Trustee") of the Reorganized TK Holdings Trust (the "Trust"), in the chapter 11 cases of the above-captioned debtors, filed the *Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Olson Metal Products, LLC (Claim No. 4989)* [Docket No. 3565] (the "Claim Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      Pursuant to the Notice of the Claim Objection, objections to the Claim Objection were to be filed and served no later than January 24, 2019, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

DOCS_DE:222886.1 82828/003

3.    The Trustee granted an extension to counsel to Olson Metal Products, LLC to response to the Claim Objection to January 31, 2019 at 4:00 p.m. Eastern Time, but no further extensions have been requested.

4.    The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Claim Objection appears thereon.

5.    Accordingly, the Trustee respectfully requests entry of the proposed order attached to the Claim Objection at the Court's convenience.


Dated:  February 15, 2019                          PACHULSKI STANG ZIEHL & JONES LLP

                                                   */s/ Peter J. Keane*
                                                   Laura Davis Jones (Bar No. 2436)
                                                   David M. Bertenthal (CA Bar No. 167624)
                                                   Peter J. Keane (Bar No. 5503)
                                                   919 North Market Street, 17th Floor
                                                   P.O. Box 8705
                                                   Wilmington, DE 19899 (Courier 19801)
                                                   Telephone: (302) 652-4100
                                                   Facsimile:  (302) 652-4400
                                                   E-mail: ljones@pszjlaw.com
                                                           dbertenthal@pszjlaw.com
                                                           pkeane@pszjlaw.com

                                                   *Attorneys for the Trustee of the Reorganized TK Holdings Trust*