## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x
                                                       :
In re                                                  :        **Chapter 11**
                                                       :
**TK HOLDINGS INC.,** *et al.*,                        :        **Case No. 17- 11375 (BLS)**
                                                       :
                         **Debtors.**[1]               :        **(Jointly Administered)**
                                                       :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

     I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

     On February 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on Neal, Gerber & Eisenberg, LLP, Attn: Kevin G. Schneider, Esq. (kschneider@nge.com):

- Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Buhrke Industries, LLC (Claim No. 4990) [Docket No. 3652]

- Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Olson Metal Products, LLC (Claim No. 4989) [Docket No. 3653]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Dated: February 20, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 20, 2019, by Nuno Cardoso,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

2

SRF 30928