**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*,[1] | Case No. 17-11375 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
MARCH 27, 2019 AT 1:30 P.M. (PREVAILING EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1,
Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., one (1) business day before the hearing.**

## ADJOURNED/RESOLVED MATTERS:

1.    Oracle America, Inc.'s Request for Allowance and Payment of Administrative Expenses
[Filed 6/11/18] (Docket No. 2953)

Response Deadline: July 17, 2018 at 4:00 p.m. (ET). Extended to April 16, 2019 for the
Legacy Trustee.

Responses Received: None at this time.

Related Documents: None at this time.

Status:  This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00
a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK
Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331);
TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de
C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as
otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11
cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

2.      Objection to Claim by Claimants Robert and Mary Fisher [Filed 10/8/18] (Docket No. 3382)

Response Deadline: October 23, 2018 at 4:00 p.m. (ET). Extended for the Claimants to December 6, 2018.

Responses Received: None at this time.

Related Documents:

     A.  Certification of Counsel Regarding Order Approving Stipulation Resolving Objection to Claim No. 3621 Filed by Robert and Mary Fisher [Filed 3/1/19] (Docket No. 3689)

     B.  [Signed] Order Approving Stipulation Resolving Objection to Claim No. 3621 Filed by Robert and Mary Fisher [Filed 3/4/19] (Docket No. 3690)

Status: The order has been entered on this matter and it is now resolved.

3.      The Reorganized TK Holdings Trust's Thirteenth Omnibus Objection to Claims - Substantive (No Liability Claims and Reduce & Allow Claims) [Filed 10/8/18] (Docket No. 3384)

Response Deadline: October 23, 2018 at 4:00 p.m. (ET). Extended for International Development Corporation, WilmerHale, and Highland Industries, Inc. to January 14, 2019

Responses Received: Informal response of International Development Corporation

Related Documents:

     A.  Notice of Submission of Proofs of Claim in Connection with The Reorganized TK Holdings Trust's Thirteenth Omnibus Objection to Claims - Substantive (No Liability Claims and Reduce & Allow Claims) [Filed 11/15/18] (Docket No. 3450)

     B.  [Signed] Order Sustaining the Reorganized TK Holding Trust's Thirteenth Omnibus Objection to Claims – Substantive [Filed 11/28/18] (Docket No. 3494)

     C.  [Signed] Order Approving Stipulation Among Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, and Claimant Wilmerhale Regarding Claimant's Proof of Claim No. 3367 [Filed 2/8/19] (Docket No. 3641)

Status:  This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET) as to the claim of International Development Corporation.  The Court has entered orders as to the remaining claims.

4.    Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Amended Objection to Administrative Expense Claim of Global Tek Co., Ltd. [Filed 11/8/18] (Docket No. 3440)

Response Deadline: November 26, 2018 at 4:00 p.m. (ET). Extended for Claimant to December 14, 2018

Responses Received:

    A.    Global Tek Co., Ltd.'s Response to Amended Objection to Administrative Expense Claim [Filed 12/14/18] (Docket No. 3523)

Related Documents:  None.

Status:  This matter is adjourned to a date to be determined.

5.    Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claims of ACS Industries, Inc. (Claim Nos. 4983 & 5033) [Filed 12/13/18] (Docket No. 3515)

Response Deadline: December 27, 2018 at 4:00 p.m. (ET). Extended for Claimant to April 9, 2019.

Responses Received: None at this time.

Related Documents: None at this time.

Status:  This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

6.    Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of KnitMesh Technologies Ltd. (Claim No. 4997) [Filed 12/13/18] (Docket No. 3518)

Response Deadline: December 27, 2018 at 4:00 p.m. (ET).

Responses Received: Informal Response from KnitMesh Technologies Ltd.

Related Documents: None at this time.

Status: This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

7.      Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of MJ Celco, Inc. (Claim No. 4988) [Filed 12/13/18] (Docket No. 3519)

Response Deadline: December 27, 2018 at 4:00 p.m. (ET). Extended for Claimant to April 16, 2019 at 4:00 p.m. (ET).

Responses Received:

Related Documents: None at this time.

Status: This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

8.      The Reorganized TK Holdings Trust's Objection to Claim of Rodney Slobodian (Proof of Claim No. 157) Filed by [Filed 12/20/18] (Docket No. 3527)

Response Deadline: January 3, 2019 at 4:00 p.m. (ET). Extended for Claimant to January 30, 2019 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents:  None at this time.

Status:  This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

9.      Third Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims. Filed by Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund [Filed 12/21/18] (Docket No. 3528) (the "Third Omnibus Objection")

Response Deadline: January 16, 2019 at 4:00 p.m. (ET).

Responses Received:

        A.      Response to Third Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by James F. DeBouno Jr.[Filed 1/9/19] (Docket No. 3549)

        B.      Opposition/Response by Claimant, Maria G. Gongora (Claim P-0051229) to Trustee's Third Omnibus Objection to No Liability Claims [Filed 1/16/19] (Docket No. 3584)

        C.      Response to Trustee's Third Omnibus Objection to Creditor James E. Artel's Claim [Filed 1/16/19] (Docket No. 3585)

D. Response to Third Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Edwina Gonzales [Filed 1/18/19] (Docket No. 3599)

Related Documents:

A. Declaration of Harold R. Blomquist in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 12/21/18] (Docket No. 3530)

B. Declaration of David Michael Rains in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 12/21/18] (Docket No. 3531)

C. Notice of Submission of Proofs of Claim Regarding (i) Third Omnibus Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, (Substantive) to No Liability Claims; and (ii) Fourth Omnibus Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, (Substantive) to No Liability Claims [Filed 1/9/19] (Docket No. 3550)

D. Omnibus Reply in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 1/17/19] (Docket No. 3592)

E. Supplemental Declaration of Harold R. Blomquist in Support of the Omnibus Reply in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 1/17/19] (Docket No. 3593)

F. Certificate of Service of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 12/21/18] (Docket No. 3532)

G. Declaration of Service Regarding Omnibus Reply in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims, etc. [Filed 1/22/19] (Docket No. 3604)

H. [Signed] Order Granting Third Omnibus Objection of Eric D. Green, in His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund,

(Substantive) to No Liability Claims [Filed 1/23/19] (Docket No. 3615)

Status:  The Third Omnibus Objection is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET) with respect to the claims of James F. DeBouno Jr. (Claim No. P-0040600), James E. Artel (Claim No. P-0043661), Maria G. Gongora (Claim No. P-0051229), and Edwina J. Gonzales (Claim Nos. P-0053775, P-0048900).  The Court has entered an order as to the remaining claims.

10.    Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims. Filed by Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund [Filed 12/21/18] (Docket No. 3529) (the "Fourth Omnibus Objection")

Response Deadline: January 16, 2019 at 4:00 p.m. (ET).

Responses Received:

A.    Response to Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Terry Ortego and Wanda Ortego [Filed 1/14/19] (Docket No. 3571)

B.    Response to Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Anita K. Nesbitt [Filed 1/15/19] (Docket No. 3577)

C.    Response to Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Jordan Taylor and Victoria Taylor [Filed 1/16/19] (Docket No. 3578)

D.    Amended Response to Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Anita K. Nesbitt [Filed 1/16/19] (Docket No. 3588)

Related Documents:

A.    Declaration of Harold R. Blomquist in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 12/21/18] (Docket No. 3530)

B.    Declaration of David Michael Rains in Support of Third and Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed

12/21/18] (Docket No. 3531)

C.   Notice of Submission of Proofs of Claim Regarding (i) Third Omnibus
      Objection of Eric D. Green, In His Capacity as Trustee of The Takata Airbag
      Tort Compensation Trust Fund, (Substantive) to No Liability Claims; and (ii)
      Fourth Omnibus Objection of Eric D. Green, In His Capacity as Trustee of
      The Takata Airbag Tort Compensation Trust Fund, (Substantive) to No
      Liability Claims [Filed 1/9/19] (Docket No. 3550)

D.   Omnibus Reply in Support of Third and Fourth Omnibus Objection of Eric D.
      Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation
      Trust Fund, (Substantive) To No Liability Claims [Filed 1/17/19] (Docket No.
      3592)

E.   Supplemental Declaration of Harold R. Blomquist in Support of the Omnibus
      Reply in Support of Third and Fourth Omnibus Objection of Eric D. Green, In
      His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust
      Fund, (Substantive) To No Liability Claims [Filed 1/17/19] (Docket No.
      3593)

F.   Motion for Leave to File Sur Reply Objection Response to TATCTF's
      Omnibus Reply in Support of Fourth Omnibus Objection (Substantive) to No
      Liability Claims Filed by Terry and Wanda Ortego [Filed 1/18/19] (Docket
      No. 3597)

G.   Certificate of Service of Third and Fourth Omnibus Objection of Eric D.
      Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation
      Trust Fund, (Substantive) To No Liability Claims [Filed 12/21/18] (Docket
      No. 3532)

H.   Declaration of Service Regarding Omnibus Reply in Support of Third and
      Fourth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of
      The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No
      Liability Claims, etc. [Filed 1/22/19] (Docket No. 3604)

I.   [Signed] Order Granting Fourth Omnibus Objection of Eric D. Green, in His
      Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund,
      (Substantive) to No Liability Claims [Filed 1/23/19] (Docket No. 3614)

Status:  The Fourth Omnibus Objection is adjourned to the next omnibus hearing on April
23, 2019 at 10:00 a.m. (ET) with respect to the claims of Anita K. Nesbit (Claim No. P-
0052756), Jordan Taylor and Victoria Taylor (Claim No. P-0042870), and Terry Ortego
and Wanda Ortego (Claim No. 3707).  The Court has entered an order as to the remaining
claims.

11.     Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claims of Wayne Wire Airbag Components - Juarez (Claim Nos. 5012, 5013, 5014 & 5015) [Filed 1/10/19] (Docket No. 3556)

Response Deadline: January 24, 2019 at 4:00 p.m. (ET). Extended for Claimant to April 9, 2019 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status:  This matter is adjourned to the omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

12.     Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Metal Systems of Mexico (Claim No. 5005) [Filed 1/10/19] (Docket No. 3559)

Response Deadline: January 24, 2019 at 4:00 p.m. (ET). Extended for Claimant to February 22, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

      A.  Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Metal Systems of Mexico (Claim No. 5005) [Filed 3/1/19] (Docket No. 3688)

      B.  [Signed] Order Sustaining Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Metal Systems of Mexico Claim No. 5005) [Filed 3/4/19] (Docket No. 3692)

Status:  The order has been entered on this matter and it is now resolved.

13.     Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of CrossCon Industries LLC (Claim No. 4984) [Filed 2/11/19] (Docket No. 3643)

Response Deadline: February 25, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

      A.  Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim

of CrossCon Industries LLC (Claim No. 4984) [Filed 2/27/19) (Docket No. 3674)

B.    [Signed] Order Sustaining Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Crosscon Industries LLC (Claim No. 4984) [Filed 2/27/19) (Docket No. 3682)

Status:  The order has been entered on this matter and it is now resolved.

14.    Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of ITD Precision (Claim No. 5000) [Filed 2/11/19] (Docket No. 3644)

Response Deadline: February 25, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A.    Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of ITD Precision (Claim No. 5000) [Filed 2/27/19] (Docket No. 3675)

B.    [Signed] Order Sustaining Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of ITD Precision (Claim No. 5000) [Filed 2/27/19] (Docket No. 3681)

Status:  The order has been entered on this matter and it is now resolved.

15.    Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Proto Gage Tool & Die Inc. (Claim No. 4991) [Filed 2/11/19] (Docket No. 3645)

Response Deadline: February 25, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A.    Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Proto Gage Tool & Die Inc. (Claim No. 4991) [Filed 2/27/19] (Docket No. 3676)

B.    [Signed] Order Sustaining Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Proto Gage Tool & Die Inc. (Claim No. 4991) [Filed 2/27/19] (Docket No. 3680)

Status:  The order has been entered on this matter and it is now resolved.

16.     Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Molex, LLC (Claim No. 4985) [Filed 2/11/19] (Docket No. 3646)

Response Deadline: February 25, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

      A.   Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Molex, LLC (Claim No. 4985) [Filed 2/27/19] (Docket No. 3677)

      B.   [Signed] Order Sustaining Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Molex, LLC (Claim No. 4985) [Filed 2/27/19] (Docket No. 3679)

Status:  The order has been entered on this matter and it is now resolved.

17.     Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Telamon Corporation (Claim No. 5003) [Filed 2/11/19] (Docket No. 3647)

Response Deadline: February 25, 2019 at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status:  This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

18.     Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claims of R.F. Carlson Co. (Claim Nos. 4986 and 5004) [Filed 2/11/19] (Docket No. 3648)

Response Deadline: February 25, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

      A.   Certificate of No Objection Regarding Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claims of R.F. Carlson Co. (Claim Nos. 4986 and 5004) [Filed 2/27/19]

(Docket No. 3678)

    B.  [Signed] Order Sustaining Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claims of R.F. Carlson Co. (Claim Nos. 4986 and 5004) [Filed 2/27/19] (Docket No. 3683)

<u>Status</u>:  The order has been entered on this matter and it is now resolved.

19.    Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust's Objection to Administrative Expense Claim of Global Safety Textiles LLC [Filed 2/13/19] (Docket No. 3649)

<u>Response Deadline</u>: Extended for Claimant to April 9, 2019.

<u>Responses Received</u>: None at this time.

<u>Related Documents</u>: None at this time.

<u>Status</u>: This matter is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET).

20.    Third Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed 2/22/19] (Docket No. 3668)

<u>Response Deadline</u>: March 8, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Documents</u>:

    A.  Certificate of No Objection Regarding Third Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed 3/11/19] (Docket No. 3718)

    B.  [Signed] Third Order Granting Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed 3/12/19] (Docket No. 3720)

<u>Status</u>:  The order has been entered on this matter and it is now resolved.

**MATTERS FOR WHICH A CNO/COC HAS BEEN FILED:**

21.    Third Motion of Eric D. Green, in his Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, for an Order Extending the Deadline to Object to Other PI/WD Claims [Filed 3/4/19] (Docket No. 3696)

Response Deadline: March 18, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A.    Certificate of No Objection Regarding Third Motion of Eric D. Green, in his Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, for an Order Extending the Deadline to Object to Other PI/WD Claims [Filed 3/19/19] (Docket No. 3770)

Status:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

22.    Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount [Filed 2/19/19] (Docket No. 3657)

Response Deadline: March 12, 2019 at 4:00 p.m. (ET).

Responses Received:

    A.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Joseph L Jolly [Filed 2/28/19] (Docket No. 3684)

    B.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Para Davis, Odell Wilson [Filed 2/28/19] (Docket No. 3687)

    C.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Steve Whitworth [Filed 3/4/19] (Docket No.

3694)

D.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Ryan C. Smith [Filed 3/4/19] (Docket No. 3695)

E.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Christine J. Larene [Filed 3/5/19] (Docket No. 3700)

F.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Maricela Garetth Sanchez Griffith [Filed 3/11/19] (Docket No. 3708)

G.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Johnlette L. Hunt [Filed 3/11/19] (Docket No. 3709)

H.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Sylvia Yang [Filed 3/11/18] (Docket No. 3715)

I.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Ashley L. Ridgeway [Filed 3/12/19] (Docket No. 3723)

J.    Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Laurie L. Lillich-Ridgeway [Filed 3/12/19]

(Docket No. 3724)

K.  Response to Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount Filed by Giovanni De Amici [Filed 3/12/19] (Docket No. 3732)

L.  Informal Response of Ashley R. Ridgeway

M.  Informal Response of Laurie Lillich-Ridgeway

Related Documents:

A.  Certification of Counsel Regarding Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorize Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount [Filed 3/22/19] (Docket No. 3815)

Status:  The Trustee has filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.

## CONTESTED MATTERS GOING FORWARD:

23.  The Reorganized TK Holdings Trust's Sixteenth Omnibus Objection to Claims - Non-Substantive (Late Filed Claims) [Filed 2/1/19] (Docket No. 3637)

Response Deadline: February 22, 2019 at 4:00 p.m. (ET).

Responses Received:

A.  Response to Sixteenth Omnibus Objection to Claims - Non-Substantive (Late Filed Claims Filed by Sudan Salaam [Filed 2/19/19] (Docket No. 3656)

Related Documents: None.

Status:  This matter will go forward.

24.  Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims [Filed 2/22/19] (Docket No. 3665) (the "Fifth Omnibus Objection")

Response Deadline: March 20, 2019 at 4:00 p.m. (ET). (Extended for Ayanna N. Smith (Claim No. P-0058384))

Responses Received:

A.   Response to Trustee's Omnibus Objection (Non-Substantive) to Insufficient Documentation Claims Filed by Thomas Pottanat, Marie Pottanat [Filed 3/4/19] (Docket No. 3691)

B.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Brennan M. Guthrie [Filed 3/8/19] (Docket No. 3704)

C.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Robin R Luther [Filed 3/11/19] (Docket No. 3707)

D.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Hesman W. Tall [Filed 3/11/19] (Docket No. 3712)

E.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Rosie Samuel, Donald Samuel [Filed 3/11/19] (Docket No. 3713)

F.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Tayna Porter Jones [Filed 3/11/19] (Docket No. 3721)

G.   Response and Objection to Insufficient Documentation Claims and Hearing Filed by Imtiaz Carbide [Filed: 3/12/19] (Docket No. 3725)

H.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Elizabeth Kijanko [Filed 3/13/19] (Docket No. 3733)

I.   Response to Fifth Omnibus Objection (Non-Substantive) of Eric D. Green, Trustee, to Insufficient Documentation Claims Filed by Lisa Davis [Filed 3/18/19] (Docket No. 3745)

J.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Daisy Martinez, Jessica Martinez, Jose Contreras [Filed 3/19/19] (Docket No. 3762)

K.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Robert Montreal [Filed 3/19/19] (Docket No. 3765)

L.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Rethea J

Foxhoven [Filed 3/19/19] (Docket No. 3766)

M.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Paula Duncan, The Estate of Michell Duncan [Filed 3/19/19] (Docket No. 3769)

N.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by April Bier [Filed 3/20/19] (Docket No. 3773)

O.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Karina Dorado [Filed 3/20/19] (Docket No. 3775)

P.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by David O. Lowell [Filed 3/20/19] (Docket No. 3777)

Q.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Pam J. Harp-Carter and Megan R. Harp [Filed 3/20/19] (Docket No. 3784)

R.    Declaration of Karl Livigni in Opposition to the Fifth Omnibus Objection of Eric D. Green, in His Capacity as Trustee of the Takata Airbag Trust Compensation Fund, to Insufficient Documentation Claims Filed by Karl Lavigni, Sr. [Filed 3/20/19] (Docket No. 3791)

S.    Opposing Objection (Non-Substantive) to Insufficient Documentation Claims Responsive Declaration of Karen Schuber Filed by Karen Schuber [Filed 3/20/19] (Docket No. 3793)

T.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Melanie H. Mowery [Filed 3/20/19] (Docket No. 3796)

U.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Khristie P. Cousin [Filed 3/20/19] (Docket No. 3798)

V.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Mona Upshaw [Filed 3/20/19] (Docket No. 3799)

W.    Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Jacquelin Steel

[Filed 3/21/19] (Docket No. 3800)

X.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Anthony Seberry [Filed 3/21/19] (Docket No. 3804)

Y.   Response to Fifth and Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Jeanne M. Jackson, Angelia M. Moore and Howard J. Moore, III [Filed 3/21/19] (Docket No. 3808)

Z.   Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Marilyn Coley [Filed 3/21/19] (Docket No. 3809)

AA.  Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Thomas W. Smith [Filed 3/21/19] (Docket No. 3810)

BB.  Response to Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Rethea J Foxhoven [Filed 3/22/19] (Docket No. 3817)

CC.  Informal response of Linda Valente (Claim No. P-0057117)

DD.  Informal response of Abdelaziz Bakhader (Claim No. P-0027095)

EE.  Informal response of Barry Cohen (Claim No. P-0010852)

FF.  Informal response of Don W. Day (Claim No. P-0047865)

GG.  Informal response of Harold D. Faulkner (Claim No. P-0003680)

HH.  Informal response of Faris S. Haddad (Claim No. P-0020348)

II.   Informal response of Janae D. Santillanes (Claim No. P-0050647)

Related Documents:

A.   Notice of Submission of Proofs of Claim Regarding Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims [Filed 3/13/19] (Docket No. 3726)

Status:  The Fifth Omnibus Objection is withdrawn solely with respect to the claims set forth on **Exhibit A** hereto.  The Fifth Omnibus Objection is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET) with respect to the claims of claimants who have responded to the Fifth Omnibus Objection but which are not listed on **Exhibit A** hereto.  This matter is going forward with respect the claims of all claimants

who have not responded to the Fifth Omnibus Objection.  A revised proposed order will be presented at the hearing.

25.     Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims [Filed 2/22/19] (Docket No. 3666) (the "Sixth Omnibus Objection")

Response Deadline: March 20, 2019 at 4:00 p.m. (ET). (Extended for Ayanna N. Smith (Claim No. P-0058384))

Responses Received:

    A.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Roger D. Coalson, Karen D. Coalson [Filed 3/4/19] (Docket No. 3693)

    B.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Roberta M. Alvarez [Filed 3/6/19] (Docket No. 3699)

    C.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Rebecca Burchette [Filed 3/13/19] (Docket No. 3729)

    D.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Cheryll P Bankhead [Filed 3/18/19] (Docket No. 3748)

    E.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Sumei Yue [Filed 3/18/19] (Docket No. 3756)

    F.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Jerald January [Filed 3/18/19] (Docket No. 3758)

    G.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by David W. Leonard, Sr. and Delores J. Leonard [Filed 3/20/19] (Docket No. 3788)

    H.   Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As

Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Derek R. Sands [Filed 3/21/19] (Docket No. 3812)

I.    Response to Sixth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Late Filed Claims Filed by Kathy Y. Jones [Filed 3/21/19] (Docket No. 3814)

J.    Informal response of Linda Valente (Claim No. P-0057117)

K.    Informal response of Don W. Day (Claim No. P-0053186)

L.    Informal response of Brock A. Delatte and Kaleb J. Delatte (Claim No. P-0058173)

M.    Informal response of Tommy R. Jackson (Claim No. 4860)

N.    Informal response of Elvis Jean (Claim No. 5055)

Related Documents: None.

Status:  The Sixth Omnibus Objection is withdrawn solely with respect to the claims set forth on **Exhibit A** hereto.  The Sixth Omnibus Objection is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET) with respect to the claims of claimants who have responded to the Sixth Omnibus Objection but which are not listed on **Exhibit A** hereto.  This matter is going forward with respect the claims of all claimants who have not responded to the Sixth Omnibus Objection.  A revised proposed order will be presented at the hearing.

26.    Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims. Filed by Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund [Filed 2/25/19] (Docket No. 3670) (the "Seventh Omnibus Objection")

Response Deadline: March 20, 2019 at 4:00 p.m. (ET). (Extended for Alexander Herbert McClentic (Claim. 4303))

Responses Received:

A.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Houston Byrd Jr. [Filed 3/6/19] (Docket No. 3698)

B.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As

Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Florrie J. Healey, Kenneth W. Healey [Filed 3/6/19] (Docket No. 3701)

C.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Gay N. Cain [Filed 3/8/19] (Docket No. 3703)

D.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Justin Fernandez [Filed 3/11/19] (Docket No. 3710)

E.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Debra Cwynar [Filed 3/11/19] (Docket No. 3711)

F.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Ryan K. Griffin [Filed 3/11/19] (Docket No. 3714)

G.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Mary Ann Gonzales-Lespinasse [Filed 3/11/19] (Docket No. 3717)

H.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Rosetta M. Johnson [Filed 3/12/19] (Docket No. 3722)

I.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Leszek J. Osiecki [Filed 3/13/19] (Docket No. 3730)

J.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Tiea S. Cole [Filed 3/13/19] (Docket No. 3731)

K.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Michael C. Biggs [Filed 3/14/19] (Docket No. 3737)

L.     Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Jennifer Pokorny [Filed 3/15/19] (Docket No. 3741)

M.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Cecilia Simental [Filed 3/15/19] (Docket No. 3742)

N.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Mary Smith [Filed 3/15/19] (Docket No. 3743)

O.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Caroline Hall [Filed 3/15/19] (Docket No. 3744)

P.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Robert M. Dell'Oliver, Debra A. Longley [Filed 3/18/19] (Docket No. 3747)

Q.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Raheen J. Tilghman [Filed 3/18/19] (Docket No. 3752)

R.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Dennis Donoghue [Filed 3/18/19] (Docket No. 3753)

S.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Terri J Michel [Filed 3/18/19] (Docket No. 3754)

T.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Jerald January [Filed 3/18/19] (Docket No. 3757)

U.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Shari Bradix, Elizabeth A. Bradix [Filed 3/19/19] (Docket No. 3759)

V.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Aaron Lewis [Filed 3/19/19] (Docket No. 3760)

W.   Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Emit J

Newsome, Est. Sandra J Newsome [Filed 3/19/19] (Docket No. 3761)

X.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Matthew Rice [Filed 3/19/19] (Docket No. 3763)

Y.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Kathy Kissik [Filed 3/19/19] (Docket No. 3764)

Z.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Tamara Lewis [Filed 3/19/19] (Docket No. 3768)

AA.  Response To Debtors' Seventh Omnibus Objection Of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Susan Bennett [Filed 3/19/19] (Docket No. 3771)

BB.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by April Bier [Filed 3/20/19] (Docket No. 3774)

CC.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by D'Arcy Phelan-Morrell [Filed 3/20/19] (Docket No. 3776)

DD.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Clifton Angelo Villegas [Filed 3/20/19] (Docket No. 3778)

EE.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Tracy L. Adams [Filed 3/20/19] (Docket No. 3780)

FF.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Phillip Gregory Miller [Filed 3/20/19] (Docket No. 3781)

GG.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Bertha Wheaton [Filed 3/20/19] (Docket No. 3783)

HH.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-

Substantive) To Insufficient Documentation Claims Filed by Sheila Manuel [Filed 3/20/19] (Docket No. 3786)

II.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Sharon L. Roth [Filed 3/20/19] (Docket No. 3789)

JJ.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Johnine Bailey and Kerric Craddock [Filed 3/20/19] (Docket No. 3790)

KK.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Beth A. Bernt and John P. Bernt [Filed 3/20/19] (Docket No. 3794)

LL.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Christopher M. Cogar and Austin E. Cogar [Filed 3/20/19] (Docket No. 3795)

MM.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Cynthia D. Beckwith [Filed 3/20/19] (Docket No. 3797)

NN.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Taheera Griffin [Filed 3/21/19] (Docket No. 3801)

OO.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Patrice Cook [Filed 3/21/19] (Docket No. 3802)

PP.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Yunping Zhu and Janine Zhu [Filed 3/21/19] (Docket No. 3803)

QQ.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Wilma G. Bandhauer-Gosman and Michael R. Gosman [Filed 3/21/19] (Docket No. 3806)

RR.    Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Tori Henderson [Filed 3/21/19] (Docket No. 3807)

SS.  Response to Fifth and Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Jeanne M. Jackson, Angelia M. Moore and Howard J. Moore, III [Filed 3/21/19] (Docket No. 3808)

TT.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Marcie L. Freed [Filed 3/21/19] (Docket No. 3811)

UU.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Patricia Gonzales, Antonio Gonzales [Filed 3/22/19] (Docket No. 3818)

VV.  Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Kenneth W. Thompson [Filed 3/22/19] (Docket No. 3819)

WW. Response to Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims Filed by Kathleen Carabasi McCay [Filed 3/22/19] (Docket No. 3820)

XX.  Informal response of Abdelaziz Bakhader (Claim No. P-0030491)

YY.  Informal response of Elaine H. Brumberg (Claim No. P-0039222)

ZZ.  Informal response of Don W. Day (Claim No. P-0053186)

AAA. Informal response of Brock A. Delatte and Kaleb J. Delatte (Claim Nos. P-0039548, P-0058173)

BBB. Informal response of Debra Greene (Claim No. P-0039416)

CCC. Informal response of Faris S. Haddad (Claim Nos. P-0020332, P-0020385)

DDD. Informal response of Lesley Hale (Claim No. P-0010767)

EEE. Informal response of Deborah J. Labaty (Claim No. P-0052627)

FFF.  Informal response of Carol S. Meisner and Stanley P. Meisner (Claim No. P P-0048936)

GGG. Informal response of Marion F. Purvis (Claim No. P-0003442)

HHH. Informal response of Paul R. Rankin (Claim No. P-0050705)

III.  Informal response of Jimmie Stallard and Arica L Whitt (Claim No. P-0053251)

JJJ.    Informal response of David M .Whitt and Arica L. Whitt (Claim No. P-0053243)

KKK.    Informal response of Jessica E. Ulrich (Claim No. P-0040114)

LLL.    Informal response of Sheresa Walker and Richard Walker (P-0051940)

MMM.Informal response of Mary Garrow (Claim No. 4047)

NNN.    Informal response of Scott Glendening (Claim No. P-0018249)

OOO.    Informal response of Tommy R. Jackson (Claim No. 4860)

PPP.    Informal response of Elvis Jean (Claim No. 5055)

Related Documents:

A.    Notice of Submission of Proofs of Claim Regarding Seventh Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims [Filed 3/13/19] (Docket No. 3727)

Status:  The Seventh Omnibus Objection is withdrawn solely with respect to the claims set forth on **Exhibit A** hereto.  The Seventh Omnibus Objection is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET) with respect to the claims of claimants who have responded to the Seventh Omnibus Objection but which are not listed on **Exhibit A** hereto.  This matter is going forward with respect the claims of all claimants who have not responded to the Seventh Omnibus Objection.  A revised proposed order will be presented at the hearing.

27.    Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims. Filed by Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund [Filed 2/25/19] (Docket No. 3671) (the "Eighth Omnibus Objection")

Response Deadline: March 20, 2019 at 4:00 p.m. (ET). (Extended for Ayanna N. Smith (Claim No. P-0058384))

Responses Received:

A.    Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Lyndsey Hall, Jonathan Norton [Filed 3/8/19] (Docket No. 3705)

B.    Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Betty Foraker [Filed 3/11/19] (Docket No.

3716)

C.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Alan Bluestone, Greta Bluestone [Filed 3/15/19] (Docket No. 3746)

D.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Edwin Almonte [Filed 3/18/19] (Docket No. 3749)

E.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Lutfie Begaj [Filed 3/18/129] (Docket No. 3750)

F.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Beverly Marder [Filed 3/18/19] (Docket No. 3751)

G.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Cheryll P Bankhead [Filed 3/18/19] (Docket No. 3755)

H.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Andrew Kampuries [Filed 3/19/19] (Docket No. 3767)

I.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Richard Stevenson [Filed 3/19/19] (Docket No. 3779)

J.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Karen D. Coalson and Roger D. Coalson [Filed 3/20/19] (Docket No. 3782)

K.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Denise J. Love [Filed 3/20/19] (Docket No. 3785)

L.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by David W. Leonard, Sr. and Delores J. Leonard [Filed 3/20/19] (Docket No. 3787)

M.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive)

To No Liability Claims Filed by Clifford Kolakowski [Filed 3/21/19] (Docket No. 3805)

N.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Derek R. Sands [Filed 3/21/19] (Docket No. 3813)

O.  Response to Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims Filed by Kathy Y. Jones [Filed 3/21/19] (Docket No. 3814)

P.  Informal response of Eugenie B. Roscoe, John G Roscoe Living Trust (Claim No. P-0058211)

Related Documents:

A.  Notice of Submission of Proofs of Claim Regarding Eighth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 3/13/19] (Docket No. 3728)

Status:  The Eighth Omnibus Objection is adjourned to the next omnibus hearing on April 23, 2019 at 10:00 a.m. (ET) with respect to the claims of claimants who have responded to the Eighth Omnibus Objection.  This matter is going forward with respect the claims of all claimants who have not responded to the Eighth Omnibus Objection.  A revised proposed order will be presented at the hearing.

Dated: March 25, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        pkeane@pszjlaw.com

*Attorneys for the Trustee of the Reorganized TK Holdings Trust*