# EXHIBIT A

## Insufficient Information PPIC Claims

## (Asbury Claims)

| No. | Claimant | Claim Number | Claim Amount | | Asserted Debtor | Date Claim Filed | Reason for Satisfaction |
|---|---|---|---|---|---|---|---|
| | | | **Insufficient Documentation Claims** | | | | |
| 1 | AF Motors, L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058109 | $1,618,800<br>$0<br>$0<br>$0<br>$1,618,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 2 | Asbury AR Niss LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058085 | $1,033,760<br>$0<br>$0<br>$0<br>$1,033,760 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 3 | Asbury Atlanta AC L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058113 | $4,021,440<br>$0<br>$0<br>$0<br>$4,021,440 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 4 | Asbury Atlanta AU L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058110 | $2,649,720<br>$0<br>$0<br>$0<br>$2,649,720 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 5 | Asbury Atlanta BM L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058114 | $5,447,120<br>$0<br>$0<br>$0<br>$5,447,120 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 6 | Asbury Atlanta Ford, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058115 | $3,078,560<br>$0<br>$0<br>$0<br>$3,078,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 7 | Asbury Atlanta Hon L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058132 | $9,085,160<br>$0<br>$0<br>$0<br>$9,085,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 8 | Asbury Atlanta Hund L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058097 | $692,960<br>$0<br>$0<br>$0<br>$692,960 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 9 | Asbury Atlanta Inf L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058131 | $1,067,840<br>$0<br>$0<br>$0<br>$1,067,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | Asbury Atlanta Infiniti LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058130 | $2,013,560 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,013,560 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 11 | Asbury Atlanta Jaguar L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058129 | $48,280 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$48,280 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 12 | Asbury Atlanta K L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058128 | $874,720 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$874,720 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 13 | Asbury Atlanta Lex L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058077 | $11,377,040 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$11,377,040 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 14 | Asbury Atlanta NIS II, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058042 | $96,560 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$96,560 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 15 | Asbury Atlanta Nis L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058050 | $2,595,760 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,595,760 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 16 | Asbury Atlanta Toy L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058083 | $6,091,800 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$6,091,800 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 17 | Asbury Atlanta VB L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058073 | $2,433,880 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,433,880 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 18 | Asbury Atlanta VL L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058086 | $170,400 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$170,400 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 19 | Asbury Automotive Brandon LP<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058121 | $3,189,320 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,189,320 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| 20 | Asbury Automotive St. Louis<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058087 | $7,239,160<br>$0<br>$0<br>$0<br>$7,239,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
|---|---|---|---|---|---|---|---|
| 21 | Asbury Automotive St. Louis<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058088 | $2,840<br>$0<br>$0<br>$0<br>$2,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 22 | Asbury Deland Hund, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058089 | $641,840<br>$0<br>$0<br>$0<br>$641,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 23 | Asbury Deland-Imports LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058090 | $6,969,360<br>$0<br>$0<br>$0<br>$6,969,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 24 | Asbury Ft. Worth Ford, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058094 | $4,279,880<br>$0<br>$0<br>$0<br>$4,279,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 25 | Asbury Jax AC LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058051 | $1,919,840<br>$0<br>$0<br>$0<br>$1,919,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 26 | Asbury Jax Ford, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058091 | $2,354,360<br>$0<br>$0<br>$0<br>$2,354,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 27 | Asbury Jax Hon L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058092 | $9,883,200<br>$0<br>$0<br>$0<br>$9,883,200 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 28 | Asbury Management Services<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058116 | $142,000<br>$0<br>$0<br>$0<br>$142,000 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 29 | Asbury MS CHEV L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058117 | $3,473,320<br>$0<br>$0<br>$0<br>$3,473,320 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| 30 | Asbury MS Gray-Daniels L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058118 | $3,922,040 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,922,040 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| --- | --- | --- | --- | --- | --- | --- |
| 31 | Asbury SC JPV L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058119 | $962,760 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$962,760 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 32 | Asbury SC LEX L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058120 | $2,749,120 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,749,120 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 33 | Asbury SC Toy LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058122 | $4,606,480 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$4,606,480 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 34 | Asbury St. Louis Lex L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058123 | $1,942,560 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,942,560 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 35 | Asbury St. Louis LR L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058124 | $1,067,840 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,067,840 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 36 | Atlanta Asbury Toy 2 L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058125 | $3,785,720 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,785,720 (T) | TK Holdings Inc., et al. | 6/19/2018 | Insufficient Documentation |
| 37 | Avenues Motors, Ltd.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058052 | $2,036,280 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,036,280 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 38 | BFP Motors L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058053 | $3,425,040 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,425,040 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 39 | CFP Motors L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058126 | $2,510,560 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,510,560 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| 40 | CH Motos LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058127 | $14,881,600<br>$0<br>$0<br>$0<br>$14,881,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
|---|---|---|---|---|---|---|---|
| 41 | CHO Partnership, Ltd.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058082 | $20,311,680<br>$0<br>$0<br>$0<br>$20,311,680 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 42 | CN Motors L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058071 | $2,482,160<br>$0<br>$0<br>$0<br>$2,482,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 43 | Coggin Cars L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058079 | $6,645,600<br>$0<br>$0<br>$0<br>$6,645,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 44 | Coggin Chevrolet L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058075 | $2,936,560<br>$0<br>$0<br>$0<br>$2,936,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 45 | Crown CHH L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058040 | $10,982,280<br>$0<br>$0<br>$0<br>$10,982,280 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 46 | Crown FDO L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058066 | $2,558,840<br>$0<br>$0<br>$0<br>$2,558,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 47 | Crown FFO L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058058 | $3,569,880<br>$0<br>$0<br>$0<br>$3,569,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 48 | Crown GAC L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058041 | $3,300,080<br>$0<br>$0<br>$0<br>$3,300,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 49 | Crown GBM L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058070 | $5,336,360<br>$0<br>$0<br>$0<br>$5,336,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| 50 | Crown GDO L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058039 | $1,846,000<br>$0<br>$0<br>$0<br>$1,846,000 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
|---|---|---|---|---|---|---|---|
| 51 | Crown GHO L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058074 | $17,593,800<br>$0<br>$0<br>$0<br>$17,593,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 52 | Crown GNI L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058103 | $1,811,920<br>$0<br>$0<br>$0<br>$1,811,920 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 53 | Crown GVO L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058104 | $744,080<br>$0<br>$0<br>$0<br>$744,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 54 | Crown PBM, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058107 | $2,967,800<br>$0<br>$0<br>$0<br>$2,967,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 55 | Crown RIA L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058106 | $2,536,120<br>$0<br>$0<br>$0<br>$2,536,120 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 56 | Crown Rib L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058112 | $6,537,680<br>$0<br>$0<br>$0<br>$6,537,680 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 57 | Crown SNI L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058068 | $2,056,160<br>$0<br>$0<br>$0<br>$2,056,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 58 | CSA Imports L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058067 | $7,727,640<br>$0<br>$0<br>$0<br>$7,727,640 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 59 | Escude NN L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058093 | $1,235,400<br>$0<br>$0<br>$0<br>$1,235,400 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| 60 | Escude NS L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058095 | $1,028,080<br>$0<br>$0<br>$0<br>$1,028,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
|---|---|---|---|---|---|---|---|
| 61 | Escude T L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058096 | $2,945,080<br>$0<br>$0<br>$0<br>$2,945,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 62 | HFP Motors L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058100 | $8,272,920<br>$0<br>$0<br>$0<br>$8,272,920 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 63 | KP Motors L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058098 | $2,604,280<br>$0<br>$0<br>$0<br>$2,604,280 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 64 | McDavid Austin-Acra L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058099 | $3,322,800<br>$0<br>$0<br>$0<br>$3,322,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 65 | McDavid Frisco-Hon L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058101 | $26,874,920<br>$0<br>$0<br>$0<br>$26,874,920 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 66 | McDavid Houston-Hon LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058105 | $3,828,320<br>$0<br>$0<br>$0<br>$3,828,320 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 67 | McDavid Houston-Niss, L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058102 | $2,644,040<br>$0<br>$0<br>$0<br>$2,644,040 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 68 | McDavid Irving-Hon, L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058078 | $18,144,760<br>$0<br>$0<br>$0<br>$18,144,760 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 69 | McDavid Plano-Acra, L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058084 | $5,421,560<br>$0<br>$0<br>$0<br>$5,421,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| 70 | Np Flm L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058080 | $2,564,520<br>$0<br>$0<br>$0<br>$2,564,520 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
|---|---|---|---|---|---|---|---|
| 71 | Np Mzd L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058072 | $917,320<br>$0<br>$0<br>$0<br>$917,320 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 72 | Plano Lincoln-Mercury, Inc.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058081 | $1,448,400<br>$0<br>$0<br>$0<br>$1,448,400 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 73 | Precision Infiniti, Inc.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058049 | $1,897,120<br>$0<br>$0<br>$0<br>$1,897,120 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 74 | Precision Motorcars, Inc.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058076 | $7,517,480<br>$0<br>$0<br>$0<br>$7,517,480 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 75 | Precision Nissan, Inc.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058055 | $3,351,200<br>$0<br>$0<br>$0<br>$3,351,200 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 76 | Premier NSN L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058057 | $1,028,080<br>$0<br>$0<br>$0<br>$1,028,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 77 | Premier PON L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058059 | $90,880<br>$0<br>$0<br>$0<br>$90,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 78 | Prestige Bay L.L.C.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058048 | $1,922,680<br>$0<br>$0<br>$0<br>$1,922,680 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 79 | Prestige Toy L.L.C<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058060 | $3,578,400<br>$0<br>$0<br>$0<br>$3,578,400 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80 | Q Automotive Brandon FL, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058047 | $2,831,480 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,831,480 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 81 | Q Automotive ft. Myers FL, LL<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058061 | $1,124,640 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,124,640 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 82 | Q Automotive Holiday Fl, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058062 | $139,160 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$139,160 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 83 | Q Automotive Jacksonville FL,<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058065 | $931,520 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$931,520 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 84 | Q Automotive Tampa FL, LLC<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058063 | $82,360 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$82,360 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 85 | Tampa Hund, L.P.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058064 | $687,280 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$687,280 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 86 | Tampa Kia, L.P.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058054 | $1,644,360 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,644,360 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |
| 87 | WTY Motors, L.P.<br>Crowell & Moring - Emma Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058056 | $7,298,800 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$7,298,800 (T) | TK Holdings Inc., et al. | 6/20/2018 | Insufficient Documentation |