# EXHIBIT B

**Insufficient Information PPIC Claims**

**(Group 1 Claims)**

| | | Insufficient Documentation Claims | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | | Asserted Debtor | Date Claim Filed | Reason for Satisfaction |
| 1 | Advantagecars.com, Inc. d/b/a Sterling McCall Hyundai<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058254 | $1,721,040<br>$0<br>$0<br>$0<br>$1,721,040 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 2 | Amarillo Motors-F, Inc. dba Gene Messer Ford of Amari<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058310 | $1,451,240<br>$0<br>$0<br>$0<br>$1,451,240 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 3 | Bob Howard Automotive-East, Inc. dba Bob Howard Chevr<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058345 | $2,683,800<br>$0<br>$0<br>$0<br>$2,683,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 4 | Bob Howard Automotive-East, Inc. dba South Pointe Che<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058249 | $2,584,400<br>$0<br>$0<br>$0<br>$2,584,400 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 5 | Bob Howard Dodge, Inc. dba Bob Howard Chrysler Dodge<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058344 | $5,038,160<br>$0<br>$0<br>$0<br>$5,038,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 6 | Bob Howard Motors, Inc. d/b/a Bob Howard Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058350 | $5,810,640<br>$0<br>$0<br>$0<br>$5,810,640 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 7 | Bob Howard Nissan, Inc. d/b/a Bob Howard Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058351 | $1,084,880<br>$0<br>$0<br>$0<br>$1,084,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 8 | Chaperral Dodge, Inc. dba Dallas Chrysler Dodge Jeep<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058279 | $8,846,600<br>$0<br>$0<br>$0<br>$8,846,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 9 | Danvers-S, Inc. d/b/a Audi Peabody<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058232 | $1,624,480<br>$0<br>$0<br>$0<br>$1,624,480 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/12/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date Filed | Reason |
|---|---|---|---|---|---|---|---|
| 10 | Danvers-S, Inc. d/b/a Porsche of Danvers<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058319 | $340,800<br>$0<br>$0<br>$0<br>$340,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 11 | Danvers-SB, Inc. d/b/a BMW of Stratham<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058341 | $3,038,800<br>$0<br>$0<br>$0<br>$3,038,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 12 | Danvers-SU, LLC d/b/a Ira Subaru<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058332 | $4,992,720<br>$0<br>$0<br>$0<br>$4,992,720 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 13 | Danvers-T, Inc. d/b/a Ira Toyota of Danvers<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058331 | $6,375,800<br>$0<br>$0<br>$0<br>$6,375,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 14 | Danvers-TII, Inc. d/b/a Ira Toyota of Tewksbury<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058337 | $2,544,640<br>$0<br>$0<br>$0<br>$2,544,640 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 15 | Danvers-TIII, Inc. d/b/a Ira Toyota of Milford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058328 | $1,527,920<br>$0<br>$0<br>$0<br>$1,527,920 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 16 | Danvers-TL, Inc. d/b/a Ira Lexus<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058334 | $3,396,640<br>$0<br>$0<br>$0<br>$3,396,640 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 17 | GPI AL-N, Inc. d/b/a Nissan of Mobile<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058307 | $1,070,680<br>$0<br>$0<br>$0<br>$1,070,680 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 18 | GPI AL-SB, LLC d/b/a BMW of Mobile<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058236 | $1,587,560<br>$0<br>$0<br>$0<br>$1,587,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 19 | GPI CA-DMII, Inc. d/b/a Mercedes-Benz of Escondido<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058303 | $627,640<br>$0<br>$0<br>$0<br>$627,640 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | GPI CA-F, Inc. d/b/a Ford of Escondido<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058298 | $1,377,400 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,377,400 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 21 | GPI CA-SH, Inc. d/b/a Hyundai of Escondido<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058320 | $533,920 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$533,920 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 22 | GPI CA-SV, Inc. d/b/a Volkswagen Kearny Mesa<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058262 | $2,652,560 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,652,560 (T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 23 | GPI CA-TII, Inc. d/b/a Miller Toyota of Anaheim<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058311 | $3,550,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,550,000 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 24 | GPI FL-A, LLC d/b/a Audi North Miami<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058235 | $1,127,480 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,127,480 (T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 25 | GPI FL-H, LLC d/b/a Honda of Bay County<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058322 | $2,462,280 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,462,280 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 26 | GPI FL-VW, LLC d/b/a Volkswagen of Panama City<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058270 | $565,160 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$565,160 (T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 27 | GPI FL-VWII, LLC d/b/a Volkswagen of New Port Richey<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058271 | $292,520 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$292,520 (T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 28 | GPI GA-CGM, LLC d/b/a Rivertown Buick GMC<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058315 | $920,160 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$920,160 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 29 | GPI GA-DM, LLC d/b/a Mercedes-Benz of Augusta<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-259 | P-0058288 | $525,400 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$525,400 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date | Reason |
|---|---|---|---|---|---|---|---|
| 30 | GPI GA-FII, LLC d/b/a Jim Tidwell Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058336 | $1,988,000<br>$0<br>$0<br>$0<br>$1,988,000 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 31 | GPI GA-FIII, LLC d/b/a Rivertown Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058326 | $1,976,640<br>$0<br>$0<br>$0<br>$1,976,640 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 32 | GPI GA-SU, LLC dba Rivertown Subaru-Volvo of Columbus<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058323 | $1,658,560<br>$0<br>$0<br>$0<br>$1,658,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 33 | GPI GA-SU, LLC dba Rivertown Subaru-Volvo of Columbus<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058338 | $1,658,560<br>$0<br>$0<br>$0<br>$1,658,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 34 | GPI GA-TII, LLC d/b/a Rivertown Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058329 | $1,894,280<br>$0<br>$0<br>$0<br>$1,894,280 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 35 | GPI KS-SB, Inc. d/b/a Baron BMW Mini<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058233 | $4,884,800<br>$0<br>$0<br>$0<br>$4,884,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/12/2018 | Insufficient Documentation |
| 36 | GPI KS-SH, Inc. d/b/a Shawnee Mission Hyundai<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058243 | $772,480<br>$0<br>$0<br>$0<br>$772,480 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 37 | GPI KS-SK, Inc. d/b/a Shawnee Mission Kia<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058252 | $1,161,560<br>$0<br>$0<br>$0<br>$1,161,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 38 | GPI LA-FII, LLC d/b/a Rountree Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058246 | $2,044,800<br>$0<br>$0<br>$0<br>$2,044,800 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 39 | GPI MD-SB, Inc. d/b/a BMW Mini of Annapolis<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058240 | $3,285,880<br>$0<br>$0<br>$0<br>$3,285,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | GPI MS-H, Inc. d/b/a Pat Peck Honda in Gulfport<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058306 | $3,121,160 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,121,160 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 41 | GPI MS-N, Inc. d/b/a Pat Peck Nissan of Gulfport<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058304 | $1,928,360 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,928,360 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 42 | GPI MS-SK, Inc. d/b/a Pat Peck Kia<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058305 | $502,680 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$502,680 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 43 | GPI NH-T, Inc. d/b/a Ira Toyota of Manchester<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058330 | $4,955,800 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$4,955,800 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 44 | GPI NH-TL, Inc. d/b/a Ira Lexus of Manchester<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058333 | $2,243,600 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,243,600 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 45 | GPI NJ-HA, LLC d/b/a Elite Acura<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058301 | $7,480,560 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$7,480,560 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 46 | GPI NJ-HII, LLC d/b/a Boardwalk Honda<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058339 | $3,382,440 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$3,382,440 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 47 | GPI NJ-SB, LLC d/b/a BMW of Atlantic City<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058275 | $2,107,280 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,107,280 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 48 | GPI OK-HII, Inc. d/b/a South Pointe Honda<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058247 | $5,469,840 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$5,469,840 (T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 49 | GPI OK-SH, Inc. d/b/a Bob Howard Hyundai<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058342 | $732,720 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$732,720 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 50 | GPI SC-A, LLC d/b/a Audi Columbia<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058231 | $193,120 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$193,120 (T) | TK Holdings Inc., et al. | 11/12/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date | Reason |
|---|---|---|---|---|---|---|---|
| 51 | GPI SC-SB, LLC d/b/a BMW of Columbia<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058273 | $2,928,040<br>$0<br>$0<br>$0<br>$2,928,040 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 52 | GPI SC-SBII, LLC d/b/a Hilton Head BMW<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058324 | $2,527,600<br>$0<br>$0<br>$0<br>$2,527,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 53 | GPI SC-T, LLC d/b/a Toyota of Rock Hill<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058263 | $2,638,360<br>$0<br>$0<br>$0<br>$2,638,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 54 | GPI SD-DC, Inc. d/b/a Rancho Chrysler Dodge Jeep RAM<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058316 | $4,615,000<br>$0<br>$0<br>$0<br>$4,615,000 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 55 | GPI TX-A, Inc. d/b/a Audi Grapevine<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058272 | $1,067,840<br>$0<br>$0<br>$0<br>$1,067,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 56 | GPI TX-ARGMIII, Inc. d/b/a Cadillac of Arlington<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058348 | $1,212,680<br>$0<br>$0<br>$0<br>$1,212,680 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 57 | GPI TX-DMII, Inc. d/b/a Mercedes-Benz of Clear Lake<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058283 | $565,160<br>$0<br>$0<br>$0<br>$565,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 58 | GPI TX-DMIII, Inc. d/b/a Mercedes-Benz of Boerne<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058284 | $1,224,040<br>$0<br>$0<br>$0<br>$1,224,040 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 59 | GPI TX-DMIV, Inc. d/b/a Mercedes-Benz of Georgetown<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058297 | $599,240<br>$0<br>$0<br>$0<br>$599,240 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 60 | GPI TX-EPGM, Inc. d/b/a Shamaley Buick GMC<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058245 | $1,391,600<br>$0<br>$0<br>$0<br>$1,391,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 61 | GPI TX-F, Inc. d/b/a Shamaley Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058244 | $2,933,720<br>$0<br>$0<br>$0<br>$2,933,720 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date | Reason |
|---|---|---|---|---|---|---|---|
| 62 | GPI TX-FM, Inc. d/b/a Munday Mazda<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058308 | $607,760<br>$0<br>$0<br>$0<br>$607,760 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 63 | GPI TX-HGM, Inc. d/b/a David Taylor Cadillac<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058277 | $1,826,120<br>$0<br>$0<br>$0<br>$1,826,120 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 64 | GPI TX-HGMII, Inc. d/b/a Sterling McCall Buick GMC<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058257 | $1,735,240<br>$0<br>$0<br>$0<br>$1,735,240 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 65 | GPI TX-HGMIV, Inc. d/b/a Munday Chevrolet<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058309 | $4,901,840<br>$0<br>$0<br>$0<br>$4,901,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 66 | GPI TX-NVI, Inc. d/b/a Cedar Park Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058282 | $45,440<br>$0<br>$0<br>$0<br>$45,440 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 67 | GPI TX-SBII, Inc. d/b/a BMW Mini of El Paso<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058234 | $2,695,160<br>$0<br>$0<br>$0<br>$2,695,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 68 | GPI TX-SBIII, Inc. d/b/a BMW Mini of Arlington<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058276 | $4,683,160<br>$0<br>$0<br>$0<br>$4,683,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 69 | GPI TX-SHII, Inc. d/b/a South Loop Hyundai<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058250 | $1,258,120<br>$0<br>$0<br>$0<br>$1,258,120 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 70 | GPI TX-SK, Inc. d/b/a Gene Messer Kia<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058313 | $783,840<br>$0<br>$0<br>$0<br>$783,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 71 | GPI TX-SKII, Inc. d/b/a Kia of South Austin<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058267 | $971,280<br>$0<br>$0<br>$0<br>$971,280 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 72 | GPI TX-SV, Inc. d/b/a Metro Volkswagen<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058295 | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date Filed | Reason |
|---|---|---|---|---|---|---|---|
| 73 | GPI TX-SV, Inc. d/b/a Metro Volkswagen<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058318 | $2,425,360<br>$0<br>$0<br>$0<br>$2,425,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 74 | GPI TX-SVII, Inc. d/b/a Volkswagen of Beaumont<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058260 | $587,880<br>$0<br>$0<br>$0<br>$587,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 75 | GPI TX-SVIII, Inc. d/b/a Volkswagen of Alamo Heights<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058261 | $1,346,160<br>$0<br>$0<br>$0<br>$1,346,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 76 | Harvey Ford, LLC d/b/a Don Bohn Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058302 | $1,658,560<br>$0<br>$0<br>$0<br>$1,658,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 77 | Harvey GM, LLC d/b/a Don Bohn Buick GMC<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058287 | $1,036,600<br>$0<br>$0<br>$0<br>$1,036,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 78 | Harvey Operations-T, LLC d/b/a Bohn Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058349 | $3,004,720<br>$0<br>$0<br>$0<br>$3,004,720 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 79 | Howard-DCIII, LLC dba South Pointe Chrysler Jeep Dodg<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058248 | $4,081,080<br>$0<br>$0<br>$0<br>$4,081,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 80 | Howard-GM II, Inc. d/b/a Smicklas Chevrolet<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058251 | $1,374,560<br>$0<br>$0<br>$0<br>$1,374,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 81 | Howard-GM, Inc. d/b/a Bob Howard Buick GMC<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058346 | $2,107,280<br>$0<br>$0<br>$0<br>$2,107,280 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 82 | Howard-H, Inc. d/b/a Bob Howard Honda<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058343 | $4,279,880<br>$0<br>$0<br>$0<br>$4,279,880 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 83 | Howard-HA, Inc. d/b/a Bob Howard Acura<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058347 | $3,518,760<br>$0<br>$0<br>$0<br>$3,518,760 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 84 | Howard-SB, Inc. d/b/a BMW of Tulsa<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058340 | $2,132,840 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,132,840 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 85 | Key Ford, LLC d/b/a World Ford Pensacola<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058269 | $2,377,080 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,377,080 (T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 86 | Kutz-N, Inc. d/b/a Courtesy Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058281 | $1,704,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,704,000 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 87 | Lubbock Motors-F, Inc. dba Gene Messer Ford of Lubboc<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058317 | $1,627,320 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,627,320 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 88 | Lubbock Motors-GM, Inc. d/b/a Gene Messer Chevrolet<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058290 | $2,627,000 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,627,000 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 89 | Lubbock Motors-S, Inc. d/b/a Gene Messer Volkswagen<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058325 | $1,181,440 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,181,440 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 90 | Lubbock Motors-SH, Inc. d/b/a Gene Messer Hyundai<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058314 | $1,025,240 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$1,025,240 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 91 | Lubbock Motors-T, Inc. d/b/a Gene Messer Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058312 | $5,591,960 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$5,591,960 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 92 | Maxwell Ford, Inc. d/b/a Maxwell Ford Supercenter<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058278 | $4,217,400 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$4,217,400 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 93 | Maxwell Ford, Inc. d/b/a Maxwell Ford Supercenter<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058335 | $4,217,400 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$4,217,400 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 94 | Maxwell-GMII, Inc. d/b/a Freedom Chevrolet<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058292 | $2,933,720 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$2,933,720 (T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date | Reason |
|---|---|---|---|---|---|---|---|
| 95 | Maxwell-N, Inc. d/b/a Town North Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058264 | $2,388,440<br>$0<br>$0<br>$0<br>$2,388,440 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 96 | Maxwell-NII, Inc. d/b/a Round Rock Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058242 | $1,914,160<br>$0<br>$0<br>$0<br>$1,914,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 97 | McCall-F, Inc. d/b/a Sterling McCall Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058256 | $1,953,920<br>$0<br>$0<br>$0<br>$1,953,920 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 98 | McCall-H, Inc. d/b/a Sterling McCall Honda<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058255 | $5,398,840<br>$0<br>$0<br>$0<br>$5,398,840 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 99 | McCall-HA, Inc. d/b/a Sterling McCall Acura<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058258 | $9,017,000<br>$0<br>$0<br>$0<br>$9,017,000 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 100 | McCall-N, Inc. d/b/a Sterling McCall Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058266 | $2,010,720<br>$0<br>$0<br>$0<br>$2,010,720 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 101 | McCall-SB, Inc. d/b/a Advantage BMW Clear Lake<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058229 | $3,095,600<br>$0<br>$0<br>$0<br>$3,095,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/12/2018 | Insufficient Documentation |
| 102 | McCall-SB, Inc. d/b/a Advantage BMW Clear Lake<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058239 | $3,095,600<br>$0<br>$0<br>$0<br>$3,095,600 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 103 | McCall-SB, Inc. d/b/a Advantage BMW Midtown<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058230 | $6,997,760<br>$0<br>$0<br>$0<br>$6,997,760 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/12/2018 | Insufficient Documentation |
| 104 | McCall-T, Inc. d/b/a Sterling McCall Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058265 | $10,749,400<br>$0<br>$0<br>$0<br>$10,749,400 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 105 | McCall-TII, Inc. d/b/a Fort Bend Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058296 | $5,347,720<br>$0<br>$0<br>$0<br>$5,347,720 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| | Name and Address of Claimant | Claim No. | Amount | | Debtor | Date Filed | Basis for Objection |
|---|---|---|---|---|---|---|---|
| 106 | McCall-TL, Inc. d/b/a Lexus of Clear Lake<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058280 | $2,354,360<br>$0<br>$0<br>$0<br>$2,354,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 107 | McCall-TL, Inc. d/b/a Sterling McCall Lexus<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058253 | $4,143,560<br>$0<br>$0<br>$0<br>$4,143,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 108 | Mike Smith Automotive-H, Inc. d/b/a Mike Smith Honda<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058293 | $2,104,440<br>$0<br>$0<br>$0<br>$2,104,440 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 109 | Mike Smith Automotive-N, Inc. d/b/a Mike Smith Nissan<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058291 | $1,289,360<br>$0<br>$0<br>$0<br>$1,289,360 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 110 | Mike Smith Autoplex Dodge, Inc. dba Mike Smith Chrysler Do<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058294 | $3,243,280<br>$0<br>$0<br>$0<br>$3,243,280 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 111 | Mike Smith Autoplex-German Imports, Inc. d/b/a Mercedes-B<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058286 | $244,240<br>$0<br>$0<br>$0<br>$244,240 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 112 | Mike Smith Imports, Inc. d/b/a BMW of Beaumont<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058274 | $991,160<br>$0<br>$0<br>$0<br>$991,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 113 | Miller Family Company, Inc. dba Miller Honda of Van N<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058289 | $3,461,960<br>$0<br>$0<br>$0<br>$3,461,960 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 114 | Miller-DM, Inc. d/b/a Folsom Lake Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058300 | $4,762,680<br>$0<br>$0<br>$0<br>$4,762,680 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 115 | Miller-DM, Inc. d/b/a Mercedes-Benz of Beverly Hills<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058285 | $266,960<br>$0<br>$0<br>$0<br>$266,960 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 116 | NJ-DM, Inc. d/b/a Mercedes-Benz of Freehold<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058299 | $514,040<br>$0<br>$0<br>$0<br>$514,040 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |

| # | Name/Address | Claim # | Amount | | Debtor | Date | Reason |
|---|---|---|---|---|---|---|---|
| 117 | NJ-H, Inc. d/b/a Honda of Freehold<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058321 | $846,320<br>$0<br>$0<br>$0<br>$846,320 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 118 | NJ-HAII, Inc. d/b/a Boardwalk Acura<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058237 | $1,985,160<br>$0<br>$0<br>$0<br>$1,985,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 119 | NJ-HAII, Inc. d/b/a Boardwalk Acura<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058238 | $1,985,160<br>$0<br>$0<br>$0<br>$1,985,160 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 120 | NJ-SV, Inc. d/b/a Volkswagen of Freehold<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058259 | $1,445,560<br>$0<br>$0<br>$0<br>$1,445,560 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 121 | PI GA-T, LLC d/b/a World Toyota<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058268 | $3,118,320<br>$0<br>$0<br>$0<br>$3,118,320 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |
| 122 | Rockwall Automotive-DCD, Ltd. dba Rockwall Chrysler Do<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058327 | $3,950,440<br>$0<br>$0<br>$0<br>$3,950,440 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/14/2018 | Insufficient Documentation |
| 123 | Rockwall Automotive-F, Inc. d/b/a Rockwall Ford<br>Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595 | P-0058241 | $3,016,080<br>$0<br>$0<br>$0<br>$3,016,080 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc., et al. | 11/13/2018 | Insufficient Documentation |