IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
TK HOLDINGS INC., *et al.*,                             :   Case No. 17-11375 (BLS)
                                                        :
    Debtors.[1]                                         :   Jointly Administered
                                                        :   **Ref. Docket No. 4171**
------------------------------------------------------- x

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE REORGANIZED TK HOLDINGS TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS - SUBSTANTIVE (INSUFFICIENT INFORMATION, CONTINGENT AND/OR UNLIQUIDATED PPIC CLAIMS)

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on August 10, 2020, the Reorganized TK Holdings Trust (the "Trust"), filed *Reorganized TK Holdings Trust's Twenty-First Omnibus Objection to Claims - Substantive (Insufficient Information, Contingent and/or Unliquidated PPIC Claims)* (the "Twenty-First Omnibus Objection") [Docket No. 4171] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").  A hearing on the Twenty-First Omnibus Objection is scheduled for September 16, 2020 at 11:00 a.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers of the Honorable Brendan L. Shannon (with all attachments)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

together with a copy of the Twenty-First Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Trust.

| | |
|---|---|
| Dated: September 2, 2020<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile:  302-652-4400<br>E-mail:     ljones@pszjlaw.com<br>               dbertenthal@pszjlaw.com<br>               pkeane@pszjlaw.com<br><br>Attorneys for Trustee of the Reorganized TK Holdings Trust |