> **PLEASE CAREFULLY REVIEW THIS MOTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS MOTION AFFECTS YOUR CLAIM**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.  17-11375 (BLS)<br><br>Jointly Administered<br><br>Response Deadline: February 16, 2021 at 4:00 p.m. (ET)<br>Hearing Date: March 17, 2021 at 11:30 a.m. (ET) |

**NOTICE OF HEARING TO CONSIDER MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, FOR ENTRY OF AN ORDER RECLASSIFYING EMOTIONAL DISTRESS CLAIMS**

**PLEASE TAKE NOTICE** that on February 1, 2021, Eric D. Green, in his capacity as trustee (the "Trustee") of the PSAN PI/WD Trust *d/b/a* the Takata Airbag Tort Compensation Trust Fund (the "TATCTF"), filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Motion Of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, For Entry Of An Order Reclassifying Emotional Distress Claims* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if the holder of a claim that is the subject of the Motion wishes to respond to the Motion, the holder must file a written response with:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc.  (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

- 1 -

(i) Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (ii) Brown Rudnick LLP Seven Times Square New York, New York 10036 (Attn: David J. Molton) and Blank Rome LLP 1201 N. Market Street, Suite 800 Wilmington, Delaware 19801 (Attn: Stanley B. Tarr) so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on February 16, 2021 (the Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no response to the Motion is timely filed and received in accordance with the above procedures, an Order may be entered sustaining the Motion without further notice or a hearing. If a response is properly filed, served and received in accordance with the above procedures and such response is not resolved, a hearing to consider such response and the Motion will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on March 17, 2021 at 11:30 a.m. (prevailing Eastern Time) (the "Hearing"). Only a response made in writing and timely filed and received will be considered by the Bankruptcy Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY SUSTAIN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 1, 2021
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
E-mail:   tarr@blankrome.com

-AND-

- 3 -

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Uchechi A. Egeonuigwe (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:     (212) 209-4800
E-mail:          dmolton@brownrudnick.com
                     gcicero@brownrudnick.com
                     uegeonuigwe@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*