**EXHIBIT B**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., et al., | Case No.  17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |
| | **Related Docket No.:___** |

**ORDER GRANTING MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, FOR ENTRY OF AN ORDER RECLASSIFYING EMOTIONAL DISTRESS CLAIMS**

Upon the motion (the "**Motion**") of Eric D. Green, in his Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, pursuant to Bankruptcy Code sections 105(a) and 502 for entry of an order reclassifying each of the claims listed on **Exhibit A** hereto (the "**Reclassified Claims**") as either a Class 5 PSAN PI/WD Claim or a Class 7 Other PI/WD Claim under the Plan; and upon the declaration of the Declaration of Fouad Kurdi submitted in support of the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties stated therein,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc.  (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V.  (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and it appearing that the relief requested in the Motion is in the best interests of the estate, creditors, and all parties in interests; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as provided herein.

2.      Pursuant to Bankruptcy Code Sections 105(a) and 502, each of the Reclassified Claims are hereby reclassified as described in Exhibit A attached hereto.

3.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim referenced and/or identified in the Motion that is not listed in Exhibit A (the Reclassified Claims) to the Motion and annexed hereto, and all rights to object to or defend against such claims on any basis are expressly reserved.

4.      Should one or more of the grounds for relief raised in the Motion be dismissed, the rights of the TATCTF and the Trustee to move or object on any other grounds that the TATCTF or the Trustee discovers during the pendency of these chapter 11 cases are preserved.

5.      The TATCTF and the Clerk of this Court are authorized to take all steps necessary or appropriate to carry out this Order.

- 3 -

6.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.