## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., et al., | Case No.  17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |

### DECLARATION OF FOUAD KURDI IN SUPPORT OF THE MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, FOR ENTRY OF AN ORDER RECLASSIFYING EMOTIONAL DISTRESS CLAIMS

Fouad Kurdi makes this Declaration pursuant to U.S.C. § 1746:[2]

1.     I am the Executive Director for the Takata Airbag Tort Compensation Trust Fund ("TATCTF").  In this capacity, I am responsible for, *inter alia*, coordinating the claims review process for personal injury and wrongful death claims.

2.     In connection with the TATCTF's administration of personal injury and wrongful death claims, I requested the assistance of the TATCTF's other professionals, including Brown Rudnick LLP, to review each proof of claim listed in Exhibit A (the "Reclassified Claims") to the Motion.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc.  (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in *Motion Of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort  Compensation Trust Fund, For Entry Of An Order Reclassifying Certain Claims* (the "Motion"), filed contemporaneously herewith.

- 1 -

- 2 -

3.      I and other TATCTF professionals reviewed each of the Reclassified Claims and confirmed that each claim asserts a PSAN PI/WD Claim under the *Fifth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings and its Affiliated Debtors* [Docket No. 2116].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 1, 2021

_____
Fouad Kurdi