IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 FEB 10 AM 9:19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In RE: | X | CHAPTER 11 |
| | X | |
| TK Holdings, Inc., *et al.* | X | |
| | X | |
| Debtors | X | Jointly Administered |
| | X | |

RE: JOINT MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, FOR ENTRY OF AN ORDER RECLASSIFYING CERTAIN CLAIMS

> A copy of the following letter has been mailed to the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware and emailed to Stanley B.Tarr Blank Rome, LLP, David Molton with Brown Rudnick, LLP, and Peter Keanu with Pachulski Stang Ziehl Jones, LLP

February 3, 2021

**JUDGE BRENDAN L. SHANNON**
824 North Market Street, 6th Floor
Wilmington, DE. 19801

Dear Honorable Judge Shannon,

My name is D'Arcy Phelan-Morrell. I am a 57 year old Takata Airbag Inflator Claimant No. P-0052791, in Case No. 17-11375 (BLS) in the District of Delaware Bankruptcy Court. I live in Spring, Texas. I am representing myself in this Case to date, despite my numerous attempts to find legal representation by a attorney who is capable of representing me outside of the state of Texas.

Your Honor, I am writing you today in reference to Docket No. 4295. I have read the submitted motion to request you to reclassify my Claim and others listed as a Class 5 Personal Injury Claim versus their present classification as Class 6 General Claims. I respectfully request you to honor this request on behalf of myself and other affected Claimants.

While I approve of the motion's request as a Claimant, I feel it important to let you know that I noticed my Claim Value on Docket 4295 Exhibit A was modified from my original Claim Value. My original claim submitted was asserted as $14,600,411.40 versus the $0.00 Value viewed on Exhibit A. I was confused and upset when I discovered this modification to my Claim. I did not personally change or modify my originally asserted Claim.

Due to my upset and confusion, I chose to call Yuri Pinelo, a attorney with Brown Rudnick LLP. I asked him if he could explain why my Claim's asserted value had been changed. He replied that it might be due to the fact that if the Motion is approved by you for reclassification as a Personal Injury Claim, the Claim would be reevaluated by Special Master Eric Green. I expressed my concern to Mr. Pinelo that I worried my Claim might not be given fair valuation as my original Clim submitted had more than fairly itemized my Claim's value based on a Claim evaluation I had been given by a Attorney in Texas who was unable and not licensed to represent me for my Claim in Delaware. Mr. Pinelo suggested I write you to clarify.

The originally asserted Claim I submitted took into account the amount of time passed since the date of my Traumatic Brain Injury and Facial/Dental injuries, as well as emotional distress I have suffered and the estimated costs of future desired or necessary medical repairs or procedures and the continuous risk to my life due to the inoperable Brain lesion I obtained from the over-aggressive malfunctioning deployment of the Takata inflator/Airbag in my vehicle, and the loss of income and benefits I have suffered since the date of my injuries.

Due to my discovery of the modification of my asserted Claim value, I felt it necessary to write you and let you know I support the Motion in Docket 4295to reclassify certain Claims, but I still do not fully understand why my Claim's asserted value was modified in Exhibit A. I respectfully ask that you realize why I am confused and upset. I pray you support and honor the motion's request, but I hope someone can fully explain why my Claim's value was modified without explanation or notifying me first. Perhaps someone could clarify this action in the Court.

My experience handling my Claims in this Case has been challenging, but I firmly feel supporting my claim is worth my efforts, given it has taken over twenty-two years of physical and emotional suffering to finally have hope of any justice prevail in this case.

Again Your Honor, I respectfully request you approve the Motion to reclassify the claims in Docket 4295. Thank you for your services provided in this Case,

Sincerely,

D'Arcy Phelan-Morrell
Claimant No.:  P-0052791

D. Phelan-Morrell
1107 Austin Manor Ct.
Spring, Texas 77379-3995

Office of the Clerk of the U.S. Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware
19801