# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | : | Case No. 17-11375 (BLS) |
| Debtors.[1] | : | (Jointly Administered) |
| | | **Re: Dkt. No. 4313** |
| Eric D. Green, as Trustee of the Takata Airbag Tort Compensation Trust Fund, | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 20-51004 (BLS) |
| v. | : | |
| | : | **Re: Adv. Dkt. No. 16** |
| Mitsui Sumitomo Insurance Company, Limited, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on February 11, 2021, I served or caused to be served the *Plaintiff's Reply to Defendant Mitsui Sumitomo Insurance Company, Limited's Limited Objection to Plaintiff's Motion for Entry of an Order Prescribing the Time for Service of Defendant Mitsui Sumitomo Insurance Company, Limited's Response to the Complaint* [Dkt. No. 4313; Adv. Dkt. No. 16] upon the persons or entities listed on the attached service list via either (i) U.S. first-class mail, postage fully pre-paid, or (ii) electronic mail, as indicated thereon; and by electronic mail upon the following:

| Evan T. Miller | BAYARD, P.A. | emiller@bayardlaw.com |
|---|---|---|
| Gregory J. Flasser | BAYARD, P.A. | gflasser@bayardlaw.com |
| Scott D. Jones | BAYARD, P.A. | sjones@bayardlaw.com |

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings, Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these Chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

1

152775.01000/125206170v.1

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to O&S California, Inc. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Debra A. Riley, Esq. | 600 West Broadway | 27th Floor | San Diego | CA | 92101-0903 | | 619-235-1520 | 619-233-1158 | driley@allenmatkins.com | *VIA EMAIL* |
| Legal Representative for Future Personal Injury Claimants, ( the "Future Claimants' Representative") | Ashby & Geddes, PA | Attn: William P. Bowden, Esq., Katharina Earle, Esq. | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | 302-654-1888 | 302-654-2067 | WBowden@ashbygeddes.com kearle@ashbygeddes.com | *VIA EMAIL* |
| Counsel to AT&T Services, Inc. and its affiliates | AT&T Services, Inc. | Attn: James W. Grudus | One AT&T Way | Room 3A115 | Bedminster | NJ | 07921 | | 908-234-3318 | 832-213-0157 | jg5786@att.com | *VIA EMAIL* |
| Counsel to Patterson-UTI Energy, Inc. | Baker & Hostetler LLP | Attn: Lars H. Fuller | 1801 California Street | Suite 4400 | Denver | CO | 80202 | | 303-764-4114 | 303-861-7805 | lfuller@bakerlaw.com | *VIA EMAIL* |
| Co-Counsel to the Japanese Debtors | Baker & McKenzie, LLP | Attn: Debra A. Dandeneau, Esq., Peter S. Goodman, Esq. | 452 Fifth Avenue | | New York | NY | 10018 | | 212-626-4100 | 212-310-1600 | Debra.Dandeneau@bakermckenzie.com Peter.Goodman@bakermckenzie.com | *VIA EMAIL* |
| Consenting OEM, Counsel to Volvo, Volvo Group North America LLC and Mack Trucks, Inc. | Baker Hostetler, LLP | Attn: Eric R. Goodman, Esq. | Key Tower, 127 Public Square | Suite 2000 | Cleveland | OH | 44114-1214 | | 216-621-0200 | 216-696-0740 | egoodman@bakerlaw.com | *VIA EMAIL* |
| Counsel to LMC Industries, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover & Kevin M. Capuzzi | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com | *VIA EMAIL* |
| Counsel to Creditor United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Attn: Lawrence M. Schwab, Esq., Kenneth T. Law, Esq. | 633 Menlo Avenue | Suite 100 | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com | *VIA EMAIL* |
| Attorneys for Eric D. Green, as Special Master of the Takata Corporation Criminal Restitution Funds, Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund (the "PSAN PI/WD Trustee") and Eric D. Green, in his capacity as OEM Claims Administrator | Blank Rome LLP | Attn: Stanley B. Tarr | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6400 | 302-425-6464 | tarr@blankrome.com | *VIA EMAIL* |
| Consenting OEM | BMW Manufacturing Co., LLC | Attn: Seann Tzouvelekas, Associate General Counsel | 1400 Highway 101 South | | Greer | SC | 29605 | | | | seann.tzouvelekas@bmwmc.com | *VIA EMAIL* |
| Counsel to Comerica Bank | Bodman PLC | Attn: Robert J. Diehl, Jr., Marc M. Bakst | 6th Floor at Ford Field | 1901 St. Antoine Street | Detroit | MI | 48226 | | 313-393-7530 | 313-393-7579 | rdiehl@bodmanlaw.com mbakst@bodmanlaw.com | *VIA EMAIL* |
| Counsel for Dura Automotive Systems Inc. and Global Automotive Systems (Mex) Metal Systems of Mexico, LLC and Delphi Automotive Systems, LLC | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins | 401 S. Old Woodward Avenue | Suite 400 | Birmingham | MI | 48009 | | 248-971-1711 | 248-971-1801 | wilkins@bwst-law.com | *VIA EMAIL* |
| Attorneys for Eric D. Green, as Special Master of the Takata Corporation Criminal Restitution Funds, Eric D. Green, in his capacity as trusteeTrustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund (the "PSAN PI/WD Trustee") and Eric D. Green, in his capacity as OEM Claims Adminstrator | Brown Rudnick LLP | Attn: David J. Molton, Esq., Howard S. Steel, Esq., Uchechi A. Egeonuigwe, Esq. | 7 Times Square | | New York | NY | 10036 | | 212-209-4800 | 212-209-4801 | hsteel@brownrudnick.com dmolton@brownrudnick.com uegeonuigwe@brownrudnick.com | *VIA EMAIL* |
| Attorneys for Eric D. Green, as Special Master of the Takata Corporation Criminal Restitution Funds | Brown Rudnick LLP | Attn: Fouad Kurdi, Esq. | One Financial Center | | Boston | MA | 02111 | | 617-856-8409 | 617-289-0547 | fkurdi@brownrudnick.com | *VIA EMAIL* |
| Attoneys for Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund (the "PSAN PI/WD Trustee") and Eric D. Green, in his capacity as OEM Claims Administrator | Brown Rudnick LLP | Attn: Kellie W. Fisher, Esq. | One Financial Center | | Boston | MA | 02111 | | 617-856-8523 | | kfisher@brownrudnick.com | *VIA EMAIL* |
| Counsel to Toyota Industries Commercial Finance, Inc. (f/k/a Toyota Motor Credit Corporation) | Chiesa Shahinian & Giantomasi, PC | Attn: Michael R. Caruso, Esq. | One Boland Drive | | West Orange | NJ | 07052 | | 973-530-2109 | 973-530-2309 | mcaruso@csglaw.com | *VIA EMAIL* |
| Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Cole Schotz, P.C. | Attn: J. Kate Stickles | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 | kstickles@coleschotz.com | *VIA EMAIL* |
| Counsel to the Comptroller of Public Accounts | Comptroller of Public Accounts of the State of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4551 | 512-936-1409 | rachel.obaldo@oag.texas.gov | *VIA EMAIL* |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Confidential Whistleblower A and Confidential Whistleblower B | CONSTANTINE \| CANNON | Attn: Wayne T. Lamprey, Ari Yampolsky & Hallie Noecker | 150 California Street | Suite 1600 | San Francisco | CA | 94111 | | 415-766-3522 | | wlamprey@constantinecannon.com | VIA EMAIL |
| Counsel to John Buretta as the Monitor | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Matthew M. Kelly & John D. Buretta | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019-7475 | | 212-474-1000 | 212-474-3700 | pzumbro@cravath.com mkelly@cravath.com | VIA EMAIL |
| Consenting OEM, Counsel for Volkswagen Group of America, Inc. | Davis, Polk and Wardwell, LLP | Attn: Timothy Graulich, Elliott Moskowitz, Darren S. Klein | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | timothy.graulich@davispolk.com elliott.moskowitz@davispolk.com darren.klein@davispolk.com | VIA EMAIL |
| Counsel to Oetiker, Inc. and Oetiker Limited | Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | 801 W. Big Beaver Road | 5th Floor | Troy | MI | 48084 | | 248-362-1300 | 248-362-1358 | Ksummers@dflaw.com | VIA EMAIL |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us | VIA EMAIL |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us | VIA EMAIL |
| Delaware Secretary of State | Delaware Secretary of State | Attn: Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us | VIA EMAIL |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us | VIA EMAIL |
| Interested Party | Donald Phillips, Sr. | | 38 Chuckanutt Drive | | Oakland | NJ | 07436-3001 | | 201-723-5189 | | DPHIL9999@aol.com | VIA EMAIL |
| Interested Party | Donald R. Phillips, PE, Lisa J. Phillips | | 7390 Ricks Road | | Arlington | TN | 38002-9612 | | 201-723-5189; 901-481-1600 | | DPHIL10193@aol.com LMANESS706@aol.com | VIA EMAIL |
| Counsel to NBHX Trim USA Corporation | Erman Teicher Zucker & Freedman PC | Attn: Julie B. Teicher, Esquire | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | jteicher@ermanteicher.com | VIA EMAIL |
| Counsel to Reorganized TK Holdings Trust | Farnan LLP | Attn: Brian E. Farnan & Michael J. Farnan | 919 North Market Street | 12th Floor | Wilmington | DE | 19801 | | 302-777-0300 | 302-777-0301 | bfarnan@farnanlaw.com mfarnan@farnanlaw.com | VIA EMAIL |
| Counsel to Iwata Bolt USA, Inc. | Ferry Joseph, PA | Attn: Rick S. Miller | 824 Market Street, Suite 1000 | P.O. Box 1351 | Wilmington | DE | 19899 | | 302-575-1555 | 302-575-1714 | rmiller@ferryjoseph.com | VIA EMAIL |
| Counsel to SP Holdings, Inc. d/b/a Spokane Packaging | Fox Rothschild LLP | Attn: Bruce J. Borrus | 1001 Fourth Avenue | Suite 4500 | Seattle | WA | 98154-1192 | | 206-624-3600 | 206-389-1708 | bborrus@foxrothschild.com | VIA EMAIL |
| Counsel to Microsoft Corporation and Microsoft Licensing | Fox Rothschild LLP | Attn: Joseph E. Shickich, Jr. | 1001 Fourth Avenue, Suite 4500 | | Seattle | WA | 98154 | | 206-624-3600 | 206-389-1709 | jshickich@foxrothschild.com | VIA EMAIL |
| Counsel to Microsoft Corporation and Microsoft Licensing | Fox Rothschild LLP | Attn: L. John Bird | 919 North Market Street, Suite 300 | | Wilmington | DE | 19801 | | 302-654-7444 | 302-654-8920 | lbird@foxrothschild.com | VIA EMAIL |
| Counsel to Interested Party | Fox Swibel Levin & Carroll LLP | Attn: Ryan Schultz, Partner | 200 W. Madison Street | Suite 3000 | Chicago | IL | 60606 | | 312-224-1231 | 312-224-1201 | rschultz@foxswibel.com | VIA EMAIL |
| Legal Representative for Future Personal Injury Claimants, ( the "Future Claimants' Representative") | Frankel Wyron, LLP | Attn: Roger Frankel, Esq., Richard H. Wyron, Esq. | 2101 L St., NW | Suite 800 | Washington | DC | 20037 | | 202-903-0700 | 202-627-3002 | rfrankel@frankelwyron.com rwyron@frankelwyron.com | VIA EMAIL |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., for and on behalf of itself and on behalf of its parent, subsidiaries and affiliates, including without limitation Toyota Motor Corporation and Toyota Motor North America, Inc., who purchased products from TK Holdings, Inc. and any of its Subsidiaries, Affiliates or Assigns | Frost Brown Todd LLC | Attn: Patricia Kirkwood Burgess, Esq. | 7310 Turfway Road | Suite 210 | Florence | KY | 41042 | | 859-817-5905 | 859-283-5902 | pburgess@fbtlaw.com | VIA EMAIL |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., for and on behalf of itself and on behalf of its parent, subsidiaries and affiliates, including without limitation Toyota Motor Corporation and Toyota Motor North America, Inc., who purchased products from TK Holdings, Inc. and any of its Subsidiaries, Affiliates or Assigns | Frost Brown Todd LLC | Attn: Ronald E. Gold, Esq. | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | rgold@fbtlaw.com | VIA EMAIL |
| Consenting OEM, Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Frost Brown Todd, LLC | Attn: Robert V. Sartin, Esq. | The Pinnacle at Symphony Place | 150 Third Avenue South, Suite 1900 | Nashville | TN | 37201 | | 615-251-5553 | 615-251-5551 | rsartin@fbtlaw.com | VIA EMAIL |
| Counsel to O&S California, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | 1201 North Orange Street | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com | VIA EMAIL |
| Counsel to AT&T Services, Inc. and its affiliates | Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Jason Zachary Goldstein | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | dfeldman@gibsondunn.com jgoldstein@gibsondunn.com | VIA EMAIL |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Future Claimants' Representative | Greenberg Trauig, LLP | Attn: David D. Cleary | 2375 East Camelback Road | Suite 700 | Phoenix | AZ | 85016 | | 602-445-8000 | 602-445-8100 | clearyd@gtlaw.com | VIA EMAIL |
| Counsel to Future Claimants' Representative | Greenberg Trauig, LLP | Attn: Elli Leibenstein | 77 West Wacker Drive | Suite 3100 | Chicago | IL | 60601 | | 312-456-8400 | 312-456-8435 | leibensteine@gtlaw.com | VIA EMAIL |
| Counsel to Future Claimants' Representative | Greenberg Trauig, LLP | Attn: Nancy A. Mitchell, Karen I. Bray & Stephen L. Saxl | The MetLife Building | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | mitchelln@gtlaw.com brayk@gtlaw.com saxls@gtlaw.com | VIA EMAIL |
| Co-Counsel to Danhil Containers, LLC and Danhil de Mexico SA de CV | Haley & Olson, A Professional Corporation | Attn: Shad Robinson | 100 Ritchie Road | Suite 200 | Waco | TX | 76712-8455 | | 254-776-3336 | 254-776-6823 | srobinson@haleyolson.com | VIA EMAIL |
| Counsel to Marquardt Switches | Hancock Estabrook, LLP | Attn: R. John Clark, Esq., Manuel A. Arroyo, Esq. | 1500 AXA Tower I | 100 Madison Street | Syracuse | NY | 13202 | | 315-565-4500 | 315-565-4600 | rjclark@hancocklaw.com | VIA EMAIL |
| Counsel to Matcon, Ltd. | Hodgson Russ, LLP | Attn: Garry M. Graber, Esq. | 140 Pearl Street | Suite 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com | VIA EMAIL |
| Counsel to Takata MDL Action Plaintiffs | Hogan ◆ McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | 302-656-7540 | 302-656-7599 | dkhogan@dkhogan.com gfmcdaniel@dkhogan.com | VIA EMAIL |
| Counsel to General Motors, LLC and Karma Automotive, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Joseph R. Sgroi | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226-3506 | | 313-465-7570 | 313-465-7571 | jsgroi@honigman.com | VIA EMAIL |
| Counsel to General Motors, LLC and Karma Automotive, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Tricia A. Sherick | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226-3506 | | 313-465-7662 | 313-465-7663 | tsherick@honigman.com | VIA EMAIL |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | | VIA FIRST CLASS MAIL |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | VIA FIRST CLASS MAIL |
| Counsel to Tesla, Inc. | McDermott Will & Emory LLP | Attn: Jeffrey M. Reisner, Esq., | 2049 Century Park East | Suite 3206 | Los Angeles | CA | 90067-3206 | | 310-277-4110 | 310-277-4730 | jreisner@mwe.com | VIA EMAIL |
| Counsel to Tesla, Inc. | McDermott Will & Emory LLP | Attn: Kerri A. Lyman, Esq. | 18565 Jamboree Road | Suite 250 | Irvine | CA | 92612-2565 | | 949-851-0633 | 949-851-9348 | klyman@mwe.com | VIA EMAIL |
| Counsel to Hayakawa Electronics America, Inc. | Jack Shrum, PA | Attn: "J" Jackson Shrum, Esq. | One Commerce Center | 1201 N. Orange Street, Suite 502 | Wilmington | DE | 19801 | | 302-543-7551 | 302-543-6386 | jshrum@jshrumlaw.com | VIA EMAIL |
| Consenting OEM, Counsel to Nissan | Jones Day | Attn: Pedro A. Jimenez | 600 Brickell Avenue, Suite 3300 | | Miami | FL | 33131 | | 305-714-9701 | 305-714-9799 | pjimenez@jonesday.com | VIA EMAIL |
| Counsel to Automotive Coalition for Traffic Safety, Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Jr. | 919 Market Street | Suite 1000 | Wilmington | DE | 19801 | | 302-426-1189 | 302-426-9193 | rbeck@klehr.com | VIA EMAIL |
| Counsel to AT&T Services, Inc. and its affiliates | Klehr Harrison Harvey Branzburg LLP | Attn: Sally E. Veghte, Esq. | 919 Market Street | Suite 1000 | Wilmington | DE | 19801 | | 302-426-1189 | 302-426-9193 | sveghte@klehr.com | VIA EMAIL |
| Consenting OEM, Counsel to Subaru of America, Inc., Subaru of Indiana Automotive, Inc. and Subaru Corporation, Mazda Motor Corporation, Mazda Motor Manufacturing de Mexico, SA de CV and Mazda Motor of America, Inc. | Kramer Levin Naftalis & Frankel, LLP | Attn: Adam Rogoff, Anupama Yerramalli, Philip Bentley, David Braun | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | ARogoff@kramerlevin.com PBentley@kramerlevin.com AYerramalli@kramerlevin.com DBraun@kramerlevin.com | VIA EMAIL |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Landis Rath & Cobb, LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 | | 302-467-4400 | 302-467-4450 | landis@lrclaw.com brown@lrclaw.com | VIA EMAIL |
| Counsel to Higuchi Manufacturing America, LLC | Law Offices of John Wallis Harris | Attn: John W. Harris | P.O. Box 90076 | | San Antonio | TX | 78209 | | 210-858-8550; 866-216-7077 | | jwharris@johnwharrislaw.com | VIA EMAIL |
| Donlen Trust, a Delaware Business Trust, and Donlen Corporation | LeClairRyan, a Professional Corporation | Attn: David S. Catuogno, Esq., Caitlin C. Conklin, Esq. | One Riverfront Plaza | 1037 Raymond Boulevard, 16th Floor | Newark | NJ | 07102 | | 973-491-3600 | 973-491-3555 | david.catuogno@leclairryan.com Caitlin.conklin@leclairryan.com | VIA EMAIL |
| Counsel to Hayakawa Electronics America, Inc. | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 711 Navarro Street | Suite 300 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | VIA EMAIL |
| Counsel to Cobra Metal Works, Inc. | Locke Lord LLP | Attn: Aaron C. Smith, Matthew T. Furton, Michael B. Kind | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | asmith@lockelord.com michael.kind@lockelord.com mfurton@lockelord.com | VIA EMAIL |
| Counsel for Harrington Industrial Plastics, LLC | MacElree Harvey, Ltd. | Attn: Ashley B. Stitzer, Esquire | 17 West Miner Street | | West Chester | PA | 19382 | | 610-840-0243 | 610-430-7885 | astitzer@macelree.com | VIA EMAIL |
| Counsel for Harrington Industrial Plastics, LLC | MacElree Harvey, Ltd. | Attn: Tiffany M. Shrenk, Esquire | 5721 Kennett Pike | | Centreville | DE | 19807 | | 302-654-4454 | 302-654-4954 | tshrenk@macelree.com | VIA EMAIL |
| Counsel to Oracle America, Inc. | Magnozzi & Kye, LLP | Attn: Amish R. Doshi, Esq. | 23 Green Street | Suite 302 | Huntington | NY | 11743 | | 631-923-2858 | | adoshi@magnozzikye.com | VIA EMAIL |
| Counsel to the Canadian Anti-Trust Class-Action Claimants | Margolis Edelstein | Attn: James E. Huggett, Esquire | 300 Delaware Avenue | Suite 800 | Wilmington | DE | 19801 | | 302-888-1112 | 302-888-1119 | jhuggett@margolisedelstein.com | VIA EMAIL |
| Counsel to Jaguar Land Rover North America, LLC | Mayer Brown, LLP | Attn: Richard G. Ziegler, Esq. | 71 South Wacker Drive | | Chicago | IL | 60606 | | 312-782-0600 | 312-701-7711 | rziegler@mayerbrown.com | VIA EMAIL |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Ford Motor Credit Company, LLC | Mccabe, Weisberg & Conway, PC | Attn: Janet Z. Charlton, Esquire, Chase N. Miller, Esquire, Kristi J. Doughty, Esquire | 1407 Foulk Road, Suite 102 | Foulkstone Plaza | Wilmington | DE | 19803 | | 302-409-3520 | 855-425-1980 | de-ecfmail@mwc-law.com | VIA EMAIL |
| Consenting OEM, Counsel to Ford Motor Company | McGuireWoods, LLP | Attn: John H. Thompson | 201 K. Street NW | Suite 400 | Washington | DC | 20006-1040 | | 202-857-1700 | 202-857-1737 | jthompson@mcguirewoods.com | VIA EMAIL |
| Consenting OEM, Counsel to Ford Motor Company | McGuireWoods, LLP | Attn: Mark E. Freedlander, Esq., Frank J. Guadagnino, Esq. | 625 Liberty Avenue | 23rd Floor | Pittsburgh | PA | 15222 | | 412-667-6000 | 412-667-6050 | mfreedlander@mcguirewoods.com fguadagnino@mcguirewoods.com | VIA EMAIL |
| Counsel to Alps Electric (North America), Inc. | Meyers Law Group, P.C. | Attn: Merle C. Meyers, Esq., Kathy Quon Bryant, Esq. | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | 415-362-7515 | mmeyers@meyerslawgroup.com kquonbryant@meyerslawgroup.com | VIA EMAIL |
| Counsel to Michigan Department of Environmental Quality | Michigan Department of Environmental Quality | Attn: Megen E. Miller, Assistant Attorney General | Environment, Natural Resources and Agriculture Division | P.O. Box 30755 | Lansing | MI | 48909 | | 517-373-7540 | 517-373-1610 | millerm59@michigan.gov | VIA EMAIL |
| Counsel for the Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy | Attn: Andrew Leblanc, Esq. | 1850 K. Street, NW | Suite 1100 | Washington | DC | 20006 | | 202-835-7574 | 202-263-7574 | aleblanc@milbank.com | VIA EMAIL |
| Counsel for the Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy | Attn: Dennis F. Dunne, Esq., Abhilash M. Raval, Esq., Tyson Lomazow, Esq. | 28 Liberty Street | | New York | NY | 10005 | | 212-530-5770 | 212-822-5770 | ddunne@milbank.com tlomazow@milbank.com araval@milbank.com | VIA EMAIL |
| Counsel to Missouri Department of Natural Resources | Missouri Department of Natural Resources | Attn: Mary A. Long, Assistant Attorney General | P.O. Box 861 | | St. Louis | MO | 63188 | | 314-340-4748 | 314-340-7121 | Mary.Long@ago.mo.gov | VIA EMAIL |
| Consenting OEM | Mitsubishi Motors Corporation | Attn: Toshifumi Kimura, General Manager | Interior Parts and Aftersales Purchasing Department | 1, Nakashinkiri, Hashime-cho | Okazaki, Aichi Pref. | | 444-8501 | Japan | | | toshifumi.kimura@mitsubishi-motors.com | VIA EMAIL |
| Counsel to XPO Logistics Worldwide, Inc. | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com | VIA EMAIL |
| Counsel to NBHX Trim USA Corporation | Morris James, LLP | Attn: Carl N. Kunz, III, Esquire | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19801 | | 302-888-6800 | 302-571-1750 | ckunz@morrisjames.com | VIA EMAIL |
| Counsel to BMW Consolidation Services Co., LLC, BMW Manufacturing Co., LLC, BMW of North America, LLC, General Motors LLC, Nissan Motor Corporation, Aktiebolaget Volvo, FCA US, LLC, Mitsubishi Motors North America, Inc., OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott, Andrew Remming, Daniel Butz | 1201 North Market Street, 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | 302-351-9357 | 302-425-4664 | dabbott@mnat.com aremming@mnat.com dbutz@mnat.com | VIA EMAIL |
| Counsel to the Motley Rice Federal and State Personal Injury Claimants | Motley Rice LLC | Attn: Joseph F. Rice, Esq., Kevin R. Dean, Esq., John A. Baden, IV, Esq., John David O'Neill, Esq. | 28 Bridgeside Blvd. | | Mt. Pleasant | SC | 29464 | | 843-216-9000 | 843-216-9450 | jrice@motleyrice.com kdean@motleyrice.com jbaden@motleyrice.com jdoneill@motleyrice.com | VIA EMAIL |
| Co-Counsel to the Japanese Debtors | Nagashima Ohno & Tsunematsu | Attn: Nobuaki Kobayashi | JP Tower | 2-7-2 Marunouchi, Chiyoda-ku | Tokyo | | 100-7036 | Japan | 81-3-6889-7000 | 81-3-6889-8000 | nobuaki_kobayashi@noandt.com | VIA EMAIL |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW, 12th Floor | | Washington | DC | 20036 | | 202-326-6025 | | KCORDRY@NAAG.ORG | VIA EMAIL |
| National Highway Traffic Safety Administration | National Highway Traffic Safety Administration | Attn: Kerry Kolodziej, Esq., Acting Assistant Attn: Chief Counsel for Litigation & Enforcement & Stephen Hench, Esq., Trial Attorney | Office of Chief Counsel | 1200 New Jersey Avenue, SE | Washington | DC | 20590 | | | | kerry.kolodziej@dot.gov | VIA EMAIL |
| Consenting OEM, Counsel to BMW Manufacturing Co., LLC, BMW Consolidation Services Co., LLC, and BMW of North America, LLC | Norton Rose Fulbright US, LLP | Attn: David A. Rosenzweig | 1301 Avenue of the Americas | | New York | NY | 10019 | | 212-318-3000 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com | VIA EMAIL |
| Consenting OEM, Counsel to BMW Manufacturing Co., LLC, BMW Consolidation Services Co., LLC, and BMW of North America, LLC | Norton Rose Fulbright US, LLP | Attn: Michael M. Parker | 300 Convent Street | Suite 2100 | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | michael.parker@nortonrosefulbright.com | VIA EMAIL |
| Counsel to Pacific Sintered Metals, Inc. | Nossaman, LLP | Attn: Allan H. Ickowitz, Esq. | 777 South Figueroa Street | 34th Floor | Los Angeles | CA | 90017 | | 213-612-7800 | 213-612-7801 | aickowitz@nossaman.com | VIA EMAIL |
| Counsel to General Motors, LLC | O'Melveny & Myers, LLP | Attn: Andrew D. Sorkin | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5181 | | asorkin@omm.com | VIA EMAIL |
| Counsel to General Motors, LLC | O'Melveny & Myers, LLP | Attn: George A. Davis, Gary Svirsky, Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | 212-326-4305 | | gdavis@omm.com gsvirsky@omm.com dshamah@omm.com | VIA EMAIL |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of the Attorney General | Attn: Carol E. Momjian | 21 S. 12th Street | 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 717-772-4526 | cmomjian@attorneygeneral.gov | VIA EMAIL |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: David Buchbinder, Esq. Jane M. Leamy, Esq. | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | david.l.buchbinder@usdoj.gov jane.m.leamy@usdoj.gov | VIA EMAIL |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Debra Felder, Esq. | 1152 15th Street, NW | | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com | VIA EMAIL |
| Consenting OEM, Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Lorraine S. McGowen, Esq. | 51 West 52nd Street | | New York | NY | 10019-6142 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com | VIA EMAIL |
| Counsel to the Committee of Unsecured Tort Claimant Creditors, and Trustee of the Reorganized TK Holdings Trust | Pachulski Stang Ziehl & Jones, LLP | Attn: Laura Davis Jones, James I. Stang, David M. Bertenthal, Peter J. Keane | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899 | | 302-652-4100 | 302-652-4400 | ljones@pszjlaw.com jstang@pszjlaw.com dbertenthal@pszjlaw.com pkeane@pszjlaw.com | VIA EMAIL |
| Consenting OEM, Counsel to Mitsubishi | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Kevin O'Neill | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-373-3539 | 212-492-0539 | koneill@paulweiss.com | VIA EMAIL |
| Chair Lead Counsel for the Takata MDL Action Plaintiffs | Podhurst Orseck PA, Chair Counsel | Attn: Peter Prieto, John Gravante, III, Matthew P. Weinshall, Alissa Del Riego | One SE Third Avenue | Suite 2700 | Miami | FL | 33131 | | 305-358-2800 | 305-358-2382 | pprieto@podhurst.com jgravante@podhurst.com mweinshall@podhurst.com adelriego@podhurst.com | VIA EMAIL |
| Counsel to Cobra Metal Works, Inc. | Polsinelli PC | Attn: Christopher A. Ward, Justin K. Edelson | 222 Delaware Avenue, Suite 1101 | | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | cward@polsinelli.com jedelson@polsinelli.com | VIA EMAIL |
| Counsel to Volvo Group North America, LLC and Mack Trucks, Inc. | Polsinelli PC | Attn: Shanti M. Katona, Esq. | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | | | 302-252-0921 | skatona@polsinelli.com | VIA EMAIL |
| Counsel to John Buretta as the Monitor | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, D. Ryan Slaugh | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899-0951 | | 302-984-6000 | 302-658-1192 | jryan@potteranderson.com rslaugh@potteranderson.com | VIA EMAIL |
| Claims Agent | Prime Clerk, LLC | Attn: Herb Baer | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | serviceqa@primeclerk.com takatateam@primeclerk.com | VIA EMAIL |
| Consenting OEM | PSA Automobiles SA | Attn: Mark Rollinger, General Counsel | 7, rue Henri Sainte-Claire Deville | | 92500 Rueil-Malmaison | | | France | | | mark.rollinger@mpsa.com | VIA EMAIL |
| Consenting OEM | PSA Automobiles SA | Attn: Pascal Dalon, Supplier Risk Manager | 2-10 bd de l'Europe – YT 279 | | 78093 Poissy Cedex 09 | | | France | | | pascal.dalon@mpsa.com | VIA EMAIL |
| Counsel to Tesla, Inc. | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq., Katelin A. Morales, Esq. | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com kmorales@reedsmith.com | VIA EMAIL |
| Counsel to Debtor | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Brett Michael Haywood, Michael J. Merchant, Amanda R. Steele | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com haywood@rlf.com steele@rlf.com merchant@rlf.com | VIA EMAIL |
| Counsel to LMC Industries, LLC | Schafer & Weiner PLLC | Attn: Kim K. Hillary | 40950 Woodward Ave. | Ste. 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-282-2155 | khillary@schaferandweiner.com | VIA EMAIL |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov | VIA EMAIL |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | VIA EMAIL |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Boulevard, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov | VIA EMAIL |
| Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Sidley Austin LLP | Attn: Michael C. Andolina, Jessica C. Knowles Boelter | One South Dearborn | | Chicago | IL | 60603 | | 312-853-7000 | 312-853-7036 | mandolina@sidley.com jboelter@sidley.com | VIA EMAIL |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed Plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Christine A. Okike, Esq., Esther Adzhiashvili, Esq. | Four Times Square | | New York | NY | 10036-6522 | | 212-735-3000 | 212-735-2000 | christine.okike@skadden.com esther.adzhiashvili@skadden.com | VIA EMAIL |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed Plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Jason M. Liberi, Esq. | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | jason.liberi@skadden.com | VIA EMAIL |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Ron E. Meisler, Esq., Christopher M. Dressel, Esq. | 155 N. Wacker Drive | | Chicago | IL | 60606-1720 | | 312-407-0700 | 312-407-0411 | ron.meisler@skadden.com christopher.dressel@skadden.com | VIA EMAIL |
| Counsel to Confidential Whistleblower A and Confidential Whistleblower B | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller | 1000 West Street, Suite 1501 | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skjlaw.com | VIA EMAIL |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | miag@michigan.gov | VIA EMAIL |
| State of Michigan, Department of Treasury | State of Michigan, Department of Treasury | Attn: Bill Schuette, Attorney General & Katherine C. Kerwin, Assistant Attorney General | Cadillac Place | 3030 W. Grand Blvd. Ste. 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | KerwinK@michigan.gov | VIA EMAIL |
| Co-Counsel to Danhil Containers, LLC and Danhil de Mexico SA de CV | Stevens & Lee, PC | Attn: Joseph H. Huston, Jr. | 919 N. Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-425-3310; 302-425-3311 | 610-371-7972; 610-371-7911 | jhh@stevenslee.com | VIA EMAIL |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Takata MDL Action Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, PC | Attn: Sander L. Esserman, Peter C. D'Apice | 2323 Bryan Street | Suite 2200 | Dallas | TX | 75201 | | 214-969-4900 | 214-969-4999 | esserman@sbep-law.com; dapice@sbep-law.com | VIA EMAIL |
| Consenting OEM, Counsel to FCA US, LLC | Sullivan & Cromwell, LLP | Attn: Brian D. Glueckstein, Andrew G. Dietderich, Alexa J. Kranzley | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | gluecksteinb@sullcrom.com; dietdericha@sullcrom.com; kranzleya@sullcrom.com | VIA EMAIL |
| Counsel to Volkswagen Group of America, Inc. | Sullivan & Cromwell, LLP | Attn: Suhana Han, Ann-Elizabeth Ostrager, Henry Hutten | 125 Broad Street | | New York | NY | 10004 | | 212-558-4647 | 212-291-9529 | hans@sullcrom.com; ostragerae@sullcrom.com; huttenh@sullcrom.com | VIA EMAIL |
| Counsel to Pacific Sintered Metals, Inc. | Sullivan · Hazeltine · Allinson, LLC | Attn: Elihu E. Allinson III, Esq. | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | zallinson@sha-llc.com | VIA EMAIL |
| Counsel to Kevin Herlihy, as Intended Adminstrator of the Estate of Denis Herlihy | Sullivan Papain Block McGrath & Cannavo, P.C. | Attn: Frank V. Floriani, Esq. | 120 Broadway | | New York | NY | 10271 | | 212-732-9000 | 212-571-3903 | FFloriani@TrialLaw1.com | VIA EMAIL |
| Debtors | TK Holdings, Inc. | Attn: Ken Bowling | 2500 Takata Drive | | Auburn Hills | MI | 48326 | | | | | VIA FIRST CLASS MAIL |
| Tennessee Attorney General's Office | TN Dept of Commerce and Insurance - Consumer Affairs | Attn: Laura McCloud, Senior Counsel | Office of the Attorney General, Bankruptcy Division | P.O. Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2567 | 615-741-3334 | agbankdelaware@ag.tn.gov; Stuart.Wilson-Patton@ag.tn.gov; | VIA EMAIL |
| Attorney for Ludmilla Permint, Ludmilla Permint, as Administratrix of the Estate of Charles Permint, Jr., Charles Daniel Permint (a disabled Individual), by and through his next friend, Ludmilla Permint, Imani Rose Johnson (a minor, by and through Julia Rose Johnson) and Julia Rose Johnson | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Drive, Suite 400 | P.O. Box 2092 | Wilmington | DE | 19899-2092 | | 302-658-6901 | 302-658-4018 | sreidenberg@trplaw.com | VIA EMAIL |
| United States Department of Transportation (DoT) and its National Highway Traffic Safety Administration | U.S. Department of Justice | Attn: Jonathan E. Jacobson | Civil Division | 1100 L Street NW, Rm 10040 | Washington | DC | 20005 | | 202-353-7871 | 202-514-9163 | Jonathan.E.Jacobson@usdoj.gov | VIA EMAIL |
| United States Department of Transportation (DoT) and its National Highway Traffic Safety Administration | U.S. Department of Justice | Attn: Lloyd H. Randolph, Assistant Director | Civil Division | 1100 L Street, NW, Room 10034 | Washington | DC | 20005 | | 202-307-0356 | 202-514-9163 | lloyd.randolph@usdoj.gov | VIA EMAIL |
| Counsel for the United States of America | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | Post Office Box 227 | Ben Franklin Station | Washington | DC | 20044 | | 202-514-9642 | 202-514-6866 | wardlow.w.benson@usdoj.gov | VIA EMAIL |
| United States Attorneys Office for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | VIA EMAIL |
| United States Attorneys Office for the Eastern District of Michigan | US Attorney for Michigan | Attn: United States Attorneys Office | 211 W. Fort Street | Suite 2001 | Detroit | MI | 48226 | | 313-226-9100 | 313-226-2311 | | VIA FIRST CLASS MAIL |
| Consenting OEM, Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Vorys, Sater, Seymour & Pease, LLP | Attn: Robert A. Bell, Jr., Reginald W. Jackson | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-6400 | 614-464-6350 | rabell@vorys.com; rwjackson@vorys.com | VIA EMAIL |
| Counsel to Debtor | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Ronit J. Berkovich, Matthew P. Goren | 767 Fifth Avenue | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | marcia.goldstein@weil.com; ronit.berkovich@weil.com; matthew.goren@weil.com | VIA EMAIL |
| Consenting OEM | Wellensiek Rechtsanwälte PartG mbB | Attn: Till Hafner | Guiollettstrasse 54 | | D-60325 Frankfurt am Main | | | Germany | | | till.hafner@wellensiek.de | VIA EMAIL |
| Counsel to Daimler | White & Case, LLP | Attn: Thomas Lauria | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com | VIA EMAIL |
| Counsel for the Official Committee of Unsecured Creditors | Whiteford, Taylor & Preston, LLC | Attn: Christopher M. Samis, L. Katherine Good, Kevin F. Shaw | The Renaissance Centre | 405 King Street, Suite 500 | Wilmington | DE | 19801 | | 302-357-4144 | 302-357-3288; 302-357-3281; 302-357-3286 | csamis@wtplaw.com; kgood@wtplaw.com; kshaw@wtplaw.com | VIA EMAIL |
| Co-Counsel to the Japanese Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Esq., Pauline K. Morgan, Esq., Ryan M. Bartley, Esq. | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | rbrady@ycst.com; pmorgan@ycst.com; rbartley@ycst.com | VIA EMAIL |
| Counsel for Asbury Automotive, Inc. and Group 1 Automotive | Crowell & Moring LLP | Attn: Emma K. Burton | 1001 Pennsylvania Avenue, NW | | Washington | DC | 20004 | | 202-624-2974 | 202-628-5116 | eburton@crowell.com | VIA EMAIL |
| Counsel for Monique Engleman | | Attn: Vivan A. Houghton, Esq. | 800 N. West Street | 1st Floor | Wilmington | DE | 19801 | | 302-658-0518 | 302-658-5731 | bankruptcy@vivianhoughton.com | VIA EMAIL |
| Counsel for Monique Engleman | | Attn: Jesse S. Turner, Esq. | PO Box 1251 | | Soquel | CA | 95073 | | 831-419-1532 | | jtjd2004@yahoo.com | VIA EMAIL |
| Counsel for Ludmilla Permint | Leonard, Sciolla, Hutchinson, Leonard & Tinari, LLP | Attn: Christopher P. Fleming | Two Penn Center, Suite 1910 | 1500 John F. Kennedy Boulevard | Philadelphia | PA | 19102-1724 | | 215-567-1530 | 215-564-4611 | cfleming@leonardsciolla.com | VIA EMAIL |

**In re: TK Holdings Inc.,** *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | | Attn: Deb Secrest | 651 Boas Street | Room 925 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | ***VIA EMAIL*** |
| Counsel for Mitsui Sumitomo Marine Management (U.S.A.), Inc. | Bayard, P.A. | Attn: Evan T. Miller | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | | | emiller@bayardlaw.com | ***VIA EMAIL*** |
| Mitsui Sumitomo Marine Management (U.S.A.), Inc. | | Attn: Michael J. Wald | 15 Independence Boulevard | | Warren | NJ | 07059 | | | | mwald@msigusa.com | ***VIA EMAIL*** |
| | Morrison Mahoney LLP | Attn: Michael F. Aylward | 250 Summer Street | | Boston | MA | 02210 | | | | maylward@morrisonmahoney.com | ***VIA EMAIL*** |
| | Lavin, Cedrone, Graver, Boyd & DiSipio | Attn: Wayne Graver | 190 N. Independence Mall West | | Philadelphia | PA | 19106 | | | | wgraver@lavin-law.com | ***VIA EMAIL*** |