UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 FEB 19 AM 10: 59
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re ) Chapter 11
TK Holdings, et al., ) Case No. 17-11375 (BLS)
   Debtors. ) Jointly Administered
[Claim P-001593] )

# NICHOLAS J. BALOGH'S *PRO SE* RESPONSE TO FIRST JOINT OMNIBUS OBJECTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST (NON-SUBSTANTIVE) TO [ALLEGEDLY] INSUFFICIENT DOCUMENTATION CLAIMS

*Pro se* claimant Nicholas J. Balogh, as registered owner of a 2013 Honda Fit automobile, Vehicle Identification Number (V.I.N.) JHMGE8H31DC028616, hereby timely responds and objects to the *First Joint Omnibus Objection of Eric D. Green, In His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, and Joseph J. Farnan, Jr., in His Capacity As Trustee of the Reorganized TK Holdings Trust (Non-Substantive) to {Allegedly} Insufficient Documentation Claims.*

*Pro se* claimant Balogh warrants that he was sold a motor vehicle containing defective components manufactured by Takata or its successors, predecessors, assigns, &c., which *may* maim or injure him at a date uncertain. *Prima facie* documentation, including a perfected Certificate of Title (previously filed on Form B-10), is appended hereto.

1

*Pro se* claimant Balogh warrants that he has complied with all outstanding recall notices and is, as of this date, currently living. Be that as it may, the ripeness of his contingent, unliquidated, or unmatured claim should remain inviolate.

The fact remains that a point in the future, notwithstanding his good faith participation in the recall program, claimant Balogh may be killed or maimed by any of Takata's remaining defective equipment which may still remain installed in his automobile.

It is black letter law that Balogh cannot produce documentation of an event which *has not* occurred and hopefully *will never* occur.

Takata's airbag factory in Mexico literally exploded at least three (3) separate times in 2006 according to <u>Bloomberg Businessweek</u> ("Three explosions shook the Monclova factory in March 2006. Fireballs spewed out, windows on nearby houses were shattered, and local papers reported that authorities had to evacuate thousands of residents.") <https://www.bloomberg.com/news/features/2016-06-02/sixty-million-car-bombs-inside-takata-s-air-bag-crisis>

Potential claimant Balogh respectfully prays this Honorable Court refuse to disallow and expunge his <u>Claim P-001593</u>, but rather to preserve it, in the larger interests of justice.

Very truly yours,

*[signature]*

Nicholas J. Balogh
146 Fiesta Cir.
Saint Louis, MO 63146-5381
(*Certificate of Title, appended hereto.*)

2

NICHOLAS J. BALOGH'S <u>PRO SE</u> RESPONSE TO FIRST JOINT OMNIBUS OBJECTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST (NON-SUBSTANTIVE) TO [ALLEGEDLY] INSUFFICIENT DOCUMENTATION CLAIMS



## STATE OF MISSOURI
### CERTIFICATE OF TITLE

00859FA412    CORRECTION    TITLE NUMBER: TFN10202

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY STYLE |
|---|---|---|---|
| JHMGE8H31DC028616 | 2013 | HOND | HATCH |

| HP | PREVIOUS STATE | MILEAGE AT TIME OF TRANSFER | TAX | PURCHASE DATE | DATE ISSUED |
|---|---|---|---|---|---|
| 13 | | 7* | EX 01 | 03/02/2013 | 08/01/2016 |

OWNER: BALOGH NICHOLAS J TOD BALOGH STEPHEN G
146 FIESTA CIR
SAINT LOUIS    MO 63146

MAIL TO:
BALOGH NICHOLAS J TOD BALOGH STEPHEN
146 FIESTA CIR
SAINT LOUIS MO 63146-5381

VEHICLE SUBJECT TO FOLLOWING LIEN(S)

Lien release - To release any lien shown on the face of this title, the lienholder must complete a notarized Lien Release (DOR-4809) to be attached to this title before the purchaser applies for a Certificate of Title.

FIRST LIEN    LIEN DATE

SECOND LIEN    LIEN DATE

Any person who knowingly and intentionally submits a separate document releasing a lien of another without authority to do so shall be guilty of a class C felony. (301.640 RSMo)

**BUYER ON REVERSE SIDE MUST TITLE IN 30 DAYS TO AVOID PENALTY**

MILEAGE STATEMENT
*NEW CERTIFICATE OF TITLE, BUT NO TRANSFER, MILEAGE AS OF 03/02/13.
EFFECTIVE 1/1/06 YOU MUST SUBMIT A NOTICE OF SALE TO THE DEPARTMENT OF REVENUE WITHIN 30 DAYS OF SELLING THIS VEHICLE.

20643421    DIRECTOR OF REVENUE

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

Duplicate of title (original on file).