February 11, 2021



Office of the Clerk of the United States Bankruptcy Court for the District of Delaware

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801


RE:  TK Holdings Inc, et al, Debtors

Chapter 11  Case No. 17-11375(BLS) Jointly Administered

Debtors' Sixth Omnibus Objection to Claims- Non- Substantive (Late Filed PPIC Claims)

I, Sylvester and Rita Tiggs P-0055117 are submitting our written objection to claims being submitted late as the original file date was December 27, 2017.  During the months of end of November, December and the first two weeks in January 2018 Rita was bedridden due to muscle spasms which affected her ability to move.  The right side of her body was experiencing pain due to the pinched nerves in her back and Sylvester was unable to locate the required information for the courts within the allotted time frame.

On December 2017 the pain subsided enough for Rita to get out of bed to find the documents needed for the case; however, she was not able to submit the information electronically because the system would not allow it to be sent and due to a financially hardship from Hurricane Harvey in late August 2017 we did not receive any monetary fund's until after the first of the month.  There is no additional medical documentation due to our inability to provide medical insurance for Rita since January 2017 because of the increase in medical coverage costs.

If further medical documentation is needed we would require some assistance to obtain them but all can be substantiated by medical profession of Rita's injuries.  Since this time Rita is able to be mobile but still has pain when walking, sitting or standing for long periods of time.  She is still seeking full-time employment but unsure if she will be an asset to an organization or a liability to them.

All supporting documentation has been submitted electronically and will be sent via mail to ensure all information has been received within a timely manner according to all court deadlines as listed.

As of today's date February 11, 2021 Rita completed all therapeutic steps as previously prescribed by her physician with no additional relief from the excruciating pain and suffering as a result of accident on September 2015.  She is currently taking 4 to 5 tables of over the counter medication (Aleve or aspirin) (3x)daily in order to function but needs to be seen by a physician to further diagnosis to determine the extent of damage since the original diagnosis in 2015.

Sincerely,

Sylvester and Rita Tiggs



**PATIENT NAME:** TIGGS, RITA
**RECORD #:** 72469
**DATE:** 11/06/2015 15:31
**DATE OF BIRTH:** 10/21/1963
**REFERRING:** YANIS HUSSAIN

## IMAGING REPORT

**EXAM:** MRI CERVICAL SPINE without CONTRAST
**TECHNIQUE:** Sagittal and axial T1, T2, STIR and T2* images obtained on a high-field 1.5 T MRI system.
**CLINICAL HISTORY:** Pain shooting down right arm and leg, status post MVA 9/10.
**COMPARISON:** No prior study is available for comparison at the time of dictation.
**FINDINGS:** Cervical straightening is demonstrated with slight reversal of normal upper cervical lordosis and
grossly satisfactory vertebral alignment. Mild to moderate spondylosis and cervical facet arthrosis include
multilevel disc desiccation with disc space narrowing, discogenic endplate sclerosis, and multiple small
marginal and prominent bridging osteophytes.
Cervical vertebral bodies maintain their heights. Diffuse chronic bone marrow changes are present without
visualization of a focal aggressive bone lesion.
The craniocervical junction appears normal.
C2-C3 shows diffuse disc bulging, a 3-4 mm central/left lateralizing disc herniation with 6 mm central inferior
subligamentous extension, endplate hypertrophy/osteophytic ridging, and slight facet hypertrophy resulting in
mild to moderate canal stenosis and slight indentation of the anterior left cervical cord without neural
foraminal narrowing.
C3-C4 shows diffuse disc bulging, a 3 mm posterior disc herniation, endplate and slight facet hypertrophy
resulting in mild left neural foraminal narrowing and canal stenosis.
C4-C5 shows diffuse disc bulging, a 4-5 mm central/right lateral disc herniation with 5-6 mm superior
subligamentous extension, endplate hypertrophy/osteophytic ridging, and facet hypertrophy resulting in mild
to moderate bilateral neural foraminal narrowing and moderate canal stenosis with mild indentation of the
anterior right cervical cord.
C5-C6 shows diffuse disc bulging, a 3 mm left lateralizing disc herniation, endplate and facet hypertrophy
resulting in mild left neural foraminal narrowing and indentation of the anterior thecal sac without significant
canal stenosis.
C6-C7 shows posterior disc bulging, endplate and facet hypertrophy without canal stenosis or neural
foraminal narrowing.

CLARUS IMAGING BAYTOWN, LP
1455 MANOR DRIVE ■ BAYTOWN, TEXAS 77521 ■ 281.837.7600 ■ FAX: 281.837.7601
WWW.ALTUSHMS.COM



**ALTUS IMAGING CENTER™**

Page 2

**PATIENT NAME:** TIGGS, RITA
**RECORD #:** 72469
**DATE:** 11/06/2015 15:31
**DATE OF BIRTH:** 10/21/1963
**REFERRING:** YANIS HUSSAIN

## IMAGING REPORT

**EXAM:** MRI LUMBAR SPINE without CONTRAST
**TECHNIQUE:** Sagittal and axial T1, T2, and T2 FatSat protocols; exam performed on a high-field 1.5T MRI system.
**CLINICAL HISTORY:** Pain shooting down right arm and leg, status post MVA 9/10.
**COMPARISON:** No prior study is available for comparison at the time of dictation.
**FINDINGS:** Patient motion degrades several sequences in this examination, although the study is considered grossly diagnostic.

Mild lower lumbar spondylosis and lumbar facet arthrosis include slight disc space narrowing, discogenic endplate sclerosis, and scattered small and small prominent marginal osteophytes. Lumbar vertebral bodies maintain their heights. No abnormal bone marrow signal or focal aggressive bone lesion is detected

The conus medullaris terminates normally at T12-L1.
L1-L2 shows mild right parasagittal/lateral disc bulging, endplate and facet hypertrophy without canal stenosis or neural foraminal narrowing.
L2-L3 shows endplate and facet hypertrophy without canal stenosis or neural foraminal narrowing.
L3-L4 shows endplate and facet hypertrophy without canal stenosis or neural foraminal narrowing.
L4-L5 shows grade I anterolisthesis of 2 mm, slight disc space narrowing, discogenic endplate sclerosis, diffuse disc bulging, a 3 mm broad-based posterior disc herniation, endplate and marked facet hypertrophy resulting in moderate bilateral neural foraminal narrowing and impingement of both exiting nerve roots with mild canal stenosis.
L5-S1 shows grade I anterolisthesis of 2-3 mm, slight anterior disc space narrowing, discogenic endplate sclerosis, diffuse disc bulging, a 3 mm, broad-based posterior disc herniation, endplate and marked facet hypertrophy resulting in moderately severe bilateral neural foraminal narrowing with impingement of both exiting nerve roots and flattening of the anterior thecal sac without significant canal stenosis.
No abdominal aortic aneurysm is identified.
**CONCLUSION:**
1. Mild lower lumbar spondylosis with lower lumbar disc bulges and small disc herniations at L4-L5 (3 mm) and

**CLARUS IMAGING BAYTOWN, LP**
**1455 MANOR DRIVE ▪ BAYTOWN, TEXAS 77521 ▪ 281.837.7600 ▪ FAX: 281.837.7601**
**WWW.ALTUSHMS.COM**



# TEXAS FARM BUREAU INSURANCE COMPANIES

TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY    FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY    SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY
TEXAS FARM BUREAU UNDERWRITERS

310 MORTON, P.M.B. STE 100 * RICHMOND, TX  77469-3119 * PHONE (281) 239-1167

```
2WVFG3                                          Date: 02/26/16
RITA TIGGS                              Date of Loss: 09/10/15
900 DR MARTIN LUTHER KING JR.           Policy Number: 23109506
LIBERTY, TX 77575-5603                  Claim Number: 938579
```

This letter is sent in regards to the claim filed under the policy referenced above.

* We will not take any further action against any other party who may be liable for your deductible. Pursuant to Chapter 542, we are hereby authorizing you to pursue recovery of your deductible against the third party. This letter is not to be construed in any way as consent to any settlement or filing of a lawsuit which may affect any uninsured or underinsured motorist claim. If you desire consent for such a settlement or lawsuit, please contact our office.

This letter is sent in conformity with Chapter 542 of the Texas Insurance Code.

Claims Department

ANDREW JONES
District Claims Manager

April 1, 2018

Weil, Gotshal & Mannes LLP
767 Fifth Avenue
New York, New York 10153

Attn.: Marcia L. Goldstein, Esq., Ronit J. Berkovich, Esq., Matthew P. Goren, Esq., Alexander O. Condon, Esq., and Nicholas J. Messana, Esq.

RE: TK Holdings Inc, et al., Debtors[1]
Chapter 11
Case No. 17-11375(BLS)
Jointly Administered

Debtors' Ninth Non-Substantive Omnibus Objection to Claims (Late Filed Claims)

I, Sylvester and Rita Tiggs P-0055117 are submitting our written objection to claims being submitted late. The information was provided to the attorney's offices by December 27th as instructed based upon the information provided stating all email address had to be provided within a timely matter.

It was not possible to submit documentation electronically through the portal provided by the attorney but a copy of the form could be downloaded. The documentation was provided to the attorney's office as quickly as could be possible to ensure the information was accurate and complete as it pertained to the claim for unknown losses.

The accident occurred on or about Sept 10, 2015 in which the vehicle was hit by a hit and run driver on the passenger side of the of the vehicle at 60 mph on I-10 west towards Houston, TX. by an unknown female driver of a Toyota pickup truck a police report was filed and a suspect has not been apprehended as of today. A lawsuit against Texas Farm Bureau insurance company to take care of some of the medical and repair bills was filed and settled on or about February 26, 2016 still leaving a hefty toll on the family to provide for Rita's future medical bills due to her inability to hold employment. Attached is a copy of some the documentation as it relates to the accident.

If you have any questions or concerns, please do not hesitate to contact Sylvester (sylvestertiggs@yahoo.com or phone number (281) 917-4657) or Rita (ritaomh@me.com or phone number (281) 917-4713) by email or phone.

Sincerely,

Sylvester and Rita Tiggs

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

27 JAN '18
PM 7 L

In re Takata Airbag Inflator Claim Center
Case No. 17-11375

U.S. POSTAGE PITNEY BOWES
ZIP 11232 $ 000.35
02 4W
0000349604 JAN 26 2018

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 1/17/2018
Proof of Claim No.: 55117

For additional information, please visit
http://restructuring.primeclerk.com/Takata
AirbagInflatorClaim, or call us at 833-619-7579.

Sylvester Tiggs
900 Dr MLK JR Dr
Liberty, TX 77575

5-560300

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Weil, Gotshal & Manges LLP
767 Fifth Ave
NY, NY 10153

9590 9402 3589 7305 9731 15

2. Article Number (Transfer from service label)
7017 0660 0000 3526 4298

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Gordon
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C. Gordon

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
P.O. Box 4850
New York, NY 10163

9590 9402 3308 7196 9391 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S.T.

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JAN 17 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™

9/30/2014                           Welcome to AutoCheck

Below you will find the date and location reported for the accident. Not all accidents or damage events are reported to AutoCheck.


ACCIDENT FOUND ON RECORD

### Accidents Reported on This Vehicle

| Accident No. | Reported Date | Location |
|---|---|---|
| 1 | 02/24/2008 | RICHARDSON, TX |

Reported accidents or damage events are a result of vehicle collisions or other non-collision incidents such as vandalism or theft. Not all accidents or damage events are reported to AutoCheck.

## Title and Problem Check



**Your Vehicle Checks Out:** AutoCheck's database for this 2006 Mazda B3000 Base / DS (4F4YR46U66PM00484) shows no negative titles or other problems. When reported to AutoCheck, these events can indicate serious past damage or other significant problems, and disqualifies the vehicle for AutoCheck Buyback Protection. Check the **Vehicle Use and Event Check** for reported accidents that can affect vehicle safety and value.

**0 Problem(s) Reported:**     **15 Title/Problem areas checked:**

- No abandoned title record
- No damaged title or major damage incident record
- No fire damaged title record
- No grey market title record
- No hail damage title record
- No insurance loss title or probable total loss record
- No junk or scrapped title record
- No manufacturer buyback/lemon title record
- No odometer problem title record
- No rebuilt/rebuildable title record

9/30/2014                                                          Welcome to AutoCheck

| 3 Event(s) Reported: | 9 Vehicle events checked: |
|---|---|
| ● | **1 Accident record(s) reported through accident data sources** |
| ● | No corrected title record |
| ● | No duplicate title record |
| ● | **Emission/safety inspection record(s)** |
| ● | **Loan/Lien record(s)** |
| ● | No fire damage incident record |
| ● | No repossessed record |
| ● | No theft record |
| ● | No storm area registration/title record |

## Detailed Vehicle History

Below are the historical events for this vehicle listed in chronological order. Any discrepancies will be in bold text.

**Report Run Date** September 30, 2014 1:56:03 PM EDT

**Vehicle:** 2006 Mazda B3000 Base / DS (4F4YR46U66PM00484)



ONE OWNER
Calculated Owners: 1

| Event date | Location | Odometer reading | Data Source | Details |
|---|---|---|---|---|
| 09/02/2005 | TX | | Independent Source | VEHICLE MANUFACTURED AND SHIPPED TO DEALER |
| 04/21/2006 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 05/01/2006 | SAN ANTONIO, TX | 27 | Motor Vehicle Dept. | TITLE (Title #:015379388260090937) (Lien Reported) |
| 04/01/2007 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 02/24/2008 | RICHARDSON, | | Accident Source | MINOR ACCIDENT OR VEHICLE |

9/30/2014

Welcome to AutoCheck

| Date | Location | Mileage | Source | Event |
|---|---|---|---|---|
| 04/01/2009 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 04/01/2010 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 01/10/2011 | SAN ANTONIO, TX | 51,000 | Motor Vehicle Dept. | TITLE (Title #:01535040538145519) (Lien Reported) |
| 03/26/2012 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 03/04/2013 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 03/01/2014 | SAN ANTONIO, TX | | Motor Vehicle Dept. | REGISTRATION EVENT/RENEWAL |
| 05/26/2014 | TX | 91,142 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |
| 06/20/2014 | SAN ANTONIO, TX | 91,158 | Independent Emission Source | PASSED EMISSION INSPECTION PASSED SAFETY INSPECTION |

## This Vehicle's Glossary

Below are the specific definitions for events that appear in this vehicle's report. More information is available in the full AutoCheck glossary.

| Term | Section Location | Definition |
|---|---|---|
| Loan/Lien | Vehicle Use and Event Check | A loan/lien is the legal right to take and hold or sell the vehicle of a debtor as security or payment for a debt. Normally, a vehicle will have a lien due to a loan or unpaid repair bill against the vehicle. Check with the seller to ensure that the lien has been satisfied. |
| Accident or Vehicle Damage | Vehicle Use and Event Check | Reported accidents or damage events are a result of vehicle collisions or other non-collision incidents such as vandalism or theft. Not all accidents or damage events are reported to AutoCheck. Certain accident or damage events are reported by the source to have resulted in minor, moderate or severe damage to the vehicle, or the events are calculated by AutoCheck to have resulted in minor, moderate or severe damage based on the information reported. It is recommended to have pre-owned vehicles inspected by a third party prior to purchase. |