IN THE UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2021 FEB 22  AM 10: 21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., et al., | Case No. 17-11375 (BLS) |
| Debtors. | Jointly Administered |

## CLAIMANTS' RESPONSE TO THE JOINT MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, FOR ENTRY OF AN ORDER RECLASSIFYING CERTAIN CLAIMS

Claimants MATTHEW RICE and Renee Coleman, as Guardians and Conservators of the Estate of Alfred Oshun Nunnery, Jr. by and through Counsel submit this response to the said Trustees Motion for Entry of an Order Reclassifying Certain Claims as follows:

1.

Said Claimants have previously responded to Notice of Omnibus Objection (Non-Substantive) to Insufficient Documentation Claims and Hearing. Claimants' Response is attached hereto as Exhibit "A".

2.

Claimants assert additionally that there was a failure of the side airbags. Claimants submit documentation of the specifications equipment on the 2011 Ferrari California vehicle in which Claimants' decedent was a passenger. Such specifications detail "Driver Airbag, Passenger Airbag and Front Side Airbag".

3.

Please see attachments for further details submitted in support of Claimants' claim #65 on behalf of the Estate of Alfred Oshun Nunnery, Jr.

4.

Claimants intend to preserve its claim for the Wrongful Death of their decedent and request that this Honorable Court preserve such claim, even in light of Reclassification of Claimants' claim.

Respectfully submitted this 15th day of February 2021.

THELMA WYATT MOORE
MOORE LAW LLC
Georgia Bar Number 779300
3285 Main Street
Atlanta, Georgia 30337
404.699.6001 (Office)
866.257.5052 (Facsimile)
tmoore@moore-legal.com

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., et al., | Case No. 17-11375 (BLS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served upon the following a true and correct copy of the within and foregoing **CLAIMANTS' RESPONSE TO THE JOINT MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, FOR ENTRY OF AN ORDER RECLASSIFYING CERTAIN CLAIMS** by depositing the same with FedEx Overnight Shipping and with adequate statutory electronic service therein to the following recipient(s):

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Brown Rudnick LLP
Attn: David J. Molton
Seven Times Square
New York, New York 10036

Blank Rome LLP
Attn: Stanley B. Tarr
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801

Pachulski Stang Ziehl & Jones LLP
Attn: Peter J. Keane
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899

Respectfully submitted this 15th day of February, 2021.

*[signature]*

THELMA WYATT MOORE
MOORE LAW LLC
Georgia Bar Number 779300
3285 Main Street
Atlanta, Georgia 30337
404.699.6001 (Office)
866.257.5052 (Facsimile)
tmoore@moore-legal.com