Pauline Quarcoo,
245 N.E. 191 Street,
#3021
Miami, FL. 33179

FILED
2021 FEB 24 AM 10: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

2/18/21

pquarcoo@aol.com
786-346-7302

Office of the Clerk of the United States
Bankruptcy Court for the District of Delaware

Case # 17-11375-BLS

Objection to Claims - Non Substantive (insufficient Information, Contingent and or Unliquidated PIC Claims of Individuals)

Ms. Pauline Quarcoo - Claim # P0014718

Due to the Recall which was caused by T.K. Holdings Inc. et all, I had to endure the sheer times of being scared while driving, not knowing if the air bags will kill me. Also, due to their negligence, I had to leave my house for 5-6 hours waiting at a Mercedez Benz Dealership to fix the airbags, during this Pandemic. Being a 72 year old out sitting among strangers is dangerous. The evidence is attached. To conclude, the case against the defendant is that, they manufactured a product that was recalled period, and they are liable for the distress, etc, that it caused and should pay for it.

Relief Sought $20,000 for punitive damages.

Thank you in advance,

Sincerely

Mrs. Pauline Quarcoo

# Mercedes-Benz of Miami

**\*INVOICE\***

Invoice #: 698336
Tag #: 5692

1200 N.W. 167 St.
Miami Gardens, FL 33169
(305) 707-0147
www.mercedesbenzofmiami.com

SERVICE HOURS
MON-FRI: 7:00 AM TO 7:00 PM
SAT: 7:00 AM to 5:00 PM
MVR-78595
MV-5191

PAULINE QUARCOO
245 NE 191ST ST APR 3021
MIAMI, FL 33179
Home: 786-346-7302       Bus:
Cell:
Email:

Customer #: 6595582
Service Advisor: 3901 ANDY GARCIA

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
|  | 11 | MERCEDES BENZ GLK350 | WDCGG8HB5BF530909 |  | 32112 | 32114 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 14JUL10 | D |  | WAIT 15DEC20 |  | 0.00 | CASH | 10DEC20 | 11:53 10DEC20 | 16:07 10DEC20 |

OPTIONS: DLR:0 ENG:3.5 Liter

| LINE | OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|
| A | REFORM OPEN RECALL OR CAMPAIGN | | | |

CAUSE: F
RECALL REFORM OPEN RECALL OR CAMPAIGN#201812017
PARTS:
  1  000-860-57-02-05-9116 DRIVER'S AIRBAG   (N/C)  0.00
  1  204-860-12-00-05 FRONT PASSENGER AIRBAG (N/C)  0.00
  6273                          WM
  0.00 LABOR:   0.00  OTHER:   0.00  TOTAL LINE A:  0.00
*********************************************************

B VEHICLE SAFETY CONDITION INSPECTION INCLUDED
  MULTI-I VEHICLE SAFETY CONDITION INSPECTION
  INCLUDED
PARTS:
  GBATT BATTERY OK
  6273CMMPI
  GBK PLEASE SEE YOUR SERVICE ADVISOR ON YOUR NEXT
  VIISIT
  6273CMMPI
  GTIRE PLEASE SEE YOUR SERVICE ADVISOR ON YOUR
  NEXT VISIT
  6273CMMPI
  0.00 LABOR:   0.00  OTHER:   0.00  TOTAL LINE B:  0.00
*********************************************************

C I have been informed to remove all personal items from my vehicle. I
  understand MB of Miami is not responsible for items left in the
  vehicle.
  1  I have been informed to remove all personal
     items from my vehicle. I understand MB of
     Miami is not responsible for items left in
     the vehicle.
  6273                          CM
  0.00 LABOR:   0.00  OTHER:   0.00  TOTAL LINE C:  0.00
*********************************************************

D MY ADVISOR CHECKED EXTERIOR BODY CONDITION, UNDER HOOD AND TIRE
  TREAD. I WAS OFFERED A MENU AND A MULTI-POINT

PARTS:
  0.00

---

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP". These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and payment is Made By Check. When you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as an electronic check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for payment of the Amount Due.
If Payment is Made By Check...

Dealer's Vehicles Safety and Condition inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

DATE _____ 10/10/19 _____
CUSTOMER SIGNATURE __Pauline Quarcoo__
Customer Copy

*LIMITED WARRANTY / WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE
AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE
ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| | | |
|---|---|---|
| LABOR AMOUNT | | 0.00 |
| PARTS AMOUNT | | 0.00 |
| GAS, OIL, LUBE | | 0.00 |
| SUBLET AMOUNT | | 0.00 |
| MISC. CHARGES | | 0.00 |
| TOTAL CHARGES | | 0.00 |
| LESS INSURANCE | | |
| SALES TAX | | |
| PLEASE PAY THIS AMOUNT | | 0.00 |

*SHOP SUPPLY COSTS: We have added a charge equal to 7.00% of the total charge for labor and parts, whichever is greater, not to exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state (s.403.7185).

Page 1 of 2

DealerCAP 2014 CDK Global, LLC  05/19 SERVICE INVOICE TYPE 2

# Mercedes-Benz of Miami

1200 N.W. 167 St.
Miami Gardens, FL 33169
(305) 707-0147
www.mercedesbenzofmiami.com

**SERVICE HOURS**
MON.-FRI. 7:00 AM TO 7:00 PM
SAT. 7:00 AM TO 5:00 PM
MVR-78595
MV-5191

245 NE 191ST ST APR 3021
MIAMI, FL 33179
Home: 786-346-7302
Cell:    Bus:    Email:

**PAULINE QUARCOO**

\*INVOICE\*

Invoice #: **698336**

Tag #: **5692**

Customer #: **6595582**     Service Advisor: **3901 ANDY GARCIA**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
|  | 11 | MERCEDES BENZ GLK350 | WDCGG8HB5BF530909 |  | 32112 | 32114 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 14JUL10 D |  |  | WAIT 15DEC20 |  | 0.00 | CASH | 10DEC20 | 11:53 10DEC20 | 16:07 10DEC20 |

OPTIONS: DLR-O ENG:3.5 Liter

```
LINE OPCODE   TECH TYPE HOURS                                                                LIST              NET              TOTAL
     INSPECTION. INITIALS
     SDP MY ADVISOR CHECKED EXTERIOR BODY CONDITION,
         UNDER HOOD AND TIRE TREAD. I WAS OFFERED A
         MENU AND A MULTI-POINT
         INSPECTION. INITIALS
             6273              CM       LABOR:   0.00   OTHER:   0.00   TOTAL LINE D:    0.00   0.00
    PARTS:     0.00    ************************************************
    E COURTESY WASH AND VACUUM AT NO CHARGE TO OUR VALUED CUSTOMER AT A
         VALUE OF $25.00
         CARWASH COURTESY WASH AND VACUUM AT NO CHARGE TO
         OUR VALUED CUSTOMER AT A VALUE OF $25.00
             6273              CM       LABOR:   0.00   OTHER:   0.00   TOTAL LINE E:    0.00   0.00
    PARTS:     0.00    ************************************************

    WAIT CREATED 2020-11-30
    10:39:00AM TAKEN BY JEL ISA
    MORALES for VIN:
    WDCG8HB5BF530909
```

| | |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | **0.00** |

\*SHOP SUPPLY COSTS: We have added a charge equal to $3.00 or 12% of the total cost of labor and parts, whichever is greater, to the Repair Order. This charge will not exceed $59.95. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies and waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for payment of the Amount Due. **If Payment Is Made By Check** When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If processed as an EFT, funds may be withdrawn from your account as soon as today. You agree that you will not dispute us electronically debiting your account, so long as the amount corresponds to the amount on this invoice. In the event your check or EFT is returned unpaid for any reason, you authorize us or our agent to charge a service fee up to the maximum amount permitted by law.

CUSTOMER SIGNATURE
FLORIDA 9698023
Pauline Quarcoo
DATE

**WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE REVERSE SIDE OF THIS REPAIR INVOICE.**

AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

SPEC.- "LIMITED WARRANTY" - We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

Dealer is not authorized to perform recall repairs on non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

DealerCAP
© 2014 CDK Global, LLC    (05/15) SERVICE INVOICE TYPE 2

**Customer Copy**

Page 2 of 2