February 8, 2021

Shelia K. Manuel
Claim # P-0052857
828 S. 22nd St.
Muskogee, OK 74401

FILED
2021 MAR -5 AM 9:45
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Office of the United States
Bankruptcy Court Clerk for the
District of Delaware
824 Market St. 3rd floor
Wilmington, Delaware 19801

I, Shelia K. Manuel was injured on November 26, 2017, when the Takata Airbag deployed. I am writing in response to the hearing and objection 2/1/21 February 1, 2021, concerned that my claim not be objected and any further claim.

Shelia K. Manuel
Shelia K. Manuel