# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 4294, 4324, 4328**<br><br>**Hearing Date: March 17, 2021 at 1:30 p.m. (ET)** |

**REPLY IN SUPPORT OF FIRST JOINT OMNIBUS OBJECTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST (NON-SUBSTANTIVE) TO INSUFFICIENT DOCUMENTATION CLAIMS**

Eric D. Green, in his capacity as trustee (the "PSAN PI/WD Trustee") of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund (the "TATCTF") and Joseph J. Farnan, Jr., in his capacity as trustee of the Reorganized TK Holdings Trust (the "RTHK Trust") (the "RTKH Trustee," and collectively with the PSAN PI/WD Trustee, the "Trustees") in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors"), hereby submit this reply (the "Reply") to the formal and informal responses (the "Responses") received from the claimants subject to the *First Joint Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, and Joseph J. Farnan, Jr., in his capacity as Trustee of the Reorganized TK Holdings Trust, (Non-Substantive) To Insufficient*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

*Documentation Claims* [Docket No. 4294] (the "First Joint Omnibus Objection").[2] In support of this Reply, the Trustees respectfully represent as follows:

## REPLY

1. The Trustees received a total of three (3) Responses to the First Joint Omnibus Objection[3] comprised as follows: two (2) filed Responses and one (1) informal Response. After a review of the Responses, the Trustees have determined that the Responses set forth on **Exhibit A** have not identified a sufficient basis on which to deny the First Joint Omnibus Objection and for the reasons set forth below, these claims should be disallowed and expunged.

**I.     Claims On Exhibit A.**

2. Consistent with the standard set forth in the First Joint Omnibus Objection, once an objector to a claim produces evidence to refute at least one of the allegations essential to a claim's legal sufficiency, the burden shifts to the claimant to prove the validity of his or her claim by a preponderance of the evidence and the burden of persuasion is on the claimant. *See In re Alleghany Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992); *In re Samson Res. Corp.*, 569 B.R. 605, 615 (Bankr. D. Del. 2017). In the First Joint Omnibus Objection, the Trustees produced competent evidence sufficient to refute a principal allegation made in the claims subject to the First Joint Omnibus Objections—that the Insufficient Documentation Claims contain no supporting documentation to substantiate a claim or the amount thereof.

3. As detailed further in **Exhibit A**, the Responses fail to provide *prima facie* evidence to substantiate the validity and amount of the claim they assert, for which there is no support in

---

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objections.

[3]     The Trustees hereby expressly reserves their right to amend, modify or supplement this Reply and to file an additional Reply to any Responses filed in these chapter 11 cases after the objection deadline to the First Joint Omnibus Objection, as well as any amended Responses, on any applicable grounds whatsoever.

the Trustees' books or records. As a result, and as required by Bankruptcy Code Section 502 and Bankruptcy Rule 3001(f), the Trustees request that the Court sustain the First Joint Omnibus Objections as to the claims listed on **Exhibit A**.

### RESERVATION OF RIGHTS

4.    The Trustees hereby reserve their right to object in the future to any of the proofs of claim listed in the First Joint Omnibus Objection on any grounds, and to amend, modify, and/or supplement the First Joint Omnibus Objection to the extent an objection to a claim is not granted.

### CONCLUSION

5.    For the reasons set forth in the First Joint Omnibus Objection and in this Reply, the Trustees respectfully requests that the Court overrule the Responses, sustain the First Joint Omnibus Objection, enter the proposed order, and grant such other and further relief as the Court may deem just and appropriate.

Dated: March 12, 2021
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
E-mail:    tarr@blankrome.com

-AND-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Cameron Moxley (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Uchechi A. Egeonuigwe (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:    (212) 209-4800
E-mail:    dmolton@brownrudnick.com
             dmoxley@brownrudnick.com
             gcicero@brownrudnick.com

- 4 -

                                      uegeonuigwe@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*

Dated: March 12, 2021
     Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:     ljones@pszjlaw.com
             dbertenthal@pszjlaw.com
             pkeane@pszjlaw.com

*Attorneys for the Trustee of the Reorganized TK Holdings Trust*