**EXHIBIT A**

| Responding Party | Claim No. | Docket No. | Response | Reply |
|---|---|---|---|---|
| Balogh, Nicholas J. | P-0015931 | DI 4324 | Written statement of Claimant and Certificate of Title that was previously provided | Insufficient supporting information or documentation provided |
| Carbide, Imtiaz A. | P-0038349 | DI 4328 | Written statement of Claimant and Affidavit | Insufficient supporting information or documentation provided |
| Jones, Tanya | 776 | Informal Response | Proof of VIN number of associated vehicle | Insufficient supporting information or documentation provided |