# EXHIBIT 1

## Schedule of Subject Claims

## Corporate/Government Unliquidated Claims

**Corporate / Government Unliquidated Claims**

| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|---|---|
| 1 | Bendure, Phyllis J<br>PDQ Cleaning Services, Inc.<br>P O Box 49<br>1433 Lulu St.<br>Trenton, MO 64683 | P-0007445 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 10/28/2017 |
| 2 | Blot, Edward<br>Blot Engineering Inc.<br>5420 Martindale Rd<br>Shawnee, KS 66218 | P-0030428 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 11/21/2017 |
| 3 | Cobb County BD Commissioners<br>Mark Adelman<br>100 Cherokee Street, Ste 350<br>Marietta, GA 30090 | P-0051047 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 4 | Community of Christ<br>James Craft<br>1001 W Walnut St<br>Independence, MO 64050 | P-0054222 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 1/8/2018 |
| 5 | Community of Christ<br>James Craft<br>1001 W Walnut St<br>Independence, MO 64050 | P-0054290 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 1/8/2018 |
| 6 | Deangelis, Lori<br>Publix Super Markets Inc.<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047170 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 7 | Gordon, David V<br>Concrete Repair Specialist, LLC<br>2201 East Main St<br>Chattanooga, TN 37404 | P-0003357 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 8 | HK Electric<br>420 N Main<br>Miami, OK 74354 | P-0000192 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 10/19/2017 |
| 9 | HK Electric<br>420 N Main<br>Miami, OK 74354 | P-0000195 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 10/19/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| Corporate / Government Unliquidated Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
| 10 | Digifier, Inc.<br>Katal, Saeid<br>Digifier, Inc.<br>1812 Victory Blvd<br>Glendale, CA 91201 | P-0032477 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 11/27/2017 |
| 11 | InterfaceFLOR, LLC<br>2859 Paces Ferry Road<br>Suite 2000<br>Atlanta, GA 30339 | P-0042804 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 12 | InterfaceFLOR, LLC<br>2859 Paces Ferry Road<br>Suite 2000<br>Atlanta, GA 30339 | P-0042807 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 13 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042777 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 14 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042783 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 15 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042785 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 16 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042790 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 17 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042792 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 18 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042795 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|---|---|
| 19 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry Rd, Ste 2000<br>Atlanta, GA 30339 | P-0042798 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 20 | InterfaceFLOR, LLC<br>Catherine Mattingly<br>2859 Paces Ferry, Suite 2000<br>Atlanta, GA 30339 | P-0042801 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 21 | Lafayette Hotels<br>155 Littlefield Ave<br>Bangor, ME 04401 | P-0051948 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 22 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd<br>Paducah, KY 42003 | P-0040594 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 23 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd<br>Paducah, KY 42003 | P-0040635 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 24 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040601 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 25 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040620 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 26 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040634 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 27 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040636 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/14/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 28 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040637 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 29 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040640 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 30 | Mercy Health<br>Suellen Feldner<br>1530 Lone Oak Rd.<br>Paducah, KY 42003 | P-0040647 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/14/2017 |
| 31 | Ocracoke Island Trading Co<br>PO Box 6<br>Ocracoke, NC 27960 | P-0024960 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 11/14/2017 |
| 32 | Onslow Grading & Paving Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002924 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 33 | Onslow Grading & Paving Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002936 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 34 | Onslow Grading & Paving<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002948 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 35 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002406 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/23/2017 |
| 36 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002494 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/23/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 37 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002756 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 38 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002797 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 39 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002838 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 40 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002852 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 41 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0002883 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 42 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0003050 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 43 | Onslow Grading & Paving, Inc.<br>115 Atlas Brown Drive<br>Jacksonville, NC 28540-3052 | P-0003070 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/24/2017 |
| 44 | Perry, Aquilla<br>KO Enterprises<br>324 Glenn Road<br>West Columbia, SC 29172 | P-0052552 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/28/2017 |
| 45 | Piercey Fontana, LLC dba Rock Honda<br>16901 Millikan Ave.<br>Irvine, CA 92606 | 2216 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings Inc. | 11/9/2017 |

| Corporate / Government Unliquidated Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
| 46 | Piercey North, Inc. dba Piercey Toyota<br>16901 Millikan Ave.<br>Irvine, CA 92606 | 2172 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings Inc. | 11/8/2017 |
| 47 | Public Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043053 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 48 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042381 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 49 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042382 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 50 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042386 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 51 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042434 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 52 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042477 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 53 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043194 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 54 | Publix Super Markets Inc.<br>Lori Deangelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047143 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/22/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

## Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 55 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042384 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 56 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042436 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 57 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042440 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 58 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042519 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 59 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042521 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 60 | Publix Super Markets Inc.<br>Lori Deangelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042522 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 61 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042523 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 62 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042524 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 63 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042529 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| Corporate / Government Unliquidated Claims | | | | | | |
|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
| 64 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0042530 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 65 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043054 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 66 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043055 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 67 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043057 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 68 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043059 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 69 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043076 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 70 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043120 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 71 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043121 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 72 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043122 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/18/2017 |

**Corporate / Government Unliquidated Claims**

| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|---|---|
| 73 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043124 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 74 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043242 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 75 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043249 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 76 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043257 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 77 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043258 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/18/2017 |
| 78 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043690 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 79 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043801 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 80 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043821 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 81 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043823 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/19/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

**Corporate / Government Unliquidated Claims**

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 82 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043855 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 83 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043878 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 84 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043880 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 85 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0043881 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/19/2017 |
| 86 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045249 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 87 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045250 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 88 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045251 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 89 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045252 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 90 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045253 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 91 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045255 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 92 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045256 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 93 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045257 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 94 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045258 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 95 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0045259 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 96 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0046874 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 97 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0046878 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 98 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0046881 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 99 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0046905 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |

## Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 100 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047132 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 101 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047144 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 102 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047145 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 103 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047148 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 104 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047150 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 105 | Publix Super Markets Inc.<br>Lori Deangelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047151 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 106 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047152 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 107 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047154 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 108 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047156 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/22/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| Corporate / Government Unliquidated Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
| 109 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047157 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 110 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047160 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 111 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0047161 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/22/2017 |
| 112 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052876 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 113 | Publix Super Markets Inc.<br>Lori Deangelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052881 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 114 | Publix Super Markets Inc.<br>Lori Deangelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052882 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 115 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052904 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 116 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052905 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 117 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052917 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 12/26/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

| Corporate / Government Unliquidated Claims | | | | | | |
|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
| 118 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052927 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 119 | Publix Super Markets Inc.<br>Lori Deangelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052937 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 120 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052938 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 121 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052940 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 122 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052943 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 123 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052960 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 124 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052963 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 125 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052968 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |
| 126 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0052977 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/26/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total

Corporate / Government Unliquidated Claims

| No. | Claimant | Claim Number | Claim Amount | Adjusted Claim Amount | Asserted Debtor | Date Claim Filed |
|---|---|---|---|---|---|---|
| 127 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0053154 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 128 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0053157 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 129 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0053158 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 130 | Publix Super Markets Inc.<br>Lori DeAngelis<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811-3311 | P-0053159 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 131 | The Recon Store<br>Noah Melamed<br>1254 Manheim Pike<br>Lancaster, PA 17601 | P-0050801 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/27/2017 |
| 132 | Universal Pressure Pumping, Inc.<br>Baker Hostetler LLP<br>1801 California St No. 4400<br>Denver, CO 80202 | P-0043068 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 133 | Universal Pressure Pumping, Inc.<br>Baker Hostetler LLP<br>1801 California St No. 4400<br>Denver, CO 80202 | P-0043023 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/20/2017 |
| 134 | Willoway Day Camp<br>Jonathon Koenigsberg<br>PO Box 250933<br>West Bloomfield, MI 48325 | P-0039677 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 12/13/2017 |
| 135 | Zhang, Diana X<br>Alpine Realty Management<br>11 3rd Ave<br>Port Washington, NY 11050 | P-0002594 | Unliquidated (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>Unliquidated (T) | $0 (U)<br>$0 (P)<br>$0 (S)<br>$0 (A)<br>$0 (T) | TK Holdings, Inc, et al. | 10/23/2017 |

| Corporate / Government Unliquidated Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Claimant | Claim Number | Claim Amount | | Adjusted Claim Amount | | Asserted Debtor | Date Claim Filed |
| 136 | Zhang, Diana X<br>Alpine Realty Management<br>11 3rd Ave<br>Port Washington, NY 11050 | P-0002671 | Unliquidated<br>$0<br>$0<br>$0<br>Unliquidated | (U)<br>(P)<br>(S)<br>(A)<br>(T) | $0<br>$0<br>$0<br>$0<br>$0 | (U)<br>(P)<br>(S)<br>(A)<br>(T) | TK Holdings, Inc, et al. | 10/23/2017 |

(U) - Unsecured (P) - Priority (S) - Secured (A) - Administrative (T) - Total