# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------X
:
In re : Chapter 11
:
TK HOLDINGS INC., *et al*, : Case No. 17-11375 (BLS)
:
Debtors. : Jointly Administered
:
Mink, Jennifer and Douglas : **MOTION TO ENTER ON RECORD AMOUNT**
Claim Number 4533 : **OF CLAIMANT REQUESTED TO SETTLE**
:
Claimants :
------------------------------X

## MEMORANDUM

Jennifer and Douglas Mink, Claimants in this action, now before this Court do hereby request an amount of ten million dollars for their losses due to the defective Takata air bag in there 2003 Honda Accord. The amount requested shall cover all damages including a medical release from the driver of the Honda, the total loss of the Honda, loss of use of the Honda, replacement of the Honda and all and any past and future medical expenses of the driver of the Honda. This motion if granted shall be the full and final settlement of Jennifer, Douglas, and Deborah Mink, the driver of the 2003 Honda Accord.

Respectfully submitted,

Jennifer and Douglas Mink
6999 Emery Court
West Chester, Ohio 45069
Phone: 513-847-1578
Email: minkpb@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent 04/15/2021 via email to Pachulski Stang Ziehl & Jones LLP, Laura Davis Jones ljones@pszjlaw.com ; David M. Bertenthal dbertenthal@pszjlaw.com ; and Peter J. Keane pkeane@pszjlaw.com

Page 1 of 1