UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

**RESPONSE**

Case No. 17-11375(BLS)

Doc 4468-2

FILED

2021 AUG -5  AM 8: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**TK HOLDINGS INC., ET AL.,**

VS

**LOUIS CLYBOURN, CLAIMANT**

The class action requested any type of loss as well as the possibility of future loss to me the claimant. I've owned 5 vehicles within this time frame and the fact that there is a deadly possibility of an issue due to the airbags in all 5 vehicles posed a real and present life threatening danger to my wife and children.

The issue isn't solely if we had an injury due to an accident, the issue is we were in danger as a result of the sub par equipment manufactured and put inside of these vehicle, that could've over the span of approximately 10 years could have killed us!

TK Holdings Inc., et al provided the proof when they were forced into a class action. Not to mention the unfortunate deaths and sever injuries.

I am requesting the $4,000,000 x 5 for each vehicle/death trap I have leased and or purchased during this time frame. A life is treasured and priceless.!

In addition these vehicles were not worth the MSRP nor the money spent for them due to the ever present airbag danger. The value was misrepresented. I spent on average 550/month for at least 15 years of payments, plus maintenance, gas, accessories. I've spent several hours of my time in service department for recall after recall, i.e., the vehicles inability to stop, and now an engine problem.

This is also proof of loss. This a mental anguish, lost time and money, and now another response is truly proof of the system/ big enterprise sticking it to "We The People"

Please accept this response finally and pay the total of $20,150,000.

Sincerely,

Louis Clybourn