# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC.*, et al.*, | Case No.  17-11375 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

James E. Huggett, Esquire of the Delaware law firm, Margolis Edelstein, hereby notifies the Clerk of this Court that his client(s) in this bankruptcy case has/have resolved any interests or issues in the case, he no longer wishes to receive CM/ECF electronic notices in this particular case, and **he respectfully requests that he be taken off of the electronic (and any other) service list herein going forward in this particular bankruptcy case.**

Dated: September 13, 2021
Wilmington, Delaware

                                                               Respectfully submitted,
                                                             **MARGOLIS EDELSTEIN**

                                                             **BY:** */s/ James E. Huggett*
                                                             James E. Huggett (3956)
                                                             MARGOLIS EDELSTEIN
                                                             300 Delaware Avenue, Suite 800
                                                             Wilmington, DE  19801
                                                             TEL:   (302)   888.1112
                                                             FAX:   (302)   888.1119
                                                             jhuggett@margolisedelstein.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | Case No. 17-11375 (BLS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, Esquire, hereby certify that on September 13, 2021, I served a copy of the Notice of Withdrawal of Appearance to all parties set up to receive service via CM/ECF electronic noticing.

                                                    /s/James E. Huggett
                                                James E. Huggett (#3956)