# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TK HOLDINGS INC., *et al.*,[1] | ) ) | Case No. 17-11375 (BLS) |
| Debtors. | ) ) ) ) ) | Jointly Administered<br><br>**Obj. Deadline: Oct 29, 2021 at 4:00 p.m. EST**<br>**Hearing Date: Nov. 17, 2021 at 10:00 a.m. EST** |

## NOTICE OF RESCHEDULED HEARING REGARDING MOTION OF PLAINTIFF AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC. FOR AN ORDER HOLDING JOYSON SAFETY SYSTEMS IN CIVIL CONTEMPT AND FOR ATTORNEYS' FEES AND OTHER RELIEF

PLEASE TAKE NOTICE that on September 16, 2021, the undersigned counsel for Automotive Coalition for Traffic Safety, Inc. filed the *Motion for an Order Holding Joyson Safety Systems in Civil Contempt and for Attorneys' Fees and Other Relief* [Docket No. 4528] (the "Motion").[2] The Motion was previously served upon the notice parties identified in the Motion.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion (the "Hearing") has been rescheduled to November 17, 2021 at 10:00 a.m. (Eastern) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, Sixth Floor, Court Room No. 1, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debt-ors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Au-burn Hills, Michigan 48326.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribe to them in the Motion.

PHIL1 9693785v.1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the undersigned counsel no later than <u>October 29, 2021, at 4:00 p.m. (Eastern)</u>.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THEN THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR A HEARING.

Dated: September 27, 2021
       Wilmington, DE 19801

| MAYER BROWN LLP | Respectfully submitted, |
|---|---|
| James R. Ferguson<br>Melissa A. Anyetei<br>Luiz Miranda<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 782-0600<br>E-mail: jferguson@mayerbrown.com<br>E-mail: manyetei@mayerbrown.com<br>E-mail: lmiranda@mayerbrown.com | */s/ Richard M. Beck*<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>Richard M. Beck (DE Bar No. 3370)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>E-mail: rbeck@klehr.com |
| Linda Rhodes<br>1999 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>E-mail: lrhodes@mayerbrown.com | *Counsel for Automotive Coalition for Traffic Safety, Inc.* |