TK Holdings Inc et al
case # 17-11375
US Bankruptcy court District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801
claim # P-0052236
Honorable Brendan Linehan Shannon

September 21, 2021



Greetings Your Honor,

I have received a disbursement of $91.51 for claim 52236. This is unacceptable. My claim 52236 has not been expunged nor removed from the case. The claim is $11,007 US dollars as attached. I see the lawyers want to keep my money. I have experienced this before with class action cases where in the administrator fails to deliver as ordered by the court. Please inquire to the administrator why the claim of $11,007 has not been delivered to me. Please advise.

Sincerely

Stanley R Miller

| | | |
|---|---|---|
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Billeaudeaux, Terry J |
| **Claim Value** | | Expunged |
| **Claim #** | 52231 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Hicks, Tara T |
| **Claim Value** | | Expunged |
| **Claim #** | 52232 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Brooks, Dorothy L |
| **Claim Value** | | Expunged |
| **Claim #** | 52233 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Hernandez, Carlos E |
| **Claim Value** | | Expunged |
| **Claim #** | 52234 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Lynn, Cathy A |
| **Claim Value** | | Expunged |
| **Claim #** | 52235 | |
| **Filed Date** | | 12/26/2017 |
| **Creditor Name** | | Claim Docketed In Error |
| **Claim Value** | | Multiple VINs |
| **Claim #** | 52236 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Miller, Stanley R |
| **Claim Value** | | $11,007.26 |
| **Claim #** | 52237 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Trudeau, Norman A |
| **Claim Value** | | Expunged |
| **Claim #** | 52238 | |
| **Filed Date** | | 12/27/2017 |
| **Creditor Name** | | Bakerdjian, Levon J |

Prime Clerk
KROLL

Takata Airbag Inflat...

MENU

| | | |
|---|---|---|
| **Filed Date** | | 12/27/2017 |

**For address changes, please contact your Administrator.**

BMT **BRYN MAWR TRUST**
BRYN MAWR, PENNSYLVANIA 19010-3396

DATE: 09/15/2021    CK#: 157267

STANLEY MILLER
1466 BELLEVUE AVENUE, APT #16
BURLINGAME, CA 94010

| | |
|---|---|
| GROSS | 41.51 |
| FEDERAL | 0.00 |
| NET | $41.51 |

BMT **BRYN MAWR TRUST**
BRYN MAWR, PENNSYLVANIA 19010-3396

DATE: 09/15/2021    CK#: 157267

Account No.    XXXXXX4633    Amount:    $41.51    0 3082

Account Name:    BMTC DE AS THE CUSTODIAN OF THE REORGANIZED TK HOLDINGS TRUST, JOSEPH J. FARNAN, JR., AS TRUSTEE (HOLDING SUB ACCOUNT)

For:    PYMENT PERDIRECTION DTD 9/15/2
CLAIM REFERENCE NO.
P-0052236
CLAIM REFERENCENO. P-0052236

Reg 25

| | |
|---|---|
| GROSS | 41.51 |
| FEDERAL | 0.00 |
| NET | $41.51 |

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

BMT **BRYN MAWR TRUST**
BRYN MAWR, PENNSYLVANIA 19010-3396

60 - 848 / 319    No. CK# 157267

DATE    09/15/2021

Pay Exactly    $**********41.51

PAY:    Forty-One And 51/100 Dollars

TO THE ORDER OF
STANLEY MILLER
1466 BELLEVUE AVENUE, APT #16
BURLINGAME, CA 94010

*Mary Agnes Lusky*
AUTHORIZED SIGNATURE

CLAIM REFERENCENO. P-0052236    BORDER CONTAINS MICROPRINTING

⑈157267⑈ ⑆031908485⑆ 540 616 3⑈