IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: : Chapter 11
:
TK HOLDINGS INC., *et al*.,[1] : Case No. 17-11375 (BLS)
:
Debtors. : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in the above-captioned cases (the "Chapter 11 Cases") as counsel for Joyson Safety Systems Acquisition, LLC ("Joyson"), pursuant to section 1109(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and requests copies of any and all notices and papers filed or entered in this Chapter 11 Cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

| | |
|---|---|
| Ron E. Meisler, Esq. | Carl T. Tullson, Esq. |
| Amy Van Gelder, Esq. | Jacqueline M. Dakin, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| 155 N. Wacker Drive | One Rodney Square |
| Chicago, Illinois 60606-1720 | 920 N. King Street |
| Telephone: (312) 407-0700 | Wilmington, Delaware 19801 |
| Fax: (312) 407-0411 | Telephone: (302) 651-3000 |
| Email: ron.meisler@skadden.com | Fax: (302) 651-3001 |
| Email: amy.vangelder@skadden.com | Email: carl.tullson@skadden.com |
| | Email: jacqueline.dakin@skadden.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002 and Local Bankruptcy Rule 2002-1), motion, petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the Chapter 11 Cases and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive Joyson's rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after *de novo* review by a higher court, (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Joyson is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Joyson does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: Wilmington, Delaware
       November 4, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Carl T. Tullson*
Carl T. Tullson (I.D. No. 6704)
Jacqueline M. Dakin (I.D. No. 6650)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
Amy Van Gelder
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Joyson Safety Systems Acquisition, LLC.*

## CERTIFICATE OF SERVICE

I, Carl T. Tullson, certify that on November 4, 2021, I caused the foregoing *Notice of Appearance and Request for Service of Notices and Paper* to be served by electronic transmission using the Court's CM/ECF system on all parties who have registered to receive notifications in these cases.

*/s/ Carl T. Tullson*
Carl T. Tullson