# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re**: | ) <br> ) Chapter 11 <br> ) |
| **TK HOLDINGS INC.,** *et al.*,[1] | ) Case No. 17-11375 (BLS) <br> ) |
| **Debtors.** | ) (Jointly Administered) <br> ) <br> ) **Re: Doc. No. 4528** |

## PLAINTIFF AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN ORDER HOLDING JOYSON SAFETY SYSTEMS IN CIVIL CONTEMPT AND FOR ATTORNEYS' FEES AND OTHER RELIEF

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Plaintiff Automotive Coalition for Traffic Safety, Inc. ("ACTS") brings this motion for leave to file a Supplemental Memorandum in support of its Motion to hold Defendant Joyson Safety Systems Acquisition, LLC ("Joyson") in civil contempt for failing to comply with a Stipulated Order entered by this Court. In support of the motion, ACTS states as follows:

1. On September 16, 2021, ACTS filed a motion to hold Joyson in civil contempt for its failure to comply with a Stipulated Order entered by this Court in this Chapter 11 proceeding.

2. After filing the motion, ACTS agreed to give Joyson an extension of time to file its response so that Joyson could take certain steps to address issues raised by ACTS' motion. Under the current schedule, Joyson's objections are due on November 23, 2021 and ACTS' reply is due on December 10, 2021. (DI 4559).

3. After ACTS filed its motion, Joyson took some steps to address issues raised by ACTS' motion, but failed to take other steps requested by ACTS.

4. Accordingly, in its Supplemental Memorandum (attached as Exhibit A), ACTS seeks to update the Court on certain developments occurring after ACTS filed its motion and to revise ACTS' claim for relief in light of these developments.

5. Joyson states that it does not oppose ACTS' request for leave to file the Supplemental Memorandum.

| | |
|---|---|
| Dated: November 16, 2021 | Respectfully submitted,<br><br>*/s/ Richard M. Beck*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Richard M. Beck (DE Bar No. 3370)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>E-mail: rbeck@klehr.com<br><br>*Counsel for Automotive Coalition for Traffic Safety, Inc.* |
| **MAYER BROWN LLP**<br>James R. Ferguson<br>Melissa A. Anyetei<br>Luiz Miranda<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 782-0600<br>E-mail: jferguson@mayerbrown.com<br>E-mail: manyetei@mayerbrown.com<br>E-mail: lmiranda@mayerbrown.com<br><br>Linda Rhodes<br>1999 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>E-mail: lrhodes@mayerbrown.com | |