IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **TK HOLDINGS INC.**, *et al.*,[1] | ) Case No. 17-11375 (BLS) |
| | ) |
| **Debtors.** | ) (Jointly Administered) |
| | ) |
| | ) Re: Doc. No. _____ |

**ORDER GRANTING PLAINTIFF AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN ORDER HOLDING JOYSON SAFETY SYSTEMS IN CIVIL CONTEMPT AND FOR ATTORNEYS' FEES AND OTHER RELIEF**

Upon consideration of *Plaintiff Automotive Coalition for Traffic Safety, Inc.'s Unopposed Motion for Leave to File a Supplemental Memorandum in Support of its Motion for an Order Holding Joyson Safety Systems in Civil Contempt and for Attorneys' Fees and Other Relief* (the "Motion for Leave")[2], it is HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED.

2. The Court will consider the Supplemental Memorandum at the hearing and the Supplemental Memorandum is deemed filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Leave.

3.  The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: November __, 2021

_____
The Honorable Brendan L. Shannon
United States Bankrutpcy Court

9764185.v1