# CERTIFICATE OF SERVICE

I, Richard M. Beck, hereby certify that on November 16, 2021, the foregoing *Plaintiff Automotive Coalition for Traffic Safety, Inc.'s Motion for Leave to File a Supplemental Memorandum* was served by email upon the following counsel:

Laura Davis Jones, Esq.
David M. Berenthal, Esq.
Peter J. Keane, Esq.
Pachulski Stang Young & Jones LLP
919 N. Market Street
17th Floor
Wilmington, Delaware 19801

*Counsel for Defendant Joseph J. Farnan, Jr. in his Capacity as Trustee of the Reorganized TK Holdings Trust*

Frank A. Angileri, Esq.
Brooks Kushman P.C.
1000 Tower Center
Southfield, Michigan 48075

Carl T. Tullson, Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801

Ron E. Meisler
Amy Van Gelder
Skadden, Arps, Slate,
Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606

*Counsel for Defendant Joyson Safety Systems Acquisition, LLC*

KLEHR HARRISON HARVEY
BRANZBURG LLP

 */s/ Richard M. Beck*
Richard M. Beck (# 3370)

744635064.5 16-Nov-21 09:47