**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :    **Chapter 11**
                                              :
**TK HOLDINGS INC.,** *et al.,* [1]           :    **Case No. 17-11375 (BLS)**
                                              :
                Debtors.                      :    **Jointly Administered**
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF DEPOSITION OF
## ROBERT STRASSBURGER

PLEASE TAKE NOTICE, that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9014-(c) of the Federal Rules of Bankruptcy Procedure, Joyson Safety Systems Acquisition, LLC ("Joyson") by and through their undersigned counsel, will take the deposition of Robert Strassburger on December 13, 2021, beginning at [9]:00 a.m. (EST).

The deposition will take place via Zoom.  The deposition will be recorded by video and stenographic means, and will be taken for the purposes of discovery and for any other purposes as are permitted under the applicable rules.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Dated: November 18, 2021
       Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Carl T. Tullson*
Carl T. Tullson (DE Bar No. 6704)
Jacqueline M. Dakin (DE Bar No. 6650)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
Amy Van Gelder
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Joyson Safety Systems Acquisition, LLC*