# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS INC., *et al,*. | Case No. 17–11375 (BLS) |
| Debtors. [1] | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 8th day of December, 2021, a true and correct copy of *Automotive Coalition for Traffic Safety, Inc.'s Objections and Responses to Joyson's Second Request for the Production of Documents* was served via electronic mail on the parties listed on the attached service list.

Respectfully submitted,

*/s/ Richard M. Beck*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Richard M. Beck (DE Bar No. 3370)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
E-mail: rbeck@klehr.com

*Counsel for Automotive Coalition for Traffic Safety, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

9792869.v1

## SERVICE LIST

Laura Davis Jones
David M. Bertenthal
Peter J. Keane
Pachulski Stang Young & Jones LLP
919 N. Market Street
17th Floor
Wilmington, Delaware 19801

*Counsel for Defendant Joseph J. Farnan, Jr. in his Capacity as Trustee of the Reorganized TK Holdings Trust*

Frank A. Angileri
Brooks Kushman P.C.
1000 Tower Center
Southfield, Michigan 48075

Carl T. Tullson
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801

Ron E. Meisler
Amy Van Gelder
155 N. Wacker Dr.
Chicago, Illinois 60606

*Counsel for Defendant Joyson Safety Systems Acquisition, LLC*

9792869.v1