January 19, 2022

Wanda Castelo
POA Trustee
Lee Charles Castelo Trust
3465 S. Gaylord Court A-217
Englewood, Colorado. 80113
Phone: 303-549-2042
Email: Tri_west@msn.com

FILED
2022 JAN 27 AM 8:33
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Delaware Bankruptcy Court
Judge Shannon
824 North Market Street, 6th Floor
Wilmington, DE. 19801

Re: Case name: In re TK Holdings Inc. et al
    Case number: 17-11375 (BLS)
    Claimant: Lee Charles Castelo Trust Claim #4842 *Seatbelt Claimant*

Dear Judge Shannon,

I am the power of attorney (Trustee) for the Lee Charles Castelo Trust. This letter is to seek an understanding of the handling of the allowed class 7 seatbelt claims in Honda vehicles. The Lee Charles Castelo Trust is listed in the *approved seatbelt claims* recently shown as Exhibit A in Docket 4590.

Unlike the Class 5 PSAN PI/WD inflator claims (in Honda vehicles) the Class 7 PI/WD (in Honda vehicles) are NOT being channeled to the POEM's for additional payment. These additional payments by the POEM's would allow the injured parties payments in-line with industry standard compensation which has been calculated based on need and inclusive of pain and suffering.

Takata manufactured both the seatbelts and the airbags approved for payment in this bankruptcy case. Payment of these seatbelt Takata claims, through the participating POEM'S would certainly be an efficient way to clear out these claims on the participating OEM's side as well.

Could the court please provide clarity as to why the approved seatbelt claim injuries are not also being channeled to the POEM's in this bankruptcy case.

Thank you,

Wanda Castelo



Wanda Castelo
POA Trustee
Lee Charles Castelo Trust
3465 S. Gaylord Court #A-217
Englewood, Colorado 80113

Case #17-11375 — Takata
Delaware Bankruptcy Court
Judge Shannon
824 North Market Street
6th Floor
Wilmington, DE 19801

CERTIFIED MAIL
7020 0640 0001 6331 6593

U.S. POSTAGE PAID
FCM LETTER
ENGLEWOOD, CO
80110
JAN 21, 22
AMOUNT
$7.38
R2303S100839-04