*Foster Malone*
1423 Brookside Manor Court,
Tucker, GA 30084

January 22, 2022

Office of the Clerk of the
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: United States Bankruptcy Court
    for the District of Delaware
In Re: TK Holdings INC., et al., (Debtors) Chapter 11
No. 17-11375 (BLS)
Title: Joint Motion of Eric D. Green, In His Capacity as Trustee
of the Takata Airbag Tort Compensation Trust Fund
And Joseph J. Farnan, Jr., In His Capacity as Trustee of the
Reorganized TK Holdings Trust, For Entry of An Order Directing
And Permitting Bifurcation of Certain Claims

Claimant Malone, Foster
Claim No.: P-0041567
Claim amount: $500,000.

I object to the joint motion of Eric D. Green and Joseph J. Farnan for an order directing and permitting bifurcation of my claim specifically and to the other certain claims indicated on Exhibit A

"All" claimants were provided with the opportunity to state their individual financial damage estimate amount as well as provide their reasoning for such amount. It is to unfairly discriminate and create unduly additional obstacles by separating those claimants who provided estimated damage amounts and reasoning from those who chose not to provide this information.

My claim amount in this motion was incorrectly indicated as five million USA dollars. This is a grossly exaggerated amount by 900%. I can only speculate whether or not my claim amount was intentionally overstated. I would argue that the inaccurate higher amount would be beneficial toward the passage of this motion.

The court only provided a few days to respond to this motion. I am kindly requesting that future motions which require my response provide more time for a response.

Respectfully,

Foster Malone

CC:

Brown Rudnick LLP
Attn: David J. Molton
Seven Times Square
New York, New York, 10036

Blank Rome LLP
Attn: Stanley B. Tarr
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801

Pachulski Stang Ziel & Jones LLP
Attn: Peter J. Keane
919 North Market Street. 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)

**Foster Malone**
1423 Brookside Manor Ct.
Tucker, GA 30084

Office of the Clerk of the
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801