IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | Case No. 17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket Nos. 4616, 4617** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On February 2, 2022 Eric D. Green, in his capacity as trustee (the "Trustee") of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund, by his counsel Brown Rudnick LLP and Blank Rome LLP, filed the *Twelfth Omnibus Objection of Eric D. Green In His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims* [Docket No. 4616] (the "Objection"); and the *Motion of Eric D. Green, In His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, for Entry of an Order Reclassifying Emotional Distress Claims* [Docket No. 4617] (the "Motion to Reclassify") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A hearing on the Objection and the Motion to Reclassify is scheduled for February 16, 2022 at 10:00 a.m. (ET) at the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

The claims that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) have been delivered to Chambers (with all attachments) together with a copy of the Objection and the Motion to Reclassify. Copies of any claim can be requested from counsel for the Trustee.

Dated: February 2, 2022  
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*  
Stanley B. Tarr (DE No. 5535)  
1201 N. Market Street, Suite 800  
Wilmington, Delaware 19801  
Telephone:   (302) 425-6400  
E-mail:         stanley.tarr@blankrome.com

    -and-

**BROWN RUDNICK LLP**  
David J. Molton (admitted *pro hac vice*)  
Gerard T. Cicero (admitted *pro hac vice*)  
Seven Times Square  
New York, New York 10036  
Telephone:   (212) 209-4800  
E-mail:         dmolton@brownrudnick.com  
                  gcicero@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*