IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered<br><br>**Related Docket No.: 4621** |

**CERTIFICATE OF NO OBJECTION REGARDING
TWELFTH MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE
OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, FOR AN
ORDER EXTENDING THE DEADLINE TO OBJECT TO OTHER PI/WD CLAIMS**

On January 25, 2022, Eric D. Green, in his capacity as trustee (the "Trustee") of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund in the chapter 11 cases of the above-captioned debtors, filed the *Twelfth Motion of Eric D. Green, In His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, for an Order Extending the Deadline to Object to Other PI/WD Claims* [Docket No. 4621] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). The notice appended to the Motion established a deadline of February 9, 2022 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Motion. The undersigned hereby certifies that counsel for the Trustee has received no formal or informal objection or response to the Motion. The undersigned further certifies that he has caused a review of the Court's docket in these cases and no objection or response to the Motion appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Accordingly, the Trustee respectfully requests entry of the proposed form of order attached hereto as **Exhibit A** (which form of order remains unchanged from the form of order filed with the Motion, except the caption has been updated) at the earliest convenience of the Court.

Dated: February 11, 2022
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
E-mail:   stanley.tarr@blankrome.com

-AND-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
D. Cameron Moxley (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
E-mail:   dmolton@brownrudnick.com
              dmoxley@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*