**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| TK HOLDINGS INC., *et al.*, | : | Case No. 17-11375 (BLS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | : | Hearing Date: April 25, 2022 at 9:30 a.m. (ET) |
| | : | Ref. Docket Nos. 4020, 4029 |

---------------------------------------------------------x

### RE-NOTICE OF HEARING ON NINETEENTH OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO CLAIM OF JAMES F. DEBOUNO

**PLEASE TAKE NOTICE** that, on October 28, 2019, Joseph J. Farnan, Jr., in his capacity as trustee (the "***Trustee***") of the Reorganized TK Holdings Trust (as defined in the Amended and Restated Trust Agreement) (the "***Trust***") in the chapter 11 cases of the above-captioned debtors (collectively, the "***Debtors***") filed with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") *The Reorganized TK Holdings Trust's Nineteenth Omnibus Objection to Claims –Non-Substantive (Late Filed Claims)* [Docket No. 4020] (the "***Objection***").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the response of James F. DeBouno [Docket No. 4029] and the Objection will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 25, 2022 at 9:30 a.m. (prevailing Eastern Time)** (the "***Hearing***").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

| | |
|---|---|
| Dated: March 28, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile:  302-652-4400<br>E-mail:    ljones@pszjlaw.com<br>           dbertenthal@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>*Attorneys for Trustee of the Reorganized TK Holdings Trust* |