IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2022 APR -4 PM 3:23
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | Case No. 17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |

## STIPULATION BETWEEN THE TATCTF TRUSTEE AND CLAIMANT HESMAN W. TALL TO TRANSFER CLAIM NO. P-0044606 TO THE TATCTF TRUST AS A CLASS 5 CLAIM

This stipulation (the "Stipulation") is entered into by and between Eric D. Green, in his capacity as trustee (the "TATCTF Trustee") of the PSAN PI/WD Trust *d/b/a* the Takata Airbag Tort Compensation Trust Fund (the "TATCTF"), and Hesman Tall (the "Claimant," and together with the TATCTF Trustee, the "Parties") to allow for a transfer of the Claim (as defined below) to the TATCTF. The Parties state and agree as follows:

### RECITALS

WHEREAS, on June 25, 2017 (the "Petition Date"), TK Holdings Inc. and its affiliates filed for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code");

WHEREAS, on October 4, 2017, this Court entered an *Order For Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines and Information to Potential PSAN Inflator*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

1

*Claimants* [Docket No. 959] (the "Bar Date Order"). Pursuant to the Bar Date Order, December 27, 2017 was established as the deadline for filing Class 5 PSAN PI/WD Claims;

WHEREAS, on December 20, 2017, Claimant filed a proof of claim against TK Holdings, Inc. that was subsequently denoted as claim number P-0044606 on the Debtors' claims register (the "Claim");

WHEREAS, on February 21, 2018, the Court entered an order [Docket No. 2120] (the "Confirmation Order") confirming the Fifth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings and its Affiliated Debtors [Docket No. 2116] (the "Plan");

WHEREAS, the Plan divides personal injury and wrongful death claims related to Takata Products (as that term is defined in the Plan) sold or supplied prior to the Petition Date into two classes: (i) Class 5 PSAN PI/WD Claims for claims relating to an injury or death allegedly caused by a PSAN Inflator; and (ii) Class 7 Other PI/WD Claims for claims, other than PSAN PI/WD Claims, arising out of or relating to an injury or death allegedly caused by a Takata Product;

WHEREAS, on April 10, 2018, the Plan became effective [Docket No. 2646], the TATCTF was established, and the TATCTF Trustee was appointed;

WHEREAS, on February 9, 2018, the Debtors filed its *Amended Seventh Non-Substantive Omnibus Objection to Claims (Insufficient Documentation PPIC Claims)* [Docket No. 2013] (the "Debtors' Objection"), which sought to disallow and expunge the Claim on the basis that it did not include sufficient information or documentation to ascertain the validity of Claim. Debtors' Objection was withdrawn with respect to the Claim;

WHEREAS, on February 22, 2019, the Trustee filed the *Fifth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims* [Docket No. 3665] (the "Trustee's First Objection"), which objected to the Claim on the basis that it contained no supporting documentation to substantiate a Class 5 PSAN PI/WD Claim against the TATCTF;

WHEREAS, the Claimant contested the Trustee's First Objection [Docket No. 3712] arguing that Claimant has submitted supporting documentation on or about February 28, 2018 and had experienced

2

difficulty submitting documents on the "*Prime Clerk* system." Thereafter, the Trustee's Objection was withdrawn with respect to the Claim;

WHEREAS, on January 14, 2022, the Trustee filed the *Twelfth Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of The Takata Airbag Tort Compensation Trust Fund, (Non-Substantive) To Insufficient Documentation Claims* [Docket No. 4616] (the "Trustee's Second Objection"), which sought to expunged and disallow the Claim, among other claims, on the basis that such claims provided insufficient documentation;

WHEREAS, on February 3, 2022, the Court entered an order granting the Trustee's Second Objection [Docket No. 4643] (the "Order");

WHEREAS, post-entry and docketing of the Order, Claimant has now provided certain additional documentation to TATCTF which alleges and asserts a Class 5 PSAN PI/WD Claim;

NOW, THEREFORE, in consideration of the covenants, agreements, and conditions set forth herein and for good and other valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. **The Trustee's Second Objection is deemed withdrawn as to claim number P-0044606.**

2. This Stipulation shall become effective on the day that the United States Bankruptcy Court for the District of Delaware enters a final non-appealable order approving the terms of this Stipulation (the "Effective Date").

3. Upon the Effective Date, the Claim shall be reclassified as a Class 5 PSAN PI/WD Claim and pursuant to the *Findings Of Fact, Conclusions Of Law, And Order Confirming The Fifth Amended Joint Chapter 11 Plan Of Reorganization Of TK Holdings Inc. And Its Affiliated Debtors* [Docket No. 2120] channeled to the TATCTF and subject to its procedures set forth in the *Eighth Amended PSAN PI/WD Trust Distribution Procedures*, as may be further modified or revised.

4. For the avoidance of doubt, the TATCTF reserves all rights with respect to the validity, allowance, disallowance and/or otherwise in connection with the Claim.

SO AGREED.

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
E-mail: tarr@blankrome.com

-and-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
     gcicero@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*

**HESMAN TALL**

Hesman W. Tall
10721 Graeloch Road
Laurel, MD 20723

*Claimant*

March 24, 2022

4