IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*,[1] | Case No. 17-11375 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 4673** |

**SECOND[2] AMENDED[3] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON**

*PLEASE TAKE NOTICE: AS THIS MATTER HAS BEEN ADJOURNED BY THE COURT, THIS HEARING HAS BEEN CANCELED.*

**MATTER GOING FORWARD:**

1. The Reorganized TK Holdings Trust's Nineteenth Omnibus Objection to Claims –Non-Substantive (Late Filed Claims) [Filed 10/28/19] ([Docket No. 4020](#))

   Response Deadline: November 11, 2019 at 4:00 p.m. (ET).

   Response Received:

   A. Response to the Reorganized TK Holdings Trust's Nineteenth Omnibus Objection Non-Substantive to Late Filed Claims Filed by James F. DeBouno Jr. [Filed 11/7/19] ([Docket No. 4029](#))

   Related Documents:

   A. Third Omnibus Objection of Eric D. Green, In His Capacity As Trustee Of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] **Amended items noted in bold.**

[3] Amended to reflect updated hearing start time from 9:30 a.m. (EST) to 10:30 a.m. (EST).

      The Takata Airbag Tort Compensation Trust Fund, (Substantive) To No Liability Claims [Filed 12/21/18] ([Docket No. 3528](#))

B. [Signed] Order Sustaining The Reorganized TK Holdings Trust's Nineteenth Omnibus Objection To Claims - Non-Substantive [Filed 1/8/20] ([Docket No. 4069](#))

C. Opinion [Filed 10/8/20] ([Docket No. 4227](#))

D. Certification of Counsel Regarding Supplemental Order Granting Third, Eighth, and Ninth Omnibus Objections of Eric D. Green, In His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, (Substantive) to No Liability Claims [Filed 10/21/20] ([Docket No. 4239](#))

E. [Signed] Supplemental Order Granting Third, Eighth, and Ninth Omnibus Objections (Substantive) to No Liability Claims [Filed 10/21/20] ([Docket No. 4241](#))

F. Notice of Appeal of Court's Opinion for the Third, Eighth, and Ninth Objections to No Liability Claims Filed by James F. DeBouno [Filed 10/29/20] ([Docket No. 4253](#))

G. [Signed] Final Order by District Court Judge Richard G Andrews, Re: Appeal on Civil Action Number: 20-1480 (BAP 20-50), Affirmed [Filed 7/15/21] ([Docket No. 4480](#))

H. Re-Notice of Hearing on Nineteenth Omnibus Objection to Claims with Respect to Claim of James F. DeBouno [Filed 3/28/22] ([Docket No. 4666](#))

Reply:

A. Reply in Support of The Reorganized TK Holdings Trust's Nineteenth Omnibus Objection to Claims –Non-Substantive (Late Filed Claims) [Filed 1/03/20] ([Docket No. 4059](#))

Status: **This matter has been adjourned at the Court's request. The hearing with respect to the claim of James F. DeBouno is adjourned to May 31, 2022 at 9:00 a.m. (ET).**

|  |  |
|---|---|
| Dated: April 25, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Peter J. Keane* |
|  | Laura Davis Jones (Bar No. 2436) |
|  | David M. Bertenthal (CA Bar No. 167624) |
|  | Peter J. Keane (Bar No. 5503) |
|  | 919 N. Market Street, 17th Floor, P.O. Box 8705 |
|  | Wilmington, DE 19899-8705 (Courier 19801) |
|  | Telephone: (302) 652-4100 |
|  | Facsimile: (302) 652-4400 |
|  | E-mail: ljones@pszjlaw.com |
|  | dbertenthal@pszjlaw.com |
|  | pkeane@pszjlaw.com |
|  | *Attorneys for the Trustee of the Reorganized TK Holdings Trust* |