UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In re: Industrias Irvin de Mexico, S.A. de C.V. § Case No. 17-11381
§
§ Lead Case No. 17-11375
§
Debtor(s) § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022    Petition Date: 06/25/2017

Plan Confirmed Date: 02/21/2018    Plan Effective Date: 04/10/2018

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: TK Holdings Inc.

Name of Authorized Party or Entity

/s/ Amanda R. Steele                     Amanda R. Steele
Signature of Responsible Party           Printed Name of Responsible Party

04/28/2022                               Richards, Layton & Finger, P.A.
Date                                     920 N. King Street
                                         Wilmington, DE 19801
                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.    Case No. 17-11381

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $4,078,763 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $4,078,763 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $99,560,237 | $0 | $99,560,237 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Weil, Gotshal & Manges, LLP | Lead Counsel | $0 | $32,372,424 | $0 | $32,372,424 |
| ii | Richards, Layton & Finger, P.A | Co-Counsel | $0 | $3,007,108 | $0 | $3,007,108 |
| iii | Pricewaterhouse Coopers | Financial Professional | $0 | $10,784,945 | $0 | $10,784,945 |
| iv | Prime Clerk LLC | Other | $0 | $377,873 | $0 | $377,873 |
| v | Lazard Freres & Co. and Lazard | Financial Professional | $0 | $12,905,468 | $0 | $12,905,468 |
| vi | Roger Frankel | Other | $0 | $1,442,995 | $0 | $1,442,995 |
| vii | Frankel Wyron LLP | Lead Counsel | $0 | $1,281,923 | $0 | $1,281,923 |
| viii | Ashby & Geddes, P.A. | Co-Counsel | $0 | $1,280,446 | $0 | $1,280,446 |
| ix | Greenberg Traurig LLP | Special Counsel | $0 | $1,485,628 | $0 | $1,485,628 |
| x | Gnarus Advisors LLC | Other | $0 | $1,146,421 | $0 | $1,146,421 |
| xi | Millbank, Tweed, Hadley & Mc | Lead Counsel | $0 | $11,458,361 | $0 | $11,458,361 |
| xii | Whiteford, Taylor & Preston LL | Co-Counsel | $0 | $953,647 | $0 | $953,647 |
| xiii | Zolfo Cooper, LLC | Financial Professional | $0 | $2,650,177 | $0 | $2,650,177 |
| xiv | Moelis & Company LLC | Financial Professional | $0 | $5,164,047 | $0 | $5,164,047 |
| xv | Chuo Sogo Law Office PC | Special Counsel | $0 | $53,300 | $0 | $53,300 |
| xvi | Davies Ward Phillips & Vinebe | Special Counsel | $0 | $180,016 | $0 | $180,016 |
| xvii | Pachulski Stang Ziehl & Jones | Lead Counsel | $0 | $8,346,962 | $0 | $8,346,962 |
| xviii | Gilbert LLP | Special Counsel | $0 | $675,672 | $0 | $675,672 |
| xix | Sakura Kyodo Law Offices | Special Counsel | $0 | $38,658 | $0 | $38,658 |
| xx | Alvarez & Marsal North Ameri | Financial Professional | $0 | $3,855,871 | $0 | $3,855,871 |
| xxi | Direct Fee Review | Other | $0 | $98,295 | $0 | $98,295 |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.                          Case No. 17-11381

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.                                    Case No. 17-11381

|     |          |   |   |   |   |   |
|-----|----------|---|---|---|---|---|
|     | lxxii    |   |   |   |   |   |
|     | lxxiii   |   |   |   |   |   |
|     | lxxiv    |   |   |   |   |   |
|     | lxxv     |   |   |   |   |   |
|     | lxxvi    |   |   |   |   |   |
|     | lxxvii   |   |   |   |   |   |
|     | lxxviii  |   |   |   |   |   |
|     | lxxix    |   |   |   |   |   |
|     | lxxx     |   |   |   |   |   |
|     | lxxxi    |   |   |   |   |   |
|     | lxxxii   |   |   |   |   |   |
|     | lxxxiii  |   |   |   |   |   |
|     | lxxxiv   |   |   |   |   |   |
|     | lxxxv    |   |   |   |   |   |
|     | lxxxvi   |   |   |   |   |   |
|     | lxxxvi   |   |   |   |   |   |
|     | lxxxvi   |   |   |   |   |   |
|     | lxxxix   |   |   |   |   |   |
|     | xc       |   |   |   |   |   |
|     | xci      |   |   |   |   |   |
|     | xcii     |   |   |   |   |   |
|     | xciii    |   |   |   |   |   |
|     | xciv     |   |   |   |   |   |
|     | xcv      |   |   |   |   |   |
|     | xcvi     |   |   |   |   |   |
|     | xcvii    |   |   |   |   |   |
|     | xcviii   |   |   |   |   |   |
|     | xcix     |   |   |   |   |   |
|     | c        |   |   |   |   |   |
|     | ci       |   |   |   |   |   |

|    |   |   |   | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $9,236,489 | $0 | $9,236,489 |
|    | *Itemized Breakdown by Firm* | | | | | | |
|    |     | Firm Name | Role | | | | |
|    | i   | Covington & Burling LLP | Special Counsel | $0 | $6,291,040 | $0 | $6,291,040 |
|    | ii  | Ernst & Young LLP | Financial Professional | $0 | $501,387 | $0 | $501,387 |
|    | iii | Meunier Carlin & Curfman LLC | Special Counsel | $0 | $911,830 | $0 | $911,830 |
|    | iv  | Von Wobeser Y Sierra, S.C. | Other | $0 | $874,258 | $0 | $874,258 |
|    | v   | Complete Discovery Source, In | Other | $0 | $657,974 | $0 | $657,974 |
|    | vi  |   |   |   |   |   |   |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.                                   Case No. 17-11381

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.    Case No. 17-11381

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.　　　　　　　　　　　　　　Case No. 17-11381

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | $0 | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　　　　　　　Yes ○　　No ●

　　If yes, give date Final Decree was entered: _____

　　If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ●　　No ○

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.                              Case No.  17-11381

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Bill Gioutsos                                              Bill Gioutsos
Signature of Responsible Party                                 Printed Name of Responsible Party

CFO                                                            04/28/2022
Title                                                          Date

UST Form 11-PCR (12/01/2021)                    8

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.                    Case No.  17-11381


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Industrias Irvin de Mexico, S.A. de C.V.                          Case No. 17-11381


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10