Dr. James F. DeBouno Jr., ND, PhD 26 Glen Drive, Voorhees, NJ 08043

April 26, 2022

FILED
2022 APR 29 AM 8: 16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Hon. Brendan L. Shannon
United States Bankruptcy Judge
Office of the Clerk
824 Market Street North
3rd Floor
Wilmington, DE 19801

Case Name: TK Holdings, Inc. *et al*. Debtors
Case Number: 17-11375 (BLS)

Judge Brendan Shannon:

Please be informed of the following information related to the above listed Case Name and Number;

On April 21, 2022, Agent Roselli called me in reference to the Letter Request. He stated that the FBI can neither confirm nor deny any Espionage Investigation into TK Holdings, Inc. Case No. 17-11375 (BLS), US Bankruptcy Court for the District of Delaware. His address and telephone number are as follows;

Federal Bureau – Investigation
Woodcrest Pavilion
10 Melrose Avenue
Cherry Hill, NJ 08003

Tel. (856) 795-9556

Sincerely,

*Dr. James F. De Bouno Jr.*

Dr. James F. DeBouno Jr., ND, PhD
*Pro se*