# Rachel Bello

**From:** Rich Finley <span style="background:black">████████████</span>
**Sent:** Monday, May 16, 2022 1:01 PM
**To:** Rachel Bello; Jill Walker
**Subject:** Hearing request inquiry

**CAUTION - EXTERNAL:**

Hello Miss Bello and Miss Walker,

My name is Rich Finley Shumate. Una O'Boyle gave me your email addresses to potentially arrange a hearing. I am a plaintiff in pro per, so I just want to make sure when I do contact you to request a hearing that I do correctly and appropriately.

Basically speaking, I am the claimant to a victim trust fund and I was denied by the individual in charge and he cited a decision that took place in a case in that bankruptcy court. Based upon the court's submitted opinion, the decision was made primarily based on the expert testimony of the Trust's expert.

That expert has been challenged by an expert I presented to the Trust, and we found and presented evidence to the Trust that they have refused to even comment on. The Trust rejected my appeal, and offered not detailed reason why. I feel this evidence is significant enough to warrant presenting to the court as it not only affects my status but there is a list of other claimants to the Trust that are also affected.

So, do I ask for a hearing about the court's previous decision and reconsider based upon evidence and expert testimony that I provide? Do I ask for a hearing about my status as a claimant to this trust because this trust rejected my claim based off a decision the court made that now with more evidence and more context, I believe is a decision that should be reconsidered?

I just want to make sure I do things properly.

Thank you so much.

Sincerely,

Rich Finley Shumate

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.