**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TK Holdings, Inc., | ) | Case No.   17-11375 (BLS) |
| | ) | |
| Debtor(s). | ) | Docket No. 4705 |

**ORDER SETTING STATUS CONFERENCE**
**PURSUANT TO 11 U.S.C. 105(d)**

Upon receipt of the letter requesting status conference [Docket No. 4705] and it appearing that due cause appearing therefor, it is hereby

**ORDERED** that the Court will conduct a video status conference pursuant to 11 U.S.C. § 105(d) regarding the above-captioned case on June 29, 2022 at 9:00 a.m. in the United States Bankruptcy Court for the District of Delaware.   Please remember to register for the hearing well in advance of the hearing in order to avoid being denied access.

Topic: TK Holdings, Inc. – Case No. 17-11375 (BLS)
When: Jun 29, 2022 09:00 AM Eastern Time (US and Canada)

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItfuyhrDkoGOWH_GkHUFf76mc_YjNyCWo

After registering, you will receive a confirmation email containing information about joining the meeting.

Dated: Wilmington, Delaware
       May 18, 2022

Brendan Linehan Shannon
United States Bankruptcy Judge

cc:    Mr. Rich Finley Shumate (via email)

1