# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered<br><br>**Related Docket No.: 4716** |

## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on June 6, 2022, I served or caused to be served the *Thirteenth Motion of Eric D. Green, In His Capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, for an Order Extending the Deadline to Object to Other PI/WD Claims* [Docket No. 4716] via CM/ECF upon those persons registered to receive such notifications in this case and upon the persons or entities listed on the attached Service List via U.S. first-class mail, postage fully pre-paid.

Dated: June 6, 2022
      Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas*
Stanley B. Tarr (DE No. 5535)
Lawrence R. Thomas III (DE No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
E-mail:      stanley.tarr@blankrome.com
                 lorenzo.thomas@blankrome.com

-AND-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

1

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
D. Cameron Moxley (admitted *pro hac vice*)
Uchechi A. Egeonuigwe (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
E-mail: dmolton@brownrudnick.com
dmoxley@brownrudnick.com
uegeonuigwe@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*

**SERVICE LIST**

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service (Mail or Email) |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to O&S California, Inc. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Debra A. Riley, Esq. | 600 West Broadway | 27th Floor | San Diego | CA | 92101-0903 | | driley@allenmatkins.com | Email |
| Legal Representative for Future Personal Injury Claimants, ( the "Future Claimants' Representative") | Ashby & Geddes, PA | Attn: William P. Bowden, Esq., Katharina Earle, Esq. | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | WBowden@ashbygeddes.com kearle@ashbygeddes.com | Email |
| Counsel to AT&T Services, Inc. and its affiliates | AT&T Services, Inc. | Attn: James W. Grudus | One AT&T Way | Room 3A115 | Bedminster | NJ | 07921 | | jg5786@att.com | Email |
| Counsel to Patterson-UTI Energy, Inc. | Baker & Hostetler LLP | Attn: Lars H. Fuller | 1801 California Street | Suite 4400 | Denver | CO | 80202 | | lfuller@bakerlaw.com | Email |
| Co-Counsel to the Japanese Debtors | Baker & McKenzie, LLP | Attn: Debra A. Dandeneau, Esq. & Megan Sullivan | 452 Fifth Avenue | | New York | NY | 10018 | | Debra.Dandeneau@bakermckenzie.com Megan.Sullivan@Bakermckenzie.com | Email |
| Consenting OEM, Counsel to Volvo, Volvo Group North America LLC and Mack Trucks, Inc. | Baker Hostetler, LLP | Attn: Cheryl Kelly | Key Tower, 127 Public Square | Suite 2000 | Cleveland | OH | 44114-1214 | | ckelly@bakerlaw.com | Email |
| Counsel to LMC Industries, LLC, Joyson Safety Systems Acquisition, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & Matthew D. Beebe | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com mbeebe@beneschlaw.com | Email |
| Counsel to Creditor United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Attn: Lawrence M. Schwab, Esq., Kenneth T. Law, Esq. | 633 Menlo Avenue | Suite 100 | Menlo Park | CA | 94025 | | Klaw@bbslaw.com | Email |
| Consenting OEM | BMW Manufacturing Co., LLC | Attn: Seann Tzouvelekas, Associate General Counsel | 1400 Highway 101 South | | Greer | SC | 29605 | | seann.tzouvelekas@bmwmc.com | Email |
| Counsel to Comerica Bank | Bodman PLC | Attn: Robert J. Diehl, Jr., Marc M. Bakst | 6th Floor at Ford Field | 1901 St. Antoine Street | Detroit | MI | 48226 | | rdiehl@bodmanlaw.com mbakst@bodmanlaw.com | Email |
| Counsel for Dura Automotive Systems Inc. and Global Automotive Systems (Mex) Metal Systems of Mexico, LLC and Delphi Automotive Systems, LLC | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins | 401 S. Old Woodward Avenue | Suite 400 | Birmingham | MI | 48009 | | wilkins@bwst-law.com | Email |
| Counsel to Toyota Industries Commercial Finance, Inc. (f/k/a Toyota Motor Credit Corporation) | Chiesa Shahinian & Giantomasi, PC | Attn: Michael R. Caruso, Esq. | One Boland Drive | | West Orange | NJ | 07052 | | mcaruso@csglaw.com | Email |
| Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Cole Schotz, P.C. | Attn: J. Kate Stickles | 500 Delaware Avenue | Suite 1410 | Wilmington | DE | 19801 | | | Mail |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Deb Secrest | Department of Labor and Industry, Collection Support Unit | 651 Boas Street, Room 925 | Harrisburg | PA | 17121 | | ra-li-ucts-bankrupt@state.pa.us | Email |
| Counsel to the Comptroller of Public Accounts | Comptroller of Public Accounts of the State of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | rachel.obaldo@oag.texas.gov | Email |
| Counsel to Confidential Whistleblower A and Confidential Whistleblower B | CONSTANTINE \| CANNON | Attn: Wayne T. Lamprey, Ari Yampolsky & Hallie Noecker | 150 California Street | Suite 1600 | San Francisco | CA | 94111 | | wlamprey@constantinecannon.com | Email |
| Counsel to John Buretta as the Monitor | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Matthew M. Kelly & John D. Buretta | Worldwide Plaza | 825 Eighth Avenue | New York | NY | 10019-7475 | | pzumbro@cravath.com mkelly@cravath.com | Email |
| Counsel to Asbury Automotive, Inc. and Group 1 Automotive | Crowell & Moring LLP | Attn: Emma K. Burton | 1001 Pennsylvania Avenue, NW | | Washington | DC | 20004-2595 | | eburton@crowell.com | Email |
| Consenting OEM, Counsel for Volkswagen Group of America, Inc. | Davis, Polk and Wardwell, LLP | Attn: Timothy Graulich, Elliott Moskowitz, Darren S. Klein | 450 Lexington Avenue | | New York | NY | 10017 | | timothy.graulich@davispolk.com elliott.moskowitz@davispolk.com darren.klein@davispolk.com | Email |
| Counsel to Oetiker, Inc. and Oetiker Limited | Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | 801 W. Big Beaver Road | 5th Floor | Troy | MI | 48084 | | Ksummers@dflaw.com | Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street, 6th Floor | Wilmington | DE | 19801 | | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | FASNotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Attn: Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | dosdoc_Ftax@state.de.us | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | statetreasurer@state.de.us | Email |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service (Mail or Email) |
|---|---|---|---|---|---|---|---|---|---|---|
| Interested Party | Donald Phillips, Sr. | | 38 Chuckanutt Drive | | Oakland | NJ | 07436-3001 | | DPHIL9999@aol.com | Email |
| Interested Party | Donald R. Phillips, PE, Lisa J. Phillips | | 7390 Ricks Road | | Arlington | TN | 38002-9612 | | DPHIL10193@aol.com LMANESS706@aol.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | 1979 Marcus Avenue, Suite 210E | | Lake Success | NY | 11042 | | amish@doshilegal.com | Email |
| Counsel to NBHX Trim USA Corporation | Erman Teicher Zucker & Freedman PC | Attn: Julie B. Teicher, Esquire | 28400 Northwestern Hwy | Ste. 200 | Southfield | MI | 48034-8348 | | jteicher@ermanteicher.com | Email |
| Counsel to Reorganized TK Holdings Trust | Farnan LLP | Attn: Brian E. Farnan & Michael J. Farnan | 919 North Market Street | 12th Floor | Wilmington | DE | 19801 | | bfarnan@farnanlaw.com mfarnan@farnanlaw.com | Email |
| Counsel to Iwata Bolt USA, Inc. | Ferry Joseph, PA | Attn: Rick S. Miller | 824 Market Street, Suite 1000 | P.O. Box 1351 | Wilmington | DE | 19899 | | rmiller@ferryjoseph.com | Email |
| Counsel to Microsoft Corporation and Microsoft Licensing | Fox Rothschild LLP | Attn: Joseph E. Shickich, Jr. | 1001 Fourth Avenue, Suite 4500 | | Seattle | WA | 98154 | | jshickich@foxrothschild.com | Email |
| Counsel to SP Holdings, Inc. d/b/a Spokane Packaging | Fox Rothschild LLP | Attn: Michael A. Sweet | 1001 Fourth Avenue | Suite 4500 | Seattle | WA | 98154-1192 | | MSweet@FoxRothschild.com | Email |
| Counsel to Interested Party | Fox Swibel Levin & Carroll LLP | Attn: Ryan Schultz, Partner | 200 W. Madison Street | Suite 3000 | Chicago | IL | 60606 | | rschultz@foxswibel.com | Email |
| Legal Representative for Future Personal Injury Claimants, ( the "Future Claimants' Representative") | Frankel Wyron, LLP | Attn: Roger Frankel, Esq., Richard H. Wyron, Esq. | 2101 L St., NW | Suite 800 | Washington | DC | 20037 | | rfrankel@frankelwyron.com rwyron@frankelwyron.com | Email |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., for and on behalf of itself and on behalf of its parent, subsidiaries and affiliates, including without limitation Toyota Motor Corporation and Toyota Motor North America, Inc., who purchased products from TK Holdings, Inc. and any of its Subsidiaries, Affiliates or Assigns | Frost Brown Todd LLC | Attn: Patricia Kirkwood Burgess, Esq. | 7310 Turfway Road | Suite 210 | Florence | KY | 41042 | | pburgess@fbtlaw.com | Email |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., for and on behalf of itself and on behalf of its parent, subsidiaries and affiliates, including without limitation Toyota Motor Corporation and Toyota Motor North America, Inc., who purchased products from TK Holdings, Inc. and any of its Subsidiaries, Affiliates or Assigns | Frost Brown Todd LLC | Attn: Ronald E. Gold, Esq. | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | | rgold@fbtlaw.com | Email |
| Consenting OEM, Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Frost Brown Todd, LLC | Attn: Robert V. Sartin, Esq. | The Pinnacle at Symphony Place | 150 Third Avenue South, Suite 1900 | Nashville | TN | 37201 | | rsartin@fbtlaw.com | Email |
| Counsel to O&S California, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | 1201 North Orange Street | Suite 300 | Wilmington | DE | 19801 | | mbusenkell@gsbblaw.com | Email |
| Counsel to AT&T Services, Inc. and its affiliates | Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Jason Zachary Goldstein | 200 Park Avenue | | New York | NY | 10166-0193 | | dfeldman@gibsondunn.com jgoldstein@gibsondunn.com | Email |
| Counsel to Future Claimants' Representative | Greenberg Traurig, LLP | Attn: David D. Cleary | 2375 East Camelback Road | Suite 700 | Phoenix | AZ | 85016 | | | Mail |
| Counsel to Future Claimants' Representative | Greenberg Traurig, LLP | Attn: Elli Leibenstein | 77 West Wacker Drive | Suite 3100 | Chicago | IL | 60601 | | leibensteine@gtlaw.com | Email |
| Counsel to Future Claimants' Representative | Greenberg Traurig, LLP | Attn: Karen I. Bray & Stephen L. Saxl | The MetLife Building | 200 Park Avenue | New York | NY | 10166 | | brayk@gtlaw.com saxls@gtlaw.com | Email |
| Co-Counsel to Danhil Containers, LLC and Danhil de Mexico SA de CV | Haley & Olson, A Professional Corporation | Attn: Shad Robinson | 100 Ritchie Road | Suite 200 | Waco | TX | 76712-8455 | | srobinson@haleyolson.com | Email |
| Counsel to Marquardt Switches | Hancock Estabrook, LLP | Attn: R. John Clark, Esq., Manuel A. Arroyo, Esq. | 1500 AXA Tower I | 100 Madison Street | Syracuse | NY | 13202 | | | Mail |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service (Mail or Email) |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Matcon, Ltd. | Hodgson Russ, LLP | Attn: Garry M. Graber, Esq. | 140 Pearl Street | Suite 100 | Buffalo | NY | 14202 | | | Mail |
| Counsel to Takata MDL Action Plaintiffs | Hogan ♦ McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | dkhogan@dkhogan.com gfmcdaniel@dkhogan.com | Email |
| Counsel to General Motors, LLC and Karma Automotive, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Joseph R. Sgroi | 660 Woodward Avenue | 2290 First National Building | Detroit | MI | 48226-3506 | | jsgroi@honigman.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | | Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | | Mail |
| Counsel to Tesla, Inc. | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | mstrub@ggtriallaw.com | Email |
| Counsel to Hayakawa Electronics America, Inc. | Jack Shrum, PA | Attn: "J" Jackson Shrum, Esq. | One Commerce Center | 1201 N. Orange Street, Suite 502 | Wilmington | DE | 19801 | | jshrum@jshrumlaw.com | Email |
| Counsel to Monique Engleman | Jesse S. Turner, Esq. | | PO Box 1251 | | Soquel | CA | 95073 | | jtjd2004@yahoo.com | Email |
| Consenting OEM, Counsel to Nissan | Jones Day | Attn: Rick Martin | 600 Brickell Avenue, Suite 3300 | | Miami | FL | 33131 | | emartin@jonesday.com | Email |
| Donlen Trust, a Delaware Business Trust, and Donlen Corporation | K&L Gates LLP | Attn: David S. Catuogno, Esq., Caitlin C. Conklin, Esq. | One Newark Center, 10th Floor | 1085 Raymond Boulevard | Newark | NJ | 07102 | | david.catuogno@klgates.com Caitlin.Conklin@klgates.com | Email |
| Counsel to Automotive Coalition for Traffic Safety, Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Jr. | 919 Market Street | Suite 1000 | Wilmington | DE | 19801 | | rbeck@klehr.com | Email |
| Counsel to AT&T Services, Inc. and its affiliates | Klehr Harrison Harvey Branzburg LLP | Attn: Sally E. Veghte, Esq. | 919 Market Street | Suite 1000 | Wilmington | DE | 19801 | | sveghte@klehr.com | Email |
| Consenting OEM, Counsel to Subaru of America, Inc., Subaru of Indiana Automotive, Inc. and Subaru Corporation, Mazda Motor Corporation, Mazda Motor Manufacturing de Mexico, SA de CV and Mazda Motor of America, Inc. | Kramer Levin Naftalis & Frankel, LLP | Attn: Adam Rogoff, David Braun | 1177 Avenue of the Americas | | New York | NY | 10036 | | ARogoff@kramerlevin.com DBraun@kramerlevin.com | Email |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Landis Rath & Cobb, LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. | 919 Market Street | Suite 1800 | Wilmington | DE | 19801 | | landis@lrclaw.com brown@lrclaw.com | Email |
| Counsel to Higuchi Manufacturing America, LLC | Law Offices of John Wallis Harris | Attn: John W. Harris | P.O. Box 90076 | | San Antonio | TX | 78209 | | jwharris@johnwharrislaw.com | Email |
| Counsel to Ludmilla Permint, et al. | Leonard, Sciolla, Hutchinson, Leonard & Tinari, LLP | Attn: Christopher P. Fleming | Two Penn Center, Suite 1910 | 1500 John F. Kennedy Boulevard | Philadelphia | PA | 19102-1724 | | CFleming@LeonardSciolla.com | Email |
| Counsel to Hayakawa Electronics America, Inc. | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 711 Navarro Street | Suite 300 | San Antonio | TX | 78205 | | sanantonio.bankruptcy@publicans.com | Email |
| Counsel to Cobra Metal Works, Inc. | Locke Lord LLP | Attn: Aaron C. Smith, Matthew T. Furton, Michael B. Kind | 111 South Wacker Drive | | Chicago | IL | 60606 | | asmith@lockelord.com michael.kind@lockelord.com mfurton@lockelord.com | Email |
| Counsel for Harrington Industrial Plastics, LLC | MacElree Harvey, Ltd. | Attn: Ashley B. Stitzer, Esquire | 17 West Miner Street | | West Chester | PA | 19382 | | astitzer@macelree.com | Email |
| Counsel for Harrington Industrial Plastics, LLC | MacElree Harvey, Ltd. | Attn: Tiffany M. Shrenk, Esquire | 5721 Kennett Pike | | Centreville | DE | 19807 | | tshrenk@macelree.com | Email |
| Counsel to Jaguar Land Rover North America, LLC | Mayer Brown, LLP | Attn: Richard G. Ziegler, Esq. | 71 South Wacker Drive | | Chicago | IL | 60606 | | rziegler@mayerbrown.com | Email |
| Counsel to Ford Motor Credit Company, LLC | Mccabe, Weisberg & Conway, PC | Attn: Janet Z. Charlton, Esquire | 1407 Foulk Road, Suite 102 | Foulkstone Plaza | Wilmington | DE | 19803 | | JCharlton@mwc-law.com | Email |
| Counsel to Tesla, Inc. | McDermott Will & Emory LLP | Attn: Alexis Ramirez | 18565 Jamboree Road, Suite 250 | | Irvin | CA | 92612-2565 | | Airamirez@mwe.com | Email |
| Counsel to Tesla, Inc. | McDermott Will & Emory LLP | Attn: Gary Gertler | 2049 Century Park East, Suite 3206 | | Los Angeles | CA | 90067-3206 | | ggertler@mwe.com | Email |
| Consenting OEM, Counsel to Ford Motor Company | McGuireWoods, LLP | Attn: John H. Thompson | 201 K. Street NW | Suite 400 | Washington | DC | 20006-1040 | | jthompson@mcguirewoods.com | Email |
| Consenting OEM, Counsel to Ford Motor Company | McGuireWoods, LLP | Attn: Mark E. Freedlander, Esq., Frank J. Guadagnino, Esq. | 625 Liberty Avenue | 23rd Floor | Pittsburgh | PA | 15222 | | mfreedlander@mcguirewoods.com fguadagnino@mcguirewoods.com | Email |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service (Mail or Email) |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Alps Electric (North America), Inc. | Meyers Law Group, P.C. | Attn: Merle C. Meyers, Esq., Kathy Quon Bryant, Esq. | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | mmeyers@meyerslawgroup.com kquonbryant@meyerslawgroup.com | Email |
| Counsel to Michigan Department of Environmental Quality | Michigan Department of Environmental Quality | Attn: Megen E. Miller, Assistant Attorney General | Environment, Natural Resources and Agriculture Division | P.O. Box 30755 | Lansing | MI | 48909 | | millerm59@michigan.gov | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy | Attn: Andrew Leblanc, Esq. | 1850 K. Street, NW | Suite 1100 | Washington | DC | 20006 | | | Mail |
| Counsel for the Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy | Attn: Dennis F. Dunne, Esq., Abhilash M. Raval, Esq., Tyson Lomazow, Esq. | 28 Liberty Street | | New York | NY | 10005 | | ddunne@milbank.com tlomazow@milbank.com araval@milbank.com | Email |
| Counsel to Missouri Department of Natural Resources | Missouri Department of Natural Resources | Attn: Mary A. Long, Assistant Attorney General | P.O. Box 861 | | St. Louis | MO | 63188 | | Mary.Long@ago.mo.gov | Email |
| Consenting OEM | Mitsubishi Motors Corporation | Attn: Toshifumi Kimura, General Manager | Interior Parts and Aftersales Purchasing Department | 1, Nakashinkiri, Hashime-cho | Okazaki, Aichi Pref. | | 444-8501 | Japan | toshifumi.kimura@mitsubishi-motors.com | Email |
| Counsel to XPO Logistics Worldwide, Inc. | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | rmersky@monlaw.com | Email |
| Counsel to NBHX Trim USA Corporation | Morris James, LLP | Attn: Carl N. Kunz, III, Esquire | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19801 | | ckunz@morrisjames.com | Email |
| Counsel to BMW Consolidation Services Co., LLC, BMW Manufacturing Co., LLC, BMW of North America, LLC, General Motors LLC, Nissan Motor Corporation, Aktiebolaget Volvo, FCA US, LLC, Mitsubishi Motors North America, Inc., OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott, Andrew Remming, Daniel Butz | 1201 North Market Street, 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | dabbott@mnat.com aremming@mnat.com dbutz@mnat.com | Email |
| Counsel to the Motley Rice Federal and State Personal Injury Claimants | Motley Rice LLC | Attn: Joseph F. Rice, Esq., Kevin R. Dean, Esq., John A. Baden, IV, Esq., John David O'Neill, Esq. | 28 Bridgeside Blvd. | | Mt. Pleasant | SC | 29464 | | jrice@motleyrice.com kdean@motleyrice.com jbaden@motleyrice.com jdoneill@motleyrice.com | Email |
| Co-Counsel to the Japanese Debtors | Nagashima Ohno & Tsunematsu | Attn: Nobuaki Kobayashi | JP Tower | 2-7-2 Marunouchi, Chiyoda-ku | Tokyo | | 100-7036 | Japan | nobuaki_kobayashi@noandt.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW, 12th Floor | | Washington | DC | 20036 | | KCORDRY@NAAG.ORG | Email |
| National Highway Traffic Safety Administration | National Highway Traffic Safety Administration | Attn: Kerry Kolodziej, Esq., Acting Assistant Attn: Chief Counsel for Litigation & Enforcement & Stephen Hench, Esq., Trial Attorney | Office of Chief Counsel | 1200 New Jersey Avenue, SE | Washington | DC | 20590 | | kerry.kolodziej@dot.gov stephen.hench@dot.gov | Email |
| Consenting OEM, Counsel to BMW Manufacturing Co., LLC, BMW Consolidation Services Co., LLC, and BMW of North America, LLC | Norton Rose Fulbright US, LLP | Attn: David A. Rosenzweig | 1301 Avenue of the Americas | | New York | NY | 10019 | | david.rosenzweig@nortonrosefulbright.com | Email |
| Consenting OEM, Counsel to BMW Manufacturing Co., LLC, BMW Consolidation Services Co., LLC, and BMW of North America, LLC | Norton Rose Fulbright US, LLP | Attn: Michael M. Parker | 300 Convent Street | Suite 2100 | San Antonio | TX | 78205 | | michael.parker@nortonrosefulbright.com | Email |
| Counsel to Pacific Sintered Metals, Inc. | Nossaman, LLP | Attn: Allan H. Ickowitz, Esq. | 777 South Figueroa Street | 34th Floor | Los Angeles | CA | 90017 | | aickowitz@nossaman.com | Email |
| Counsel to General Motors, LLC | O'Melveny & Myers, LLP | Attn: Gary Svirsky, Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | gsvirsky@omm.com dshamah@omm.com | Email |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of the Attorney General | Attn: Carol E. Momjian | 21 S. 12th Street | 3rd Floor | Philadelphia | PA | 19107-3603 | | cmomjian@attorneygeneral.gov | Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: David Buchbinder, Esq. Jane M. Leamy, Esq. | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | david.l.buchbinder@usdoj.gov jane.m.leamy@usdoj.gov | Email |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Debra Felder, Esq. | 1152 15th Street, NW | | Washington | DC | 20005 | | dfelder@orrick.com | Email |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service (Mail or Email) |
|---|---|---|---|---|---|---|---|---|---|---|
| Consenting OEM, Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Lorraine S. McGowen, Esq. | 51 West 52nd Street | | New York | NY | 10019-6142 | | lmcgowen@orrick.com | Email |
| Counsel to the Committee of Unsecured Tort Claimant Creditors, and Trustee of the Reorganized TK Holdings Trust | Pachulski Stang Ziehl & Jones, LLP | Attn: Laura Davis Jones, James I. Stang, David M. Bertenthal, Peter J. Keane | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899 | | ljones@pszjlaw.com jstang@pszjlaw.com dbertenthal@pszjlaw.com pkeane@pszjlaw.com | Email |
| Consenting OEM, Counsel to Mitsubishi | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Daniel A. Youngblut | 1285 Avenue of the Americas | | New York | NY | 10019 | | | Mail |
| Chair Lead Counsel for the Takata MDL Action Plaintiffs | Podhurst Orseck PA, Chair Counsel | Attn: Peter Prieto, John Gravante, III, Matthew P. Weinshall, Alissa Del Riego | One SE Third Avenue | Suite 2700 | Miami | FL | 33131 | | pprieto@podhurst.com jgravante@podhurst.com mweinshall@podhurst.com adelriego@podhurst.com | Email |
| Counsel to Cobra Metal Works, Inc. | Polsinelli PC | Attn: Justin K. Edelson | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | | jedelson@polsinelli.com | Email |
| Counsel to Volvo Group North America, LLC and Mack Trucks, Inc. | Polsinelli PC | Attn: Shanti M. Katona, Esq. | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | | skatona@polsinelli.com | Email |
| Counsel to John Buretta as the Monitor | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, D. Ryan Slaugh | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899-0951 | | jryan@potteranderson.com rslaugh@potteranderson.com | Email |
| Claims Agent | Prime Clerk, LLC | Attn: Herb Baer | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | serviceqa@primeclerk.com takatateam@primeclerk.com | Email |
| Consenting OEM | PSA Automobiles SA | Attn: Mark Rollinger, General Counsel | 7, rue Henri Sainte-Claire Deville | | 92500 Rueil-Malmaison | | | France | mark.rollinger@mpsa.com | Email |
| Consenting OEM | PSA Automobiles SA | Attn: Pascal Dalon, Supplier Risk Manager | 2-10 bd de l'Europe – YT 279 | | 78093 Poissy Cedex 09 | | | France | pascal.dalon@mpsa.com | Email |
| Counsel to Tesla, Inc. | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq. | 1201 N. Market Street | Suite 1500 | Wilmington | DE | 19801 | | kgwynne@reedsmith.com | Email |
| Counsel to Debtor | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Brett Michael Haywood, Michael J. Merchant, Amanda R. Steele | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | collins@rlf.com haywood@rlf.com steele@rlf.com merchant@rlf.com | Email |
| Counsel to LMC Industries, LLC | Schafer & Weiner PLLC | Attn: Kim K. Hillary | 40950 Woodward Ave. | Ste. 100 | Bloomfield Hills | MI | 48304 | | khillary@schaferandweiner.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Boulevard, Suite 520 | Philadelphia | PA | 19103 | | secbankruptcy@sec.gov | Email |
| Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Sidley Austin LLP | Attn: Michael C. Andolina, Jessica C. Knowles Boelter | One South Dearborn | | Chicago | IL | 60603 | | | Mail |
| Counsel to Joyson Safety Systems Acquisitions, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Carl T. Tullson, Esq, Jacqueline M. Dakin, Esq. | One Rodney Square | 920 N. King Street | Wilmington | DE | 19801 | | carl.tullson@skadden.com jacqueline.dakin@skadden.com | Email |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed Plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Jason M. Liberi, Esq. | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899-0636 | | jason.liberi@skadden.com | Email |
| Counsel to Joyson Safety Systems Acquisitions, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Ron E. Meisler, Esq., Amy Van Gelder, Esq. | 155 N. Wacker Drive | | Chicago | IL | 60606-1720 | | ron.meisler@skadden.com amy.vangelder@skadden.com | Email |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Ron E. Meisler, Esq., Christopher M. Dressel, Esq. | 155 N. Wacker Drive | | Chicago | IL | 60606-1720 | | ron.meisler@skadden.com christopher.dressel@skadden.com | Email |
| Counsel to Confidential Whistleblower A and Confidential Whistleblower B | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller | 1000 West Street, Suite 1501 | P.O. Box 410 | Wilmington | DE | 19899 | | kmiller@skjlaw.com | Email |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | miag@michigan.gov | Email |
| State of Michigan, Department of Treasury | State of Michigan, Department of Treasury | Attn: Bill Schuette, Attorney General & Katherine C. Kerwin, Assistant Attorney General | Cadillac Place | 3030 W. Grand Blvd. Ste. 10-200 | Detroit | MI | 48202 | | KerwinK@michigan.gov | Email |

In re: TK Holdings Inc., *et al.*
Core/2002 Service List
Case No. 17-11375 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | Method of Service (Mail or Email) |
|---|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to Danhil Containers, LLC and Danhil de Mexico SA de CV | Stevens & Lee, PC | Attn: Joseph H. Huston, Jr. | 919 N. Market Street | Suite 1300 | Wilmington | DE | 19801 | | jhh@stevenslee.com | Email |
| Counsel to Takata MDL Action Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, PC | Attn: Sander L. Esserman, Peter C. D'Apice | 2323 Bryan Street | Suite 2200 | Dallas | TX | 75201 | | esserman@sbep-law.com dapice@sbep-law.com | Email |
| Consenting OEM, Counsel to FCA US, LLC | Sullivan & Cromwell, LLP | Attn: Brian D. Glueckstein, Andrew G. Dietderich, Alexa J. Kranzley | 125 Broad Street | | New York | NY | 10004 | | gluecksteinb@sullcrom.com dietdericha@sullcrom.com kranzleya@sullcrom.com | Email |
| Counsel to Volkswagen Group of America, Inc. | Sullivan & Cromwell, LLP | Attn: Suhana Han, Ann-Elizabeth Ostrager | 125 Broad Street | | New York | NY | 10004 | | hans@sullcrom.com ostragerae@sullcrom.com | Email |
| Counsel to Pacific Sintered Metals, Inc. | Sullivan · Hazeltine · Allinson, LLC | Attn: Elihu E. Allinson III, Esq. | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | zallinson@sha-llc.com | Email |
| Counsel to Kevin Herlihy, as Intended Adminstrator of the Estate of Denis Herlihy | Sullivan Papain Block McGrath & Cannavo, P.C. | Attn: Frank V. Floriani, Esq. | 120 Broadway | | New York | NY | 10271 | | FFloriani@TrialLaw1.com | Email |
| Debtors | TK Holdings, Inc. | Attn: Ken Bowling | 2500 Takata Drive | | Auburn Hills | MI | 48326 | | | Mail |
| Tennessee Attorney General's Office | TN Dept of Commerce and Insurance - Consumer Affairs | Attn: Laura McCloud, Senior Counsel | Office of the Attorney General, Bankruptcy Division | P.O. Box 20207 | Nashville | TN | 37202-0207 | | | Mail |
| Attorney for Ludmilla Permint, Ludmilla Permint, as Administratrix of the Estate of Charles Permint, Jr., Charles Daniel Permint (a disabled Individual), by and through his next friend, Ludmilla Permint, Imani Rose Johnson (a minor, by and through Julia Rose Johnson) and Julia Rose Johnson | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Drive, Suite 400 | P.O. Box 2092 | Wilmington | DE | 19899-2092 | | sreidenberg@trplaw.com | Email |
| United States Department of Transportation (DoT) and its National Highway Traffic Safety Administration | U.S. Department of Justice | Attn: Jonathan E. Jacobson | Civil Division | 1100 L Street NW, Rm 10040 | Washington | DC | 20005 | | | Mail |
| Counsel for the United States of America | U.S. Department of Justice | Attn: Ward W. Benson,Trial Attorney, Tax Division | Post Office Box 227 | Ben Franklin Station | Washington | DC | 20044 | | wardlow.w.benson@usdoj.gov | Email |
| United States Attorneys Office for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | Email |
| United States Attorneys Office for the Eastern District of Michigan | US Attorney for Delaware | Attn: United States Attorneys Office | 211 W. Fort Street | Suite 2001 | Detroit | MI | 48226 | | | Mail |
| Counsel to Monique Engleman | Vivian Houghton, Esq. | | 800 N. West Street, 1st Floor | | Wilmington | DE | 19801 | | bankruptcy@vivianhoughton.com | Email |
| Consenting OEM, Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Vorys, Sater, Seymour & Pease, LLP | Attn: Robert A. Bell, Jr., Reginald W. Jackson | 52 East Gay Street | | Columbus | OH | 43215 | | rabell@vorys.com rwjackson@vorys.com | Email |
| Counsel to Debtor | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Ronit J. Berkovich, Matthew P. Goren | 767 Fifth Avenue | | New York | NY | 10153 | | marcia.goldstein@weil.com ronit.berkovich@weil.com matthew.goren@weil.com | Email |
| Consenting OEM | Wellensiek Rechtsanwälte PartG mbB | Attn: Till Hafner | Guiollettstrasse 54 | | D-60325 Frankfurt am Main | | | Germany | till.hafner@wellensiek.de | Email |
| Counsel to Daimler | White & Case, LLP | Attn: Thomas Lauria | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | tlauria@whitecase.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Whiteford, Taylor & Preston, LLC | Attn: Kevin F. Shaw | The Renaissance Centre | 405 King Street, Suite 500 | Wilmington | DE | 19801 | | | Mail |
| Co-Counsel to the Japanese Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Esq., Pauline K. Morgan, Esq., Ryan M. Bartley, Esq. | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | rbrady@ycst.com pmorgan@ycst.com rbartley@ycst.com | Email |