**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., et al., | Case No.  17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF COMERICA BANK**

On or about November 17, 2017, Comerica Bank ("Comerica") filed a proof of claim stated as a secured claim in the sum of $777,956.49, which was docketed as Claim No. 2735 (the "Comerica Claim").

The letter of credit which was the basis for the Comerica Claim was returned to Comerica undrawn, for cancellation by Comerica.  Accordingly,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc.  (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V.  (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

NOW THEREFORE, Comerica, by and through its undersigned counsel, who represents that he is authorized to deliver this Notice of Withdrawal, withdraws the Comerica Claim.

Dated: June 22, 2022               **BODMAN PLC**

*/s/ Marc M. Bakst*_____
Marc M. Bakst
Attorneys for Comerica Bank
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone:  (313) 393-7530
Email:  mbakst@bodmanlaw.com