UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                                    :   Chapter 11
                                         :
TK HOLDINGS INC., *et al.*,              :   Case No. 17-11375 (BLS)
                                         :
    Debtors.[1]                          :   (Jointly Administered)
                                         :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 28, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (1) the Core/2002 Service List attached hereto as **Exhibit A**; (2) James F. DeBouno Jr., debounoj@msn.com, jimmydb2020@outlook.com; and (3) Rich Finley Shumate, richfinley@live.com:

- Amended Notice of Agenda of Matters Scheduled for Hearing on June 29, 2022 at 9:00 a.m. (Prevailing Eastern Time) Before the Honorable Brendan L. Shannon [Docket No. 4728]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: July 1, 2022

                                                                                               */s/ Nathan Chien*
                                                                                               Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 1, 2022, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to O&S California, Inc. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Debra A. Riley, Esq.<br>600 West Broadway<br>27th Floor<br>San Diego CA 92101-0903 | driley@allenmatkins.com |
| Legal Representative for Future Personal Injury Claimants, ( the "Future Claimants' Representative") | Ashby & Geddes, PA | Attn: William P. Bowden, Esq., Katharina Earle, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899-1150 | WBowden@ashbygeddes.com<br>kearle@ashbygeddes.com |
| Counsel to AT&T Services, Inc. and its affiliates | AT&T Services, Inc. | Attn: James W. Grudus<br>One AT&T Way<br>Room 3A115<br>Bedminster NJ 07921 | jg5786@att.com |
| Counsel to Patterson-UTI Energy, Inc. | Baker & Hostetler LLP | Attn: Lars H. Fuller<br>1801 California Street<br>Suite 4400<br>Denver CO 80202 | lfuller@bakerlaw.com |
| Co-Counsel to the Japanese Debtors | Baker & McKenzie, LLP | Attn: Debra A. Dandeneau, Esq. & Megan Sullivan<br>452 Fifth Avenue<br>New York NY 10018 | Debra.Dandeneau@bakermckenzie.com<br>Megan.Sullivan@Bakermckenzie.com |
| Consenting OEM, Counsel to Volvo, Volvo Group North America LLC and Mack Trucks, Inc. | Baker Hostetler, LLP | Attn: Cheryl Kelly<br>Key Tower, 127 Public Square<br>Suite 2000<br>Cleveland OH 44114-1214 | ckelly@bakerlaw.com |
| Counsel to LMC Industries, LLC, Joyson Safety Systems Acquisition, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & Matthew D. Beebe<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>mbeebe@beneschlaw.com |
| Counsel to Creditor United Parcel Service, Inc. | Bialson, Bergen & Schwab, a Professional Corporation | Attn: Lawrence M. Schwab, Esq., Kenneth T. Law, Esq.<br>633 Menlo Avenue<br>Suite 100<br>Menlo Park CA 94025 | Klaw@bbslaw.com |

In re: TK Holdings Inc., et al.
Case No. 17-11375 (BLS)

Page 1 of 15

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Attorneys for Eric D. Green, as Special Master of the Takata Corporation Criminal Restitution Funds, Eric D. Green, in his capacity as trustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund (the "PSAN PI/WD Trustee") and Eric D. Green, in his capacity as OEM Claims Administrator | Blank Rome LLP | Attn: Stanley B. Tarr<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | tarr@blankrome.com |
| Consenting OEM | BMW Manufacturing Co., LLC | Attn: Seann Tzouvelekas, Associate General Counsel<br>1400 Highway 101 South<br>Greer SC 29605 | seann.tzouvelekas@bmwmc.com |
| Counsel to Comerica Bank | Bodman PLC | Attn: Robert J. Diehl, Jr., Marc M. Bakst<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit MI 48226 | rdiehl@bodmanlaw.com<br>mbakst@bodmanlaw.com |
| Counsel for Dura Automotive Systems Inc. and Global Automotive Systems (Mex) Metal Systems of Mexico, LLC and Delphi Automotive Systems, LLC | Brooks Wilkins Sharkey & Turco, PLLC | Attn: Matthew E. Wilkins<br>401 S. Old Woodward Avenue<br>Suite 400<br>Birmingham MI 48009 | wilkins@bwst-law.com |
| Attorneys for Eric D. Green, as Special Master of the Takata Corporation Criminal Restitution Funds, Eric D. Green, in his capacity as trusteeTrustee of the PSAN PI/WD Trust d/b/a the Takata Airbag Tort Compensation Trust Fund (the "PSAN PI/WD Trustee") and Eric D. Green, in his capacity as OEM Claims Adminstrator | Brown Rudnick LLP | Attn: David J. Molton, Esq., Uchechi A. Egeonuigwe, Esq.<br>7 Times Square<br>New York NY 10036 | dmolton@brownrudnick.com<br>uegeonuigwe@brownrudnick.com |
| Counsel to Toyota Industries Commercial Finance, Inc. (f/k/a Toyota Motor Credit Corporation) | Chiesa Shahinian & Giantomasi, PC | Attn: Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | mcaruso@csglaw.com |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor Industry, Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Deb Secrest<br>Department of Labor and Industry, Collection Support Unit<br>651 Boas Street, Room 925<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us |

# Exhibit A
## Core/2002 Service List
### Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Comptroller of Public Accounts | Comptroller of Public Accounts of the State of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | rachel.obaldo@oag.texas.gov |
| Counsel to Confidential Whistleblower A and Confidential Whistleblower B | CONSTANTINE \| CANNON | Attn: Wayne T. Lamprey, Ari Yampolsky & Hallie Noecker<br>150 California Street<br>Suite 1600<br>San Francisco CA 94111 | wlamprey@constantinecannon.com |
| Counsel to John Buretta as the Monitor | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Matthew M. Kelly & John D. Buretta<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York NY 10019-7475 | pzumbro@cravath.com<br>mkelly@cravath.com |
| Counsel to Asbury Automotive, Inc. and Group 1 Automotive | Crowell & Moring LLP | Attn: Emma K. Burton<br>1001 Pennsylvania Avenue, NW<br>Washington DC 20004-2595 | eburton@crowell.com |
| Consenting OEM, Counsel for Volkswagen Group of America, Inc. | Davis, Polk and Wardwell, LLP | Attn: Timothy Graulich, Elliott Moskowitz, Darren S. Klein<br>450 Lexington Avenue<br>New York NY 10017 | timothy.graulich@davispolk.com<br>elliott.moskowitz@davispolk.com<br>darren.klein@davispolk.com |
| Counsel to Oetiker, Inc. and Oetiker Limited | Dean & Fulkerson | Attn: Kevin N. Summers, Esq.<br>801 W. Big Beaver Road<br>5th Floor<br>Troy MI 48084 | Ksummers@dflaw.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French Street<br>Wilmington DE 19801 | FASNotify@state.de.us |

In re: TK Holdings Inc., et al.
Case No. 17-11375 (BLS)

Page 3 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Delaware Secretary of State | Delaware Secretary of State | Attn: Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us |
| Interested Party | Donald Phillips, Sr. | 38 Chuckanutt Drive<br>Oakland NJ 07436-3001 | DPHIL9999@aol.com |
| Interested Party | Donald R. Phillips, PE, Lisa J. Phillips | 7390 Ricks Road<br>Arlington TN 38002-9612 | DPHIL10193@aol.com<br>LMANESS706@aol.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com |
| Counsel to NBHX Trim USA Corporation | Erman Teicher Zucker & Freedman PC | Attn: Julie B. Teicher, Esquire<br>28400 Northwestern Hwy<br>Ste. 200<br>Southfield MI 48034-8348 | jteicher@ermanteicher.com |
| Counsel to Reorganized TK Holdings Trust | Farnan LLP | Attn: Brian E. Farnan & Michael J. Farnan<br>919 North Market Street<br>12th Floor<br>Wilmington DE 19801 | bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| Counsel to Iwata Bolt USA, Inc. | Ferry Joseph, PA | Attn: Rick S. Miller<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington DE 19899 | rmiller@ferryjoseph.com |
| Counsel to Microsoft Corporation and Microsoft Licensing | Fox Rothschild LLP | Attn: Joseph E. Shickich, Jr.<br>1001 Fourth Avenue, Suite 4500<br>Seattle WA 98154 | jshickich@foxrothschild.com |
| Counsel to SP Holdings, Inc. d/b/a Spokane Packaging | Fox Rothschild LLP | Attn: Michael A. Sweet<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle WA 98154-1192 | MSweet@FoxRothschild.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Interested Party | Fox Swibel Levin & Carroll LLP | Attn: Ryan Schultz, Partner<br>200 W. Madison Street<br>Suite 3000<br>Chicago IL 60606 | rschultz@foxswibel.com |
| Legal Representative for Future Personal Injury Claimants, ( the "Future Claimants' Representative") | Frankel Wyron, LLP | Attn: Roger Frankel, Esq., Richard H. Wyron, Esq.<br>2101 L St., NW<br>Suite 800<br>Washington DC 20037 | rfrankel@frankelwyron.com<br>rwyron@frankelwyron.com |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., for and on behalf of itself and on behalf of its parent, subsidiaries and affiliates, including without limitation Toyota Motor Corporation and Toyota Motor North America, Inc., who purchased products from TK Holdings, Inc. and any of its Subsidiaries, Affiliates or Assigns | Frost Brown Todd LLC | Attn: Patricia Kirkwood Burgess, Esq.<br>7310 Turfway Road<br>Suite 210<br>Florence KY 41042 | pburgess@fbtlaw.com |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., for and on behalf of itself and on behalf of its parent, subsidiaries and affiliates, including without limitation Toyota Motor Corporation and Toyota Motor North America, Inc., who purchased products from TK Holdings, Inc. and any of its Subsidiaries, Affiliates or Assigns | Frost Brown Todd LLC | Attn: Ronald E. Gold, Esq.<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com |
| Consenting OEM, Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Frost Brown Todd, LLC | Attn: Robert V. Sartin, Esq.<br>The Pinnacle at Symphony Place<br>150 Third Avenue South, Suite 1900<br>Nashville TN 37201 | rsartin@fbtlaw.com |
| Counsel to O&S California, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq.<br>1201 North Orange Street<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com |
| Counsel to AT&T Services, Inc. and its affiliates | Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Jason Zachary Goldstein<br>200 Park Avenue<br>New York NY 10166-0193 | dfeldman@gibsondunn.com<br>jgoldstein@gibsondunn.com |

# Exhibit A
## Core/2002 Service List
### Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Future Claimants' Representative | Greenberg Traurig, LLP | Attn: Elli Leibenstein<br>77 West Wacker Drive<br>Suite 3100<br>Chicago IL 60601 | leibensteine@gtlaw.com |
| Counsel to Future Claimants' Representative | Greenberg Traurig, LLP | Attn: Karen I. Bray & Stephen L. Saxl<br>The MetLife Building<br>200 Park Avenue<br>New York NY 10166 | brayk@gtlaw.com<br>saxls@gtlaw.com |
| Co-Counsel to Danhil Containers, LLC and Danhil de Mexico SA de CV | Haley & Olson, A Professional Corporation | Attn: Shad Robinson<br>100 Ritchie Road<br>Suite 200<br>Waco TX 76712-8455 | srobinson@haleyolson.com |
| Counsel to Takata MDL Action Plaintiffs | Hogan ♦ McDaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington DE 19806 | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com |
| Counsel to General Motors, LLC and Karma Automotive, LLC | Honigman Miller Schwartz and Cohn, LLP | Attn: Joseph R. Sgroi<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit MI 48226-3506 | jsgroi@honigman.com |
| Counsel to Tesla, Inc. | Irell & Manella LLP | Attn: Michael H. Strub, Jr.<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach CA 92660-6324 | mstrub@ggtriallaw.com |
| Counsel to Hayakawa Electronics America, Inc. | Jack Shrum, PA | Attn: "J" Jackson Shrum, Esq.<br>One Commerce Center<br>1201 N. Orange Street, Suite 502<br>Wilmington DE 19801 | jshrum@jshrumlaw.com |
| Counsel to Monique Engleman | Jesse S. Turner, Esq. | PO Box 1251<br>Soquel CA 95073 | jtjd2004@yahoo.com |
| Consenting OEM, Counsel to Nissan | Jones Day | Attn: Rick Martin<br>600 Brickell Avenue, Suite 3300<br>Miami FL 33131 | emartin@jonesday.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Donlen Trust, a Delaware Business Trust, and Donlen Corporation | K&L Gates LLP | Attn: David S. Catuogno, Esq., Caitlin C. Conklin, Esq.<br>One Newark Center, 10th Floor<br>1085 Raymond Boulevard<br>Newark NJ 07102 | david.catuogno@klgates.com<br>Caitlin.Conklin@klgates.com |
| Counsel to Automotive Coalition for Traffic Safety, Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Jr.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801 | rbeck@klehr.com |
| Counsel to AT&T Services, Inc. and its affiliates | Klehr Harrison Harvey Branzburg LLP | Attn: Sally E. Veghte, Esq.<br>919 Market Street<br>Suite 1000<br>Wilmington DE 19801 | sveghte@klehr.com |
| Consenting OEM, Counsel to Subaru of America, Inc., Subaru of Indiana Automotive, Inc. and Subaru Corporation, Mazda Motor Corporation, Mazda Motor Manufacturing de Mexico, SA de CV and Mazda Motor of America, Inc. | Kramer Levin Naftalis & Frankel, LLP | Attn: Adam Rogoff, David Braun<br>1177 Avenue of the Americas<br>New York NY 10036 | ARogoff@kramerlevin.com<br>DBraun@kramerlevin.com |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Landis Rath & Cobb, LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>brown@lrclaw.com |
| Counsel to Higuchi Manufacturing America, LLC | Law Offices of John Wallis Harris | Attn: John W. Harris<br>P.O. Box 90076<br>San Antonio TX 78209 | jwharris@johnwharrislaw.com |
| Counsel to Ludmilla Permint, et al. | Leonard, Sciolla, Hutchinson, Leonard & Tinari, LLP | Attn: Christopher P. Fleming<br>Two Penn Center, Suite 1910<br>1500 John F. Kennedy Boulevard<br>Philadelphia PA 19102-1724 | CFleming@LeonardSciolla.com |
| Counsel to Hayakawa Electronics America, Inc. | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>711 Navarro Street<br>Suite 300<br>San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Cobra Metal Works, Inc. | Locke Lord LLP | Attn: Aaron C. Smith, Matthew T. Furton, Michael B. Kind<br>111 South Wacker Drive<br>Chicago IL 60606 | asmith@lockelord.com<br>michael.kind@lockelord.com<br>mfurton@lockelord.com |
| Counsel for Harrington Industrial Plastics, LLC | MacElree Harvey, Ltd. | Attn: Ashley B. Stitzer, Esquire<br>17 West Miner Street<br>West Chester PA 19382 | astitzer@macelree.com |
| Counsel for Harrington Industrial Plastics, LLC | MacElree Harvey, Ltd. | Attn: Tiffany M. Shrenk, Esquire<br>5721 Kennett Pike<br>Centreville DE 19807 | tshrenk@macelree.com |
| Counsel to Jaguar Land Rover North America, LLC | Mayer Brown, LLP | Attn: Richard G. Ziegler, Esq.<br>71 South Wacker Drive<br>Chicago IL 60606 | rziegler@mayerbrown.com |
| Counsel to Ford Motor Credit Company, LLC | Mccabe, Weisberg & Conway, PC | Attn: Janet Z. Charlton, Esquire<br>1407 Foulk Road, Suite 102<br>Foulkstone Plaza<br>Wilmington DE 19803 | JCharlton@mwc-law.com |
| Counsel to Tesla, Inc. | McDermott Will & Emory LLP | Attn: Alexis Ramirez<br>18565 Jamboree Road, Suite 250<br>Irvin CA 92612-2565 | Airamirez@mwe.com |
| Counsel to Tesla, Inc. | McDermott Will & Emory LLP | Attn: Gary Gertler<br>2049 Century Park East, Suite 3206<br>Los Angeles CA 90067-3206 | ggertler@mwe.com |
| Consenting OEM, Counsel to Ford Motor Company | McGuireWoods, LLP | Attn: John H. Thompson<br>201 K. Street NW<br>Suite 400<br>Washington DC 20006-1040 | jthompson@mcguirewoods.com |
| Consenting OEM, Counsel to Ford Motor Company | McGuireWoods, LLP | Attn: Mark E. Freedlander, Esq., Frank J. Guadagnino, Esq.<br>625 Liberty Avenue<br>23rd Floor<br>Pittsburgh PA 15222 | mfreedlander@mcguirewoods.com<br>fguadagnino@mcguirewoods.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Alps Electric (North America), Inc. | Meyers Law Group, P.C. | Attn: Merle C. Meyers, Esq., Kathy Quon Bryant, Esq.<br>44 Montgomery Street<br>Suite 1010<br>San Francisco CA 94104 | mmeyers@meyerslawgroup.com<br>kquonbryant@meyerslawgroup.com |
| Counsel to Michigan Department of Environmental Quality | Michigan Department of Environmental Quality | Attn: Megen E. Miller, Assistant Attorney General<br>Environment, Natural Resources and Agriculture Division<br>P.O. Box 30755<br>Lansing MI 48909 | millerm59@michigan.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank, Tweed, Hadley & McCloy | Attn: Dennis F. Dunne, Esq., Abhilash M. Raval, Esq., Tyson Lomazow, Esq.<br>28 Liberty Street<br>New York NY 10005 | ddunne@milbank.com<br>tlomazow@milbank.com<br>araval@milbank.com |
| Counsel to Missouri Department of Natural Resources | Missouri Department of Natural Resources | Attn: Mary A. Long, Assistant Attorney General<br>P.O. Box 861<br>St. Louis MO 63188 | Mary.Long@ago.mo.gov |
| Consenting OEM | Mitsubishi Motors Corporation | Attn: Toshifumi Kimura, General Manager<br>Interior Parts and Aftersales Purchasing Department<br>1, Nakashinkiri, Hashime-cho<br>Okazaki, Aichi Pref. 444-8501 Japan | toshifumi.kimura@mitsubishi-motors.com |
| Counsel to XPO Logistics Worldwide, Inc. | Monzack Mersky McLaughlin and Browder, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com |
| Counsel to NBHX Trim USA Corporation | Morris James, LLP | Attn: Carl N. Kunz, III, Esquire<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19801 | ckunz@morrisjames.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to BMW Consolidation Services Co., LLC, BMW Manufacturing Co., LLC, BMW of North America, LLC, General Motors LLC, Nissan Motor Corporation, Aktiebolaget Volvo, FCA US, LLC, Mitsubishi Motors North America, Inc., OEM Customer Group | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C. Abbott, Andrew Remming, Daniel Butz<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | dabbott@mnat.com<br>aremming@mnat.com<br>dbutz@mnat.com |
| Counsel to the Motley Rice Federal and State Personal Injury Claimants | Motley Rice LLC | Attn: Joseph F. Rice, Esq., Kevin R. Dean, Esq., John A. Baden, IV, Esq., John David O'Neill, Esq.<br>28 Bridgeside Blvd.<br>Mt. Pleasant SC 29464 | jrice@motleyrice.com<br>kdean@motleyrice.com<br>jbaden@motleyrice.com<br>jdoneill@motleyrice.com |
| Co-Counsel to the Japanese Debtors | Nagashima Ohno & Tsunematsu | Attn: Nobuaki Kobayashi<br>JP Tower<br>2-7-2 Marunouchi, Chiyoda-ku<br>Tokyo 100-7036 Japan | nobuaki_kobayashi@noandt.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW, 12th Floor<br>Washington DC 20036 | KCORDRY@NAAG.ORG |
| National Highway Traffic Safety Administration | National Highway Traffic Safety Administration | Attn: Kerry Kolodziej, Esq., Acting Assistant Attn: Chief Counsel for Litigation & Enforcement & Stephen Hench, Esq., Trial Attorney<br>Office of Chief Counsel<br>1200 New Jersey Avenue, SE<br>Washington DC 20590 | kerry.kolodziej@dot.gov<br>stephen.hench@dot.gov |
| Consenting OEM, Counsel to BMW Manufacturing Co., LLC, BMW Consolidation Services Co., LLC, and BMW of North America, LLC | Norton Rose Fulbright US, LLP | Attn: David A. Rosenzweig<br>1301 Avenue of the Americas<br>New York NY 10019 | david.rosenzweig@nortonrosefulbright.com |
| Consenting OEM, Counsel to BMW Manufacturing Co., LLC, BMW Consolidation Services Co., LLC, and BMW of North America, LLC | Norton Rose Fulbright US, LLP | Attn: Michael M. Parker<br>300 Convent Street<br>Suite 2100<br>San Antonio TX 78205 | michael.parker@nortonrosefulbright.com |
| Counsel to Pacific Sintered Metals, Inc. | Nossaman, LLP | Attn: Allan H. Ickowitz, Esq.<br>777 South Figueroa Street<br>34th Floor<br>Los Angeles CA 90017 | aickowitz@nossaman.com |

# Exhibit A
## Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to General Motors, LLC | O'Melveny & Myers, LLP | Attn: Gary Svirsky, Daniel S. Shamah<br>7 Times Square<br>New York NY 10036 | gsvirsky@omm.com<br>dshamah@omm.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of the Attorney General | Attn: Carol E. Momjian<br>21 S. 12th Street<br>3rd Floor<br>Philadelphia PA 19107-3603 | cmomjian@attorneygeneral.gov |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: David Buchbinder, Esq. Jane M. Leamy, Esq.<br>844 King Street<br>Suite 2207<br>Wilmington DE 19801 | david.l.buchbinder@usdoj.gov<br>jane.m.leamy@usdoj.gov |
| Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Debra Felder, Esq.<br>1152 15th Street, NW<br>Washington DC 20005 | dfelder@orrick.com |
| Consenting OEM, Counsel to Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor North America, Inc. | Orrick, Herrington & Sutcliffe, LLP | Attn: Lorraine S. McGowen, Esq.<br>51 West 52nd Street<br>New York NY 10019-6142 | lmcgowen@orrick.com |
| Counsel to the Committee of Unsecured Tort Claimant Creditors, and Trustee of the Reorganized TK Holdings Trust | Pachulski Stang Ziehl & Jones, LLP | Attn: Laura Davis Jones, James I. Stang, David M. Bertenthal, Peter J. Keane<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899 | ljones@pszjlaw.com<br>jstang@pszjlaw.com<br>dbertenthal@pszjlaw.com<br>pkeane@pszjlaw.com |
| Chair Lead Counsel for the Takata MDL Action Plaintiffs | Podhurst Orseck PA, Chair Counsel | Attn: Peter Prieto, John Gravante, III, Matthew P. Weinshall, Alissa Del Riego<br>One SE Third Avenue<br>Suite 2700<br>Miami FL 33131 | pprieto@podhurst.com<br>jgravante@podhurst.com<br>mweinshall@podhurst.com<br>adelriego@podhurst.com |
| Counsel to Cobra Metal Works, Inc. | Polsinelli PC | Attn: Justin K. Edelson<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | jedelson@polsinelli.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Volvo Group North America, LLC and Mack Trucks, Inc. | Polsinelli PC | Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | skatona@polsinelli.com |
| Counsel to John Buretta as the Monitor | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, D. Ryan Slaugh<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899-0951 | jryan@potteranderson.com<br>rslaugh@potteranderson.com |
| Consenting OEM | PSA Automobiles SA | Attn: Mark Rollinger, General Counsel<br>7, rue Henri Sainte-Claire Deville<br>92500 Rueil-Malmaison France | mark.rollinger@mpsa.com |
| Consenting OEM | PSA Automobiles SA | Attn: Pascal Dalon, Supplier Risk Manager<br>2-10 bd de l'Europe – YT 279<br>78093 Poissy Cedex 09 France | pascal.dalon@mpsa.com |
| Counsel to Tesla, Inc. | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com |
| Counsel to Debtor | Richards, Layton & Finger, PA | Attn: Mark D. Collins, Brett Michael Haywood, Michael J. Merchant, Amanda R. Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>haywood@rlf.com<br>steele@rlf.com<br>merchant@rlf.com |
| Counsel to LMC Industries, LLC | Schafer & Weiner PLLC | Attn: Kim K. Hillary<br>40950 Woodward Ave.<br>Ste. 100<br>Bloomfield Hills MI 48304 | khillary@schaferandweiner.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov |
| Counsel to Joyson Safety Systems Acquisitions, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Carl T. Tullson, Esq, Jacqueline M. Dakin, Esq.<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | carl.tullson@skadden.com<br>jacqueline.dakin@skadden.com |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed Plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Jason M. Liberi, Esq.<br>One Rodney Square<br>P.O. Box 636<br>Wilmington DE 19899-0636 | jason.liberi@skadden.com |
| Counsel to Joyson Safety Systems Acquisitions, LLC | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Ron E. Meisler, Esq., Amy Van Gelder, Esq.<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | ron.meisler@skadden.com<br>amy.vangelder@skadden.com |
| Counsel to Key Safety Systems, Inc. ("KSS"), the proposed plan sponsor | Skadden, Arps, Slate, Meagher & Flom, LLP | Attn: Ron E. Meisler, Esq., Christopher M. Dressel, Esq.<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | ron.meisler@skadden.com<br>christopher.dressel@skadden.com |
| Counsel to Confidential Whistleblower A and Confidential Whistleblower B | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington DE 19899 | kmiller@skjlaw.com |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov |
| State of Michigan, Department of Treasury | State of Michigan, Department of Treasury | Attn: Bill Schuette, Attorney General & Katherine C. Kerwin, Assistant Attorney General<br>Cadillac Place<br>3030 W. Grand Blvd. Ste. 10-200<br>Detroit MI 48202 | KerwinK@michigan.gov |

In re: TK Holdings Inc., et al.
Case No. 17-11375 (BLS)

Page 13 of 15

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Co-Counsel to Danhil Containers, LLC and Danhil de Mexico SA de CV | Stevens & Lee, PC | Attn: Joseph H. Huston, Jr.<br>919 N. Market Street<br>Suite 1300<br>Wilmington DE 19801 | jhh@stevenslee.com |
| Counsel to Takata MDL Action Plaintiffs | Stutzman, Bromberg, Esserman & Plifka, PC | Attn: Sander L. Esserman, Peter C. D'Apice<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 75201 | esserman@sbep-law.com<br>dapice@sbep-law.com |
| Consenting OEM, Counsel to FCA US, LLC | Sullivan & Cromwell, LLP | Attn: Brian D. Glueckstein, Andrew G. Dietderich, Alexa J. Kranzley<br>125 Broad Street<br>New York NY 10004 | gluecksteinb@sullcrom.com<br>dietdericha@sullcrom.com<br>kranzleya@sullcrom.com |
| Counsel to Volkswagen Group of America, Inc. | Sullivan & Cromwell, LLP | Attn: Suhana Han, Ann-Elizabeth Ostrager<br>125 Broad Street<br>New York NY 10004 | hans@sullcrom.com<br>ostragerae@sullcrom.com |
| Counsel to Pacific Sintered Metals, Inc. | Sullivan · Hazeltine · Allinson, LLC | Attn: Elihu E. Allinson III, Esq.<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | zallinson@sha-llc.com |
| Counsel to Kevin Herlihy, as Intended Adminstrator of the Estate of Denis Herlihy | Sullivan Papain Block McGrath & Cannavo, P.C. | Attn: Frank V. Floriani, Esq.<br>120 Broadway<br>New York NY 10271 | FFloriani@TrialLaw1.com |
| Attorney for Ludmilla Permint, Ludmilla Permint, as Administratrix of the Estate of Charles Permint, Jr., Charles Daniel Permint (a disabled Individual), by and through his next friend, Ludmilla Permint, Imani Rose Johnson (a minor, by and through Julia Rose Johnson) and Julia Rose Johnson | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg<br>750 Shipyard Drive, Suite 400<br>P.O. Box 2092<br>Wilmington DE 19899-2092 | sreidenberg@trplaw.com |
| Counsel for the United States of America | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division<br>Post Office Box 227<br>Ben Franklin Station<br>Washington DC 20044 | wardlow.w.benson@usdoj.gov |

In re: TK Holdings Inc., et al.
Case No. 17-11375 (BLS)

Page 14 of 15

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| United States Attorneys Office for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Monique Engleman | Vivian Houghton, Esq. | 800 N. West Street, 1st Floor<br>Wilmington DE 19801 | bankruptcy@vivianhoughton.com |
| Consenting OEM, Counsel to Honda North America, Inc. and American Honda Motor Co., Inc. | Vorys, Sater, Seymour & Pease, LLP | Attn: Robert A. Bell, Jr., Reginald W. Jackson<br>52 East Gay Street<br>Columbus OH 43215 | rabell@vorys.com<br>rwjackson@vorys.com |
| Counsel to Debtor | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Ronit J. Berkovich, Matthew P. Goren<br>767 Fifth Avenue<br>New York NY 10153 | marcia.goldstein@weil.com<br>ronit.berkovich@weil.com<br>matthew.goren@weil.com |
| Consenting OEM | Wellensiek Rechtsanwälte PartG mbB | Attn: Till Hafner<br>Guiollettstrasse 54<br>D-60325 Frankfurt am Main Germany | till.hafner@wellensiek.de |
| Counsel to Daimler | White & Case, LLP | Attn: Thomas Lauria<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | tlauria@whitecase.com |
| Co-Counsel to the Japanese Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Esq., Pauline K. Morgan, Esq., Ryan M. Bartley, Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | rbrady@ycst.com<br>pmorgan@ycst.com<br>rbartley@ycst.com |