United States Bankruptcy Court for the District of Delaware
824 Market Street
Sixth Floor, Room No. 1
Wilmington, Delaware 19801
RE: Case 17-11375-(BLS)



To the Honorable Brendan L. Shannon,

I, D'Arcy Phelan-Morrell, Takata Claimant # 52791 and # 4537, Object to the proposed Order for Veristar LLC's Motion for Relief under Stipulated Protective Order(Dkt. No. 4774) and (ii) Filing of Revised Proposed Order in Connection with Foregoing Motion (related documents(s) 4774) Filed by Veristar, LLC as assignee of Planet Data Solutiond, Inc.. The proposed Order set forth by Veristar, LLC on 09/14/2022.

Sincerely,


D'Arcy Phelan-Morrell
1107 Austin Manor Court
Spring, Texas 77379