# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 5, 2023 AT 9:30 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE BRENDAN L. SHANNON**

---

**This hearing will be conducted entirely over Zoom.  To participate in this hearing you must register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  Please remember to register with ZOOM well in advance of the hearing in order to avoid being denied access.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Topic – TK Holdings, Inc. – Case No.  17-11375 (BLS)
When: April 5, 2023 9:30 AM Eastern Time (US and Canada)**

**Register in advance for this meeting:**

https://debuscourts.zoomgov.com/meeting/register/vJItduqppjgtH8ZHeP6I4vx9J7Rh4Vj8DGM

---

**ADJOURNED MATTER:**

1. Reorganized TK Holdings Trust's Twenty-Eighth Omnibus Objection to Claims Non-Substantive (Amended & Superseded, Duplicate Claims, Late Claims) [Filed: 4/26/22] ([Docket No. 4679](#))

    Response Deadline: May 17, 2022 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.

Response Received:

A. Response to Reorganized TK Holdings Trust's Twenty-Eighth Omnibus Objection to Claims Non-Substantive (Amended & Superseded, Duplicate Claims, Late Claims Filed by Robert D. Rhinesmith [Filed: 5/6/22] ([Docket No. 4698](#))

Status: The Trust will withdraw the objection as to claim of Mr. Rhinesmith.

B. Response to Reorganized TK Holdings Trust's Twenty-Eighth Omnibus Objection to Claims Non-Substantive (Amended & Superseded, Duplicate Claims, Late Claims Filed by Sonya Y. McNeal [Filed: 5/13/22] ([Docket No. 4700](#))

Status: This matter is adjourned until May 3, 2023 at 9:30 a.m. (ET).

C. Response to Reorganized TK Holdings Trust's Twenty-Eighth Omnibus Objection to Claims Non-Substantive (Amended & Superseded, Duplicate Claims, Late Claims Filed by Sudan Salaam [Filed: 5/16/22] ([Docket No. 4701](#))

Status: This matter is adjourned until May 3, 2023 at 9:30 a.m. (ET).

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with Reorganized TK Holdings Trust's Twenty-Eighth Omnibus Objection to Claims Non-Substantive (Amended & Superseded, Duplicate Claims, Late Claims) [Filed: 5/17/22] ([Docket No. 4703](#))

B. [Signed] Order Sustaining the Reorganized TK Holdings Trust's Twenty-Eighth Omnibus Objection to Claims Non-Substantive [Filed: 5/31/22] ([Docket No. 4713](#))

Status: This matter is adjourned until May 3, 2023 at 9:30 a.m. (ET).

**RESOLVED MATTER:**

2. Fifteenth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 3/6/23] ([Docket No. 4983](#))

Response Deadline: March 20, 2023, at 4:00 p.m. (ET).

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. Certification of No Objection Regarding Fifteenth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R.

   Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 3/21/23] ([Docket No. 4991](#))

  B.  [Signed] Fifteenth Order Granting Fifteenth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 3/24/23] ([Docket No. 4992](#))

Status: The Court has entered an order on this matter. No hearing is necessary.

**STATUS CONFERENCE:**

3. Motion of Claimant, Dina Gonzales, of Motion of Reconsideration Re: Newly Discovered Evidence Comes Now, Dina Gonzales [Filed: 3/14/23] ([Docket No. 4988](#))

  Response Deadline: None.

  Responses Received:

  A.  Preliminary Response to Motion of Claimant, Dina Gonzales, of Motion of Reconsideration Re: Newly Discovered Evidence Comes Now, Dina Gonzales [Filed: 3/29/23] ([Docket No. 4993](#))

  Related Documents:

  A.  [Signed] Order [Filed: 7/15/21] ([Docket No. 4480](#))

Status: A status conference will go forward on this matter.

Dated: April 3, 2023        PACHULSKI STANG ZIEHL & JONES LLP

                */s/ Peter J. Keane*
                Laura Davis Jones (Bar No. 2436)
                David M. Bertenthal (CA Bar No. 167624)
                Peter J. Keane (Bar No. 5503)
                919 N. Market Street, 17th Floor, P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400
                E-mail: ljones@pszjlaw.com
                     dbertenthal@pszjlaw.com
                     pkeane@pszjlaw.com

                *Attorneys for the Trustee of the Reorganized TK Holdings Trust*