# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
### ON JULY 12, 2023 AT 9:30 A.M. (PREVAILING EASTERN TIME)
### BEFORE THE HONORABLE BRENDAN L. SHANNON

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**MATTER FOR WHICH A CNO HAS BEEN FILED:**

1. Sixteenth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 6/28/23] ([Docket No. 5044](#))

   Response Deadline: July 5, 2023 at 4:00 p.m. (ET).

   Response Received: None.

   Related Documents:

   A. [Proposed] Order Granting Sixteenth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), For an Order Extending the Deadline to Object to Certain Claims Through November 16, 2023 [Filed: 6/28/23] ([Docket No. 5044, Exhibit A](#))

   B. Certificate of No Objection Regarding Sixteenth Motion of Joseph J. Farnan, Jr.,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.

as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 7/6/23] ([Docket No. 5049](#))

Status:  The Court has indicated an order will be entered on this matter.  No hearing is necessary.

Dated: July 10, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         pkeane@pszjlaw.com

*Attorneys for the Trustee of the Reorganized TK Holdings Trust*

2