# EXHIBIT 1

**Schedule of Subject Bifurcated Claims**

**Insufficient Information or Unliquidated Claims of Individuals**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLASS 6 CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| Bovino, Sophia | P-0024332 | Unliquidated | $0.00 | Claimant asserts damages for both PI/WD and for non-PI/WD Economic Loss. As to Economic Loss, the Claim attaches a car repair estimate in the amount of $3,428.30, but there is no indication as to whether the vehicle damage was the result of deployment of an airbag. Absent additional information, the Claim should be disallowed. |
| Camp, David | GCR-5032 | $86,400 or $209,100, contingent upon recall repair timing. | $0.00 | Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss. As to Economic Loss, Claimant asserts contingent airbag replacement cost of $2,500, partial loss of use for 11 months at $14,400 (plus a contingent going-forward loss at $1,600 per month, and contingent diminution of value at $5,000, for a total amount of not less than $21,900, but potentially as high as $131,100. Absent additional information as to the timing of recall repair and incurrence of contingent expenses, the Claim should be disallowed. |

| Foye, Richard | P-0037013 | $35,000* | $15,000 | In response to the RTKH Trust's 5th Omnibus Objection, Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss. As to Economic Loss, Claimant asserts $10,000 replacement transportation expense and $5,000 loss of value. The Trust requests that the Class 6 portion of the Claim be allowed in those amounts. |
| --- | --- | --- | --- | --- |
| Fisher, M.D., Monte | P-0044575 | $15,000 | $0.00 | In his claim and in response to the Debtor's Amended 7th Omnibus Objection, Claimant asserts damages for both PI/WD and for non-PI/WD Economic Loss for vehicle towing, repair and storage, but no breakdown of those expenses as opposed to those arising from personal injury. Without further information as to the actual amount of Economic Loss components, the Claim should be disallowed. |

* The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.* [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order"). Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

2

| | | | |
|---|---|---|---|
| Hale, Mark | P-0043296 | $8,000 | $20 | Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss. As to Economic Loss, Claimant asserts losses resulting from 6 trips to the dealership and a total of 36 hours of lost time, but does identify which portion of the $8,000 claim arises from those activities (with the exception of $20 in fuel costs. Absent additional information, there is no basis to allow the Class 6 portion of the Claim in an amount greater than $20.00. |
| Houshmandzadeh, Nasim | P-0036925 | $30,000 | $116 | The Proof of Claim asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss, but does not identify which portion of the $30,000 claim amount arises from the claimed loss of use, diminution of value, lost time or other expenses (other than a $116.00 registration fee), as opposed to asserted emotional distress. Absent additional information, the Class 6 portion of the Claim should be allowed at $116. |

3

| | | | |
|---|---|---|---|
| Jones, Bonnie | GCR-3457 | $30,000 or Unknown | Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss. The Claim does not identify which portion arises from emotional distress and which portion arises from Economic Loss. Although Claimant asserts she was required to rent a vehicle while awaiting repairs, the documentation attached to the Claim indicates that the vehicle dealer leased a replacement vehicle to the Claimant at no cost. Absent further information, the Class 6 portion of the Claim should be disallowed. |
| Kosmidis, Sophia | P-0001333 | $20,566 | $0.00 | Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss, but does not state which portion of the Claim arises from Economic Loss as opposed to emotional distress. Absent further information, the Class 6 portion of the Claim should be disallowed. |

4

| | | | |
|---|---|---|---|
| Lawrence, Richard | P-0052883 | $7,000 | $7,000 | Claimant provided additional information in response [Docket No. 5085], and the Trustee has agreed to allow the Class 6 portion of the Claim in the amount of $7,000. |
| Orr, Thomas | P-0028947 | $11,000* | $4,228.54 | Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss asserted to have arisen from a non-impact spontaneous deployment of an airbag. Although a repair bill for $5,885.58 is attached to the Claim, no less than $1,657 of the billing appears to be for labor and materials not related to the nonimpact airbag deployment, including front bumper and fender and muffler repair, and battery/tire/seatbelt replacement. In the absence of additional information, the trust requests that the Class 6 component of the Claim be reduced to and allowed at $4,228.54. |

5

| Thompson, Lisa | P-0058034 | $8,739.24 | $0.00 | Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss. As to Economic Loss, the Claim attaches a vehicle purchase Disclosure Statement in the sum of $8,739.24, which includes $1,219.24 in finance charges, and is the same amount as the Claim. However, absent additional information that the vehicle was rendered valueless, it is not possible for the Trust to determine what portion the Claim amount is asserted for Economic Loss as opposed to emotional distress. |