> **PLEASE CAREFULLY REVIEW THIS MOTION AND OBJECTION AND THE EXHIBITS THERETO TO DETERMINE WHETHER SAME AFFECTS YOUR CLAIM.  ANY CLAIMANT WHO DOES NOT AGREE TO THE TREATMENT PROPOSED HEREIN MUST FILE AND SERVE A RESPONSE BY NOVEMBER 22, 2023 AT 4:00 P.M. (PREVAILING EASTERN TIME)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | Case No.  17-11375 (BLS) |
| Debtors.[1] | Jointly Administered |
| | Response Deadline: Nov. 22, 2023 at 4:00 p.m. (ET)<br>Hearing Date:  Dec. 12, 2023 at 10:00 a.m. (ET) |

**NOTICE OF HEARING (1) TO CONSIDER SECOND JOINT MOTION OF ERIC D. GREEN, IN HIS CAPACITY AS TRUSTEE OF THE TAKATA AIRBAG TORT COMPENSATION TRUST FUND, AND JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, FOR ENTRY OF AN ORDER DIRECTING BIFURCATION OF CERTAIN CLAIMS; (2) THIRTY-EIGHTH OMNIBUS OBJECTION OF JOSEPH J. FARNAN, JR., IN HIS CAPACITY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST TO CLASS 6 PORTIONS OF CERTAIN CLAIMS (UNLIQUIDATED, CONTINGENT AND/OR INSUFFICIENT INFORMATION CLAIMS—NON-SUBSTANTIVE)**

**PLEASE TAKE NOTICE** that on November 2, 2023, Eric D. Green, in his capacity as trustee (the "PSAN PI/WD Trustee") of the PSAN PI/WD Trust *d/b/a* the Takata Airbag Tort Compensation Trust Fund (the "TATCTF"), and Joseph J. Farnan, Jr., in his capacity as trustee (the "RTKH Trustee") of the Reorganized TK Holdings Trust (the "RTKH Trust,") filed with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc.  (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V.  (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

- 1 -

- 2 -

United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Second Joint Motion of Eric D. Green, In His Capacity as Trustee of The Takata Airbag Tort Compensation Trust Fund, and Joseph J. Farnan, Jr., In His Capacity as Trustee of The Reorganized TK Holdings Trust, for Entry of an Order Directing Bifurcation of Certain Claims* (the "Joint Motion") *and the Thirty-Eighth Omnibus Objection of Joseph J. Farnan, Jr., In His Capacity as Trustee of The Reorganized TK Holdings Trust to Class 6 Portions of Claims (Unliquidated, Contingent and/or Insufficient Information Claims--Non-Substantive)* (the "RTKH Trust Objection").

**PLEASE TAKE FURTHER NOTICE** that if the holder of a claim that is the subject of the Joint Motion and RTKH Trust Objection wishes to respond to the Joint Motion and/or RTKH Trust Objection, the holder must file a written response with: (i) Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (ii) Brown Rudnick LLP Seven Times Square New York, New York 10036 (Attn: David J. Molton) and Blank Rome LLP 1201 N. Market Street, Suite 800 Wilmington, Delaware 19801 (Attn: Stanley B. Tarr), and (iii) Pachulski Stang Ziehl & Jones LLP 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware  19899 (Courier 19801)  (Attn:  Peter J. Keane) so as to be received no later than **4:00 p.m. (Prevailing Eastern Time) on November 22, 2023** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no response to the Joint Motion and/or the RTKH Trust Objection is timely filed and received in accordance with the above procedures, an Order may be entered sustaining the Joint Motion and the RTKH Objection without further notice or a hearing. If a response is properly filed, served and received in accordance with the above procedures and such response is not resolved, a hearing to consider such response and the Joint

Motion and the RTKH Trust Objection will be held The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **December 12, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"). Only a response made in writing and timely filed and received will be considered by the Bankruptcy Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY SUSTAIN THE JOINT MOTION AND/OR THE RTKH OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 2, 2023
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
E-mail:   tarr@blankrome.com

-AND-

**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
E-mail:   dmolton@brownrudnick.com
               gcicero@brownrudnick.com

*Attorneys for Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund*

| | |
|---|---|
| Dated: November 2, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile:  302-652-4400<br>E-mail:      ljones@pszjlaw.com<br>                  dbertenthal@pszjlaw.com<br>                  pkeane@pszjlaw.com<br><br>*Attorneys for the Trustee of the Reorganized TK Holdings Trust* |