## <u>EXHIBIT 1</u>

**Schedule of Subject Bifurcated Claims**

**Insufficient Information or Unliquidated Claims of Individuals**

**Reorganized TK Holding Trust's Thirty-Seventh Omnibus Objection to Claims**

<u>**EXHIBIT A**</u>
**(Treatment of Class 6 Components to PPIC Claims)**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT | MODIFIED CLASS 6 CLAIM AMOUNT[1] | REASON FOR MODIFICATION |
|---|---|---|---|---|
| Baily, Denise | P-0040768 | $9,988.00* | $9,988.00 | In response to the Debtors' 7th Omnibus Objection, Claimant asserts unliquidated damages for PI/WD (emotional distress) and the value of lost time and costs incurred in dealing with the recall, estimated at $9,988.  The Trust proposes allowance of the Class 6 portion of the Claim in that amount. |

\*       The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.* [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "<u>Order</u>").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

---

[1] **The proposed modified amounts set forth herein relate solely to the Class 6 components of the referenced claims, <u>and shall have no effect on, nor in any prejudice a Claimant's personal injury or wrongful death claim, including claims for emotional distress</u>.**

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| Ballard, Michael | P-0007379 | $30,000.00* | $0.00 | Claimant asserted unliquidated damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss. However, in response to the Trust's 5th omnibus Objection, Claimant stated his damages to be $30,000 arising solely from the emotional distress he suffered over the 10 months it took to obtain airbag replacement, and nothing for Economic Loss.  The Class 6 component of the Claim should therefore be disallowed. |

\*       The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.*  [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| Dills, Deborah | P-0040369 | $52,306.94 | $0.00 | In the Claim and the response to the Debtors' Amended 7th Omnibus Objection, Claimant asserts damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss. The amount sought is the full purchase price of the affected vehicle. Since no evidence is presented that the vehicle was rendered totally valueless by reason of the defect and no breakdown is stated between the amount sought for Economic Loss as opposed to emotional distress, the Economic Loss component of the Claim cannot be determined and should therefore be disallowed. |
| Drivas, Nicolaos | P-0007424 | $25,000.00 | $20,000.00 | Based on discussions with Claimant, the Trust agrees to adjust the allowed Modified Claim Amount for the Class 6 portion of the claim to $20,000 for loss of use and recall related expenses. |

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| Gart, Stephen | P-0040087 | $64,222.00* | $0.00 | In response to the Trust's 5th Omnibus Objection, Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss, consisting of $50,000 for the exposure to risk of bodily harm (i.e., emotional distress), a maximum of $9,222 for vehicle depreciation over a 19 month period, and $5,000 as the estimated cost of immediate airbag replacement (for a total of $14,222).  However, Claimant acknowledges that his vehicle had not been recalled and he does not assert that he independently paid for airbag replacement. Further, there is no proof that some portion of the vehicle's depreciation was the result of a defective airbag as opposed to other economic forces. Absent such proof, the Class 6 portion of the Claim should therefore be disallowed. |

\*       The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.*  [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| | | | | |
|---|---|---|---|---|
| Groves, Mary | P-0024730 | $4,612.00* | $3,412.00 | In response to the RTK Trust's 5th Omnibus Objection, Claimant asserts $1,200 in damages for both PI/WD (emotional distress) and $3,412 for non-PI/WD Economic Loss for loss of value and loss of use of the vehicle. The Trust therefore seeks to set the Class 6 portion of the Claim at $3,412. |
| Henslee, Shelly & Willard | P-0028914 | $42,000.00* | $10,000.00 | In response to the RTK Trust's 5th Omnibus Objection, as to Claimant's 2013 Hyundai Tucson, Claimant asserts $20,000 in damages for emotional distress and $10,000 for non-PI/WD Economic Loss, including loss of use and damage/excess wear and tear resulting from use of the SUV for hauling purposes, intended for the 2010 Ford Ranger truck which is the subject of Claim No. P-0029048 (below). The Trust therefore seeks to set the Class 6 Claim at $10,000. |

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

\* The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.* [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order"). Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| | | | | |
|---|---|---|---|---|
| Henslee, Shelly & Willard | P-0029058 | $42,000.00* | $12,000.00 | In response to the RTK Trust's 5th Omnibus Objection, Claimant asserts $20,000 in damages for emotional distress and $12,000 for non-PI/WD Economic Loss arising from loss of use of the vehicle and the required use of alternate vehicles (aside from the 2013 Hyundai Tucson) for hauling purposes. The Trust therefore seeks to set the Class 6 Claim at $12,000. |
| Humphrey, Walter | P-0047837 | $25,238.19 | $0.00 | Claimant asserts damages for both PI/WD (i.e., emotional distress) and for non-PI/WD Economic Loss, but does not designate what portion of the claim amount is for what category.  Although the Claim identifies the cost of the subject vehicle, it cannot be determined with specificity what portion of the claim amount is asserted as Economic Loss as opposed to emotional distress damages. |

\*      The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.*  [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| Hyatt, Shelbia | P-0040901 | $25,000.00 | $0.00 | Claimant asserts damages for both PI/WD and for non-PI/WD Economic Loss, but it cannot be determined what portion of the Claim is asserted for Economic Loss or the factual basis therefore. |
| Inman, Kathleen | P-0038158 | $1,100.00* | $100.00 | In response to the Debtors' Amended 7th Omnibus Objection and the RTK Trust's 5th Omnibus Objection, Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss for required use of alternative vehicles ($100) and the balance for potential cost of airbag replacement, lost work and "physical and emotional toll (i.e., a combination of PI/WD damages and non-PI/WD damages. Absent additional information, the Trust requests that the Economic Loss portion of the Claim be set at $100. |

\*      The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.* [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order"). Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

| Kellaher, Sandra | P-0047251 | $3,000.00* | $0.00 | In response to the RTK Trust's 5th Omnibus Objection, Claimant asserts damages of $3,000 for both PI/WD (emotional distress) and for non-PI/WD Economic Loss (loss of use and loss of value) but does not allocate the claim between those two categories. Absent such allocation, the Trust does not have sufficient information to make that assessment and the Class 6 portion of the Claim should therefor be disallowed. |
| King, Donna | P-0033305 | $20,000.00 | $0.00 | Claimant asserts $20,000 in damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss, but does not allocate between the two categories of losses. Absent evidence of actual non-PI/WD loss, the Class 6 portion of the claim should be disallowed. |

\*        The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.*  [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

| | | | | |
|---|---|---|---|---|
| Kramer Trust, Steven | P-0004123 | $9,219.25 | $0.00 | Claimant asserts $9,219.25 in damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss, but does not allocate between the two categories of losses. Absent evidence of actual non-PI/WD loss, the Class 6 portion of the claim should be disallowed. |
| McCaffrey, Lorraine | P-0027052 | $10,000.00 | $0.00 | Claimant asserts $10,000 in damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss (loss of use), but does not allocate between the two categories of losses. Absent allocation of a portion of the Claim for actual non-PI/WD loss, the Class 6 portion of the claim should be disallowed. |

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| | | | | |
|---|---|---|---|---|
| McInroy, Kevin | GCR1714 | $3,000.00* | $0.00 | In response to the RTK Trust's 3rd Omnibus Objections, Claimant asserts damages $3,000for both PI/WD (emotional distress) and for non-PI/WD Economic Loss (loss of use and time), but does not allocate amounts between those two categories.  Absent such allocation, the Trust cannot determine the amount of the Class 6 component of the Claim, and same should therefore be disallowed. |
| Monaghan, Melissa | P-0054152 | $10,000.00 | $0.00 | Claimant asserts damages for both PI/WD (physical and mental) by reason of non-deployment of an airbag in an accident involving a deer, but also attaches a vehicle repair estimate for $2,367.99 as a result of the accident.  It is unclear, however, whether the repairs were required by reason of the non-deployment of the airbag as opposed to contact with the deer.  Absent additional supporting evidence, the Class 6 portion of the Claim should be disallowed. |

\*        The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.*  [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| Nenov, Nikolay | P-0049799 | $10,500.00 | $0.00 | Claimant asserts $10,500 in damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss (loss of use), but does not allocate between the two categories of losses. Absent allocation of a portion of the Claim for actual non-PI/WD loss, the Class 6 portion of the claim should be disallowed. |
| Shahin, Michael | P-0050799 | $9,200.00* | $9,200.00 | In response to the Debtors' Amended 7th Omnibus Objection, Claimant asserts damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss (loss of use, value and time which the Claim values at $9,200). |

\*       The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.* [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "Order").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003

| | | | | |
|---|---|---|---|---|
| Smedley, Jesse | P-0029079 | $4,200.00* | $0.00 | In response to the RTK Trust's 5th Omnibus Objection, Claimant asserts damages for both PI/WD (emotional distress) and for non-PI/WD Economic Loss (vehicle damage from deployed airbag) but does not allocate that amount between the two loss types. Absent evidence of the amount to be allocated to Economic Loss, the Class 6 portion of the Claim should be disallowed. |
| Spett, Milton | P-0008286 | $10,735.00* | $735.00 | In response to the RTK Trust's 5th Omnibus Objection, Claimant asserts $10,000 in damages for PI/WD (emotional distress) and $735 in damages for non-PI/WD Economic Loss (loss of time). The Class 6 portion of the Claim should therefore be set at $735. |
| Stiles, Ricky | GCR2896 | $14,000.00* | $0.00 | In response to the RTK Trust's 3rd Omnibus Objections, Claimant asserts damages for both PI/WD (including emotional distress) and for non-PI/WD Economic Loss but does not allocate between the two loss types. Absent evidence of the amount to be allocated to Economic Loss, the Class 6 portion of the Claim should be disallowed. |

15

\*        The Claim Amount was set in the stated amount as set forth in that *Order Sustaining the Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, for Entry of an Order to Authorizing Adjustment of the Claims Register to Reflect Liquidated Claim Amounts for Certain PPIC Claims Initially Stated and/or Listed on the Claims Register as Unliquidated or Unknown in Amount.*  [Dkt. No. 3823 as corrected at Dkt. No. 3825] (the "<u>Order</u>").  Pursuant to paragraph 2 of the Order, all rights to object to or defend against the claim on any basis are expressly preserved.

DOCS_LA:350735.2 82828/003
LA:4865-5459-1117.4 82828.003