# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 14, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

### RESOLVED MATTER:

1. The Reorganized TK Holdings Trust's Thirty-Seventh Omnibus Objection to Class 6 Portions of Bifurcated Claims -- Non-Substantive [Filed: 10/12/23] (Docket No. 5117)

   Response Deadline: October 31, 2023 at 4:00 p.m. (ET).

   Response Received: Informal comments from Nicolaos Drivas.

   Related Documents:

   A. [Proposed] Order Sustaining The Reorganized TK Holdings Trust's Thirty-Seventh Omnibus Objection to Class 6 Portions of Bifurcated Claims -- Non-Substantive [Filed: 10/12/23] (Docket No. 5117, Exhibit B)

   B. Notice Of Submission Of Proofs Of Claim In Connection With The Reorganized Tk Holdings Trust's Thirty-Seventh Omnibus Objection To Claims -- Non-Substantive [Filed: 10/31/23] (Docket No. 5135)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.

C. Certification of Counsel Regarding The Reorganized TK Holdings Trust's Thirty-Seventh Omnibus Objection to Class 6 Portions of Bifurcated Claims -- Non-Substantive [Filed: 11/9/23] ([Docket No. 5138](#))

D. [Signed] Order Sustaining The Reorganized TK Holdings Trust's Thirty-Seventh Omnibus Objection to Class 6 Portions of Bifurcated Claims -- Non-Substantive [Filed: 11/9/23] ([Docket No. 5139](#))

<u>Status</u>:  The Court has entered an order on this matter.  No hearing is necessary.

Dated: November 10, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
pkeane@pszjlaw.com

*Attorneys for the Trustee of the Reorganized TK Holdings Trust*