UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

———————————————————x
: 
In re. : CHAPTER 11
:
TK HOLDINGS, INC., et al. : Jointly Administered Objection Response by
D'Arcy Phelan-Morrell,
: Claimant Number: P-0053894
:
: Response November 8, 2023
:
Debtors. :
———————————————————x

I, D'Arcy Phelan-Morrell, Claimant/Creditor Number P-0053894, am responding to Docket 5136 for Case 17-11375-BLS by agreeing to the Second Joint Motion of Eric D, Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, and Joseph J. Farnan, Jr., in his capacity as Trustee of the Reorganized TK Holdings Trust, for entry of an order directing bifurcation of my Claims.

I object to Joseph J. Farnan, Jr., in his capacity as Trustee of the Reorganized TK Holdongs Trust to the Class 6 Portions of my Claim as Unliquidated and/or insufficient information claim-non-substantive.

As Claimant of Claim# 53894, I feel the provided Joint motion seeking to bifurcate components of my claim is fair, as I have learned that Automobile Manufacturers and Dealerships are dually responsible for the installation and use of the defective Takata airbags. However, I object to Joseph J. Farnan Jr., as Trustee of the Reorganized TK Holdings Trust, to object to Class 6 portions of certain claims (unliquidated, contingent and/or insufficient information claims-non-substantive), because I have already submitted substantial documents to support all of my TK Holdings Claims.

My circumstances as a dual Claimant in this Case 17-11376-BLS are unique. I have filed two Takata Airbag inflators claims for two different vehicles I have owned in two different time frames. The first being Claim# 52791, and the second being Claim# 53894. Each vehicle contained Takata airbags.

This Claim# 53894 is representing the second, most recent vehicle I owned. This claim was filed because the airbag inflator in my 2013 Mercedes Benz 350 GLK was found to be defective by the NHTSA and was recalled.

Once the airbag in my MB GLK was recalled, I was traumatized because I previously suffered life-threatening injuries from a faulty Takata airbag in my prior owned 1998 BMW 323 iC in 1999. The airbag in my BMW caused me a traumatic brain injury and severe facial and other serious injuries. Regardless of my life-threatening injuries suffered from the BMW's faulty airbag, the BMW airbag has not yet been recalled.

Due to my horrifying prior faulty BMW airbag experience, I was terrified I might suffer further life-threatening injuries from the recalled airbag in the 2013 Mercedes I currently own. In my opinion these two claims are definitely linked because both vehicles had defective Takata airbags.

I do not feel either claim should be disallowed, because I have already submitted substantial documents proving my injuries and current risky brain lesion caused by the BMWs faulty airbag inflator which caused my well documented severe traumatic brain injury and facial injuries in the prior accident, I suffered in 1999.

I realize my claims situation is unique, and given the complexity of this Case, I was not sure how to file this claim separately, because both of my Claims are linked because they both involve defective Takata airbags.

The first vehicle's airbag technically caused me reversible death twice, and the 2013 Mercedes Benz 350 GLK I own now and have filed this Claim for, contained a Recalled defective Takata airbag that could have potentially harmed or killed me as well, which has caused me more recent mental anguish, which is considered a Personal Injury.

I filed Personal Injury litigation with this claim # 53894 because while I was never involved in an automobile accident in my Mercedes Benz 350 GLK, it was recalled which caused me severe fear of driving the vehicle, because I suffered life-threatening injuries from the 1998 BMW 323 iC in 1999, which had not yet been recalled, but was identified to have a faulty airbag inflator. I filed my claim for my Mercedes Benz 350 GLK when it was recalled, due to having a defective Takata airbag, which I feared might possibly cause additional traumatic life-threatening injuries or death.

I did not submit an amount for my Mercedes Benz 350GLK Claim #P-0053894, because I had/have not yet been physically injured, but I have suffered mental anguish. I do not know how to place a value on mental anguish I suffered. I had already submitted substantial documents supporting my Claim for the BMW injuries I suffered as Claim# 4537 and 52791, each valued at $14,600,411.40. It was my understanding in this Case, once documents were submitted, they did not need to be re-submitted. This case has been extremely difficult to understand the legal processes without an attorney to represent me and explain the confusing legal jargon.

Due to the severity of my injuries I suffered, which will affect me for the rest of my life, my mental anguish continues from the horrific prior life-threatening experience, which still affects me for this Claim # 53894, for my Mercedes Benz 350 GLK. As a result, I object to this claim being disallowed.

I filed claim# 53894 because I was prior injured by a faulty Takata airbag, which caused me additional mental anguish when I learned my most current vehicle, the Mercedes Benz 350 GLK Takata airbag inflator had been recalled. I naturally feared additional injuries. I assumed that each claim was filed together under my name, and all previously submitted documents from Claim# 4537 and #52791 would apply to claim # 53894.

In Exhibit A, of Docket #5136-2, page 3, the Column identified as "Reason for Modification of Claim 6 Claim Amount" incorrectly states I, as the Claimant, reported a total loss to my vehicle. I did note ever claim a complete loss of my Mercedes Benz 350 GLK vehicle for this Claim. My vehicle provided for in this claim was for my 2013 Mercedes Benz 350 GLK, VIN #: WDCGG5HB9DF990091. I did however lose Economic Value of this vehicle because the passenger-side airbag was recalled. I do not know the Value of the Economic Loss this fact lends to the current actual value of my car, but I am aware that any recall

to a vehicle body, causes a decrease in the economic value of the vehicle. This is the reason I stated the Claim's value as "Unknown".

In reference to my Claim# 53894, I also stated, "I suffered injuries from another Vehicle with a Takata Airbag Injury, and now fear additional injuries". Due to the fact that the airbag in my Mercedes Benz 350 GLK had been recalled, I suffered Mental and emotional anguish/distress associated with the Takata airbag injuries I suffered in 1999, which continue to cause me fright, terror, apprehension, nervousness anxiety, worry, mortification, feelings of lost dignity, grief and the remembrance of going into physical shock from the Traumatic Brain and Facial injuries I suffered from the late and over-aggressive deployment of the faulty Takata airbag in my prior owned 1998 BMW 323iC vehicle I drove when I prior incurred my injuries in 1999.

Fearful of suffering any future airbag injuries, which could possibly cause me more severe brain/facial injuries or possibly death if the current recalled defective Takata airbag in my 2013 Mercedes Benz 350 GLK should over-aggressively deploy and cause the rupture of the current brain lesion I suffered as a result of the over-aggressive deployment of the faulty Takata airbag in my 1998 BMW. Needless to say, I was now terrified to drive my Mercedes Benz 350 GLK.

This is how I learned about the Takata Airbag recall: On January 18, 2018, I received an email from the U.S. Department of Transportation (DOT) National Highway Traffic Safety Administration (NHTSA), stating, "Your vehicle MAY be involved in a safety recall and MAY create a safety risk for you or your passengers. If left I repaired, a potential safety defect could lead to injury or even death. Safety defects must be repaired by a dealership at no cost to you". The NHTSA Recall stated: "ID Number: 18V043 and Manufacturer: Mercedes-Benz USA, LLC, Subject: Passenger Frontal Air Bag Inflator May Explode". My Make: Mercedes-Benz, Model: GLK 350, Model Year: 2010, 2013" were identified.

On January 18, 2018, I immediately called my Mercedes Benz Service Advisor, Mark Escobar, and left a message on his voicemail regarding the aforementioned email I had received and requested a response. I did not receive a response, so I called again on January 24, 2018. Again, I left a detailed voicemail stating I needed to setup a replacement for my GLK's airbag. Since he did not respond again, I called the Mercedes Benz dealership and spoke to Shannon and explained my concern of possibly experiencing another traumatic head injury from the GLK's recalled airbag and how I needed mine to be replaced ASAP. Shannon assured me she would hand-deliver my message to Mark and ask him to call me. I was called back by Mark, who told me to call Mercedes Benz Customer Service at Roadside Assistance Service. When I called the number Mark gave me, I explained my airbag recall concerns and fear of any potential injuries but was told the airbag replacement parts were not yet available. I asked to be notified by phone and email as soon as the airbag replacement parts became available. They estimated the date I should receive notification by postal mail to be June 31, 2018. I did not drive my vehicle from that point on, unless there was no other means for my transportation, because I feared for my life.

February 2018, I received an Important Safety Recall Interim Notice by mail. In summary the letter I received stated, "A safety defect exists in your vehicle. Remedy parts are not yet available for your vehicle. We will contact you again once parts are available". Again, this letter stated the concern, "A passenger-side inflator explosion during deployment could result in sharp metal fragments striking the front passenger or other occupants, possibly causing serious injuries or death". This letter increased my fears, so my car stayed in my garage, as the thought of driving it, made me fear for my life.

On April 9, 2018, frustrated, I called my local Mercedes Benz dealership and spoke to a female representative regarding the airbag recall and she stated the airbag replacement parts were still unavailable, but to keep checking back.

Both May 17th and May 19, 2018, angered and upset, I called my local Mercedes Benz dealership again and was told the airbag replacement parts were still unavailable. I was told once a received a letter from MBUSA stating the parts are available, then I should call the Dealership to schedule the airbag replacement as soon as possible.

June 1, 2018, angered, I spoke to Kathy at MBUSA, who stated the airbag replacement parts were still pending. Kathy stated there was no ETA date for the parts. I suggested that MBUSA consider removing the dangerous recalled parts until the airbag replacement parts were available, but she said that could not be considered. I continued to not drive my vehicle unless there were no other transportation options available.

On January 11, 2019, the airbag replacement parts were still unavailable, so I decided to file a complaint with the NHSTA due to my overwhelming concern about my vehicle safety. The NHTSA ID Number I was given for my complaint was: 11176189.

On November 25, 2019, I again contacted the DOT Auto Safety Hotline and filled out a Report regarding my Vehicle Safety Defect and the unavailability of the replacement parts necessary to repair the defect. The reference Number for that report is: 11282311. In that report I clearly identified that I had not been involved in a crash, but I feared my defective airbag could possibly kill me if it were to deploy for any reason.

On November 29, 2019, I spoke to the Mercedes Benz Service department representative, Anthony, who stated, "The airbag replacement parts are still Pending and unavailable at this time, and I should still be notified as soon as the replacement parts are available". Again, I was furious and in disbelief that it would take so long for the replacement parts to be replaced!

Finally, on April 8, 2020, I was notified that the airbag replacement parts for my 350 GLK were available for replacement that day, so I brought my GLK to the dealership to have the airbag parts replaced. There were no charges for the replacement of the parts, but I did incur nearly 2 years' worth of anguish as mentioned above. The loss of the vehicle was not technically a total loss, but a large chunk of time and lack of use was clearly evident. My vehicle was just over seven years old by the time the airbag replacement parts were replaced, and the mileage noted by the dealership on my Mercedes Benz 350 GLK on the airbag replacement date was only 26,658 miles.

Fortunately, I did not incur any accidents in the GLK vehicle; therefore, there were no medical costs except for my anti-depressant medication to treat my mental anguish symptoms related to my continued depression and fears, etc.

I was not employed at the time my GLK's airbag was recalled: however, I have no source of income due to the fact that my prior airbag traumatic brain injury prevented me from gaining employment as a Registered Nurse, which eventually caused me to resign my Registered Nursing license, because I was unable to find employment as a Nurse with a history of a traumatic brain injury. The traumatic brain injury and emotional distress and mental anguish I suffered all had a contributing impact on my regular daily activities of daily life. My inability to work has led to financial stress. I have problems with my

memory, sleeping, and depression due to physical and emotional injuries. I also suffered driving anxiety and feared any type of vehicle safety issues. I could not drive my vehicle without tremendous fear of a potential accident or problem which could cause the airbag to potentially deploy. I typically would have to await my husband's arrival home from work in the evenings to run errands in his truck, such as weekly grocery shopping, visits to see my grandchildren, or any other extracurricular activity I might have normally chosen prior to being notified of the airbag defect in my Mercedes Benz 350 GLK. These were all huge inconvenience.

While the recalled airbag for my current GLK vehicle is now replaced, I must admit that I cannot help but still be nervous about driving my car and the airbag safely working if it is ever needed in an accident. I strongly feel Takata, and the vehicle automakers, should be held responsible for the vehicle safety of the parts they provide the vehicle owners with for the drivers and passengers safety. I have estimated the emotional and mental anguish I have suffered from this claim alone to be at least $1.5 million dollars.

If the Joint Motion and RTKH Trust Objectors care to review my prior removed TK Holdings Bankruptcy Case 17-11375 (BLS), for my Claim #4537 and #52791, which each contain all of the related documents to support those claims and this claim# 53894.

I merely hope and expect the Court to fairly rule a fair value as to the cumulative amount of my losses for this claim individually, or cumulatively for what the two faulty Takata airbags have cost me collectively, since I was unable to place a value on my losses solely on this Claim's initial value for my recalled Mercedes-Benz 350 GLK's recalled airbag inflator and parts.

The emotional and mental anguish I suffered from the recall of my 2013 Mercedes Benz 350 GLK were directly related to the injuries I prior suffered as a result of the life-threatening traumatic injuries I experienced before from my injuries in 1999, from the Takata airbag injuries I suffered and nearly died from in the 1998 BMW 323 iC, I prior owned. Neither claim should be disallowed.

For the value of each of the two vehicles, I have already submitted the auto vehicle purchase documents related to both the BMW 323 iC and the Mercedes Benz 350 GLK. I have also already submitted my values for the traumatic brain/facial injuries and medical costs I suffered in 1999 to this Court, as well as the values of medical costs that those damages would cost me to repair currently, so I am unsure what further documents I can provide. My documents provided substantiate my claims and should never be disallowed or valued as zero.

I am making copies of this response to the following four recipients before the response deadline of November 22, 2023:

1) Office of the Clerk of the U.S. Bankruptcy Court for the District of Delaware
   824 North Market Street, 3rd Floor
   Wilmington, Delaware 19801

2) Brown Rudnick LLP
   Seven Times Square
   New York, New York 10036
   (Attn: David J. Molten)

3) Blank Rome LLP
   1201 N. Market Street, Suite 800
   Wilmington, Delaware 19801
   (Attn: Stanley B. Tarr)

4) Pachulski Stang Ziehl & Jones LLP
   919 North Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, Delaware 19899 (Courier 19801)
   (Attn: Peter J. Keane)

D. Phelan-Morrell
1107 Austin Manor Ct.
Spring, TX. 77379-3995

Office of the Clerk of the U.S. Bankruptcy
for the District of Delaware
824 North Market Street, Third Floor
Wilmington, Delaware  19801

