November 16, 2023

I, Carl Nichols, claimant/creditor number P-0012681, is responding to docket 5136 for Case 17-11375(BLS) of the Second joint Motion of Eric D. Green, in his capacity as Trustee of the Takata Airbag Tort Compensation Trust Fund, and Joseph J. Farnan, Jr., in his capacity as Trustee of the Reorganized TK Holdings Trust, for Entry of an order directing bifurcation of my claim.

I firmly object to Joseph J. Farnan, Jr., in his capacity as Trustee of the Reorganized TK Holdings Trust to Class 6 of my claim of $25,000 as insufficient information non-substantive.

Being a claimant for claim # 0012681, seeking to bifurcate my claim is understandable to share the responsibility of both airbag manufactures and auto makers who install these faulty components. Aside from that I object to Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust in objecting class 6 portion of my claim as insufficient information to determine an allowable amount. I have provided many documents to prove my TK Holdings claims. I have also attached additional documents below to ensure there's sufficient information to determine an allowable amount.

Quick Facts:

In 2016, I was rear ended which caused my vehicle's airbags to deploy violently striking me with metal shrapnel in turn caused me to lose control of the vehicle and causing total loss damage. I lost $6,773.68 in payments for my vehicle (terms)+ $1000 in down payment + plus $550 in towing-(airbag shrapnel identified) for total amount of $8,323.68 for non-personal injury damages (Exhibit A).

I showed receipts of the auto parts and Maintenace work as foundation bases to show monetary items that were invested into the vehicle prior. I only had the vehicle for about two years and was not aware of any risks from faulty airbags. If I had known, I would not have purchased such a vehicle to put me and my family's life in danger. I had about $10,000 medical loss for personal injury. I did $6,676.32(this was an estimate because I didn't know a specific value to place) for mental anguish and the ordeal I endured in the aftermath of being traumatized when the metal shrapnel struck me from the airbags. I had no knowledge that non personal injury and personal injury should be separate hence adding everything together. This is how I produced my proof of claim for $25,000.

In 2017, I received postal card via mail from TK Holdings Inc (Exhibit B) informing me that my vehicle had been identified as a vehicle with one or more Takata manufactured airbag inflators containing phase-stabilized ammonium nitrate propellant (PSAN inflators) which were defective and could rupture creating personal injury.  This began my process to start claims as it related to faulty airbags in my vehicle and the damage they caused.

At first, I didn't break down the non-personal injury damages with the proof of claim because I was unaware it was needed at that time. I object to my claim being disallowed and the courts should hopefully recommend the RTKH Trust to make a modification to class 6 amount portion that is fair and just in order to settle the class 6 components in the amount of $8,323.68 which shows loss of economic value and not $0.00. If the RTKH needs any other documents to support my claim as it relates to what I have already provided, I request more time to gather what is needed to satisfy my claim.

Kind Regards

Carl Nichols

*Exhibit A*

# INVOICE

**Mack's Towing**

Ronald Mack Sr.
715 US-82
Greenville, Mississippi, 38701
U.S.A

**Bill To:**

Carl Nichols
219 Oktibbeha St
Greenville, Mississippi, 38701
U.S.A

Invoice Date  Oct 16, 2016

| 2002 Nissan Pathfinder | Qty | Rate | Amount |
|---|---|---|---|
| Towing & Storage | 1 | 400.00 | 400.00 |
| | | Sub Total | 400.00 |
| | | TOTAL | $400.00 |

Notes

Airbag Deployed- Metal pieces present

---

**RECEIPT**  No.
DATE 10/6/16
FROM Carl Nicoles                                   $ 400.00
        Four hundred e RM DOLLARS
FOR Towing and Storage  02 Nissan (airbag deployed)

Mack's Towing will pay bal. by 10/15/16 storage will start back on the 10/16/16

| Amount of Account | 400 | 00 |
| Amount of Paid | 400 | 00 |
| Balance Due | -00 | 00 |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM                TO
BY R. Mack

Exhibit A

SS# 3758

No. 028202

date 2/15/17
received from Michael LLC
amount One hundred fifty — $150.00
for payment of Nissan Pathfinder rent
○ cash  ○ money order  ○ credit card  ○ check #
amount due
amount paid
balance
from _____ to _____  * For Towing (Loss)
signature

Exhibit A

Car Purchase (Loss)

SS# 3758

Carl Nichols
219 Oktibbeha Street
Greenville, MS 38703

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | Amount Financed<br>The amount of credit provided to me or on my behalf. | Total of Payments<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 9.549% | $1,206.18 | $5,567.50 | $6,773.68 |

Amount paid to others on my behalf:
$5,495.00 to Autospot Car Sales

Other Charges Financed:
$27.50  VSI
$45.00  Fed Ex Fees

Total Financed Prepaid Finance Charges:                $175.00

Note Principal:                                        $5,742.50
Prepaid Finance Charges:                               $175.00
  Financed:
  $175.00  Processing Fee

Amount Financed:                                       $5,567.50

$72.50

...will accrue interest from the date of acceleration or maturity at the interest rate under this Agreement until paid in full.

**Exhibit A**

Autospot Collision     Car Purchase     9379387763     p.1
Down Payment (Loss)

SS #3758

AUTO SPOT REPAIR INC
40 COMPARK RD
CENTERVILLLE, OH 45459

04/29/2014
MID: 000000003699528                        15:35:46
                                            TID: 05632111
                CREDIT CARD
                VISA SALE

CARD #
INVOICE                     XXXXXXXXXXXX7308
SEQ #:                              0001
Batch #:                            0001
Approval Code:                    000017
Entry Method:                     06427B
Mode:                             Manual
Avs Code:                         Online
                                     YYY
SALE AMOUNT
                            $1000.00

                CUSTOMER COPY

Exhibit B

In re: TK HOLDINGS INC., et al.,
Debtors

Chapter 11 Case No. 17-11375 (BLS)

**IMPORTANT LEGAL NOTICE FOR OWNERS OF VEHICLES WITH TAKATA AIRBAG INFLATORS**

— *This Notice was authorized by a federal court. Read it carefully.*
*Your rights are at stake.* —

**Why have I received this notice?** TK Holdings Inc. and certain of its affiliates listed on the reverse side of this notice (collectively, the "Debtors") have filed chapter 11 bankruptcy cases in the United States. The Debtors are subsidiaries of Takata Corporation, a Japanese corporation engaged in the manufacture and sale of airbag inflators and other automotive components. Takata Corporation and its worldwide affiliates (including the Debtors) are referred to collectively as "Takata." Takata Corporation has filed a bankruptcy proceeding in Japan. This notice relates only to the Debtors located in the U.S. and Mexico.

You have been identified as the current or former registered owner of a vehicle with one or more Takata-manufactured airbag inflators containing phase-stabilized ammonium nitrate propellant ("PSAN Inflators"), which are or may be defective and could rupture, creating a risk of personal injury or death. This notice sets forth the deadline for asserting claims against the Debtors in the their bankruptcy proceedings and provides other important deadlines and information about the chapter 11 cases. **If your vehicle contains a defective or potentially defective airbag inflator and is under recall, contact your nearest dealership immediately to schedule a free repair.**

**Do I have a claim against the Debtors?** You (or, in the case of a wrongful-death claim, the estate you represent) may have claims against the Debtors, including for monetary loss, personal injury, or death (in each case, whether past or future) on account of your current or past ownership of a vehicle containing a PSAN Inflator regardless of whether such PSAN Inflator is subject to a recall or has already been repaired or you have thus far suffered no loss, injury, or death on account of your PSAN Inflator (as such claims may be deemed to have accrued before the Debtors filed for bankruptcy). *To assert a claim, you must file a proof of claim by the deadline and in accordance with the instructions on the reverse side of this notice. If you fail to do so, your claim may be barred and you may receive no recovery.*

**What else should I do?** The Debtors strongly recommend that you:

- Carefully review this notice, including the reverse side, in its entirety.
- Please visit www.AirbagRecall.com or call 1.888.327.4236 for more information about obtaining free replacement airbags.
- Register your email address at TKRestructuring.com/PPIC. *You will receive no further notices in the chapter 11 cases unless you do so and may miss important information.*
- Call 833-619-7579 (toll-free) or 920-238-6810 (international), email tkppic@primeclerk.com, or visit TKRestructuring.com/PPIC if you have questions.
- Contact an attorney for legal advice concerning the chapter 11 cases.

---

TK Holdings Inc. Return Mail
P.O. Box 3004
Monroe, WI 53566-3004

PRSRT STD
U.S. POSTAGE
PAID
PRIME CLERK

00711

0070************* ECRWSH ** C018
20-B-0658441
CARL NICHOLS
219 OKTIBBEHA ST
GREENVILLE, MS 38703-3444

TK19365845



Visit www.AirbagRecall.com to see if you're at risk of injury or death, or call 1.888.327.4236 for more information about the safety of your vehicle.

**Commencement of Chapter 11 Cases.** On June 25, 2017 (the "Petition Date"), Debtors Takata Americas; TK Finance, LLC; TK China, LLC; TK Holdings Inc.; Takata Protection Systems Inc.; Interiors in Flight Inc.; TK Mexico Inc.; TK Holdings de Mexico S. de R.L. de C.V.; Industrias Irvin de Mexico, S.A. de C.V.; Takata de Mexico, S.A. de C.V.; and Strosshe-Mex, S. de R.L. de C.V. each filed a voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Dist. of Delaware. *Filing of the chapter 11 cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the Debtors or the Debtors' property outside of the chapter 11 cases.*

**Restructuring Proceedings of Debtors' Japanese Affiliates.** Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation (collectively, "Takata Japan") have commenced proceedings under the Civil Rehabilitation Act ("CRA") in Tokyo, Japan. Takata Japan has also sought recognition by the Bankruptcy Court of its CRA proceedings under Chapter 15 of the Bankruptcy Code. Parties who believe they have claims against Takata Japan can obtain information about the CRA proceedings at www.takata.com.

**Further Notices.** You should register your email address at TKRestructuring.com/PPIC. You will not receive notice of any further documents filed in the chapter 11 cases unless you do so. All documents filed with the Bankruptcy Court are available for inspection at the Office of the Clerk of the Court or free of charge at: TKRestructuring.com/PPIC.

**Restitution Fund.** Individuals who have suffered, or will suffer, personal injury caused by the malfunction of a PSAN Inflator may be eligible for compensation from Restitution Funds established by order of the Federal Court for the E.D. of Michigan. The Court has appointed a Special Master, Prof. Eric D. Green, to administer the claimant compensation process and make recommendations regarding the distribution of funds. If you believe you may qualify for compensation from the Restitution Funds, please visit www.takataspecialmaster.com for further information.

**Deadline for Filing Proof of Claim. December 27, 2017, at 5:00 p.m. (Eastern Time)** (the "PPIC Bar Date") is the last date and time to assert claims against any of the Debtors for monetary losses, personal injuries (including death), or asserted damages arising out of or relating to an airbag containing a PSAN Inflator or their component parts manufactured or sold by Takata prior to the Petition Date (a "PPIC Claim"). You must file a proof of claim for a PPIC Claim (a "PPIC Proof of Claim") even if you are included in a class action lawsuit or other representative action filed against the Debtors. Information about how to file a PPIC Proof of Claim, including the ability to file such claim electronically, is available at TKRestructuring.com/PPIC. **If you fail to file a PPIC Proof of Claim before the PPIC Bar Date: (a) you may be forever barred, estopped, and enjoined from asserting a PPIC Claim against the Debtors even if your loss or injury does not occur until some point in the future; (b) the Debtors and their property may be forever discharged from any and all indebtedness or liability with respect to such claim; and (c) you may not receive any distribution in these chapter 11 cases on account of such claim.** Filing a proof of claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. *The PPIC Bar Date does not apply to claims for personal injury or wrongful death sustained after the Petition Date arising from or relating to a PSAN Inflator or its component parts manufactured by Takata. This means that you may be entitled to seek a distribution under the Plan upon injury or death even if you do not file a proof of claim by the PPIC Bar Date. However, you will remain subject to the other terms of the Plan— including the releases, injunctions, and "sale free and clear" provisions described below— to the same extent as other holders of claims.*

**Plan and Disclosure Statement.** The Debtors will soon file a chapter 11 plan of reorganization (the "Plan") and accompanying disclosure statement (the "Disclosure Statement"). The Plan will describe the proposed treatment of claims against, and interests in, the Debtors; the Disclosure Statement will provide information about the Plan and the Debtors. The Bankruptcy Court will hold hearings to consider, and has set deadlines to object to, the adequacy of the Disclosure Statement and confirmation of the Plan.

- *Disclosure Statement Hearing.* January 3, 2018 at 10:00 a.m. (Eastern Time), with objections due no later than December 27, 2017, at 4:00 p.m. (Eastern Time);

- *Confirmation Hearing.* February 13, 2018 at 10:00 a.m. (Eastern Time), with objections due no later than February 6, 2018, at 4:00 p.m. (Eastern Time).

*Carefully review the Plan and Disclosure Statement, available at: TKRestructuring.com/PPIC. If you register at TKRestructuring.com/PPIC, you will receive an electronic copy of the Plan and Disclosure Statement and other notices. If you fail to register, this will be the only notice you will receive. The Plan will bind all creditors and interest holders upon its confirmation. If you wish to object to the adequacy of the Disclosure Statement or confirmation of the Plan, you must properly file and serve an objection by the applicable deadline listed above.*

**Discharge.** Confirmation of the Plan may result in a discharge of debts of the Debtors, which may include all or a part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect against the Debtors, except as provided in the Plan.

**RELEASES. In addition to the discharge described above, the Plan will likely contain broad releases of third-party claims and related injunction provisions. If approved, these provisions could release claims you hold against certain third parties, including the manufacturer of your vehicle and the Plan Sponsor (defined below). The foregoing is a summary only. You should carefully review the full text of the Plan's release, injunction, and related provisions and any applicable release "opt out" provision at TKRestructuring.com/PPIC.**

**SALE "FREE AND CLEAR." The Debtors have proposed Joyson KSS Auto Safety S.A., together with one or more of its current or future subsidiaries or affiliates, as their "Plan Sponsor." The Plan will provide for the Plan Sponsor's acquisition of substantially all assets of the Debtors (with specified exclusions generally related to Takata's PSAN Inflator business). The Plan Sponsor will buy these acquired assets free and clear of all claims, liens, charges, encumbrances, and other interests (collectively, "Claims and Interests"), except for certain specifically assumed liabilities. The Plan Sponsor will not assume any claims of the Debtors or Takata unless it expressly agrees to do so. Without limiting the foregoing, the Plan Sponsor is not assuming any claims or liabilities related in any way to the PSAN Inflators (and the propellant), including PPIC Claims. *If you do not file an objection to the Plan with the Bankruptcy Court by the deadline above, your right to challenge the sale of the Debtors' assets "free and clear" of Claims and Interests and the related injunction will be forfeited. The Bankruptcy Court's approval of the sale of the Debtors' assets "free and clear" and the related injunction means that you will be forever barred from asserting any Claims and Interests against the Plan Sponsor and/or the Plan Sponsor's predecessors, successors, assigns, subsidiaries, affiliates, equity holders, current and former officers and directors, employees, agents, professionals, and various other related persons. You should review the full text of this provision at TKRestructuring.com/PPIC.***

**PRIORITY MAIL®** FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

Retail

U.S. POSTA
PM
GREENVILL
NOV 16, 20

19801
RDC 03    0 Lb 1.80 Oz    $9.65
R2304E1063

arl Nichols
19 Oktibbeha St.
reenville, MS 38703

Office of Clerk of the Unit
States Bankruptcy Court D
of Delaware
824 North Market St.
Wilmington, Delaware 198

EXPECTED DELIVERY DAY: 11/20/23
USPS TRACKING® #
9505 5139 6106 3320 6421 21

EP14H February 2023 Outer Dimensi



