IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TK HOLDINGS, INC., *et al.*, | ) ) | Case No. 17-11375 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No: 5172** |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| February 21, 2024 | 1:30 p.m. prevailing Eastern Time (Omnibus Hearing) |
| March 27, 2024 | 9:00 a.m. prevailing Eastern Time (Omnibus Hearing) |

**Dated: February 5th, 2024**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　**BRENDAN L. SHANNON**
　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

DE:4863-1861-6718.3 82828.003