November 06, 2024

United States Bankruptcy Court
District of Delaware
Attn: Clerk of Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Sir/Madam:

This document serves as a formal Notice for Change of Contact Information for the following claimants in the TK Holdings Inc., et al, Case No. 17-11375 proceedings:

    Angelia M. Moore
    Howard J. Moore, Jr.
    Howard J. Moore, III
    Jeanne (Jean) M. Jackson – Deceased

Please update the email address to me.angelia@icloud.com and United States Postal Service mailing address to 2233 Orchid Street, Lake Charles, Louisiana 70601 for all claimants named above.

Thank you,
Angelia M. Moore

*RECEIVED 2024 NOV -8 PM 12:38 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*