Honorable Karen B. Owens

United States Bankruptcy Court

District of Delaware

824 N Market St.

3rd Floor

Wilmington, DE  19801

In Regards Chapter 11 Case 17-11375 (BLS)

Docket Nos. 5065 and 5083

Richard Foye

27 Worthington Rd.

New London, Ct.06320

foyerichard@gmail.com

860 447 1360

Honorable Karen Owens;

Your Honor I apologize for troubling you with this matter. I was not sure of the best course to get my question answered. Thank you for any time you allow to help.

I will be compact in my request. At the end of December, 2025, I received notification and a check from Auto Airbag Settlement. I thought perhaps there was a connection between the two cases nearing ending. And since that did not exist, I wondered the status of the Chapter 11 Case.

So, looking at Exhibit 1, Schedule of Subject Bifurcated Claims, page 2, it appeared that for Richard Foye, $15,000 was recommended by the Trust to be allowed.

I requested the status.

I called the Law Office of Pachulski Stang Ziehl & Jones LLP. I was given the voice mail of Laura Davis Jones. I left a message, sent an email, and sent a hard copy delivered to the office. Still with no answer, I repeated the process. Allowed for time, but no response.

So, I am requesting any help your office might provide on the status of subject I request.

Thank you for your time,

*Richard Foye* March 6, 2026
Richard Foye