**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 1, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE BRENDAN L. SHANNON**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTER:**

1.   Twenty-Fourth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 2/19/26] (Docket No. 5388)

Response Deadline: March 5, 2026, at 4:00 p.m. (ET).

Response Received: None.

Related Documents:

A.   Certificate of No Objection Regarding Twenty-Fourth Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R. Bankr. P. 9006(b)(1), for an Order Extending the Deadline to Object to Certain Claims [Filed: 3/18/26] (Docket No. 5394)

B.   [Signed] Twenty-Fourth Order Granting Motion of Joseph J. Farnan, Jr., as Trustee of the Reorganized TK Holdings Trust, Pursuant to, Inter Alia, Fed. R.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.

Bankr. P. 9006(B)(1), for an Order Extending the Deadline to Object to Certain Claims Through July 7, 2026 [Filed: 3/19/26] (Docket No. 5395)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

Dated: March 30, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       pkeane@pszjlaw.com

*Attorneys for the Trustee of the Reorganized TK Holdings Trust*

2

DOCS_DE:245282.2 82828/003