**Sandy Lawrence**
[Your Street Address] 775 Century Ave S
St. Paul, MN 55119 St. Paul, Mn 55119
[Your Phone Number] 612 323 4779
Age: 84

**Date:** October 9, 2026

-5 A 8:54

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**TK HOLDINGS INC., et al.,**<br>Debtors. | **Chapter 11**<br><br>**Case No. 17-11375 (BLS)**<br>(Jointly Administered) |

# NOTICE OF DISPUTED AND MISDIRECTED PAYMENT REGARDING CONSUMER CLAIM P-0052802

**TO THE HONORABLE BRENDAN LINEHAN SHANNON, UNITED STATES BANKRUPTCY JUDGE:**

I am writing to respectfully bring to the Court's attention a severe administrative breakdown regarding my long-standing consumer claim in the above-captioned bankruptcy proceedings. I am 84 years old, and my claim has been active in this system for nearly 10 years. I am filing this notice directly onto the docket to seek the Court's intervention after exhausting standard administrative channels.

## 1. Background of Claim P-0052802

I am a consumer claimant holding **Claim Number P-0052802**, which arises out of a safety defect related to my **2002 Honda Accord**. This claim was timely and properly filed, and its validity has never been formally objected to or denied by the Debtors or the Claims Administrator.

## 2. The Erroneous $10,000 Distribution

According to administrative case records, a severe error occurred during the distribution process. In **2021**, a substantial settlement payment in the amount of **$10,000.00** was authorized and disbursed on my claim. However, through no fault of my own, the Claims Administrator erroneously directed and

mailed this $10,000 check to an entirely different individual located in the State of Florida. I never received, signed, or benefited from these funds, which legally belong to me.

**3. Failure of Administrative Remedies and Lack of Portal Access**

I have made continuous, diligent efforts to resolve this dispute directly with Kroll Restructuring Administration. On **July 14, 2026**, I sent formal correspondence to Kroll via Certified Mail explicitly updating my permanent mailing address to St. Paul, MN, and requesting a formal trace on the 2021 funds. Kroll confirmed receipt of this address update, but has otherwise failed to provide any response regarding the missing money.

Furthermore, because I am unable to access or log into the online Kroll Claim Portal due to technical barriers, I am completely locked out of reviewing my file digitally. My repeated calls to the authorized consumer helpline at (888) 215-9544 have resulted in absolute silence, leaving me with no choice but to appeal directly to this Court.

**4. Relief Requested**

Given my advanced age and the significant decade-long delay in this matter, I respectfully request that the Court or the Office of the U.S. Trustee direct Kroll Restructuring Administration LLC to:

1. Immediately execute a formal payment trace on the $10,000 disbursement issued in 2021.
2. Invalidate or cancel the misdirected check sent to the Florida address.
3. Reissue and safely mail the full $10,000.00 funds to my verified current address in St. Paul, MN 55119.

Thank you for your time, consideration, and oversight in ensuring equity for independent consumer claimants.

Respectfully submitted,

Sandy Lawrence

**Sandy Lawrence**
Pro Se Consumer Claimant

**Enclosures:** Copy of Claim Receipt; Certified Mail Receipt Dated July 14, 2026.
**CC:** Office of the United States Trustee for the District of Delaware; Kroll Restructuring Administration LLC Legal Case Team.

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Takata Airbag Inflator Claim Center
Case No. 17-11375

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 12/26/2017
Proof of Claim No.: 52802

For additional information, please visit **http://restructuring.primeclerk.com/TakataAirbagInflatorClaim**, or call us at **833-619-7579**.

$000.34

877
606
3412

Sandra K Lawrence
1424 Knoll Dr
Shoreview, MN 55126

800
944 1009

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Bankruptcy Court
District of Delaware
Claims - Takata Inflator
824 Market St. 3rd Fl
Wilmington, DE 19801

9590 9402 9925 5335 8667 42

2. Article Number (Transfer from service label)

9589 0710 5270 3939 9134 31

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

5:47 5G 49

July 14
6:17 PM

6:17 PM Tue Jul 14

8:25

google.com

Takata Trust Claim P 0052802 update

+3

Claim P-0052802 is registered in the Takata Bankruptcy estate records for Reginald M. Lawrence Sr. of Jacksonville, FL. Court documents from the U.S. Bankruptcy Court for the District of Delaware confirm this specific claim was settled at a scheduled liquidated value of $10,000.00.

## Claim Details & Status

- **Claimant:** Reginald M. Lawrence Sr.
- **Claim Number:** P-0052802
- **Scheduled Amount:** $10,000.00
- **Current Status:** The claim is listed in the Chapter 11 bankruptcy records of TK Holdings

Ask anything