# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 21, 2017 STARTING AT 9:00 A.M. (EDT)[2]

I.  **CONTESTED MATTER GOING FORWARD:**

1.  Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11430; filed July 7, 2017] (the "Merger Agreement Motion")

    Response/Objection Deadline:     August 9, 2017 at 4:00 p.m. (EDT)

    Reply Deadline:                  August 16, 2017 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.  Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC EFIH Finance, Inc., and EECI, Inc. to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11699; filed August 9, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 21, 2017 (the "August 21st Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:00 a.m. (EDT). Any person who wishes to appear telephonically at the August 21st Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, August 18, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

B. The Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11700; filed August 9, 2017]

C. EFH Indenture Trustee's (I) Limited Objection and Reservation of Rights to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee and (II) Joinder in EFH/EFIH Committee's Objection [D.I. 11701; filed August 9, 2017]

D. Limited Objection of UMB Bank, N.A. to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11703; filed August 9, 2017]

E. Objection by Sunrise Partners Limited Partnership to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11704; filed August 9, 2017]

Related Documents:

i. Declaration of Paul Keglevic in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11431; filed July 7, 2017]

ii. Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11432; filed July 7, 2017]

iii. Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11625; filed July 27, 2017]

iv. Second Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11659; filed August 1, 2017]

v. Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" [D.I. 11695; filed August 8, 2017]

vi. Order Regarding Certain Discovery Issues in Connection with the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11698; filed August 9, 2017]

vii. Declaration of Erin R. Fay Filed in Connection with the Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11702; filed August 9, 2017]

viii. Letter from Gregg M. Galardi on Behalf of the Elliott Funds to the Honorable Christopher S. Sontchi Regarding August 21, 2017 Hearing [D.I. 11722; filed August 11, 2017]

ix. Letter from Mark McKane, P.C. on Behalf of the E-Side Debtors to the Honorable Christopher S. Sontchi Regarding Disputed Protocol and Process Issues With Respect to the Conduct of the August 21, 2017 Contested Evidentiary Hearing [D.I. 11723; filed August 11, 2017]

x. Third Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11749; filed August 11, 2017]

xi. Joint Stipulated Final Pre-Trial Order [D.I. 11759; filed August 16, 2017]

xii. EFH/EFIH Debtors' Reply to Objections to Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11761; filed August 16, 2017]

xiii. Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee and Omnibus Reply in Support [D.I. 11762; filed August 16, 2017]

xiv. Declaration of William E. Chipman, Jr. Filed in Connection with the Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11763; filed August 16, 2017]

xv. Notice of Disapproval of the BHE Merger Agreement and Rejection of the BHE Plan [D.I. 11764; filed August 16, 2017]

Status: The hearing on this matter will go forward.

*[Remainder of page intentionally left blank.]*

Dated: August 17, 2017
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession